FILED

MAR 18

CLERK
U. S. DISTRICT COURT
MIDDLE DIST. OF ALA.

# MINUTES

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| HON. CHARLES COODY, MAG JUDGE | AT MONTGOMERY, ALABAMA |
| DATE COMMENCED March 18, 2003 | AT 10:08 A.M./P.M. |
| DATE COMPLETED March 18, 2003 | AT 10:28 A.M./P.M. |

ANTHONY T. LEE )
    Plaintiff )
NATIONAL EDUCATION ASSOCIATION, )
INC., ET AL )
    Plaintiff-Intervenors )
  v ) CA No.70-T-855-E
ROANOKE CITY BOARD OF EDUCATION, )
ET AL )
    Defendants )

| PLAINTIFF(S)/GOVERNMENT | APPEARANCES | DEFENDANT(S) |
|---|---|---|
| Attys: Stanley Gray,, Pauline Miller, Dennis Parker | X X X X | Attys: Donald Sweeney, Larry Craven |

**COURT OFFICIALS PRESENT:**

Mitchell Reisner, Court Reporter      Sheila Carnes, Ctrm Clerk

**PROCEEDINGS:**

( ) NONJURY TRIAL
(x) OTHER PROCEEDING: TELEPHONE CONFERENCE

10:08 a.m.  Telephone conference commenced re status of case. Problems still exist. Parties to seek assistance of the Community Relations Center to mediate issues; CRC to be contacted by Atty Miller; order to issue setting subsequent telephone conference on 3/26/03 at 8:30.
10:28 a.m.  Conference concluded.

173