# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# EASTERN DIVISION

ANTHONY T. LEE, *et al.*,

    Plaintiffs,

UNITED STATES OF AMERICA,

    Plaintiff-Intervenor
    and *Amicus Curiae*

and

NATIONAL EDUCATION ASSOCIATION, INC.

    Plaintiff-Intervenor,

    v.

CHAMBERS COUNTY BOARD OF EDUCATION, *et al.*,

    Defendants.

Case No. 3:70-CV-844-WKW

JUDGE W. KEITH WATKINS

## MOTION TO WITHDRAW AS COUNSEL

Pursuant to Local Rule 83.1(f), undersigned counsel for plaintiffs Anthony T. Lee, *et al.*, respectfully moves this Court for an order permitting Angel S. Harris to withdraw from this case. Ms. Harris submitted her resignation to the NAACP Legal Defense and Educational Fund, Inc. ("LDF"), effective May 24, 2019. Plaintiffs will continue to be represented by Monique Lin-Luse of LDF; Stanley F. Gray of Gray, Langford, Sapp, McGowan, Gray, Gray, & Nathanson PC; and other counsel of record.

1

Dated: July 5, 2019

                        Respectfully submitted,

                        */s/ Monique Lin-Luse*
                        Monique Lin-Luse*
                        NAACP Legal Defense &
                           Educational Fund, Inc.
                        40 Rector Street, 5th Floor
                        New York, NY, 10006
                        Tel: (212) 965-2200
                        Fax: (212) 226-7592
                        mlinluse@naacpldf.org
                        *Admitted pro hac vice*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 5th day of July, 2019, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

                         Respectfully submitted,

                         */s/ Monique Lin-Luse*
                         Monique Lin-Luse*
                         NAACP Legal Defense &
                            Educational Fund, Inc.
                         40 Rector Street, 5th Floor
                         New York, NY, 10006
                         Tel: (212) 965-2200
                         Fax: (212) 226-7592
                         mlinluse@naacpldf.org
                         *Admitted pro hac vice*