IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| ANTHONY T. LEE, *et al.*,   ) | |
| ) | |
| Plaintiffs,   ) | |
| ) | |
| UNITED STATES OF AMERICA,   ) | CASE NO. 3:70-CV-844-WKW |
| ) | |
| Plaintiff-Intervenor   ) | |
| and Amicus Curiae,   ) | |
| ) | |
| NATIONAL EDUCATION   ) | |
| ASSOCIATION, INC.,   ) | |
| ) | |
| Plaintiff-Intervenor,   ) | |
| ) | |
| v.   ) | |
| ) | |
| CHAMBERS COUNTY BOARD   ) | |
| OF EDUCATION, *et al.*,   ) | |
| ) | |
| Defendants.   ) | |

## **ORDER**

Upon consideration of the Status Report (Doc. # 418) it is ORDERED:

(1) An in-person, on-the-record status conference shall be held in courtroom 2-F, the Frank M. Johnson, Jr. U.S. Courthouse, Montgomery Alabama **on January 14, 2021, at 2:00 p.m.**  The purpose of the conference is to identify and discuss issues remaining for resolution as to these parties in the case, and to set a timetable for hearing and resolving those issues.

(2)  Each party shall file a written summary of contested issues **on or before January 7, 2021**.  The summary should include a brief statement of the issue, and the party's position on the issue.

(3)  Counsel shall meet and confer on the status conference and the contested issues **on or before December 15, 2020**, and confer more as necessary.

(4)  All counsel for each respective party shall enter an updated appearance as counsel of record **on or before December 1, 2020**.  Lead counsel (as of January 14, 2021) shall attend the status conference in person.

DONE this 16th day of November, 2020.

                          /s/ W. Keith Watkins
                UNITED STATES DISTRICT JUDGE