# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# EASTERN DIVISION

| | |
|---|---|
| ANTHONY T. LEE, et al.,<br><br> Plaintiffs,<br><br>and<br><br>UNITED STATES OF AMERICA,<br><br> Plaintiff-Intervenor,<br><br>v.<br><br>CHAMBERS COUNTY BOARD OF EDUCATION, et al.,<br><br> Defendants. | CIVIL ACTION NUMBER<br><br>3:70-cv-00844-WKW |

## JOINT MOTION FOR TEMPORARY STAY OF PROCEEDINGS

Private Plaintiffs, Anthony Lee, *et. al.*, Plaintiff Intervenor, United States of America, and Defendant Chambers County Board of Education (jointly, the "Parties") respectfully move for a temporary Stay of Proceedings until May 2, 2022, or until the Parties jointly file a proposed Consent Order to resolve the matters at issue in this case, whichever occurs first.

Pursuant to this Court's February 25, 2021 Scheduling Order (Doc.446) and Amended Scheduling Orders (Doc. 453, 564, 470, and 473), the Parties have conducted fact and expert discovery to determine whether the District has eliminated the vestiges of its prior *de jure* segregated school system with regard to the *Green* and related factors. The Parties have simultaneously engaged in negotiations to resolve the contested issues in this case without the need for further litigation. These negotiations have proven fruitful and the Parties desire to

4893-5146-9852.v1

continue their negotiations in the hope that they will allow the Parties to agree upon a proposed Consent Order to present to the Court for its consideration as an alternative to further protracted litigation. It is in the best interests of the Parties and the students of Chambers County to reach a settlement prior to engaging in additional costly, time-consuming discovery and/or litigation. The Parties therefore respectfully request this Court grant this Motion to Stay until May 2, 2022, to allow the Parties to finalize settlement negotiations and jointly file a proposed Consent Order for this Court's consideration.

In the event the Parties are not able to resolve the remaining issues by May 2, 2022, the Parties will notify the Court and request a new Scheduling Order.

Dated: April 18, 2022

Respectfully submitted,

LOUIS V. FRANKLIN, SR.
United States Attorney
Middle District of Alabama

KRISTEN CLARKE
Assistant Attorney General
Civil Rights Division

SAMANTHA R. MILLER
Assistant U.S. Attorney
New York Bar No.: 5342175
U.S. Attorney's Office
Middle District of Alabama
Post Office Box 197
Montgomery, AL  36101-0197
Telephone: (334) 223-7280
samantha.miller@usdoj.gov

SHAHEENA A. SIMONS, Chief
FRANZ R. MARSHALL, Deputy Chief
VERONICA PERCIA, Special Litigation Counsel

/s/ Veronica Percia
VERONICA PERCIA
Special Litigation Counsel
Educational Opportunities Section
Civil Rights Division
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530
Telephone: (202) 353-5984
Fax: (202) 514-8337
Veronica.Percia@usdoj.gov

COUNSEL FOR PLAINTIFF-INTERVENOR UNITED STATES OF AMERICA

STANLEY F. GRAY
ASB-8670-A56S
Gray, Langford, Sapp, McGowan,
Gray, Gray & Nathanson
Post Office Box 830239
Tuskegee, AL 36083-0239
Telephone: (334) 727-4830
sgray@glsmgn.com

/s/ GeDa' Jones Herbert
GeDa' Jones Herbert
NAACP Legal Defense &
Educational Fund, Inc.
700 14th Street NW, Suite 600
Washington, DC 20005
Tel: (202) 682-1300
Fax: (202) 682-1312
gherbert@naacpldf.org

Amia Trigg*
NAACP Legal Defense &
Educational Fund, Inc.
700 14th Street NW, Suite 600
Washington, DC 20005
Tel: (202) 682-1300
Fax: (202) 682-1312
atrigg@naacpldf.org

Amber Koonce*
NAACP Legal Defense
andEducational Fund, Inc.
40 Rector Street, 5th FloorNew York, NY 10006
Tel: (212) 965-2200
Fax: (212) 226-7592
akoonce@naacpldf.org

*Admitted *Pro Hac Vice*

COUNSEL FOR PRIVATE PLAINTIFFS

*/s/Robert T. Meadows, III*
Robert T. Meadows, III
CAPELL & HOWARD, P.C.
Skyway Professional Center
3120 Frederick Road, Suite B
Opelika, AL 36801
(334) 501-1540 Phone
(334) 501-4512 Facsimile

*COUNSEL FOR CHAMBERS COUNTY BOARD OF EDUCATION*