## **CERTIFICATE OF SERVICE**

   I hereby certify that a copy of the above Joint Motion for Temporary Stay of Proceedings has been delivered to all counsel via the Court's electronic filing system on this 18th day of April 2022.

                /s/ Veronica Percia
                VERONICA PERCIA
                Special Litigation Counsel
                Educational Opportunities Section
                Civil Rights Division
                U.S. Department of Justice
                950 Pennsylvania Avenue, NW
                Washington, DC 20530
                Telephone: (202) 353-5984
                Fax: (202) 514-8337
                Veronica.Percia@usdoj.gov