IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| ANTHONY T. LEE, *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| | ) | |
| Plaintiff-Intervenor | ) | |
| and Amicus Curiae, | ) | |
| | ) | |
| NATIONAL EDUCATION | ) | |
| ASSOCIATION, INC., | ) | |
| | ) | |
| Plaintiff-Intervenor, | ) | |
| | ) | |
| v. | ) | CASE NO. 3:70-CV-844-WKW |
| | ) | |
| CHAMBERS COUNTY BOARD | ) | |
| OF EDUCATION, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## **ORDER**

Before the court is the parties' Joint Motion for Temporary Stay of Proceedings. (Doc. # 476.) It is ORDERED that the motion is GRANTED. The parties shall file a notice **on or before May 2, 2022**, informing the court of the outcome of negotiations. The trial date is not continued.

DONE this 19th day of April, 2022.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE