## PROPOSED CONSENT ORDER

The ultimate goal of every desegregation case, including this one, is the elimination of the vestiges of past racial segregation in all aspects of school operations to the extent practicable and, ultimately, a declaration that the school district has achieved unitary status. Federal court supervision of a local school system is intended to remedy the constitutional violation and, after unitary status has been achieved, to return control of the school system to the locally elected board at the earliest practicable date. *Freeman v. Pitts*, 503 U.S. 465, 491 (1992).

The United States Supreme Court has described six areas of operation that must be free from racial discrimination before full unitary status can be achieved: (1) student assignment; (2) faculty assignment; (3) staff assignment; (4) extracurricular activities; (5) facilities; and (6) transportation. *Green v. School Bd. of New Kent Cnty.*, 391 U.S. 430, 435 (1968). In addition to the *Green* factors, federal courts may examine other ancillary factors, such as quality of education, including graduation rates, retention, and discipline to "determine whether minority students [are] ways that require[] the formulation of new and further remedies to ensure full compliance with the court's decree." *Freeman*, 503 U.S. at 492-93. In order to secure a declaration of unitary status as to any one (or more) of the *Green* factors, the District must demonstrate, as to each specific factor, that it has complied, in good faith, with the desegregation decree and that the vestiges of past racial discrimination have been eliminated to the extent practicable. *Id.* at 491-92.

The Chambers County Board of Education (hereinafter "District") has been under various desegregation orders since 1970. On February 12, 1970, a three-judge court issued an order requiring the desegregation of all the schools in Chambers County. On July 1, 1993, the District, the United States, and Private Plaintiffs entered into an interim agreement, which was incorporated into an Agreed Order. The 1993 Order required that the District support the construction of a single, consolidated high school and that the District develop a comprehensive desegregation plan.

On January 27, 2015, this Honorable Court entered an Order requiring that the District show cause by February 23, 2015, as to why this action is not suitable for a motion to dismiss and declaration of unitary status. (Doc. #326). The Parties have negotiated in good faith since that time and have reached an agreement to modify the governing consent order as set forth below.

In arriving at the agreement embodied herein, the District does not admit any non-compliance with the prior Orders of this Court or any non-compliance with any requirements of law nor does it consent to this Order constituting an admission (nor evidence supporting a finding or conclusion) of noncompliance with prior Orders of this Court. Nor do Private Plaintiffs and the Department of Justice ("DOJ") admit that the District is in compliance with the prior Orders of this Court or any requirements of law. However, the District agrees to take the following remedial measures to further its desegregation obligations under the Court's prior Orders and those provisions of the law and the Constitution that were the predicate for judicial intervention in the first incident. The Parties agree, and the Court finds, that the actions described herein, if fully implemented, reasonably promise to eliminate the vestiges, if any remain, of *de jure* segregation to the extent practicable. To the extent the District's compliance with this Consent Order is insufficient to eliminate the vestiges, if any remain, of *de jure* segregation, the Parties may, separately or jointly, move the Court for further relief, as appropriate.

## I.     DESEGREGATION ADVISORY COMMITTEE

Before the start of the 2022-23 school year, the District will establish a Desegregation Advisory Committee ("DAC") consisting of at least twelve total student and parent representatives from both the Valley and LaFayette attendance zones. The DAC will have regular access to the Superintendent and Board of Education to address implementation of this Consent Order and desegregation-related issues, including, but not limited to, the consolidation of high school

students, the operation of the kindergarten through eighth grade STEAM (science, technology, engineering, arts, and mathematics) magnet school in LaFayette, culture and climate, and students' equal access to academic and extracurricular opportunities. The DAC will be comprised of three students from each attendance zone and three parents from each attendance zone. One parent member of the DAC will be selected by the Private Plaintiffs, the remaining members will be selected by the Superintendent. The DAC will, for the duration of this Order, meet at least twice annually. The District will maintain and preserve all DAC meeting agendas and minutes for the duration of this Order. The DAC will, as appropriate, raise concerns and provide recommendations to the Superintendent and Board of Education regarding implementation of the terms of this Order. The DAC will provide a summary of its concerns and recommendations to the Plaintiff Parties within thirty (30) days of each meeting.

## II.    STUDENT ASSIGNMENT

### A.  District-wide Consolidated High School (Grades 9-12)

The District will build and operate a single, consolidated high school to serve all District students in grades nine through twelve.

