IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| ANTHONY T. LEE, et al., <br><br> Plaintiffs, <br><br> and <br><br> UNITED STATES OF AMERICA, <br><br> Plaintiff-Intervenor, <br><br> v. <br><br> CHAMBERS COUNTY BOARD OF EDUCATION, et al., <br><br> Defendants. | CIVIL ACTION NUMBER <br><br> 3:70-cv-00844-WKW |

## MOTION FOR STATUS CONFERENCE

COMES NOW Private Plaintiffs Anthony T. Lee, et al. by and through counsel and respectfully move to set a status conference on the Joint Motion to Approve Proposed Consent Decree, Doc. 480, that will allow the parties to discuss concerns that have been raised to undersigned counsel with respect to the school closures and consolidations under the Proposed Consent Decree, and the implementation of a mechanism for persons impacted by any school that would be subject to closure or consolidation under the proposed Consent Order to be heard before the Court makes a final decision on whether or not to approve the Order, or whether any modifications to the Proposed Order are required.

Counsel for Private Plaintiffs, in consultation with the class representatives, have made every effort to represent the interests of the class as a whole. However, since filing the Joint Motion to Approve Proposed Consent Decree on May 19, 2022, undersigned counsel understands that

1

members of the class have asserted opposition to the proposed closure or consolidation of schools under the proposal. Before moving forward with the proposed Consent Decree, undersigned counsel believe it is essential to ensure that these concerns are addressed before the Court.

Specifically, the Court could schedule a hearing or create some other mechanism to allow those affected to present their concerns about the school closures and consolidations contemplated by the proposed consent decree. Courts have held fairness hearings in similar circumstances. *See, e.g., United States v. Alabama*, 271 F. App'x 896, 899 (11th Cir. 2008) ("[T]he objectors were allowed an opportunity to participate in the fairness hearing."); *Reynolds v. Roberts*, 202 F.3d 1303, 1307 (11th Cir. 2000) ("The parties submitted Consent Decree I to the district court for approval, and[] the court held a hearing on the fairness of the proposal."). Indeed, even if Rule 23(e) does not by its terms apply here, *see generally* Wright and Miller, Federal Practice & Procedure § 1797 (3d ed. 2021), the concerns animating the Rule require providing all class members whose school would be subject to closure or consolidation an opportunity to be heard before the Court.

Plaintiff United States of America is aware of this motion and does not oppose. Defendant Chambers County Board of Education is aware of this motion but opposes the same.

WHEREFORE, for the reasons stated above, the Private Plaintiffs respectfully request that the Court schedule a status conference so that the parties may discuss the issues raised in this motion and create a mechanism for the prompt and efficient consideration of these issues.

| | |
|---|---|
| Dated: June 2, 2022 | Respectfully submitted, |
| | /s/*GeDá Jones Herbert* |
| STANLEY F. GRAY | GeDá Jones Herbert |
| ASB-8670-A56S | NAACP Legal Defense & |
| Gray, Langford, Sapp, McGowan, | Educational Fund, Inc. |
| Gray, Gray & Nathanson | 700 14th Street NW, Suite 600 |
| Post Office Box 830239 | Washington, DC 20005 |
| Tuskegee, AL 36083-0239 | Tel: (202) 682-1300 |
| Telephone: (334) 727-4830 | Fax: (202) 682-1312 |
| sgray@glsmgn.com | gherbert@naacpldf.org |

Amia Trigg*
Victor Jones*
NAACP Legal Defense &
Educational Fund, Inc.
700 14th Street NW, Suite 600
Washington, DC 20005
Tel: (202) 682-1300
Fax: (202) 682-1312
atrigg@naacpldf.org
vjones@naacpldf.org

Amber Koonce*
NAACP Legal Defense &
Educational Fund, Inc.
40 Rector Street, 5th Floor
New York, NY 10006
Tel: (212) 965-2200
Fax: (212) 226-7592
akoonce@naacpldf.org

*Admitted *Pro Hac Vice*

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above Motion For Status Conference has been delivered to all counsel via the Court's electronic filing system on this 2nd day of June 2022.

*/s/GeDá Jones Herbert*
GeDá Jones Herbert
NAACP Legal Defense &
Educational Fund, Inc.
700 14th Street NW, Suite 600
Washington, DC 20005
Tel: (202) 682-1300
Fax: (202) 682-1312
gherbert@naacpldf.org

# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# EASTERN DIVISION

| | |
|---|---|
| ANTHONY T. LEE, et al., <br><br>     Plaintiffs, <br><br> and <br><br> UNITED STATES OF AMERICA, <br><br>     Plaintiff-Intervenor, <br><br> v. <br><br> CHAMBERS COUNTY BOARD OF EDUCATION, et al., <br><br>     Defendants. | CIVIL ACTION NUMBER <br><br> 3:70-cv-00844-WKW |

**[PROPOSED] ORDER**

Upon consideration of Private Plaintiffs' Motion for Status Conference, it is hereby ORDERED that a status conference shall be held [telephonically/in courtroom 2-F, the Frank M. Johnson, Jr. U.S. Courthouse, Montgomery Alabama] on [DATE] at [TIME].

SO ORDERED.

Date: _____          _____
                                        UNITED STATES DISTRICT JUDGE