IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| ANTHONY T. LEE, *et al.*, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff-Intervenor | ) |
| and Amicus Curiae, | ) |
| | ) |
| and NATIONAL EDUCATION | ) |
| ASSOCIATION, INC., | ) |
| | ) |
| Plaintiff-Intervenor, | ) |
| | ) |
| v. | )  CASE NO. 3:70-CV-844-WKW |
| | ) |
| CHAMBERS COUNTY BOARD | ) |
| OF EDUCATION, *et al.*, | ) |
| | ) |
| Defendants. | ) |

## **ORDER**

Upon consideration of Private Plaintiffs' Motion for Status Conference (Doc. # 481), it is ORDERED that the motion is GRANTED. Accordingly, this matter is set for an on-the-record status conference on **June 15, 2022, at 1:00 p.m.**, Central Time, by telephone conference call. Each party must be represented by at least one attorney of record, and lead counsel should attend if possible. The attorneys are DIRECTED to contact Courtroom Deputy Wanda Robinson for the phone number and access code required to participate in the conference call

DONE this 10th day of June, 2022.

                                                         /s/ W. Keith Watkins
                                        UNITED STATES DISTRICT JUDGE