IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| ANTHONY T. LEE, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| ) | |
| Plaintiff-Intervenor ) | |
| and Amicus Curiae, ) | |
| ) | |
| and NATIONAL EDUCATION ) | |
| ASSOCIATION, INC., ) | |
| ) | |
| Plaintiff-Intervenor, ) | |
| ) | |
| v. ) | CASE NO. 3:70-CV-844-WKW |
| ) | |
| CHAMBERS COUNTY BOARD ) | |
| OF EDUCATION, *et al.*, ) | |
| ) | |
| Defendants. ) | |

## **ORDER**

Before the court is the parties' joint motion to approve a proposed consent order. (Doc. # 480.) Counsel for the private plaintiffs have indicated that consent has been withdrawn from at least a portion of the proposed order.

A full notice period, a hearing to include public comment, and further consideration from the court are required before an order as far-reaching as the one proposed can be approved by the court. Moreover, the terms of the proposed order

are now at issue, and it is not clear that the order can be adopted wholesale by consent. For these reasons, ruling on the motion is DEFFERED, and the full order shall not be considered before the beginning of the 2022–23 school year.

The court will entertain any motion from Defendant Chambers County Board of Education for immediate relief—seeking approval of, for example, one or more components of the proposed order, such as school closures. Such motion should include a proposed plan for issuing notice to affected parties and for hearing public comment on an expedited timeframe and should identify the parties who join in or do not oppose the motion, if any. The court anticipates that one week would be sufficient notice for certain components of the proposed order, and that a hearing could be held on June 30, 2022, in the G.W. Andrews U.S. Courthouse, at 701 Avenue A, Opelika, Alabama.

It is further ORDERED that the parties shall meet and confer and file a joint status report on or before **June 24, 2022**.

DONE this 15th day of June, 2022.

                                              /s/ W. Keith Watkins
                                    UNITED STATES DISTRICT JUDGE