

# Historical Enrollment

### Declining Enrollment

Chambers County Schools continues to show a decline in enrollment since the 2015/2016 school year. The chart on this page is conditionally formatted to indicate peaks of enrollment (in red boxes) and low enrollment marks (blue boxes) for the previous seven years (including current). Due to lower birth rates, steady to declining population (in certain areas of the County), slow permitting for housing, it is likely this trend is unlikely to turn around.

The projection is also influenced by lesser students enrolled at the lower grade levels that previous years, which will push through the school system, replacing larger enrollments seen in previous years. This aligned with large capacities will continue to cause imbalance of enrollment at the elementary grade level and further decrease utilization of current facilities.



EXHIBIT A

| Grade | 2015-16 | 2016-17 | 2017-18 | 2018-19 | 2019-20 | 2021-21 | 2021-22 |
|---|---|---|---|---|---|---|---|
| PK | 123 | 123 | 121 | 121 | 115 | 109 | 163 |
| K - 5 | 1,688 | 1,702 | 1,649 | 1,665 | 1,615 | 1,571 | 1,511 |
| 6 - 8 | 848 | 860 | 831 | 807 | 784 | 807 | 750 |
| 9 - 12 | 1,080 | 1,032 | 1,050 | 1,047 | 1,031 | 989 | 957 |
| K - 12 | 3,616 | 3,594 | 3,530 | 3,519 | 3,430 | 3,367 | 3,218 |
| Grand Total | 3,739 | 3,717 | 3,651 | 3,640 | 3,545 | 3,476 | 3,381 |

Chambers County Schools
Facilities Planning