# Demographics
## Population Change

The adjacent map illustrates population change by race from the 2010 to the 2020 U.S. Census Bureau. Although population trends do not always correlate to public schools enrollment trends, this is still a key data point in planning. Tracking population allows us to see demographic trends and movement in a county and provides data on available student "market share" that can impact utilization of facilities.

Overall Chambers County has grown by approximately 550 (Black and White population) in the last 10 years. This number does not correlate to student enrollment as enrollment has decreased by nearly 350 students since 2015/2016 school year.

The western portion of the county specifically the areas surrounding the towns of Lafayette and Five Points have decreased in population by nearly 1,000 residents.

The southeast portion the county surrounding the towns of Lanett and Valley have increased by approximately 1,550 residents.





EXHIBIT B

**Source: U.S. Census Bureau**
https://www.al.com/news/2021/09/detailed-maps-show-exactly-how-where-alabama-changed-in-2020-census.html

Chambers County Schools
Facilities Planning



Map annotations:
- −463  B: −272  W: −252
- +392  B: +160  W: +41
- +108  B: +206  W: −400
- +433  B: +335  W: −135
- +52   B: +91   W: −130
- −363  B: +18   W: −533
- +929  B: +259  W: +212
- −425  B: −298  W: −184
- −106  B: −264  W: +104