# Current Schools Overview

The adjacent chart provides a current overview of the District's school facilities, including grade configuration, capacity and student enrollment by race.

This data provides a starting point of discussion regarding the demographic profile of each facility and how many students each school can accommodate.


EXHIBIT C

| School | Grade Configuration | Capacity | Enrollment | | | | Total | % White | % Black | % Other |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | White | Black | Other | | | | | |
| East Side ES | PK-5 | 705 | 29 | 228 | 6 | | 263 | 11% | 87% | 2% |
| Five Points | K-5 | 257 | 46 | 24 | 0 | | 70 | 66% | 34% | 0% |
| Fairfax ES | PK-5 | 805 | 271 | 172 | 7 | | 450 | 60% | 38% | 2% |
| Huguley ES | PK-5 | 610 | 286 | 128 | 9 | | 423 | 68% | 30% | 2% |
| Bob Harding Shawmut ES | PK-2 | 375 | 122 | 116 | 17 | | 255 | 48% | 45% | 7% |
| Lafayette Lanier ES | 3-5 | 390 | 84 | 95 | 20 | | 199 | 42% | 48% | 10% |
| Elementary Totals | | 3,142 | 838 | 763 | 59 | | 1,660 | 50% | 46% | 4% |
| Five Points | 6-8 | 128 | 19 | 14 | 0 | | 33 | 58% | 42% | 0% |
| W.F. Burns MS | 6-8 | 850 | 291 | 266 | 13 | | 570 | 51% | 47% | 2% |
| J.P. Powell MS | 6-8 | 510 | 12 | 109 | 4 | | 125 | 10% | 87% | 3% |
| Middle Totals | | 1,488 | 322 | 389 | 17 | | 728 | 44% | 53% | 2% |
| Lafayette HS | 9-12 | 510 | 22 | 197 | 0 | | 219 | 10% | 90% | 0% |
| Valley HS | 9-12 | 956 | 345 | 287 | 18 | | 650 | 53% | 44% | 3% |
| High Totals | | 1,466 | 367 | 484 | 18 | | 869 | 42% | 56% | 2% |
| District Totals | | 6,096 | 1,527 | 1,636 | 94 | | 3,257 | 47% | 50% | 3% |



Chambers County Schools
Facilities Planning