

ALABAMA STATE DEPARTMENT OF EDUCATION
School Level Per-Pupil Expenditures
FY 2021

PK-12

Chambers County Schools

| CCTR | School | Enrollment | Total Expenditures | PPE |
|---|---|---|---|---|
| 0030 | Fairfax Elementary | 437 | 4,453,122 | 10,190 |
| 0040 | Five Points Elementary | 100 | 1,703,572 | 17,036 |
| 0060 | Huguley Elementary | 389 | 4,131,132 | 10,620 |
| 0070 | LaFayette Eastside Elementary | 259 | 3,169,612 | 12,238 |
| 0080 | LaFayette High School | 238 | 3,382,745 | 14,213 |
| 0090 | LaFayette Lanier Elementary | 203 | 2,308,393 | 11,371 |
| 0100 | John P Powell Middle | 146 | 2,055,886 | 14,081 |
| 0130 | Bob Harding-Shawmut Elementary | 232 | 2,916,563 | 12,571 |
| 0140 | Valley High | 725 | 6,385,025 | 8,807 |
| 0150 | WF Burns Middle | 657 | 5,137,131 | 7,819 |
| TOTALS: | | 3,386 | 35,643,181 | 10,527 (AVG PPE) |

Expenditures include Federal, State, and Local fund sources, and include the following public school functions:
Instructional Services
Student Support Services
Instructional Staff Support
School Administrative Services
Operations and Maintenance
Transportation Services
Food Services (CNP)
PreSchool
General Administrative Services