

# CHAMBERS COUNTY SCHOOL DISTRICT



Science • Technology • Engineering • Arts • Mathematics

**District Leader**: Dr. Sheila Jones (K-8 Focus)

**Secondary STEAM Specialist**: Seth Stehouwer

**Elementary STEAM Specialist:** TBD (A teacher with experience teaching math or science in grades K- 8th will be invited to take on this role)

**Leadership Team**: The STEAM Specialists and District Leader will be the leadership team responsible for leading their colleagues and implementing the STEAM practices and instruction.

**School**: For the 2022-2023 school year, the STEAM program will be implemented inside of Eastside Elementary School of which JP Powell Middle School and Five Points School are located. The program will begin with 6-8th grade students and throughout the school year of 2022-2023 include 4th and 5th grades.

**Advertising**: CBG will be used for advertising by creating flyers, posting on social media, and information will go home to all students in grades K-8 across the district in addition to children in the community that are not zoned for Chambers County School District with an effort to reach the Caucasian population. Advertising will begin in July of 2022.

**STEAM Consultant:** Our district leader has already met with two possible STEAM Consultants: Dr. Sally Creel, Cobb County Schools who is Cobb County Schools' STEM and Innovation Supervisor as well as Kellie Ryan, Educational Consultant/Cognia Certified Lead Reviewer. References of both STEAM Consultants are being checked at this time. If all references meet the district's expectations, the proposal will be to use

Dr. Sally Creel beginning Summer of 2022 and hire Ms. Kellie Ryan when we are ready for the certification process since she works for Cognia.

**Implementation Plan:**

Phase 1 (2022-2023)

June - July 2022, the District Leader and STEAM Specialists will assess and utilize existing curriculum, programs and activities (below) to formulate an initial plan of instruction for the 2022/2023 school year. Prior to June of 2022, we have been doing robotics and STEM since 2007 and officially teaching PLTW engineering since 2013. The Chambers County System has had a formal STEM education program for grades 8-12 on the Inspire Academy (formerly known as, the Career and Technical Center) campus, since August of 2013, and various supplemental activities and outreach programs throughout the other schools.  As the implementation team moves forward with launching the STEAM Magnet School, we will begin by building on the success of what is already in place.  These building blocks have been identified based on the success of the following programs:

- Project Lead the Way (PLTW) - Engineering and Design program and curriculum (Grades 9-12)
    - LAUNCH (K-5) and Gateway to Engineering (6-8) have shown great potential to serve as a unified curriculum
    - The implementation team will investigate this curriculum and weigh it against some of the other alternatives while making their decision
- SolidProfessor - Learning management system, offering courses in:
    - SketchUp and SolidWorks CAD
    - Distance learning - Engineering and STEM
    - Arduino Programing
    - 3D Printing
- Greenpower USA Foundation - F24 Electric car competitions and curriculum (Grades 7-12)
    - The STEAM Academy team will be working with the STEAM Teams outreach program, at Inspire academy, and their partners to potentially provide an new kit car, curriculum and support to provide this activity and competition opportunity to grades 7-8
- Greenpower USA Foundation - Goblin, electric car competition and curriculum (Grades 5-6)
    - The STEAM Teams will be providing an existing kit, and support to the STEAM Academy during the 2022/2023 school year

- Ten80 Education – National STEM league competitions, clubs and classroom curriculum
    - Racing challenge – Middle school after school club (Grades 5-7)
    - Racing challenge – Classroom instruction (Grades 8-12)
    - Driving STEM – Elementary level classroom outreach activities
    - The implementation team will be working with the Ten80 education team to evaluate their complete curriculum for grades 3-8 to evaluate its appropriateness and effectiveness as it relates to the state of Alabama course of study and learning standards
    - At a minimum the STEAM Teams outreach program will provide a classroom kit and curriculum for use STEM activities throughout the year.
- Summer STEM camps – Developed and implemented by the Secondary STEM Specialist utilizing the *Driving STEM* curriculum and other engineering resources
- Additional existing resources that have been identified are (We are looking into these for implementation):
    - STEM Scopes
    - SAE – KIA, A World in Motion
    - AMSTI
    - VEX Robotics
    - We Build It Better, Flight Works of Alabama

Starting October of 2022, Teacher Leaders will visit other schools that have certified STEAM academies for the purpose of classroom observations and to collaborate with STEAM teachers. The District Leader and Secondary STEAM Specialist will research the professional development that best meet our needs to be ready for beginning the year with STEAM activities listed below:

January – February 2023, the Chambers County STEAM Implementation Team and District will conduct an employee assessment to evaluate which teachers would best meet the qualifications for pedagogy related to implementing STEAM practices in grades K-8th. Based on the results of this assessment some employee relocation recommendations may be recommended.

October 2022 – June 2023, existing STEAM outreach activities and competition teams will be utilized throughout the entire county to expose targeted student populations (Caucasian) to STEAM activities and recruit for participation in the STEAM magnet program. Increased awareness of STEAM activities and participation in these activities

will increase the likelihood of targeted student populations participating in the new magnet school.

Phase 2 (2023-2024)

This is ONLY if we have not already done this by the end of July 2022: May 2023, targeted students (Caucasian) will be invited to attend Eastside Elementary participating in the 4-8th grade STEAM program. We plan to have an Open house by the end of July 2023 or the first week of August 2023.

Teachers who are certified to teach math and science will be leading the instruction in the STEAM program. The "full implementation" STEAM program at Eastside Elementary (including JP Powell and the merging of Five Points in Eastside's building) is expected to be in effect by August of 2023. Plans will be made to move the STEAM program to the current Lafayette High School.

We define "full implementation" as STEAM activities in grades K-8th.

Phase 3 (2024-2025)

Our plan is to pursue a STEAM certification that will be similar to COGNIA. We are currently researching and evaluating different STEAM certifications with a goal of making a final decision no later than the end of July 2022.

**CURRICULUM:** The listed curriculum (above) is a start of which we will be ready to begin by September of 2022. We plan to extend what is listed utilizing StemScope Kits and AMSTI activities just to begin. We are still working on the extent of the curriculum and will be through the end of July 2022.

By identifying an appropriate core curriculum, the STEAM Magnet school will leverage these existing resources to create a fully integrated STEAM learning environment that will naturally transition students into the secondary STEM program of their choice.