EXHIBIT F

| Five Points | 2021-22 route duration | 2021-22 riders | 2022-23 expected duration | 2022-23 expected riders |
|---|---|---|---|---|
| 22-2 | 40 min avg; 54 min max | 8 black; 1 white | 40 min avg; 50 min max | 8 black; 6 white |
| 22-7 | 55 min avg; 90 min max | 13 black; 5 white | 45 min avg; 75 min max | 9 black; 5 white |
| 18-9 | 50 min avg; 80 min max | 8 black; 18 white | 45 min avg; 65 min max | 8 black; 13 white |
| 22-4 | 58 min avg; 80 min max | 20 black; 7 white | 45 min avg; 60 min max | 16 black; 5 white |
| **JP Powell** | | | | |
| 22-8 | 16 min avg; 40 min max | 32 black; 0 white | 25 min avg; 50 min max | 36 black; 0 white |
| 18-3 | 40 min avg ; 55 min max | 22 black; 12 white | 40 min avg; 55 min max | 20 black; 13 white |
| 18-8 | 30 min avg ; 40 min max | 17 black; 0 white | 35 min avg; 45 min max | 22 black; 1 white |
| 18-12 | 33 min avg ; 50 min max | 15 black; 0 white | 33 min avg; 50 min max | 15 black; 0 white |
| 10-8 | 25 min avg ; 45 min max | 22 black; 4 white | 25 min avg; 45 min max | 22 black; 4 white |
| 14-2 | 45 min avg ; 65 min max | 17 black; 4 white | 45 min avg; 65 min max | 17 black; 4 white |
| 10-4 | 23 min avg ; 45 min max | 33 black; 1 white | 23 min avg; 45 min max | 33 black; 1 white |
| 10-5 | 35 min avg ; 55 min max | 17 black; 3 white | 35 min avg; 55 min max | 17 black; 3 white |
| 14-6 | 32 min avg ; 50 min max | 26 black; 5 white | 32 min avg; 50 min max | 26 black; 5 white |
| 18-5 | 43 min avg ; 65 min max | 16 black; 1 white | 43 min avg; 65 min max | 16 black; 1 white |
| 14-3 | 10 min avg ; 15 min max | 33 black; 4 white | 10 min avg; 15 min max | 33 black; 4 white |
| 18-1 | 30 min avg ; 45 min max | 13 black ; 3 white | 30 min avg; 45 min max | 13 black; 45 min max |

**Notes:** The 2022-23 expected duration and expected rider counts are estimated on ridership from that route from the previous year considering route changes that have already been planned between the 4 FPS routes and 2 of the JPP routes. Rider numbers include all students in grades K-12. Five Points area routes are helped by eliminating the bus transfer that previously had to take place traveling from LHS to FPS. Five Points area students will also return home earlier each afternoon because buses will be able to start their routes at 3:15 rather than 3:35. The Five

Points area routes are anticipated to have a shorter duration due to the original 4 routes being spread into 6 routes. With several stops from each route being absorbed into other routes, it will still allow the routes to run faster than previous years based on fewer stops.