

## NOTICE OF HEARING ON MOTION FOR IMMEDIATE RELIEF
## OF CHAMBERS COUNTY SCHOOL DISTRICT IN
## UNITED STATES DISTRICT COURT

### TO ALL SCHOOL AGED CHILDREN RESIDING WITHIN THE CHAMBERS COUNTY SCHOOL DISTRICT AND THEIR PARENTS AND/OR LEGAL GUARDIANS

The United States District Court for the Middle District of Alabama has ordered a hearing to consider the District's request for immediate relief including the closure of several schools. Notice is being provided for the benefit of those whose interests are affected.

Judge Keith Watkins, United States District Judge, has scheduled a hearing for June 30, 2022, at _____, in the United States Courthouse located at street address from Order in Opelika to determine whether the Motion for Immediate Relief should be granted. The hearing is open to the public. Members of the public who wish to speak at the hearing must complete and submit an Objection/Comment form before the hearing date and indicate that they wish to address the Court at the hearing. Forms for this purpose are available to be printed from the Chambers County Board of Education website (https://www.chambersk12.org) and at the District's Central Office. **All written comments must be submitted to the Court at the address provided on the form and must be postmarked no later than _____ ___, 2022.**

If you have any questions, you may contact counsel for the Private Plaintiffs, GeDa' Jones Herbert at (202) 682-1300, or Stanley F. Gray at (334) 727-4830; counsel for the United States, Amelia Huckins at (202) 353-5055 or Veronica Percia at (202) 353-5984; or counsel for Chambers County Board of Education, Robert T. Meadows, III, at (334) 241-8011.

THIS NOTICE IS TO BE PUBLISHED IN THE LEGAL NOTICE SECTION OF THE LAFAYETTE SUN on _____ ___, 2022, and THE VALLEY-TIMES NEWS on _____ ___, 2022.

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| ANTHONY T. LEE, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff-Intervenor and | ) | |
| Amicus Curiae, | ) | CIVIL ACTION NO.: 3:70-cv-844-WKW |
| | ) | |
| NATIONAL EDUCATION ASSOCIATION, INC., | ) | |
| | ) | |
| Plaintiff-Intervenor, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| CHAMBERS COUNTY BOARD OF EDUCATION, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## OBJECTION/COMMENT TO MOTION FOR IMMEDIATE RELIEF

1. Please print

    Name : _____

    Address: _____

    _____

    Telephone No.: _____

2. Are you a Student? _____

    Parent of a Student? _____

    Concerned Citizen? _____

3. Do you plan to attend the fairness hearing on June 30, 2022?

1

_____ Yes   _____ No

4. If you do plan to attend the fairness hearing, are you requesting an opportunity to speak at the hearing?

   _____ Yes   _____ No

5. Please state your objections/comments to the District's Motion for Immediate Relief.

   _____

   _____

   _____

   _____

You may attach additional sheets, if needed. Please put your name on each sheet.

_____
Signature

**MAIL TO:**

**Office of the Clerk**
**United States District Court**
**Middle District of Alabama**
**One Church Street**
**Montgomery, AL 36104**

**FORMS MUST BE POSTMARKED NO LATER THAN _____, 2022.**

*****THE FAIRNESS HEARING WILL BE HELD BEFORE THE HONORABLE KEITH WATKINS, ON JUNE 30, 2022, AT _____ P.M., AT THE G.W. ANDREWS U.S. COURTHOUSE LOCATED AT 701 AVENUE A, OPELIKA, ALABAMA.**