IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| ANTHONY T. LEE, et al., | |
| Plaintiffs, | |
| and | |
| UNITED STATES OF AMERICA, | CIVIL ACTION NUMBER |
| Plaintiff-Intervenor, | 3:70-cv-00844-WKW |
| v. | |
| CHAMBERS COUNTY BOARD OF EDUCATION, et al., | |
| Defendants. | |

## JOINT STATUS REPORT

Private Plaintiffs, Anthony Lee, *et. al.*, Plaintiff Intervenor, United States of America, and Defendant Chambers County Board of Education (together, the "Parties") respectfully submit this joint status report per the Court's June 15, 2022 Order, requiring the parties to meet and confer and file a joint status report on or before June 24, 2022. (Doc. 485).

The Court has deferred its ruling on the parties' joint motion to approve a consent order, (Doc. 480), both because the Private Plaintiffs have withdrawn their consent from a portion of the proposed order and because the Court requires further consideration and an opportunity for public comment before certain parts of the proposed order may be entered, (Docs. 483, 485). Given this deferral, the Defendant, Chambers County Board of Education, has filed a motion for immediate relief seeking Court approval of school closures, consolidations, and student

1

assignment plans to be implemented for the upcoming 2022-23 school year, and proposing a plan for issuing notice to affected parties and for hearing public comment on an expedited timeframe. (Doc. 486).

The Defendant's motion also identifies the current position of the Private Plaintiffs and the United States with respect to that motion. The Private Plaintiffs object to the Defendant's proposal to close any school, and request that all impacted persons be granted an opportunity to be heard directly before the Court. The United States does not at this time object to the plan outlined in the District's motion, subject to receipt of additional information (including any information learned during a public hearing on the motion) and subject to the District's commitment to submit to this Court prior to June 30, 2022, a proposed order detailing the specific steps the District will take to ensure equal educational opportunities for all students affected by the proposed closures and consolidations, including the development and operation of a kindergarten through eighth grade STEAM Academy at the current Eastside Elementary School.

Aside from these differences in position on the District's motion for immediate relief and its plan for student assignment at the high-school level, the Parties continue to agree on the propriety and importance of many of the other provisions in the Parties' May 19, 2022 proposed consent order. However, in view of the uncertainty of the school closures and student assignment plans, including those at the high school level, many of those provisions need to be revisited and perhaps updated. Therefore, the parties agree that pending this Court's further consideration of the contested student assignment issues, they will negotiate in an effort to reach an agreement on a revised proposed consent order to be submitted to this Court for review. Private Plaintiffs assert that mediation may be useful in attempting to resolve the outstanding

issues; however, the District does not agree that mediation would be appropriate under the circumstances.

| | |
|---|---|
| Dated: June 24, 2022 | Respectfully submitted, |
| SANDRA J. STEWART<br>United States Attorney<br>Middle District of Alabama | KRISTEN CLARKE<br>Assistant Attorney General<br>Civil Rights Division |
| MARYLOU E. BOWDRE<br>Assistant U.S. Attorney<br>Alabama Bar No. 9232N10E<br>U.S. Attorney's Office<br>Middle District of Alabama<br>Post Office Box 197<br>Montgomery, AL 36101-0197<br>Telephone: (334) 223-7280<br>MaryLou.Bowdre@usdoj.gov | SHAHEENA A. SIMONS, Chief<br>FRANZ R. MARSHALL, Deputy Chief<br>VERONICA PERCIA, Special Litigation Counsel<br>AMELIA K. HUCKINS<br>TONI COLEMAN<br>Trial Attorneys<br>Educational Opportunities Section<br>Civil Rights Division<br><br>*/s/ Toni Coleman*<br>U.S. Department of Justice<br>950 Pennsylvania Avenue, NW<br>Washington, DC 20530<br>Telephone: (202) 353-5832<br>Fax: (202) 514-8337 |

*COUNSEL FOR PLAINTIFF-INTERVENOR UNITED STATES OF AMERICA*

STANLEY F. GRAY
ASB-8670-A56S
Gray, Langford, Sapp, McGowan,
Gray, Gray & Nathanson
Post Office Box 830239
Tuskegee, AL 36083-0239
Telephone: (334) 727-4830
sgray@glsmgn.com

*/s/GeDá Jones Herbert*
GeDá Jones Herbert
NAACP Legal Defense &
Educational Fund, Inc.
700 14th Street NW, Suite 600
Washington, DC 20005
Tel: (202) 682-1300
Fax: (202) 682-1312
gherbert@naacpldf.org

Amia Trigg*
Victor Jones*
NAACP Legal Defense &
Educational Fund, Inc.
700 14th Street NW, Suite 600
Washington, DC 20005
Tel: (202) 682-1300
Fax: (202) 682-1312
atrigg@naacpldf.org
vjones@naacpldf.org

Amber Koonce*
NAACP Legal Defense &
Educational Fund, Inc.

*Admitted *Pro Hac Vice*

COUNSEL FOR PRIVATE PLAINTIFFS

*/s/Robert T. Meadows, III*
Robert T. Meadows, III
CAPELL & HOWARD, P.C.
Skyway Professional Center
3120 Frederick Road, Suite B
Opelika, AL 36801
(334) 501-1540 Phone
(334) 501-4512 Facsimile

COUNSEL FOR CHAMBERS COUNTY BOARD OF EDUCATION

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above Joint Status Report has been delivered to all counsel via the Court's electronic filing system on this 24th day of June 2022.

                                                  */s/ Toni Coleman*
                                                  U.S. Department of Justice
                                                  950 Pennsylvania Avenue, NW
                                                  Washington, DC 20530
                                                  Telephone: (202) 353-5832
                                                  Fax: (202) 514-8337
                                                  Toni.Coleman@usdoj.gov