# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# EASTERN DIVISION

| | |
|---|---|
| ANTHONY T. LEE, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff-Intervenor and ) | |
| Amicus Curiae, ) | CIVIL ACTION NO.:  3:70-cv-844-WKW |
| ) | |
| NATIONAL EDUCATION ASSOCIATION, ) | |
| INC., ) | |
| ) | |
| Plaintiff-Intervenor, ) | |
| ) | |
| v. ) | |
| ) | |
| CHAMBERS COUNTY BOARD OF ) | |
| EDUCATION, et al., ) | |
| ) | |
| Defendants. ) | |

**STATUS REPORT BY THE CHAMBERS COUNTY BOARD OF EDUCATION[1]**

COMES NOW the Chambers County Board of Education, by and through its undersigned attorney, and respectfully submits the following brief status report for the Court's consideration, as appropriate:

**SCHOOL CLOSURES**

1. As allowed by this Court's Order of July 5, 2022 (Doc. #493), effective at the beginning of this school year, that is, the 2022-2023 school year, the Board closed Lafayette Lanier Elementary School and transferred those students to Fairfax Elementary School.  The Board also closed Five Points School and transferred those students to the Eastside Elementary School

---

[1] This Status Report is submitted by the Chambers County Board of Education.  Prior to submitting this Report, the undersigned consulted with the attorneys for the Plaintiff-Parties about the filing of a status report.  The Plaintiff-Parties opted not to file a "joint" status report but will likely file a separate status report.

campus. Finally, the Board closed JP Powell Middle School and transferred those students to the Eastside Elementary School campus.

2. Although housed at the Eastside Elementary School campus, the "JP Powell Middle School" still exists. Specifically, at the Eastside campus, the former grades for the Eastside Elementary School are housed as well as the 6th, 7th, and 8th grade students from Five Points Elementary School and JP Powell Middle School. Those in the middle school grades retain the name of "JP Powell Middle School" with its own principal and other administrators separate and apart from Eastside Elementary School which has its own principal and other administrators. However, both "schools" are housed on the same campus. The Board has also begun the transition of the Eastside campus to a magnet school with a STEAM program as more fully set forth hereinbelow.

### SITE SELECTION FOR A CONSOLIDATED HIGH SCHOOL

3. As shown by the "Notice of Filing" filed herein by the attorneys for the Private-Plaintiffs on July 1, 2022 (Doc. #492), the City of Lafayette has offered to deed property located in Lafayette, Alabama, to the Chambers County Board of Education for the building of a consolidated high school. The City of Lafayette, as we understand it, owns a portion of the property which is the subject of the proposed gift and has options to purchase on the remaining portions of the property.

4. The City of Valley through Ordinance No. 2022-018 has offered to deed land located in the Valley Industrial Park, Valley, Alabama, to the Chambers County Board of Education for the building of a consolidated high school. *See Exhibit 1*. The City of Valley owns the entire property which it has offered to deed to the Board. This document has previously been provided to the opposing attorneys.

5. The Chambers County Board of Education is in the process of conducting an investigation/study to determine the most appropriate site for the consolidated high school. In order to allow the public to comment on the locations being considered for the new consolidated high school, the Board conducted two town hall meetings to discuss the issue of site selection, one in Lafayette on the 12th day of September, 2022, and another in Valley on the 13th day of September, 2022. *See Exhibit 2*. The attorneys for the Private-Plaintiffs and the United States attended both of those town hall meetings.

6. In addition to the town hall meetings, a survey was taken of those individuals who either could not attend the town hall meetings or for whatever reason wanted to express their opinions in writing about the site selection. The survey results have been provided to opposing counsel for their review.

7. The Chambers County Board is continuing to gather information and to investigate the respective sites for the consolidated high school in conjunction with their experts.

## DESEGREGATION ADVISORY COMMITTEE

8. The Desegregation Advisory Committee has been established as required by this Court's Order of July 5, 2022 (Doc. #493, page 11), and had its initial meeting on September 22, 2022. The attorneys for the Private-Plaintiffs and the United States were provided the opportunity to address that initial meeting via zoom and they were provided with copies of materials including minutes generated as a result of that meeting within 30 days as required by this Court's Order of July 5, 2022 (Doc # 493, page 12). The second meeting of the Desegregation Advisory Committee was held on Thursday night, October 6, 2022.

## STEAM PROGRAM

9. The STEAM program has begun at the Eastside campus as authorized by this Court's Order of July 5, 2022 (Doc # 493, page 11). The attorneys for the United States observed the operation of the STEAM program recently on a visit to the area. Additionally, various STEAM materials have been provided to the opposing attorneys. The Board has also hired a STEAM consultant to assist with the development of the STEAM program. The Board continues to develop the STEAM program with the end goal of having it fully implemented prior to the start of the 2023-2024 school year.

## PRIVATE SCHOOL ENROLLMENT

10. Finally, the Chambers County Board of Education has been provided information which indicates the number of students attending Chambers Academy, a private school located in Lafayette, Alabama, this year but who are zoned for attendance in the Chambers County Public Schools and has also been provided information which sets forth the number of students attending the Springwood School, a private school located in Lanett, Alabama, but who are zoned for the Chambers County Public Schools. *See Exhibits 3 and 4* respectively. These documents have also previously been provided to the opposing attorneys.

Respectfully submitted,

*/s/ Robert T. Meadows, III*
Robert T. Meadows, III
Attorney for Chambers County
Board of Education

**OF COUNSEL:**
**CAPELL & HOWARD, P.C.**
3120 Frederick Road, Ste. B
P.O. Box 1857
Opelika, Alabama 36803
Telephone: (334) 241-8011
Email: Bob.Meadows@chlaw.com

### **CERTIFICATE OF SERVICE**

I hereby certify that on the 7th day of October 2022, I electronically served a true and correct copy of the foregoing document on all counsel of record in the above-captioned matter.

                                                */s/ Robert T. Meadows, III*
                                                OF COUNSEL