

EXHIBIT 1

# CITY OF VALLEY

## ORDINANCE 2022-018

### Donate Property to Chambers County Board of Education

BE IT ORDAINED by the City Council of Valley, Alabama as follows:

SECTION 1. The property description in Exhibit A, is no longer needed for public or municipal purposes.

WHEREAS, the City of Valley desires to enter into an intergovernmental agreement with the Chambers County Board of Education regarding the donation of property in the city limits of Valley and,

WHEREAS, the Chambers County Board of Education, in partnership with parents and the community, is dedicated to producing skilled, responsible graduates by providing and supporting high quality, highly effective public schools and,

WHEREAS, the City of Valley has identified a certified Advantage Site consisting of 73.75 acres located in the Valley Industrial Park which the City of Valley already owns and

WHEREAS, Valley has performed the following due diligence reports consisting of but not limited to, Phase 1 Environmental survey, Phase 2 Environmental survey, Topographical survey, Endangered Species survey, Wetlands Delineation, Cultural & Archaeological Resources Survey, Geotechnical Engineering Survey, verifying developable parcels totaling 73.75 acres to donate their property to the Chambers County Board of Education, and

WHEREAS, the City of Valley commits to being a strong partner in assisting to provide the best educational opportunities to its citizens and,

NOW, THEREFORE, BE IT ORDAINED by the Mayor and Council of the City of Valley, Alabama, as follows:

Section 2. That the City of Valley agrees to transfer its 73.75 acres to the Chambers County Board of Education upon acceptance of this proposal.

Section 3. That the City of Valley agrees to make accessible to Chambers County Board of Education any and all studies and due diligence performed on the site upon acceptance of this proposal.

Section 4. That the Chambers County Board of Education commits to build a consolidated high school upon this acreage within 3 years. If school is not completed the property reverts back to City of Valley.

ADOPTED AND APPROVED on this day 18th of July 2022

Witness:

_Kathy Snowden_
Kathy Snowden, City Clerk/Treasurer

_Leonard Riley_
Leonard Riley, Mayor

[CITY SEAL]

## EXIBIT A

All that tract or parcel of land lying in section 14 township 21 north, range 28 east, City of Valley, Chambers County, AL and being more particularly described as follows:

