

# Chambers County High School Site Selection

## Townhall

Join us for a discussion about where the new high school should be built!

## 2 DIFFERENT MEETINGS TO CHOOSE FROM

**Eastside Elementary Cafeteria**
300 AVE A SE
LAFAYETTE, AL 36862

Monday, September 12th, 2022

6pm CST / 7pm EST

**Valley Community Center**
130 SPORTSPLEX DR.
VALLEY, AL 36854

Tuesday, September 13th, 2022

6pm EST / 5pm CST

**For more information visit chambersk12.org**



Proudly brought to you by



Chambers County
SCHOOL DISTRICT
STRENGTH WOVEN IN



Attorneys from the Department of Justice and the NAACP- Legal Defense Fund will attend these meetings to hear community feedback on the site proposals and other school desegregation efforts, including launch of the STEAM program at Eastside and creation of the Desegregation Advisory Committee