CHAMBERS ACADEMY STUDENTS DISTRICTED FOR CHAMBERS COUNTY SCHOOLS

| Grade | Count |
| --- | --- |
| K-5 | 17 |
| 1ST | 7 |
| 2ND | 4 |
| 3RD | 15 |
| 4TH | 16 |
| 5TH | 8 |
| 6TH | 21 |
| 7TH | 21 |
| 8TH | 20 |
| 9TH | 22 |
| 10TH | 16 |
| 11TH | 26 |
| 12TH | 13 |