# Chambers County School District
## 2022-23 Outside Enrollment Numbers





### Chambers County
SCHOOL DISTRICT

P.O. Box 408 – 1298 Vocational Drive – LaFayette, AL  36862 – (P) 334-864-9343

School - Springwood School                City - Lanett

Contact - Claire Bradfield              Phone - 334-829-4000

Email - cbradfield@springwoodschool.com

36850 – Number of students enrolled from Camp Hill = 0

36852 – Number of students enrolled from Cusseta = 3

36855 - Number of students enrolled from Five Points = 0

36862 - Number of students enrolled from LaFayette = 2

36863 - Number of students enrolled from Lanett = 82

36854 - Number of students enrolled from Valley = 44

36879 – Number of students enrolled from Waverly = 0

36274 – Number of students enrolled from Roanoke = 0

Please note:  The above numbers reflect students enrolled from Kindergarten through the twelfth grade.