# Exhibit A



# Process Overview

## Nov. 2021 – March 2022
Planning Process and Community Meetings

## May 2022
District reaches agreement with DOJ and LDF

## June 2022
High School Educational Specifications Development begins
Consolidation of Lanier, Five Points and J.P. Powell begin
GIS Analysis for Site Selection Begins

## July 2022
Ruling to proceed with 2022-23 Consolidations
School Moves Completed
Cities of Lafayette and Valley donate land to District

## September 2022
Site Selection Community Meetings

Chambers County Schools 

# Guiding Principles for Selection

## Budget and Costs
No cost impact to community by increasing taxes
Accomplish this by
- No land acquisition costs
- Reducing district operating cost in: Transportation, Resources & Staffing, Consolidations
- ERS Funding
- Construction – New site readiness to begin construction
  - Utilities – Water, electric, pluming, site modifications, road access, athletic fields

## Adherence to DOJ and LDF agreement

Chambers County Schools

# Estimated Cost for New High School



1,000 student school

------------------------------------

Building Size: 175,000 to 190,000

Cost to Build High Schools: $375-$400 Sq. Ft

Estimated Cost: $70 - $75 million w/ out athletic fields

Athletic fields - $10-12M
Site Acquisition - $0

Chambers County Schools 

4

# Site Selection Process

## May 2022
    Geographic Information Systems Analyst Data Collection
        Student Data – Address, Grade Level, Race/Ethnicity
        County Land Data

## June 2022
    Research/Analysis conducted for any site in County OVER 50 Acres
        Is it buildable?
        Is it for Sale?
        Is it Accessible?

## July 2022
    Cities Donate Sites
    Student Mileage and Transportation Analysis
    Create Maps and Deliverables



# Aerial View of Site 1



Chambers County Schools



# Aerial View of Site 2



Chambers County Schools 

# Site Comparisons

| Condition | Requirement | HS Site 1 | HS Site 2 |
|---|---|---|---|
| Price | | Donated | Donated |
| Cost of Athletic Fields | Yes | $ 9,545,000 | Yes |
| Adequate electrical service? | 15 watts per square foot | Power Accessible | Power Accesible |
| Adequate storm sewer service? | 36" | Researching | Accessible |
| Adequate sanitary sewer service? | 10" - 12" | 8" | 10" |
| Adequate gas service? | | Gas Accessible | Gas Accessible |
| Adequate water service? | 8" - 12" | 8" | 2 - 12" |
| Will road improvements (widening, turn lanes, traffic signals, etc.) be required? | | Likely | No |
| Do we have geotechnical report on the site? | | Researching | Yes |
| Do we have Environemental Site Assessments (Phase 1 & 2) on the site? | | Researching | Yes |
| Do we have topographic surveys on the site? | | Yes | Yes |
| Are there any wetlands on the site? | | Yes | Yes |
| Would the zoning need to change? | | No* | No |
| Are there any easements on the site? | | Researching | Yes |
| Are there any encumbrances on the site? | | No | No |

*if adjacent properties need to be aquired, zoning will likely have to change

Chambers County Schools 

# Student Distribution by Ethnicity, White

| Reside Boundary | Non-white | White | Total |
|---|---|---|---|
| Lafayette High School | 197 | 36 | 233 |
| Out-of-District | 13 | 11 | 24 |
| Valley High School | 312 | 350 | 662 |
| Total | 522 | 397 | 919 |





Chambers County Schools

# Student Distribution by Ethnicity, Non-White



| Reside Boundary | Non-white | White | Total |
|---|---|---|---|
| Lafayette High School | 197 | 36 | 233 |
| Out-of-District | 13 | 11 | 24 |
| Valley High School | 312 | 350 | 662 |
| Total | 522 | 397 | 919 |

Chambers County Schools

# Student Distribution
# Site 1

| Distance of 9-12 Students from Site Location (in miles) | | | | |
|---|---|---|---|---|
| New HS Site 1 | Shortest | Longest | Average | Total |
| County-wide | 0.2 | 21.1 | 12.2 | 10,880.6 |
| Lafayette High School | 0.2 | 21.1 | 6.4 | 1,479.8 |
| Out-of-District | 11.5 | 13.3 | 12.6 | 164.2 |
| Valley High School | 6.7 | 19.5 | 14.3 | 9,236.7 |

# Student Distribution
# Site 2



| Distance of 9-12 Students from Site Location (in miles) | | | | |
|---|---|---|---|---|
| New HS Site 2 | Shortest | Longest | Average | Total |
| County-wide | 0.2 | 32.0 | 7.5 | 6,635.7 |
| LaFayette High School | 8.4 | 32.0 | 17.8 | 4,156.5 |
| Out-of-District | 4.7 | 6.9 | 5.7 | 74.2 |
| Valley High School | 0.2 | 14.5 | 3.7 | 2,405.1 |

