# Exhibit B



# High School Site 1
## Community Meeting Survey Comments

Questions
- Why is site 1 presented so badly? From the pictures to the information provided. When will all this information be gathered to compare both sites fairly?
- Why spend more money on this site when you already have one given to the school.
- Why Lafayette Valley has more population than Lafayette
- Is possible to do a land swap ( not sure that works) to get the school a little more centrally located .?
- Five points
- Is there infrastructure or will it need to be paid for by school
- Where the money will come from to make the school functional due to not having athletic stadium and not having power, water etc. already to tie into.
- Who bears the cost of the land and the upgrade to infrastructure? Citizens of LaFayette? How is the city going to pay for the land? Is the County commission pledging money to the Lafayette site? The citizens that live in area, are they in favor of this ?
- Why could we not just redraw school zoning lines?? Are you excepting the majority of children to go all the way to Lafayette everyday??
- How much money with the district have to come out of pocket before a building can be built??
- Has there been research conducted in regards to emergency services provided by each city? Mayor Riley spoke to City of Valley provides (in conjunction with the board)resource officers for the schools. Will the City of Lafayette have the personally/funding to do the same? Is there adequate personnel within the Fire/EMS to provide services to the entire city plus the new larger high school? How is the cellular network/internet at this location? Will this require more funding to have adequate cell service and internet service? How many access points would there be & not potentially be?
- Where is the center point of our County not race related not money related not population rated the center of our community.
- Why wasn't the site in Lafayette already chosen since this is the county Seat and the school board, bus depo and trade school are already within minutes of the new school? Lafayette already has a state of the art gym so why can air be added and it be used instead of building a new one ? Why can't the football field in Lafayette be used for the new school and the games be held at the valley football field to save money until funds are available to build or remodel gyms and fields? Why build a trade school within the new high school when we have already paid move to renovate the trade school? Why can't we just build a combine schools and still use the trade school so that we don't have more vacant builds?
- Why wouldn't this be the most logical site because the board of education, bus depo and trade school are all located in site 1? Can the old athletic building not be used for high school Because their is a gymnasium and football field in the location? Remodel or widened?

# High School Site 1
## Community Meeting Survey Comments

Comments
- Best site to be chosen
- If you aren't going to give facts for both sites and present them both fairly, then why waste people's time or insinuate everyone's opinion matters
- Valley students have traveled to Lafayette by bus for more than 3 decades to attend career tech.
- The county wants to build a new board of education building, you can sell the one now and put the money back in for the new one so it will cost less.
- I understand it's more property but highway 50 is way to dangerous and busing these kids so far does not make sense..
- It seems that Valley has decided that this should be the place for the new school they did the homework. It seems they are looking towards the future, I feel sorry for the school? How Lafayette area for waiting to the last minute to come up with a plan.
- Looks like this site will cost the district more money to build and in the long run to maintain with transportation . There will likely be an increase in students to transport from Valley to here via buses due to parent's work schedules & the drive.
- Does not seem to be enough land to handle what we need.
- Too far of a distance from the majority of students residency in chambers county.
- Incomplete and inadequate infrastructure.
- My children will not be going downtown dangerous hwy 50 daily. I will home school or put my athletic children in private school before I risk there life's driving down that road.
- I believe that this location would encourage the students on the north and west side of the county that are currently going to schools out of district to come back to the chambers county school system. As well as provide economic growth further into the middle of the county. While the roadway and other utilities will need to be improved this provides the opportunity to build infrastructure for the purpose of this school. This in turn will not add any stress to the current infrastructure in valley and allow it more businesses to be built.
- Site 1 is listed at 164 acres, but this is a potential--seems misleading. Could potentially see a drop in enrollment if placed at this site.
- The welfare of the rural and County kids really need to be taken into effect.
- The site would be less traffic and more safe. There is additional room to grow if needed and wanted. It will be in the county seat with all the other school buildings.
- This is the county seat and the school should be located in the county seat like all other counties

