IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| ANTHONY T. LEE, *et al.*, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff-Intervenor and Amicus Curiae, | ) |
| | ) |
| and NATIONAL EDUCATION ASSOCIATION, INC., | ) |
| | ) |
| Plaintiff-Intervenor, | ) |
| | ) |
| v. | ) CASE NO. 3:70-CV-844-WKW |
| | ) |
| CHAMBERS COUNTY BOARD OF EDUCATION, *et al.*, | ) |
| | ) |
| Defendants. | ) |

## **ORDER**

The consolidation of the Valley and LaFayette high schools was ordered twenty-nine years ago, and the recent July 2022 Order reiterated that, "when the details are finalized and approved, consolidation of the two high schools will be ordered and monitored." (Doc. # 493 at 5.) Before the court are the Private Plaintiffs' and Defendant Chambers County Board of Education's motions

concerning the construction and operation of a consolidated, district-wide high school.  (Docs. # 498, 500.)

First, the Chambers County Board of Education (Board) represents that "[a]t its meeting on October 26, 2022, the [Board] approved the use of the Valley site for the new consolidated high school, subject to this Court's approval, after a hearing and public comments."  (Doc. # 500 at 5.)  Details underlying the reasons for the Board's vote are set out.  (Doc. # 500 at 3–7.)  The Board moves the court to schedule a hearing for public comment and thereafter to approve the Valley site selection, approve building the new combined high school, and authorize the temporary consolidation of all high school students at the existing Valley High School beginning in August 2023.  (Doc. # 500 at 7–8.)

Second, Private Plaintiffs have moved for relief.  (Doc. # 498.)  Private Plaintiffs espouse that, at the September 12 and 13 townhall meetings leading to the Board's October 26 vote, the Board unfairly presented the two competing site selections to the public with a bias toward the Valley site. (Doc. # 498 at 5–6.)  They contend that the Valley site for a consolidated high school will violate the 1993 Order providing for a "consolidated, district-wide high school facility at a site readily accessible to Alabama state highway Route No. 50 between Lanett and LaFayette."  (Doc. # 498 at 1.)  According to Private Plaintiffs, the Valley site is not readily accessible to Route No. 50, but the LaFayette site "is located within a half of

a mile of highway Route No. 50." (Doc. # 498 at 6.)  In their motion, which was filed two days prior to the October 26 Board meeting, the Private Plaintiffs also correctly foreshadowed that the Board would vote in favor of the Valley site.[1]  Plaintiffs move for an Order requiring the Board "to construct and operate a "consolidated, district-wide high school facility at a site readily accessible to Alabama state highway Route No. 50 between Lanett and LaFayette." (Doc. # 498 at 8.)  Plaintiff-Intervenor United States "does not oppose Private Plaintiffs' contention that the 1993 Order is operative," but it "asserts that additional information is needed to determine if the 1993 Order's provision stating that the 'consolidated, district-wide high school facility at a site readily accessible to Alabama state highway Route No. 50 between Lanett and LaFayette' is still feasible." (Doc. # 499 at 2.)

Based upon consideration of the parties' motions, it is ORDERED as follows:

(1)   On or before **December 1, 2022**, Chambers County Board of Education shall file under seal (a) the site comparison analyses of the LaFayette and Valley properties, as referenced on page 3 of its motion (Doc. # 500 at 5), and any other documentation bearing on the Board's vote in favor of the Valley site for the new consolidated high school; (b) the Board's responses to the United States's request

---

[1] Private Plaintiffs filed their motion for further relief at 3:30 p.m. on October 24, 2022, and as part of the relief asked for a status conference prior to the Board meeting on October 26, 2002.  (Doc. # 498 at 8.)  That part of the motion now is moot.

for information (Doc. # 502 at 2–3); (c) the minutes of the October 26, 2022 Board meeting; and (d) detailed maps of the LaFayette and Valley proposed sites for the new consolidated high school overlaid with county and city boundaries, Route No. 50, and any other significant boundaries.

