IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| ANTHONY T. LEE, *et al.*, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff-Intervenor and Amicus Curiae, | ) |
| | ) |
| and NATIONAL EDUCATION ASSOCIATION, INC., | ) |
| | ) |
| Plaintiff-Intervenor, | ) |
| | ) |
| v. | )   CASE NO. 3:70-CV-844-WKW |
| | ) |
| CHAMBERS COUNTY BOARD OF EDUCATION, *et al.*, | ) |
| | ) |
| Defendants. | ) |

**<u>ORDER</u>**

Upon consideration of Plaintiff-Intervenor's Motion to Shorten FRCP 33(b)(2) Response Period (Doc. # 506), it is ORDERED that the motion is GRANTED in part and DENIED in part. Absent a stipulation from Defendant Chambers County Board of Education (BOE), the motion is DENIED as to the request to shorten the BOE's time to answer the requests to seven days. *See* Fed. R. Civ. P. 33(b)(2), 34(b)(2)(A). The motion is GRANTED to the extent that the time

for the BOE to answer the requests is shortened to **December 9, 2022, at 5:00 p.m., Central Standard Time**.  The BOE further is DIRECTED to file its answers to Plaintiff-Intervenor's interrogatories (with exhibits for use by the court) and to file its production of documents no later than **December 9, 2022, at 5:00 p.m., Central Standard Time.**

DONE this 28th day of November, 2022.

                                            /s/ W. Keith Watkins
                              UNITED STATES DISTRICT JUDGE