IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| ANTHONY T. LEE, *et al.*, | ) | |
| | ) | |
|    Plaintiffs, | ) | |
| | ) | |
| UNITED STATES OF AMERICA, *et al.*, | ) | |
| | ) | |
|    Plaintiff-Intervenors, | ) | |
| | ) | |
|    v. | ) | CASE NO. 3:70-CV-844-WKW |
| | ) | |
| CHAMBERS COUNTY BOARD OF EDUCATION, *et al.*, | ) | |
| | ) | |
|    Defendants. | ) | |

## MOTION TO WITHDRAW STEPHEN MICHAEL DOYLE, ASSISTANT UNITED STATES ATTORNEY

Comes now MaryLou E. Bowdre, Assistant United States Attorney, by and through Sandra J. Stewart, United States Attorney for the Middle District of Alabama, and hereby files this Motion to Withdraw informing the Court that Assistant United States Attorney Stephen Michael Doyle is no longer with this office. This case has been reassigned to the undersigned, who has already entered an appearance in this case.

Respectfully submitted this 30th day of November, 2022.

                                                                                  SANDRA J. STEWART
                                                                                 United States Attorney

                                           By:   */s/MaryLou E. Bowdre*
                                                                  MaryLou E. Bowdre
                                                                  Assistant United States Attorney

Alabama Bar No. 9232N10E
United States Attorney's Office
Middle District of Alabama
Post Office Box 197
Montgomery, AL 36101-0197
Telephone: (334) 223-7280
E-mail: MaryLou.Bowdre@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Motion to Withdraw was served on all counsel of record, *via* CM/ECF, on this 30th day of November 2022.

/s/MaryLou E. Bowdre
MaryLou E. Bowdre
Assistant United States Attorney
SANDRA J. STEWART
United States Attorney