IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| ANTHONY T. LEE, *et al.*, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| UNITED STATES OF AMERICA, *et al.*, | ) |
| | ) |
| Plaintiff-Intervenors, | ) |
| | )  CASE NO. 3:70-CV-844-WKW |
| v. | ) |
| | ) |
| CHAMBERS COUNTY BOARD OF EDUCATION, *et al.*, | ) |
| | ) |
| Defendants. | ) |

**<u>ORDER</u>**

On December 5, 2022, the court held a status conference by telephone. Counsel for each party attended. Based on the discussions and directives during the status conference, it is ORDERED as follows:

(1)  The public hearing on the Chambers County Board of Education's Motion for Approval of Site for New Consolidated High School, for Approval to Build the New High School, and for Authorization to Temporarily Consolidate High School Students (Doc. # 500) remains set on **December 14, 2022, at 8:00 a.m. Central Standard Time, in the G.W. Andrews U.S. Courthouse, at 701 Avenue A, Opelika, Alabama**. (*See* Doc. # 505 at 5.)  Counsel should be prepared to

continue the hearing through **December 15, 2022**, if necessary. The hearing is reserved for public comments from students, parents/guardians, or other members of the public whose interests are affected. Evidence will not be received. At the beginning of the public hearing, either the Superintendent or counsel for the Chambers County Board of Education shall summarize the reasons for the Board's proposals for the site selection for the construction of the new consolidated high school and for the temporary location of high school students during the construction of the new consolidated high school.

(a) As previously ordered (*see* Doc. # 505 ¶ 5), **by noon, Central Standard Time, on December 12, 2022**, the Chambers County Board of Education shall collect all submitted comments and transmit them to the court at propord_watkins@almd.uscourts.gov and to counsel for the other parties.

(b) As previously ordered (*see* Doc. # 505 ¶ 6), before the public hearing, the Chambers County Board of Education shall provide the court and counsel for the other parties any written comments received later than noon on December 12, 2022. The written comments may be submitted to the court in hard-copy format or by email to propord_watkins@almd.uscourts.gov; however, written comments submitted on the day of the public hearing shall be submitted in hard-copy format.

(c)     At the beginning of the public hearing, the Chambers County Board of Education shall provide the court and counsel for the other parties a list of those individuals who have asked to speak at the public hearing.

(d)     The attorney for Plaintiff-Intervenors who is unable to attend the public hearing live is permitted to attend telephonically. The attorney should coordinate with the courtroom deputy, Wanda Robinson, at (334) 954-3766, to make arrangements for telephonic participation.

(e)     Immediately after the public hearing, counsel for the parties shall attend a conference to resolve procedural issues pertaining to the final hearing, including the dates of the hearing (*see* (5) below).

(2)     Counsel for all parties are DIRECTED to report to chambers in the Opelika courthouse at **7:30 a.m., Central Standard Time, on December 14, 2022**.

(3)     The off-the-record site visits to LaFayette High School, Valley High School, and the proposed sites in LaFayette and Valley for the construction of the new consolidated high school are continued from December 12, 2022, (Doc. # 505 ¶ 3), to **December 20, 2022**, beginning at Valley High School. The site visits tentatively will commence at **8:00 a.m., Central Standard Time**. The superintendent, the principals of LaFayette and Valley high schools, and at least one attorney for each party are DIRECTED to attend the site visits. The high school

principals are required to attend only the visit at their respective campuses. Expert witnesses also are allowed to attend with counsel.

(4) On or before **December 13, 2022, at noon, Central Standard Time**, the Chambers County Board of Education is DIRECTED to submit to chambers and to opposing counsel two county maps (in black-and-white, not color, format), no smaller than 14 inches by 17 inches. The first map should pinpoint all existing public schools operating under the Chambers County Board of Education; the city-limit boundaries for Lanett, LaFayette, and Valley; all federal, state, and paved county roads, identified by number; and the location of each site considered for the new consolidated high school. The second map should overlay the first map with the proposed bus routes for the Chambers County Board of Education's proposal for the location of the new consolidated high school. Four copies of each of the two maps shall be submitted to chambers.

(5) The final hearing on Chambers County Board of Education's Motion for Approval of Site for New Consolidated High School, for Approval to Build the New High School and for Authorization to Temporarily Consolidate High School Students (Doc. # 500) is set for one or more of the following dates, **January 12, 13, 17, 18, and 19, 2023, at 8:00 a.m., Central Standard Time**, in the G.W. Andrews

U.S. Courthouse, at 701 Avenue A, Opelika, Alabama. The parties shall file witness lists for the final hearing on or before **January 3, 2023**.

      (a)    **On or before December 9, 2022**, the parties shall confer and file a joint status report of outstanding discovery issues, if any, pertaining to the final hearing.

DONE this 5th day of December, 2022.

                                      /s/ W. Keith Watkins
                                 UNITED STATES DISTRICT JUDGE