IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| ANTHONY T. LEE, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| *et al.*, ) | |
| ) | |
| Plaintiff-Intervenors, ) | |
| ) | |
| v. ) | CASE NO. 3:70-CV-844-WKW |
| ) | |
| CHAMBERS COUNTY BOARD ) | |
| OF EDUCATION, *et al.*, ) | |
| ) | |
| Defendants. ) | |

## **EXHIBIT INSTRUCTIONS**

To streamline the final hearing,[1] all exhibits will be marked with a uniform numbering system as explained below.  On or before **January 11, 2023**, **at noon, Central Standard Time**, the parties must deliver three copies of four items to chambers—a total of twelve items:  three trial exhibit binders, three trial exhibit summary sheets, three Plaintiffs' exhibit binders, and three Defendants' exhibit binders.

---

[1] "Final hearing" and "trial" are used interchangeably in these instructions.

The **binders of trial exhibits** should include all the exhibits that are certain to be introduced at the trial and to which no party objects. The parties must place a sticker on each exhibit in this binder specifying a final hearing exhibit number. The parties must start from the number one and move sequentially. The parties may use either a sticker that says "trial exhibit" or a generic sticker with the letter "T" written before each number. If there is a "Plaintiffs' exhibit" or "Defendants' exhibit" sticker already on the document, the original sticker should not be covered by the new sticker. If both parties have placed their own sticker on an otherwise identical copy of an exhibit, the trial exhibit sticker should be added to the Plaintiffs' version, and the Defendants' version should not be included in the trial exhibit binder.

The second set of items is a **summary of these trial exhibits**. Using the template exhibit list, which is attached, the parties must fill in the exhibit "number" and "description" boxes in sequential order for all the exhibits that are not objected to and certain to be introduced. The exhibit number on the sheet should match the trial exhibit sticker placed on the document. In the "description" box, the parties should describe the exhibit and also include any other identifiers that have been used previously for that exhibit. For example, if trial exhibit one previously has been identified as Plaintiffs' exhibit twenty-five to a deposition, then all the previous numbers should be identified in the "description" box.

2

The last two sets of items are **separate binders of the Plaintiffs' exhibits and Defendants' exhibits**.  In these two sets, each party should include the exhibits that (1) are objected to, (2) not certain to be introduced at the final hearing, or (3) not intended to be shown to the jury.  In other words, these binders include exhibits that did not appear in the trial exhibit binder.  An exhibit should appear only once between the three types of binders.

If admitted into evidence during the final hearing, exhibits from the Plaintiffs' exhibit binder or Defendants' exhibit binder will have a trial exhibit or court exhibit number placed on them by the courtroom deputy.  The trial exhibit numbers added by the courtroom deputy will follow sequentially after the numbers used in the parties' trial exhibit binder.  Court exhibit numbers will begin at the number one and will be used for any exhibit admitted into evidence.  Court exhibits will be maintained by the courtroom deputy in a separate container from the trial exhibits.

Discussion of exhibits at the final hearing should refer to the trial exhibit or court exhibit number rather than any other number previously used.

The parties shall direct questions about this procedure to the career law clerk, Laura Wright.

DONE this 22nd day of December, 2022.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE

| | | | | | | |
|---|---|---|---|---|---|---|
| 3:70CV844 FINAL HEARING | | | | | | |

| | | | | | HON. W. KEITH WATKINS., Presiding , Court Reporter |
|---|---|---|---|---|---|---|

| ADMITTED | DATE OFFERED | DATE IDENTIFIED | NO | WITNESS | OBJ | DESCRIPTION |
|---|---|---|---|---|---|---|
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |