IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| ANTHONY T. LEE, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| *et al.*, ) | |
| ) | |
| Plaintiff-Intervenors, ) | |
| ) | |
| v. ) | CASE NO. 3:70-CV-844-WKW |
| ) | |
| CHAMBERS COUNTY BOARD ) | |
| OF EDUCATION, *et al.*, ) | |
| ) | |
| Defendants. ) | |

## **ORDER**

Before the court is Plaintiff-Intervenor's Motion to Shorten Response Period (Doc. # 541) under Rules 33(b)(2) and 34(b)(2) of the Federal Rules of Civil Procedure. Plaintiff-Intervenor represents that Private Plaintiffs do not oppose the motion, that Defendant Chambers County Board of Education requests that any order shortening the response period apply to all parties, and that Defendant has not consented to the motion "because the information and documents to be requested and the schedule of the person from whom the materials will be requested are unknown." (Doc. # 541 ¶ 10.) Based upon careful consideration, the motion will be granted to the extent set out herein.

The final hearing on Defendant's Motion for Approval of Site for New Consolidated High School, for Approval to Build the New High School and for Authorization to Temporarily Consolidate High School Students (Doc. # 500) is set to begin on January 17, 2023. (Doc. # 539.) Plaintiff-Intervenor represents that depositions to prepare for the final hearing are scheduled to conclude on January 9, 2023. Given the compressed timeframe, Plaintiff-Intervenor moves for an order shortening the time under Rules 33(b)(2) and 34(b)(2) for the parties to respond to post-deposition requests for interrogatories and documents to four business days.

For good cause shown, it is ORDERED that Plaintiff-Intervenor's Motion to Shorten Response Period (Doc. # 541) is GRANTED, with the exception that the deadline for Defendant to respond to Plaintiff-Intervenor's Post-Deposition Interrogatories and Documents Request (Doc. # 541-1) is SHORTENED to and including **January 3, 2023**. The parties are DIRECTED to confer if any unforeseen difficulties arise concerning compliance with this Order and need only seek court intervention if the parties cannot reach an agreement.

DONE this 27th day of December, 2022.

                                            /s/ W. Keith Watkins
                                   UNITED STATES DISTRICT JUDGE