IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| ANTHONY T. LEE, *et al.*, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| UNITED STATES OF AMERICA, *et al.*, | ) |
| | ) |
| Plaintiff-Intervenors, | ) |
| | ) |
| v. | )  CASE NO. 3:70-CV-844-WKW |
| | ) |
| CHAMBERS COUNTY BOARD OF EDUCATION, *et al.*, | ) |
| | ) |
| Defendants. | ) |

## **ORDER**

Upon consideration of Defendant Chambers County Board of Education's Motion to Allow Witness Testimony Via Zoom (Doc. # 545), it is ORDERED that the motion is GRANTED. Lee Hwang is permitted to testify at the final hearing, scheduled to commence on January 17, 2023, by two-way live videoconference.

Counsel for Defendant shall coordinate with the courtroom deputy and the court's IT department to make the necessary arrangements for the video conference.

DONE this 11th day of January, 2023.

                                          /s/ W. Keith Watkins
                                UNITED STATES DISTRICT JUDGE