IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| ANTHONY T. LEE, et al., | |
|     Plaintiffs, | |
| and | |
| UNITED STATES OF AMERICA, | CIVIL ACTION NUMBER |
|     Plaintiff-Intervenor, | 3:70-cv-00844-WKW |
| v. | |
| CHAMBERS COUNTY BOARD OF EDUCATION, et al., | |
|     Defendants. | |

**PRIVATE PLAINTIFFS' WITNESS LIST**

Pursuant to this Court's December 27, 2022 Order (Doc. 544), Private Plaintiffs, Anthony Lee, et. al., hereby submit the following list of potential witnesses to testify at the hearing in the instant matter:

1. Rob Murray, Expert Witness

2. Vicki Leak, Board Vice President, Chambers County Board of Education

3. LaShae Herring, Member, Chambers County Board of Education

4. Kenneth Vines, Mayor of LaFayette, Alabama

5. Jeff Torbert, Landowner, Tolbert Family Lands LLC

6. Barbara King, Landowner, Executor of Estate of Hennon L. King

7. Alicia Perez-Perdue, Co-President, Chambers County Board of Education Desegregation Advisory Committee

8. Lawendy Willis, Counselor, LaFayette High School

9. Demarrion Huguley, Student Member, Chambers County Board of Education Desegregation Advisory Committee

10. Joy Robinson, Student Member, Chambers County Board of Education Desegregation Advisory Committee

11. Kayla Ingles, Student Member, Chambers County Board of Education Desegregation Advisory Committee

[Signature Page Below]

Dated: January 11, 2023

STANLEY F. GRAY
ASB-8670-A56S
Gray, Langford, Sapp, McGowan,
Gray, Gray & Nathanson
Post Office Box 830239
Tuskegee, AL 36083-0239
Telephone: (334) 727-4830
sgray@glsmgn.com

Respectfully submitted,

*/s/ GeDá Jones Herbert*
 GeDá Jones Herbert (ASB-2864-N471)
Amia Trigg*
Amber Koonce*
NAACP Legal Defense &
Educational Fund, Inc.
700 14th Street NW, Suite 600
Washington, DC 20005
Tel: (202) 682-1300
Fax: (202) 682-1312
gherbert@naacpldf.org
atrigg@naacpldf.org
akoonce@naacpldf.org

Allison Scharfstein*
Godfre Blackman*
NAACP Legal Defense &
Educational Fund, Inc.
40 Rector Street, 5th Floor
New York, NY 10006
Tel: (212) 965-2200
Fax: (212) 226-7592
ascharfstein@naacpldf.org
gblackman@naacpldf.org

*Admitted *Pro Hac Vice*

COUNSEL FOR PRIVATE PLAINTIFFS

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above Private Plaintiffs' Witness List has been delivered to all counsel via the Court's electronic filing system on this 11th day of January 2023.

/s/ *GeDá Jones Herbert*
GeDá Jones Herbert
NAACP Legal Defense &
Educational Fund, Inc.
700 14th Street NW, Suite 600
Washington, DC 20005
Tel: (202) 682-1300
Fax: (202) 682-1312
gherbert@naacpldf.org