# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# EASTERN DIVISION

| | |
|---|---|
| ANTHONY T. LEE, et al., )<br>)<br>Plaintiffs, )<br>)<br>UNITED STATES OF AMERICA, )<br>)<br>Plaintiff-Intervenor and )<br>Amicus Curiae, )<br>)<br>NATIONAL EDUCATION ASSOCIATION, )<br>INC., )<br>)<br>Plaintiff-Intervenor, )<br>)<br>v. )<br>)<br>CHAMBERS COUNTY BOARD OF )<br>EDUCATION, et al., )<br>)<br>Defendants. ) | CIVIL ACTION NO.: 3:70-cv-844-WKW |

## CHAMBERS COUNTY BOARD OF EDUCATION'S PROPOSED WITNESS LIST

COMES NOW the Defendant, the Chambers County Board of Education, by and through its undersigned attorney, and respectfully sets forth below its proposed witness list in this case.

## THOSE EXPECTED TO TESTIFY

1. Mr. Casey Chambley, Superintendent
   Chambers County Board of Education

2. Mr. Tracy Richter
   HPM

3. Mr. Lee Hwang
   GIS Consulting

4. Mr. Chris Busby
   Chambers County Development Authority

1

5. Mr. Benji Mitchum
   Chambers County Board of Education

6. Mr. Leonard Riley
   Mayor, Valley, Alabama

## THOSE WHO MAY TESTIFIY IF THE NEED ARISES

7. Mr. Jeffrey Finch
   Board Member

8. Mrs. Vicki Leak
   Board Member

9. Ms. LaShae Herring
   Board Member

10. Ms. Candace Lyons
    Board Member

11. Mr. Jay Siggers
    Board Member

12. Mrs. Jennifer Hunt
    Board Member

13. Dr. Shelia Jones
    Chambers County Board

14. Dr. Stephen Hammock
    Chambers County Board

15. Any witnesses listed by the other parties

16. Any witnesses necessary for rebuttal and/or impeachment.


Respectfully submitted,

*/s/ Robert T. Meadows, III*
Robert T. Meadows, III
CAPELL & HOWARD, P.C.
Skyway Professional Center
3120 Frederick Road, Suite B
Opelika, AL  36801
(334) 501-1540 Phone

(334) 501-4512 Facsimile
Bob.meadows@chlaw.com
*Attorney for Chambers County*
*Board of Education*

**CERTIFICATE OF SERVICE**

I hereby certify that on this the 11th day of January 2023, I electronically served a true and correct copy of the foregoing document on all counsel of record in the above-captioned matter.

*/s/ Robert T. Meadows, III*
OF COUNSEL