# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# EASTERN DIVISION

| | |
|---|---|
| ANTHONY T. LEE, et al., | ) |
| Plaintiffs, | ) |
| UNITED STATES OF AMERICA, | ) |
| Plaintiff-Intervenor and Amicus Curiae, | ) CIVIL ACTION NO.: 3:70-cv-844-WKW |
| NATIONAL EDUCATION ASSOCIATION, INC., | ) |
| Plaintiff-Intervenor, | ) |
| v. | ) |
| CHAMBERS COUNTY BOARD OF EDUCATION, et al., | ) |
| Defendants. | ) |

## CHAMBERS COUNTY BOARD OF EDUCATION'S PROPOSED EXHIBIT LIST

COMES NOW the Defendant, the Chambers County Board of Education, by and through its undersigned attorney, and respectfully sets forth below its proposed exhibit list in this case.[1]

1. CCBOE's Petition to Amend Desegregation Order filed 5/16/95
2. Motion for Leave to Withdraw Petition to Amend Desegregation Order filed 1/9/97
3. Joint Petition to Amend Desegregation Order filed 9/9/98
4. Motion Granted - Joint Petition to Amend Desegregation Order dated 9/18/98
5. Joint Petition to Amend Desegregation Order filed 5/13/99
6. Order granting Joint Petition filed 5/21/99

---

[1] These proposed exhibits are in addition to those submitted jointly by the parties as stipulated exhibits, any one of which this Defendant may use at trial.

1

7. March 2022 Report from Matthew Cropper "Review of Capacity, Enrollment and Demographics"

8. City of Valley Ordinance dated 7/18/22 donating property along with accompanying documents

9. Information from City of Lafayette Attorney, Joseph Tucker, regarding the Lafayette Site – email dated 9/20/22

10. Request for Information dated 10/7/22 from DOJ and Narrative Response

11. Census Data – 1990-2020

12. Enrollment Projections 90-91 & 91-92

13. Enrollment Summary - Lafayette H.S. 22-23

14. Enrollment Summary – Valley H.S. 22-23

15. Amended/Supplemented Expert Report of Tracy Richter dated 1/11/23

16. Any exhibit which may become necessary in order to respond to any exhibit offered by the Plaintiff Parties or to provide a complete picture of any exhibit offered by the Plaintiff Parties that does not include the entire document.

17. Any exhibit which may become necessary for rebuttal or impeachment.

Respectfully submitted,

*/s/ Robert T. Meadows, III*
Robert T. Meadows, III
CAPELL & HOWARD, P.C.
Skyway Professional Center
3120 Frederick Road, Suite B
Opelika, AL  36801
(334) 501-1540 Phone
(334) 501-4512 Facsimile
Bob.meadows@chlaw.com
*Attorney for Chambers County Board of Education*

## CERTIFICATE OF SERVICE

I hereby certify that on this the 11th day of January 2023, I electronically served a true and correct copy of the foregoing document on all counsel of record in the above-captioned matter.

                                      */s/ Robert T. Meadows, III*
                                      OF COUNSEL