IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| ANTHONY T. LEE, et al., | |
|     Plaintiffs, | |
| and | |
| UNITED STATES OF AMERICA, | CIVIL ACTION NUMBER |
|     Plaintiff-Intervenor, | 3:70-cv-00844-WKW |
| v. | |
| CHAMBERS COUNTY BOARD OF EDUCATION, et al., | |
|     Defendants. | |

### PLAINTIFF-INTERVENOR'S WITNESS LIST

Plaintiff-Intervenor United States of America respectfully submits the following witness list for the hearing on the Chambers County Board of Education's Motion for Approval of Site for New Consolidated High School, for Approval to Build the New High School, and for Authorization to Temporarily Consolidate High School Students, which is set to begin on January 17, 2023.

| Name | Fact Witness/Expert |
|---|---|
| Matthew Cropper | Expert |
| Tracy Richter | District's Expert |
| Lee Hwang | District's Expert |
| Casey Chambley | Fact Witness |

| Benji Mitchum | Fact Witness |
|---|---|
| Chris Busby | Fact Witness |

Dated: January 11, 2023

SANDRA J. STEWART
United States Attorney
Middle District of Alabama

MARYLOU E. BOWDRE
Assistant U.S. Attorney
Alabama Bar No. 9232N10E
U.S. Attorney's Office
Middle District of Alabama
Post Office Box 197
Montgomery, AL 36101-0197
Telephone: (334) 223-7280
MaryLou.Bowdre@usdoj.gov

Respectfully submitted,

KRISTEN CLARKE
Assistant Attorney General
Civil Rights Division

SHAHEENA A. SIMONS, Chief
FRANZ R. MARSHALL, Deputy Chief
VERONICA PERCIA, Special Litigation Counsel
TERESA YEH
AMELIA K. HUCKINS
TONI COLEMAN
Trial Attorneys
Educational Opportunities Section
Civil Rights Division

/s/ Amelia K. Huckins
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530
Telephone: (202) 305-5791
Fax: (202) 514-8337
Amelia.Huckins2@usdoj.gov

COUNSEL FOR PLAINTIFF-INTERVENOR UNITED STATES OF AMERICA

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above Plaintiff-Intervenor's Witness List has been delivered to all counsel via the Court's electronic filing system on this 11th day of January, 2023.

*/s/ Amelia K. Huckins*
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530
Telephone: (202) 305-5791
Fax: (202) 514-8337
Amelia.Huckins2@usdoj.gov
