IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| ANTHONY T. LEE, *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| *et al.*, | ) | |
| | ) | |
| Plaintiff-Intervenors, | ) | |
| | ) | |
| v. | ) | CASE NO. 3:70-CV-844-WKW |
| | ) | |
| CHAMBERS COUNTY BOARD | ) | |
| OF EDUCATION, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

Defendant Chambers County Board of Education is DIRECTED to file on or before **January 17, 2023,** the Auburn University plan referred to in *Lee v. Chambers County Board of Education*, 849 F. Supp. 1474, 1477 (M.D. Ala. 1994) (Albritton, J.) (citing *Lee v. Macon Cnty. Bd. of Educ.*, No. 604–E, Mem. Op. at 2 (M.D. Ala. Feb. 12, 1970)); *see also* Pls. Trial Ex. 1.

DONE this 13th day of January, 2023.

_____/s/ W. Keith Watkins_____
UNITED STATES DISTRICT JUDGE