# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# EASTERN DIVISION

| | |
|---|---|
| ANTHONY T. LEE, et al., | ) |
| | ) |
|    Plaintiffs, | ) |
| | ) |
| UNITED STATES OF AMERICA, | ) |
| | ) |
|    Plaintiff-Intervenor and | ) |
|    Amicus Curiae, | ) CIVIL ACTION NO.: 3:70-cv-844-WKW |
| | ) |
| NATIONAL EDUCATION ASSOCIATION, INC., | ) |
| | ) |
|    Plaintiff-Intervenor, | ) |
| | ) |
| v. | ) |
| | ) |
| CHAMBERS COUNTY BOARD OF EDUCATION, et al., | ) |
| | ) |
|    Defendants. | ) |

## **CHAMBERS COUNTY BOARD OF EDUCATION'S MOTION FOR CONTINUANCE**

COME NOW the Defendant, the Chambers County Board of Education by and through their undersigned attorney, and respectfully moves this Honorable Court to grant a continuance for the trial scheduled for January 17, 2023, to early March 2023, and as grounds therefore says as follows:

1. This desegregation case involves a number of issues which are highly emotional in nature and very complex.

2. The Chambers County Board of Education believes that it is in the best interest of all concerned, including the children of the schools of Chambers County, to exhaust every opportunity to negotiate a reasonable settlement among the parties prior to proceeding in court which will undoubtably cause more problems among the population.

1

3. The Chambers County Board respectfully submits that in lieu of a trial during the week of January 17, it would be more appropriate to allow the parties and their experts while they are all in Montgomery to meet person to person to negotiate to try to reach an amicable settlement or at least establish the parameters for future efforts on behalf of the parties.

4. The United States is not opposed to this Motion. However, the Private-Plaintiffs have indicated they are opposed to this Motion.

5. Nevertheless, the Chambers County Board believes that it is in the best interest of all concerned to proceed in this fashion with a rescheduling of a trial within six (6) weeks to two (2) months.

6. The Chambers County Board believes that such a continuance in rescheduling would not prejudice any party and would hopefully serve the best interests of all concerned.

WHEREFORE, THE PREMISES CONSIDERED, the Chambers County Board respectfully moves this Honorable Court to continue the trial of this case until early March, 2023, in order to allow the parties and their experts to attempt to reach a reasonable settlement. This Defendant respectfully requests such other, different and general relief to which it may be entitled under the circumstances.

Respectfully submitted,

*/s/ Robert T. Meadows, III*
Robert T. Meadows, III
Attorney for Chambers County
Board of Education

**OF COUNSEL:**
**CAPELL & HOWARD, P.C.**
3120 Frederick Road, Ste. B
P.O. Box 1857
Opelika, Alabama 36803

Telephone: (334) 241-8011
Email: Bob.Meadows@chlaw.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 17th day of January, 2023, I electronically served a true and correct copy of the foregoing document on all counsel of record in the above-captioned matter.

*/s/ Robert T. Meadows, III*
OF COUNSEL