IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| ANTHONY T. LEE, *et al.*, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| UNITED STATES OF AMERICA, *et al.*, | ) |
| | ) |
| Plaintiff-Intervenors, | ) |
| | ) |
| v. | ) CASE NO. 3:70-CV-844-WKW |
| | ) |
| CHAMBERS COUNTY BOARD OF EDUCATION, *et al.*, | ) |
| | ) |
| Defendants. | ) |

## **ORDER**

Before the court is Chambers County Board of Education's Motion for Continuance. (Doc. # 562.) On January 17, 2023, in open court, the United States represented that it was taking no position on the motion, while the Private Plaintiffs opposed the motion. For the reasons stated in open court, it is ORDERED that the Motion for Continuance (Doc. # 562) is DENIED.

DONE this 18th day of January, 2023.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE