IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| ANTHONY T. LEE, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| *et al.*, ) | |
| ) | |
| Plaintiff-Intervenors, ) | |
| ) | |
| v. ) | CASE NO. 3:70-CV-844-WKW |
| ) | |
| CHAMBERS COUNTY BOARD ) | |
| OF EDUCATION, *et al.*, ) | |
| ) | |
| Defendants. ) | |

### **ORDER**

The trial on the issues concerning the consolidation of the Chambers County Board of Education's high schools was held the week of January 17, 2023. After the trial proceedings are transcribed, a schedule for post-trial briefing will be entered.[1] The parties should expect to have no longer than thirty days to file their briefs in the blind.

Meanwhile, the parties are DIRECTED to confer and to file stipulations of fact on or before **February 23**, **2023**. The stipulations of fact should include a

---

[1] The estimated timeframe for completion of the trial transcript is approximately thirty days from the conclusion of the trial.

statistical breakdown—by race and number—of the students attending Valley High School and of the students attending LaFayette High School for the 2022–23 academic year.

The parties also are DIRECTED to obtain from the Alabama Department of Transportation (ALDOT) the traffic count (at various locations, if available) for Highway 50 between LaFayette and Lanett, Alabama, from 1993 to the present and to file the ALDOT documentation on or before **February 23, 2023**.

DONE this 2nd day of February, 2023.

                                                  /s/ W. Keith Watkins
                                         UNITED STATES DISTRICT JUDGE