#### 1.  Site Selection

a.   Before the end of the 2022-23 school year, the District will select the site for a new consolidated high school, not on either the current LaFayette or Valley High School campuses. The location must not impose an unequal burden on students on the basis of race, to the extent practicable.

b.   The District will hold at least two public meetings, one in the LaFayette community and one in the Valley community, to allow the public to comment on the location of the new consolidated high school. In determining the site of

3

the new consolidated high school, the District will consider the comments and submissions made during the public meetings.

c.    Prior to finalizing the site location, the District will share with the Plaintiff Parties the proposed location for the new high school, the reasons for the selection, and the reasons for rejecting other considered locations, after which the Plaintiff Parties have twenty (20) days to object in writing. If any party objects, the Parties will meet and confer within ten (10) days of the written objection before seeking resolution by the Court. The District shall not purchase the site until the objection is resolved by the Court.

**2.  High School Consolidation**

a.    All students from LaFayette High School will temporarily transfer to the current Valley High School campus no sooner than the start of the school year following the commencement of site and utilities construction ("Construction Commencement"), if such construction begins by June 30, 2023.

b.    For purposes of this Consent Order, Construction Commencement occurs upon (i) the purchase or acquisition of the site of the consolidated high school; (ii) the completion of high school programming and educational specifications for the new consolidated high school; (iii) the completion of the design of the new consolidated high school from conception through construction documents; (iv) the execution of a contract for construction of the new consolidated high school; (v) the execution of the Notice to Proceed (NTP) the construction of the new consolidated high school; (vi) commencement of earthwork and grading for the building, parking, drives, landscape, and hardscaped areas of the new

4

consolidated high school; (vii) commencement of the installation of the storm sewer for the new consolidated high school; and (viii) commencement of the installation of electrical, data, water, and gas utilities ("utilities package") to the site and/or building of the new consolidated high school. *See* Appendix A.

**c.**   Once the District believes it has achieved Construction Commencement, as described in II.A.2.b., it will notify the parties via written communication explaining the construction status.

**d.**   Once construction is complete at the new consolidated high school, all ninth through twelfth grade students in the District will attend the new facility.

**e.**   In preparation for the operation of the new consolidated high school, the District will create a committee of twelve students and parents from LaFayette and Valley to provide input on a name change and rebranding, including color schemes, logos, and mascots. This committee will be selected by the superintendent and will consist of three students from each attendance zone and three parents from each attendance zone. The District may assign the DAC these responsibilities rather than creating a new committee, and, if so, the DAC will continue to discharge its responsibilities as contemplated in Section I above.

**f.**   The District may proceed to select the name of the new consolidated high school along with its color schemes, logos, and mascots at its discretion. However, the District will not officially implement this rebranding until the temporary consolidation occurs at the current campus of the Valley High School. The District may, however, make preparations to implement that rebranding when consolidation occurs.

**g.** No later than four months prior to the first school year of temporary consolidation at the current Valley High School campus, the District will submit a consolidation plan for approval by all Parties, seeking technical assistance if needed. That plan will include, but not be limited to, the following assurances:

**i.** LaFayette and Valley student class ranks will be maintained upon consolidation by grandfathering-in class rankings for each high school. Siloed class rankings will conclude upon the graduation of the last class to attend either high school in their ninth-grade year;

**ii.** The District will provide a clear procedure through which District students, families, and faculty and staff can submit complaints related to consolidation and other issues related to desegregation. Instructions on how to submit a complaint will be posted on the District's website and included in each student handbook.

**3. Reporting on High School Construction**

By July 15, 2022, or within forty-five (45) days of the entry of this Order, whichever comes later, and at least every three (3) months thereafter until construction is complete, or at the request of the Plaintiff Parties, the District will provide to the Plaintiff Parties and the public a description of the District's progress toward completion of high school construction, including financial updates (including, but not limited to, financing, projected and actual costs, and projected and actual operational savings from building closures and consolidation), and details regarding site selection, purchase of site, and construction progress, including a projected date for the start and

completion of construction. The District will make reasonable efforts to meet the projected date for the completion of construction.

**B. STEAM Academy (Grades K-8)**

The District will establish and operate a STEAM (science, technology, engineering, arts, and mathematics) Academy for all District students in kindergarten through eighth grade. The STEAM Academy will be located initially at the current Eastside Elementary School facility and later moved to the current LaFayette High School campus, as detailed below.