Commencing at an iron pin found at the southeast corner of sections 14 thence south 84 degrees 35 minutes 48 seconds west, a distance of 8.33 feet to an iron pin located on the westerly right-of-way of Fairfax Bypass thence along said right-of-way north 04 degrees 00 minutes, 31 seconds, west a distance of 55.20 feet to a point located in the center of an unnamed branch, said point being the POINT OF BEGINNING; thence along the center line of said branch the following distances and bearings; south 59 degrees 54 minutes 27 seconds west a distance of 9.04 feet; thence south 85 degrees 49 minutes 03 seconds west a distance of 14.05 feet; thence north 70 degrees 32 minutes 23 seconds west a distance of 11.97 feet; thence north 23 degrees 18 minutes 22 seconds west a distance of 17.86 feet; thence north 59 degrees 44 minutes 49 seconds west a distance of 8.38 feet; thence south 62 degrees 06 minutes 57 seconds west a distance of 13.15 feet; thence south 84 degrees 33 minutes 46 seconds west a distance of 19.23 feet; thence south 50 degrees 05 minutes 59 seconds west a distance of 22.73 feet; thence south 69 degrees 27 minutes 30 seconds west a distance of 43.25 feet; thence north 67 degrees 35 minutes 42 seconds west a distance of 19.45 feet; thence south 50 degrees 03 minutes 08 seconds west a distance of 25.40 feet; thence north 77 degrees 45 minutes 27 seconds west a distance of 17.48 feet; thence south 65 degrees 47 minutes 03 seconds west a distance of 4.93 feet; thence south 16 degrees 49 minutes 13 seconds west a distance of 21.04 feet; thence south 53 degrees 45 minutes 41 seconds west a distance of 15.59 feet; thence north 32 degrees 15 minutes 06 seconds west a distance of 31.04 feet; thence north 62 degrees 46 minutes 54 seconds west a distance of 33.75 feet; thence north 51 degrees 49 minutes 01 seconds west a distance of 27.24 feet; thence north 60 degrees 33 minutes 00 seconds west a distance of 27.96 feet; thence north 29 degrees 35 minutes 30 seconds west a distance of 14.93 feet; thence north 80 degrees 32 minutes 34 seconds west a distance of 12.81 feet; thence south 70 degrees 21 minutes 23 seconds west a distance of 15.65 feet; thence north 84 degrees 23 minutes 08 seconds west a distance of 21.52 feet; thence south 12 degrees 19 minutes 50 seconds west a distance of 27.52 feet; thence north 83 degrees 34 minutes 29 seconds west a distance of 37.62 feet, thence south 72 degrees 58 minutes 54 seconds west a distance of 29.37 feet; thence north 85 degrees 33 minutes 40 seconds west a distance of 18.13 feet; thence south 81 degrees 57 minutes 17 seconds west a distance of 23.50 feet; thence north 85 degrees 52 minutes 39 seconds west a distance of 22.56 feet; thence north 82 degrees 32 minutes 48 seconds west a distance of 34.22 feet; thence south 81 degrees 21 minutes 08 seconds west a distance of 30.21 feet; thence south 47 degrees 21 minutes 12 seconds west a distance of 7.50 feet; thence south 80 degrees 24 minutes 00 seconds west a distance of 7.13 feet; thence north 74 degrees 59 minutes 44 seconds west a distance of 11.17 feet; thence south 25 degrees 38 minutes 18 seconds west a distance of 14.75 feet; thence north 88 degrees 00 minutes 12 seconds west a distance of 18.62 feet; thence south 53 degrees 36 minutes 11 seconds west a distance of 18.95 feet; thence north 78 degrees 11 minutes 06 seconds west a distance of 31.10 feet; thence north 84 degrees 56 minutes 56 seconds west a distance of 50.84 feet; thence north 60 degrees 41 minutes 58 seconds west a distance of 36.93 feet; thence north 78 degrees 20 minutes 49 seconds west a distance of 13.81 feet; thence south 87 degrees 23 minutes 56 seconds west a distance of 30.35 feet; thence south 41 degrees 47 minutes 29 seconds west a distance of 17.32 feet; thence