# MEAN Center
## Geographic Center of ALL High School Enrollment

| | MEAN CENTER Chambers County 9-12 Students | | | |
|---|---|---|---|---|
| | Shortest Distance to Mean Center | Longest Distance to Mean Center | Average Distance to Mean Center | Total Mileage to Mean Center |
| County Wide | 0 | 27.5 | 8.4 | 7,437.9 |
| Lafayette High School | 4.5 | 27.5 | 13.9 | 3,273.3 |
| Valley High School | 0 | 12.9 | 6.5 | 4,139.4 |



Chambers County Schools

# MEDIAN Center
## Location that minimizes distance for OVERALL High School Enrollment

| | MEDIAN CENTER Chambers County 9-12 Students | | | |
|---|---|---|---|---|
| | Shortest Distance to Median Center | Longest Distance to Median Center | Average Distance to Median Center | Total Mileage to Median Center |
| County Wide | 0.3 | 30.6 | 7.3 | 6,473.8 |
| Lafayette High School | 7.6 | 30.6 | 16.4 | 3,832.4 |
| Valley High School | 0.3 | 13.1 | 4.3 | 2,585.0 |

Chambers County Schools

# Transportation Cost Comparison

|  | Distance Traveled for all students | Average Bus Riders | Distance Traveled for Student on Bus | Cost of Tranportation per Mile * | Estimated Annual Costs** |
|---|---|---|---|---|---|
| HS Site 1 | 10,880.6 | 1/3 | 3590.6 | $5.00 | $ 3,231,538.20 |
| HS Site 2 | 6,635.7 | 1/3 | 2189.8 | $5.00 | $ 1,970,802.90 |

*Costs include: Fuel, Driver, Maintenance and Purchace Price of Bus
**Assumes 180 Days of Operation and Only Costs for School Pick Up/Drop Off

| Distance of 9-12 Students from Site Location (in miles) | | | | |
|---|---|---|---|---|
| New HS Site 1 | Shortest | Longest | Average | Total |
| County-wide | 0.2 | 21.1 | 12.2 | 10,880.6 |
| Lafayette High School | 0.2 | 21.1 | 6.4 | 1,479.8 |
| Out-of-District | 11.5 | 13.3 | 12.6 | 164.2 |
| Valley High School | 6.7 | 19.5 | 14.3 | 9,236.7 |

| Distance of 9-12 Students from Site Location (in miles) | | | | |
|---|---|---|---|---|
| New HS Site 2 | Shortest | Longest | Average | Total |
| County-wide | 0.2 | 32.0 | 7.5 | 6,635.7 |
| Lafayette High School | 8.4 | 32.0 | 17.8 | 4,156.5 |
| Out-of-District | 4.7 | 6.9 | 5.7 | 74.2 |
| Valley High School | 0.2 | 14.5 | 3.7 | 2,405.1 |

Chambers County Schools

# Mileage Comparison Minority/Majority

| Distance of 9-12 Students from Site Location (in miles) | | | | |
|---|---|---|---|---|
| HS Site 1 Routes by Ethnicity | Shortest | Longest | Average | Total |
| Asian | 12.0 | 14.6 | 13.5 | 54.0 |
| Black | 0.2 | 19.3 | 10.6 | 4,921.0 |
| Caucasian | 1.2 | 21.1 | 14.0 | 5,311.8 |
| Hispanic | 1.2 | 19.0 | 14.5 | 478.5 |
| Indian | 11.0 | 16.9 | 14.0 | 27.9 |
| Other | 8.7 | 16.8 | 14.1 | 42.4 |
| Pacific Islander | 14.0 | 17.8 | 15.9 | 31.8 |

| Distance of 9-12 Students from Site Location (in miles) | | | | |
|---|---|---|---|---|
| HS Site 2 Routes by Ethnicity | Shortest | Longest | Average | Total |
| Asian | 4.1 | 5.1 | 4.7 | 18.8 |
| Black | 0.2 | 31.3 | 9.2 | 4,280.9 |
| Caucasian | 0.3 | 32.0 | 5.6 | 2,135.1 |
| Hispanic | 0.5 | 25.4 | 4.5 | 149.3 |
| Indian | 3.5 | 5.9 | 4.7 | 9.4 |
| Other | 2.5 | 22.2 | 9.1 | 27.2 |
| Pacific Islander | 3.6 | 4.4 | 4.0 | 8.1 |

Chambers County Schools 

16

# Timeline Moving Forward
# (Actions are subject to Agreements)

### October 2022
School Board Approval of Site
DOJ & LDF Review
Court Review
Educational Specifications Finalized

### November 2022
Pending Agreement/Approval for all parties on Site
Design Process Begins

### December 2022 – May 2023
Community Conversations – Design, School Identity (Name, Colors, Mascot), Logistics (Time Zone, Activates Transportation for Athletics and Extra Curricular, CTE, Fine Arts, etc.)

### Summer 2023
Site Work and Utilities Packages Begin

Chambers County Schools 

# Upcoming Community Conversations

## Topics

1. Identity development

2. Building Design

3. Logistics: Time-zone, Career and Technical Education, Fine Arts programs, Athletics

Chambers County Schools