# High School Site 1
## Community Meeting Survey Comments

Concerns

- It is more in the center of the county.
- Chambers County BOE will only present site 2 and the school will be located in Valley, AL leaving Lafayette worse than they have been treating it for over 20+ years.
- 1. Cost of acquiring additional land and building a new football stadium when there is a top of the line football stadium in existence in Valley.  2. Traffic concerns if 75% of enrolled students are needing to travel on 1 of only 2 roads leading into Lafayette (both of which are 2 lane roads)  3. Clean/accessible drinking water in Lafayette  4. Accessibility for dual enrollment students to attend Southern Union (many go to the Valley Campus)
- By the time you bus students from hugley or valley to Lafayette,  it's a hour extra for the kids. Which puts more stress on the parents or put them in a private school.
- Way to dangerous do you realize what time these kids will get home from school and these plants factories and other businesses the time change..
- I worry about home life for the kids with the long bus rides and after school activities ( youth sports, music lessons, etc.)
- Grandparents having to drive further as well to assist parents with child pick up. Increase in traffic on Hwy 50, which is already dangerous--several teens driving this area is not a good idea either.
- Either site will cause transportation issues but this site will make my children get off the bus at 5:00 our time limiting time for homework, baths, any extracurricular activities. Taxes will need to be higher to pay for additional gas for busses.  Higher taxes to build and add needs facilities. Higher costs.  Children being on hot crammed busses with no air, or sear belts.  The longer the rife Higher risk of traffic accidents.
- Who's gonna bear the cost of land and infrastructure improvements?
- Distance for the majorly of kids to get to it. High schoolers have no business driving that long of a distance daily. That goes both ways.
- Concerned about the cost of adding adequate utilities supplied to this site. Would much rather place this funding into the actual facilities. Concerned about additional costs for athletic facilities, when already available without having to fund--this funding can be placed into the structure as well. Concerned about transporting more students-cost and safety. Concerned about transport times to healthcare if needed (site 2 is much closer to a healthcare facility whether inside Valley or Opelika). Would need to provide more funding for access points, whereas site 2 already has 3 in place.
- Kids changing schools all the time especially in the next 3 years them not being prepared because of the changes in the schools until the new school is built the concerns and stress of the new school being built and where it's going to be and the favoritism towards the Valley always.
- Long Bus rides, The promise of a combined school in Lafayette and the betrayal of it being in the valley and not other locations between the two. Times issues that still have not been resolved by the city of Valley/Lanett.
- That the valley site was already chosen

4

# High School Site 2
## Community Meeting Survey Comments

Questions
- Why has there been more research on this site than the other? Why is this being presented differently? Where are the routes for the bus zones? (We would like to see them rather than YOU tell us what we should see)
- Changing time to central is silly because it's going to put kids getting home a hour later without extra after school activities.
- Less land but you have the sportsplex for valley.it would give extra land to help build Lafayette up. Lafayette should be built up but not at the cost of the children.. am I right or wrong?
- Why can't we offer up a tax deal to some land owners on Hwy 50 area on the east side of Hwy 50 for a little closer location.
- Is this the most financially efficient site to build on.  Initial build and then transportation costs annually.
- Will they have traffic lights and roads built to route traffic around the apartments to keep residents from having complaints getting to their homes. What is the tax increase going to be we already pay 10% sales tax.
- Has a traffic study been done?
- How are kids from Lafayette going to get there safely? Have you put into consideration the amount of FATAL accidents that occur on 50??
- How much money will the district come out of pocket before a building can be built?
- Would the City of Valley be willing to donate more acreage that is adjacent to the current property if needed? If placed here, what is the plan for the now Jr. High after it is moved to the High School? Could any of this property potentially be used as well? Any thoughts to collaboration with Valley Haven in regards to providing resources for both entities?
- Does this site include a basketball facility because it shows a football field but no costs to build a gym? Are you trying to include the school into the valley facilities and if so will the board be paying any costs towards the valley facilities?
- Can the stadium not be used for games if site 1 is chosen?