(2)     Private Plaintiffs and Plaintiff-Intervenor shall file a response to the Board's Motion for Approval of Site for New Consolidated High School, for Approval to Build the New High School, and for Authorization to Temporarily Consolidate High School Students (Doc. # 500) on or before **December 1, 2022**.

(3)     The Board shall file a response to Private Plaintiffs' Motion for Further Relied and Request for Status Conference and Hearing (Doc. # 498) and to Plaintiffs' Status Report[2] (Doc. # 497) on or before **December 2, 2022**.

It is further ORDERED that off-the-record site visits to LaFayette High School, Valley High School, and the proposed sites in LaFayette and Valley for the construction of the new consolidated high school are scheduled for **December 12, 2022, at 8:00 a.m., Central Standard Time,** beginning at Valley High School. The superintendent and one attorney for each party are DIRECTED to attend the site visits.

---

[2] Private Plaintiffs' status report raises concerns about the STEAM instruction, the Desegregation Advisory Committee, the JROTC program, gym access, and the consolidation of the high schools. (Doc. # 497.)

It is further ORDERED that a hearing on the Board's Motion for Approval of Site for New Consolidated High School, for Approval to Build the New High School, and for Authorization to Temporarily Consolidate High School Students (Doc. # 500) is set for **December 14, 2022, at 8:00 a.m. Central Standard Time,** in the G.W. Andrews U.S. Courthouse, at 701 Avenue A, Opelika, Alabama. Counsel should be prepared to continue the hearing through December 15, 2022, if necessary.

It is further ORDERED that Defendant Chambers County Board of Education shall:

(1)　**Immediately** post the attached Notice of Hearing on its website and on Facebook.

(2)　On or before **December 1, 2022**, publish the Notice of Hearing in local newspapers.

(3)　On or before **December 1, 2022**, if possible and practicable, provide the Notice of Hearing by mail, phone, or email to the parents or guardians of each student enrolled in sixth through twelfth grades in the district.

(4)　Be ready to explain its notification efforts at the hearing.

(5)　By **noon, Central Standard Time, on December 12, 2022**, collect all submitted comments and transmit them to the court at propord_watkins@almd.uscourts.gov and to counsel for the other parties.

(6) Before the start of the hearing, provide to the court and to counsel for the other parties any comments received later than noon on December 12, 2022. The comments may be submitted to the court in hard-copy format or by email to propord_watkins@almd.uscourts.gov.

It is ORDERED that, before the start of the hearing, all parties shall submit a witness list and a list of individuals who have contacted them requesting an opportunity to speak at the hearing. Any information regarding the individual's connection to the affected schools should be included.

Last, it is ORDERED that the Desegregation Advisory Committee (DAC) meet to investigate the claims and plans of all parties and file a written report to the court and the parties no later than **noon, Central Standard Time, on December 10, 2022**. Counsel for the Chambers County Board of Education is DIRECTED to assist the DAC with the filing of the report. The DAC may, but is not required to, offer advice to the court regarding the consolidation of the high schools and construction of a new school.

DONE this 17th day of November, 2022.

                                               /s/ W. Keith Watkins
                                    UNITED STATES DISTRICT JUDGE

**NOTICE OF HEARING ON PROPOSED CONSOLIDATION OF VALLEY AND LAFAYETTE HIGH SCHOOLS IN CHAMBERS COUNTY**

**TO ALL SCHOOL AGED CHILDREN RESIDING WITHIN THE CHAMBERS COUNTY SCHOOL DISTRICT, THEIR PARENTS AND/OR LEGAL GUARDIANS, AND OTHER CONCERNED CITIZENS:**

The United States District Court for the Middle District of Alabama has ordered a hearing on Chambers County Board of Education's request to consolidate the Valley and LaFayette high schools, for approval of the site for the new consolidated high school, for approval to build the new high school, and for authorization to temporarily consolidate high school students at the existing Valley High School. The full text of the request is available for review on the Board's website at https://www.chambersk12.org. Notice is being provided for the benefit of those whose interests are affected.