   **1. Student Enrollment**

    **a.**  The District will begin operation of the STEAM Academy for the 2022-23 school year.

    **b.**  The District will close J.P. Powell Middle School and Five Points School at the end of the 2021-22 school year and all students zoned for Eastside Elementary School, J.P. Powell Middle School, and Five Points School will be assigned to the STEAM Academy.

    **c.**  District-wide enrollment at the STEAM Academy will be allowed and encouraged for all District students in kindergarten through eighth grade. The District will immediately take steps to draw a desegregated enrollment to the STEAM Academy, including targeted marketing and recruitment.

    **d.**  If, within three (3) years of full implementation of the STEAM Academy, the percentage of black and white students enrolled in the STEAM Academy is not within +/- 20 percentage points of the District enrollment as a whole, the District will rezone sixth through eighth grade students in the Huguley Elementary School attendance zone for the STEAM Academy. "Full

implementation" means completion of all of those items in II.B.3. "STEAM Academy Programming," which will occur no later than prior to the start of the 2023-24 school year.

**2.   Location of the STEAM Academy**

Initially, the STEAM Academy will be housed at the current Eastside Elementary School. After high school students have vacated LaFayette High School, the District will renovate that facility to serve the STEAM Academy, which will include a new gymnasium, cafeteria, and STEAM labs, among other things.

**3.   STEAM Academy Programming**

By July 15, 2022, or within forty-five (45) days of the entry of this Order, whichever comes later, the District will invest in the success of the STEAM program by retaining a STEAM consultant to assist with the development and implementation of the STEAM Academy and will provide to the Plaintiff Parties and the public a plan describing the operation of the Academy for the 2022-23 school year. In addition, prior to the start of the 2023-24 school year the District will:

   **a.**   Adopt the curriculum to be used at the STEAM Academy;

   **b.**   Require all teachers providing STEAM instruction to complete all required trainings and certifications; and

   **c.**   Purchase and use the necessary resources to support the STEAM program.

**C.  Other School Closures**

The District will close LaFayette Lanier Elementary School at the end of the 2021-22 school year, and all students zoned for LaFayette Lanier Elementary School will be assigned to Fairfax Elementary School effective beginning with the 2022-23 school year.

### D.  Academic Offerings and Special Programs

The District will provide all students with access to the District's academic offerings and special programs without regard to race, including special programs such as the gifted and talented program. In addition, the District will:

1.  Prior to the start of the 2022-23 school year, and each year thereafter for the term of this Order, provide directly to parents and make available on District and school websites:

    a.  A list of all course offerings at each middle and high school and prerequisites for those courses, if any;

    b.  The process for requesting that course offerings be made available at a particular school; and

    c.  A detailed description of the District's gifted and talented program, including all mechanisms for having a student assessed for gifted eligibility.

2.  By July 15, 2023, the District will conduct an evaluation of its gifted and talented program and provide a report to the Parties that includes:

    a.  The efforts the District has taken or will take to train teachers to identify students for gifted testing and designation without regard to race; and

    b.  All other changes the District has made to increase the pool of Black students identified as gifted since the entry of the 1993 Order.

### E.  Discipline

The District will ensure nondiscrimination on the basis of race in student disciplinary practices. The District will take the following specific steps:

1.  Before the end of the 2022-23 school year:

     **a.**  Engage technical assistance to improve discipline policies and practices, including Positive Behavior Interventions and Supports and Restorative Justice; and

     **b.**  Review and revise, with input from students and families, the District's Code of Conduct to eliminate and prevent unequal treatment based on race.

**2.**  Before the start of the 2023-24 school year and annually for the term of this Order, train administrators and faculty on discipline policies and practices, including training on the District's revised Code of Conduct; and

**3.**  Pursuant to Section VII below, provide an annual report to the Plaintiff Parties and the Court analyzing discipline data by race and describing the status of the District's implementation of its discipline-related policies and practices.

## III.   FACULTY AND STAFF

The District will engage in nondiscriminatory hiring, assignment, promotion, and transfer of faculty, staff, and administrators consistent with *Singleton v. Jackson Mun. Sep. Sch. Dist.,* 355 F.2d 865 (5th Cir. 1966). The District will take the following specific steps:

**A.**  The District will not terminate any faculty and staff as a result of the closures and consolidation outlined in this Order, and will transfer faculty and staff to open facilities on a non-discriminatory basis. Faculty and staff may be recommended for non-renewal based on cause and job performance consistent with state and federal law.