south 52 degrees 38 minutes 23 seconds west a distance of 15.60 feet; thence north 87 degrees 10 minutes 28 seconds west a distance of 13.97 feet; thence south 62 degrees 27 minutes 23 seconds west a distance of 14.11 feet; thence north 39 degrees 33 minutes 07 seconds west a distance of 14.07 feet; thence north 63 degrees 26 minutes 52 seconds west a distance of 25.80 feet; thence north 49 degrees 34 minutes 10 seconds west a distance of 13.80 feet; thence north 13 degrees 00 minutes 06 seconds west a distance of 13.78 feet; thence north 66 degrees 41 minutes 38 seconds west a distance of 10.88 feet; thence south 87 degrees 13 minutes 21 seconds west a distance of 35.52 feet; thence north 88 degrees 42 minutes 11 seconds west a distance of 37.88 feet; thence south 21 degrees 48 minutes 45 seconds west a distance of 18.54 feet; thence south 51 degrees 57 minutes 00 seconds west a distance of 18.15 feet; thence south 83 degrees 29 minutes 02 seconds west a distance of 12.14 feet; thence north 26 degrees 34 minutes 40 seconds west a distance of 10.01 feet; thence north 06 degrees 50 minutes 48 seconds west a distance of 17.34 feet; thence north 55 degrees 35 minutes 48 seconds west a distance of 11.27 feet; thence south 85 degrees 32 minutes 07 seconds west a distance of 33.17 feet; thence north 73 degrees 51 minutes 35 seconds west a distance of 20.51 feet; thence south 64 degrees 00 minutes 33 seconds west a distance of 15.71 feet; thence north 80 degrees 28 minutes 19 seconds west a distance of 22.88 feet; thence south 68 degrees 37 minutes 05 seconds west a distance of 17.94 feet; thence south 74 degrees 01 minutes 44 seconds west a distance of 19.46 feet; thence north 85 degrees 23 minutes 31 seconds west a distance of 10.71 feet; thence north 54 degrees 34 minutes 54 seconds west a distance of 21.98 feet; thence south 82 degrees 41 minutes 54 seconds west a distance of 54.18 feet; thence north 85 degrees 13 minutes 56 seconds west a distance of 27.05 feet; thence north 74 degrees 22 minutes 33 seconds west a distance of 38.99 feet; thence south 61 degrees 20 minutes 43 seconds west a distance of 27.28 feet; thence south 83 degrees 10 minutes 49 seconds west a distance of 20.30 feet; thence north 78 degrees 12 minutes 04 seconds west a distance of 19.64 feet; thence north 22 degrees 46 minutes 24 seconds west a distance of 26.70 feet; thence north 71 degrees 02 minutes 22 seconds west a distance of 29.14 feet; thence south 79 degrees 18 minutes 07 seconds west a distance of 28.75 feet; thence north 79 degrees 17 minutes 21 seconds west a distance of 40.05 feet; thence north 40 degrees 46 minutes 46 seconds west a distance of 26.37 feet; thence north 74 degrees 14 minutes 39 seconds west a distance of 37.40 feet; thence north 39 degrees 08 minutes 46 seconds west a distance of 13.10 feet; thence north 82 degrees 36 minutes 14 seconds west a distance of 76.56 feet; thence south 85 degrees 32 minutes 49 seconds west a distance of 13.30 feet; thence south 41 degrees 01 minutes 12 seconds west a distance of 26.05 feet; thence north 76 degrees 07 minutes 49 seconds west a distance of 14.50 feet; thence north 52 degrees 39 minutes 58 seconds west a distance of 16.46 feet; thence north 89 degrees 40 minutes 51 seconds west a distance of 11.05 feet; thence leaving said branch north 00 degrees 29 minutes 23 seconds west a distance of 1,149.71 feet to a point; thence south 89 degrees 29 minutes 41 seconds west a distance of 724.29 feet to a point; thence north 17 degrees 14 minutes 24 seconds east a distance of 1,808.62 feet to a point; thence north 50 degrees 05 minutes 22 seconds east a distance of 80.00 feet to a point; thence south 39 degrees 54 minutes 38 seconds east a distance of 595.50 feet to a point; thence south 40 degrees 04 minutes 27 seconds east a distance of 31.01 feet to a point; thence south 42 degrees 10 minutes 17 seconds east a distance of 859.79 feet to a point; thence south 44 degrees 12 minutes 58 seconds east a distance of 693.58 feet to a point; thence south 44 degrees 19 minutes 24 seconds east a distance of 451.33 feet to a point located on the westerly right-of-way of Fairfax Bypass; thence along said right-of-way south 11 degrees 49 minutes 39 seconds west a distance of 96.06 feet to a point; thence leaving said right-of-way north 44 degrees 21 minutes 00 seconds west a distance of 498.71 feet to a point; thence south 34

degrees 25 minutes 54 seconds west a distance of 414.11 feet to a point; thence south 86 degrees 14 minutes 18 seconds west a distance of 579.55 feet to a point; thence south 03 degrees 42 minutes 48 seconds east a distance of 314.78 feet to a point; thence north 86 degrees 09 minutes 15 seconds east a distance of 493.29 feet to a point; thence south 04 degrees 48 minutes 55 seconds east a distance of 481.93 feet to a point; thence north 86 degrees 15 minutes 53 seconds east a distance of 656.78 feet to a point located on the westerly right-of-way of Fairfax Bypass; thence along said right-of-way south 03 degrees 52 minutes 46 seconds east a distance of 247.70 feet to the original POINT OF BEGINNING.

The above described property contains 73.75 acres more or less and is subject to existing water and natural gas line easements.

This is a portion of that property described in the deed document 2016, page 538.