# High School Site 2
## Community Meeting Survey Comments

Comments

- Presentation is key and you all did your best to show site 2 is worthy of a school and it should go there, but show us REAL FACTS & REAL COMPARISONS. This is by far it
- Great location near interstate- easily accessible for sports, etc.  Football stadium in great condition.
- I have 7 kids going or have already went thru chambers county school system. If time is changed to central,  I'll send them to a private school
- The best option!
- I don't have kids in the system so it really doesn't sway me either way but one reason it would make the most sense to have the school built in Valley is if we are being cost conscious, you already have a beautiful new stadium sitting there and wouldn't have that added expense.
- These children needs a education not to have to hear their mom's and dad's trying to make it to functions and can't because by the time they get there its over or half over
- It is time for change because we are doing our kids an injustice because we are stuck in our old ways.
- More resources are available in the City of Valley for the students. Will not need to build and spend money on athletic facilities--can place this money on other needs for the students. Less students requiring transportation to and from school via busing.
- I feel this site is better suited for the new high school.
- The site 2 has less cost all around and more utility accessibility and the stadium, tennis, and basketball courts.  The site 2 area will eliminate the need of such a high tax increase.
- Put it where there is less cost to all citizens of Chambers County.
- The majority of children live in valley. It seems a bit crazy to have the majority of kids drive or be bused across the county.
- While I understand that this is closer to the "middle" as far as enrolled students I feel that Students while traveling less will most likely be more distracted because of the short distance. They will also be more likely to "skip" school as there are more places to go and hideout.
- This site is able to offer more resources to the students and the school as a whole (dual enrollment close to SUSCC's Valley campus, healthcare, etc.). This site also seems to be able to offer the least about of overall cost to build and cost in the long run for transportation.
- I do not like this site for the new combined school
- This site was already developed before the public was notified.

# High School Site 2
## Community Meeting Survey Comments

Concerns
- Chambers County BOE will not present the information fairly for both sites and will continue to do business how they've imagined it to work.
- None. As evidenced by the data presented in the town hall meetings, the location in Valley is the most cost effective location that will put the least burden on the majority of students in the county.
- The chambers County school system has to think about all students. If you live in the lower County. The time difference is going to hurt the school and the parents
- Sun will be in the eyes of students, parents, and teachers traveling from the "LaFayette Side." This is suppose to be a county school not a Valley School. Not fair to the tax payers of this county for it to be at site 2. Should be built in a center location.
- Same as my. Other above.
- I have concerns about both locations sure not sure how to put it in words. I'm a fence strander here.
- Will we open up lake view road as a exit option onto Fob James and is the city willing to put in red lights on bypass exit and Fob exit to make safer for kids and buses
- The change to central time was not well thought out. The majority of residents live in Eastern time. What do I do with my two children for an hour before school with no supervision. Chambers county has a shortage of day cares and programs to watch my children anyway. I cannot leave them home alone it is illegal due to their age. I cannot afford to lose my home to go to work an hour later. Lafayette would gain an extra hour in the evenings with their children and if they had to go to the valley location for their school even riding a bus they would get home no later than 4 their time. Central time residents are used to accommodation of time zone difference when most stores and Doctor's, restaurants are in Eastern time. How are my kids supposed to participate in after school activities when they won't get home until 7 Eastern time which makes them eat late which is bad for digestion and very unhealthy. They will also have to choose as a parent or child is church or after school activities more important. The time for all the schools and district should be moved to Eastern time.
- My concerns are the same for both. DISTANCE for kids!!! HWY 50!!! But judging that we didn't care what the community thought with the first survey this seems like a bit stupid to have us fill out. The simple fix to the problem would have been changing zoning lines. Kids that live in Hugley half way to Lafayette who are mostly white could and should go to Lafayette. Then your ratios aren't so different and your problem would have been solved. If it's truly about kids in Lafayette wanting to take classes not offered let them have the choice to attend the other school. But no let's spend millions and make both communities mad. Seems like a great idea.

# High School Site 2
## Community Meeting Survey Comments

Concerns
- Valley is the most densely populated area in chambers county. Putting the new school here makes sense but the added traffic to this road will greatly affect all the people heading to work. As well as increase the traffic significantly when it's already nerve racking to drive within this town. The infrastructure is "adequate and good" but it was not built with a school in mind.
- That the influence and availability for Valley students would be just a norm for them versus the disconnect and the out of place and the lost children from Lafayette being in such a bigger school and a bigger concern and they would just be a write-off just like all of the County schools have always been basically a write-off compared to Valley schools.
- The site doesn't have any room for additional growth if needed? What about the growing population and traffic issues? Time difference? Issues with all the other building for the school district being in Lafayette? Bus issues and congestion already with different bus routes
- 164 acres were offered in site 1 and only 73.75 acres for site 2

# Demographics





# Demographics