The hearing is scheduled to take place before the Honorable W. Keith Watkins, United States District Judge, on December 14, 2022, at 8 a.m. Central Standard Time in the G.W. Andrews Federal Building and United States Courthouse located at 701 Avenue A, Opelika, Alabama. The hearing is open to the public.

Members of the public who wish to file written comments on the proposal may do so. Written comments may be submitted in any form, but a template is available on the Chambers County Board of Education website at https://www.chambersk12.org. Written comments **must** be received by noon on December 12, 2022. Written comments may be sent either by mail to Chambers County Board of Education, C/O Cookie Thomas, 1298 Vocational Drive, Lafayette, AL 36862 or by email to thomaskc@chambersk12.org.

Students, parents, or members of the public who are interested in speaking at the hearing **must** contact GeDa' Jones Herbert at (202) 682-1300 or Stanley F. Gray at (334) 727-4830 by 10:00 a.m., Central Standard Time, on December 12, 2022.

If you have any questions, you may contact counsel for the Private Plaintiffs—GeDa' Jones Herbert at (202) 682-1300 or Stanley F. Gray at (334) 727-4830; counsel for the United States—Amelia Huckins at (202) 353-5055 or Veronica Percia at (202) 514-4092; or counsel for Chambers County Board of Education—Robert T. Meadows, III, at (334) 241-8011.

**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION**

| | | |
|---|---|---|
| ANTHONY T. LEE, *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff-Intervenor and Amicus Curiae, | ) | |
| | ) | |
| and NATIONAL EDUCATION ASSOCIATION, INC., | ) | |
| | ) | |
| Plaintiff-Intervenor, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 3:70-CV-844-WKW |
| | ) | |
| CHAMBERS COUNTY BOARD OF EDUCATION, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

**OBJECTION/COMMENT TO CONSOLIDATION OF VALLEY
AND LAFAYETTE HIGH SCHOOLS AT A NEW SITE IN VALLEY, ALABAMA**

1. Please print

    Name: _____

    Address: _____

    _____

    Telephone No.: _____

2. I am a: (please circle)

    Student          Parent          Concerned Citizen

1

3.      Please state your objections/comments to the proposed high school consolidation at a new site in Valley, Alabama:

_____

_____

_____

_____

_____

You may attach additional sheets, if needed.  Please put your name on each sheet.

_____
Signature

**EITHER MAIL TO:**

**Chambers County Board of Education**
**C/O Cookie Thomas**
**1298 Vocational Drive**
**LaFayette, AL 36862**

**OR EMAIL TO:**

**thomaskc@chambersk12.org**

**FORMS MUST BE RECEIVED NO LATER THAN 10:00 A.M., CENTRAL STANDARD TIME, ON DECEMBER 12, 2022.**
_____

* A HEARING ON THE PROPOSED CONSOLIDATION OF VALLEY AND LAFAYETTE HIGH SCHOOLS ON A NEW SITE IN VALLEY, ALABAMA, WILL BE HELD BEFORE THE HONORABLE W. KEITH WATKINS ON FRIDAY, DECEMBER 14, 2022, AT 8 A.M. CENTRAL STANDARD TIME AT THE G.W. ANDREWS FEDERAL BUILDING AND UNITED STATES COURTHOUSE AT 701 AVENUE A, OPELIKA, ALABAMA.

INDIVIDUALS WHO ARE INTERSTED IN SPEAKING AT THE HEARING MUST CONTACT GEDA' JONES HERBERT AT (202) 682-1300 OR STANLEY F. GRAY AT (334) 727-4830 BY 10:00 A.M., CENTRAL STANDARD TIME, ON DECEMBER 12, 2022.