**B.**  Beginning with the 2022-23 school year and for each school year thereafter for the term of this Order, the District will endeavor to meet the following faculty and staff assignment goals, consistent with the Court's 1993 Order:

1. Develop or revise District policies and procedures to enable the District to create a faculty and professional staff at each school that reflects the District-wide racial demographics (+/- 10 percentage points of the District's overall racial demographics);

2. Ensure that faculty and professional staff are assigned to each school in a manner that, to the extent feasible, avoids concentration of faculty or staff with higher state certification in particular schools or groups of schools; and

3. For any specialty program (including the K-8 STEAM Academy), confirm that all faculty and staff are properly trained and certified to ensure success of the program.

C. Beginning immediately, the District will take reasonable steps to recruit Black teachers and administrators. By July 15, 2022, the District will create and share with the Parties a minority recruitment and retention plan, which will include:

1. A list of the Historically Black Colleges and Universities that the District will annually visit to conduct recruitment; and

2. The details of a grow-your-own teacher training plan, to be implemented no later than the start of the 2022-23 school year.

## IV.   FACILITIES

The District will provide equitable facilities to ensure that every student has equal access to a quality education in a safe environment regardless of the facility where the student attends school. It will bring all facilities within the District to acceptable—and, to the extent feasible, equal—levels of physical condition, resources, and suitability for the educational programs which each school is to offer.

## V.     EXTRACURRICULARS

The District will ensure that all students have equal opportunity to participate in the District's extracurricular activities and programs without regard to race. Specifically, before the beginning of each school year, the District will provide directly to parents and make available on District and school websites a description of all extracurriculars provided at each District school; a listing of all prerequisites; if any; a list of all costs to be borne by parents and information about requesting a waiver of costs for families experiencing financial hardship; and the process for requesting that extracurriculars be made available at a particular school. The District will also comply with the reporting requirements detailed in Section VII of this Order.

## VI.    TRANSPORTATION

The District will ensure nondiscrimination on the basis of race in transportation. Specifically, before the beginning of each school year for the term of this Order, the District will review its bus routes and, where appropriate, adjust those routes to ensure that students are not subjected to an unequal transportation burden on the basis of race. The District will also comply with the reporting requirements detailed in Section VII of this Order.

## VII.   MONITORING AND REPORTING

### A.  July 15 Reporting

On or before July 15, in each year for the term of this Order, the District shall provide to the Plaintiff Parties and the Court a report containing the following information:

1.  **DAC.** A list of activities undertaken by the Desegregation Advisory Committee during the past year, including all concerns and recommendations presented to the Superintendent or Board of Education and the composition of the DAC by name, race, and zone representation;

2. **Gifted and Talented.** For each elementary and middle school in the District, a spreadsheet of all students, by race, designated gifted and/or talented. Additionally, the District will provide by race the number of students who applied/were considered for assignment to the gifted and talented program, the number of students evaluated for the gifted and talented program, and the number of students selected for the gifted and talented program.

3. **Discipline.** A spreadsheet of all students who received a disciplinary referral, including: each student's name or unique numerical identifier; grade; school; race; the disciplinary infraction (e.g., fighting, profanity, sexual harassment); a narrative description of the disciplinary infraction(s); date the infraction occurred; disciplinary disposition (e.g., in-school suspension ["ISS"], out-of-school suspension ["OSS"]) or other action taken (e.g., parent conference, referred for counseling); length of the disposition (e.g., one-day ISS or two-day OSS); and whether law enforcement or a school resource officer  was involved.

4. **Faculty and Staff.** A list of all personnel hired, promoted, or terminated within the past school year, by race and position, and the total number of applicants for faculty and administrative positions, by race.

5. **Extracurriculars.**

   a. A list, by school, of each extracurricular activity offered and the race of all participants; and

   b. For extracurriculars where participation is by selection or tryout, a list of the decision makers by name, race, and title, and a list of students, by race, who tried out or applied with an indication of which students were selected.

**6.  Transportation**

    **a.**  A map of each bus route, and for each route, the number of students by race, the length of students' bus rides, and an indication of whether the bus has air conditioning; and

    **b.**  A description, by school, of the availability of after-school transportation for different extracurriculars and activities.

**B.  Annual Reporting**

On or before October 15 of each year, the District shall file with the Plaintiff Parties and the Court an annual report with the following information:

    **1.**  Current student enrollment by race and grade for each District school;

    **2.**  A list of all student transfers by race and grade, including the type of transfer, the school from which each student transferred, and the reason for granting the transfer;

    **3.**  Current full- and part-time faculty by race and grade for each District school;

    **4.**  Current certified and non-certified staff by race for each District school;

    **5.**  Current administrators by race for the District and for each District school;

    **6.**  A description of new construction and renovation projects, school closings, and school consolidations approved by the Court, and a description of all other renovations and non-emergency maintenance or repairs to any school facility.

**C.  Compliance Monitoring**

Counsel for the District and the Plaintiff Parties shall meet periodically, no less than annually, to discuss the District's implementation of the terms of this Order. In monitoring the District's compliance with the terms of this Order, the Plaintiff Parties may: conduct

site visits of District schools and administrative offices, including on-site interviews of staff in the presence of District counsel; observe the District's professional development workshops and trainings; and request such additional reports or data as are reasonably necessary for monitoring compliance.

## VIII.   EFFECT OF PRIOR ORDERS

All recordkeeping and reporting obligations of the District to the Court and to the Plaintiff Parties are included in this Consent Order. All other prior orders are superseded where inconsistent with this Consent Order. All prior Orders not inconsistent with this Consent Order remain in full force and effect.

## IX.   FINAL TERMINATION

The District may move for the Court's dismissal of this case in its entirety upon full compliance with the terms of this Consent Order, a showing that the District has taken all practicable measures to desegregate its school system, and a showing that the District has not taken any action that impedes the orderly desegregation of, or violates federal law with respect to, the operation of its school system. The District may move for partial unitary status and dismissal of the Court's supervision of individual *Green* factors upon meeting the above requirements with respect those factors. Such motion for full or partial dismissal may be filed with this Court after three full school years of compliance with the relevant provisions of this Consent Order and no sooner than ninety (90) days after the submission of the District's July 15, 2026, report to the Plaintiff Parties and the Court.

**SO ORDERED, ADJUDGED, AND DECREED**, this _____ day of _____, 2022.

_____
UNITED STATES DISTRICT JUDGE

# Appendix A





**Timeline for Implementation of Facilities Plan for Chambers County Schools**

**Implementation Steps**

### Site Analysis and Acquisition

Estimated Timeline:  May – August 2022

- Agreed upon Conditions will be used as parameters for site selection
- Use of Geographic Information Systems analysis to conduct site analysis
- Submit Site options that fit criteria
- Site acquisition through purchase or land transfer

### Move Management

Estimated Timeline:  June – July 2022

- Complete an inventory of existing fixtures, furniture and equipment at Eastside ES, Five Points K8, J.P. Powell MS, Fairfax ES, and Lafayette Lanier
- Consult with District to determine FFE standards and requirements at receiving schools
- Produce move strategy documentation including plan for excess FFE disposal
- Assist District in contracting move professionals
- Oversee and manage move consultant
- Actual move to occur July 2022

### Decommissioning Services

Estimated Timeline: June – August 2022

Once schools have been closed and will no longer be used for educational purposes it is necessary to ensure buildings are shut down properly to ensure safety and preserved for re-use for future owners.  The following is a scope of services for decommissioning:

Schools to be decommissioned:  J.P. Powell Middle Schools, Five Points K8 School, Lafayette Lanier Elementary School

- Work with Architect/Engineer hired by Chambers to analyze existing utilities, systems and entrance points to determine appropriate steps for decommissioning
- Engage either the Chambers facility maintenance with knowledge of the building and resources to take outlined steps or engage outside specialized contractors to perform the services.



## High School Programming and Educational Specifications

Estimated Timeline:  June – August 2022

Educational Specifications Written communication from the owner or educator to design professionals, particularly the architect, describing the current and future educational activities that the school facility should accommodate.  The educational specification defines space types, adjacencies, and square footage for the new high school facility.

Chambers County Schools will undergo and Educational Programming process to determine standards for new Chambers County High School.  This process will be inclusive of both high schools' representation including High School Administrators, Teachers, Students and community members.  This will also include program specialists such as CTE, Special Education, Core Education/Science, Athletics, Fine Arts, Food Services, Custodial/Maintenance and Transportation.

High School Educational Specification will define program space types, specific square footage requirements, space adjacencies, furniture/fixtures/equipment, technology, safety/security standards and site standards.

## Hire Program Manager

Estimated Timeline:  May – June 2022

Chambers County will hire a program manager to coordinate a construction program.

## Architect Selection

Estimated Timeline:  June – July 2022

Chambers County will follow standard procurement protocol to release a Request for Qualifications for Architectural and Engineering services for design services for a new high school.  Steps to include:
- Draft RFQ for publication and advertisement
- Create a diverse district selection committee
- Short list qualified A/E firms
- Recommend preferred candidate
- Negotiate contract
- School Board Approval

## Design

Estimated Timeline: August 2022 – June 2023

The Design Phase will be separated into 2 different packages. An early site and utilities package and a following building package. An estimated timeline of the specific phases of each package is outlined below.

- Conceptual Design – August 2022
    - This will coincide with the last month of the High School Programming and Educational Specifications development. The Architect will work with Chambers County and the Program



2

Manager in the final month to transition from the planning efforts to putting the planning into design documents.

- Schematic Design – September 2022
  - o The Architect will take the Programming, Educational Specifications and Conceptual Design for the High School and start turning it into drawings and specifications for construction of the building.
- Design Development – October 2022 – January 2023
  - o The Schematic Design plans and elevations are reviewed, revised and expanded to incorporate all the details and specifications required for construction. Specific project components start to be more defined with specific feedback from the various user groups.
- Construction Documents
  - o Site Package – February 2023 – March 2023
    - ▪ An early site release package with scope related to earthwork and infrastructure will be developed. The project will be put out to bid to site specific contractors while the rest of the construction documents are developed for the building.
  - o Building Package – February 2023 – June 2023
    - ▪ Finalization of all specific details of the project are turned into bid documents with plans and specifications to be put out to bid to general contractors for construction.

### Bid & Award – Site & Utility Package

Estimated Timeline: April 2023 – May 2023

Chambers County will follow standard procurement protocols for publicly bidding the Site & Utility Package for a new high school.  Steps for this process are outlined below. **It is anticipated that a contract for construction would be fully executed by May 31, 2023.**

- Advertisement for pre-qualification of site contractors
- Pre-qualification of site contractors
- Advertisement for bid of the site and utility package
- Bid of the site and utility package
- Review of the bids to determine the lowest most responsive and responsible bidder
- Recommendation to award the contract to a site contractor at a Board of Education meeting
- Recommendation to enter into a contract with a site contractor at a Board of Education meeting
- Execution of a contract for construction of the site and utility package

### Construction – Site & Utility Package

Estimated Timeline: June 2023 – August 2023

The successful contractor for the Site & Utility Package would start and complete construction of the anticipated general scope outlined below. **The Notice to Proceed (NTP) date for construction to start on site would be by June 1, 2023.**

- Earthwork and grading for the building, parking, drives, landscape and hardscaped areas
- Installation of storm sewer
- Installation of electrical, data, water, gas utilities, as needed, to the site and/or building

### Closeout – Site & Utility Package

Estimated Timeline: September 2023



3



Substantial Completion of the Site & Utility Package is estimated to be by August 31, 2023. After Substantially Completion of the Site & Utility Package, the Contractor would have an estimated 30 days to complete their punch list and submit the contractually required closeout documents.

### Bid & Award – Building Package

Estimated Timeline: July 2023 – August 2023

Chambers County will follow standard procurement protocols for publicly bidding the Building Package for a new high school.  Steps to include:
- Advertisement for pre-qualification of general contractors
- Pre-qualification of general contractors
- Advertisement for bid of the building package
- Bid of the building package
- Review of the bids to determine the lowest most responsive and responsible bidder
- Recommendation to award the contract to a general contractor at a Board of Education meeting
- Recommendation to enter into a contract with a general contractor at a Board of Education meeting
- Execution of a contract for construction of the building package

### Construction – Building Package

Estimated Timeline: September 2023 – February 2025

The successful contractor for the Building Package would start and complete construction of the anticipated general scope outlined below. **The Notice to Proceed (NTP) date for construction to start on site would be by September 1, 2023.**
- Construction of all vertical construction associated with the building
- Paving of drives and parking lots
- Construction of all hardscape and landscaped areas
- All infrastructure required for the building

### Closeout & Occupancy – Entire Building

Estimated Timeline: March 2025

Substantial Completion of the Building Package is estimated to be by February 28, 2025. After Substantially Completion of the Building Package, the Contractor would have an estimated 30 days to complete their punch list and submit the contractually required closeout documents.

The school could start being occupied by Chambers County following achievement of Substantial Completion. Early move-in of furniture, IT equipment, and furnishings is possible if needed to accommodate move-in and occupancy goals.

Move-in can occur as early as the anticipated Substantial Completion date of February 28, 2025 or the school may desire to move in at a later date after the contractor has completed their punch list activities to minimize the overlap of activities and personnel in the building.

