IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| ANTHONY T. LEE, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| *et al.*, ) | |
| ) | |
| Plaintiff-Intervenors, ) | |
| ) | |
| v. ) | CASE NO. 3:70-CV-844-WKW |
| ) | |
| CHAMBERS COUNTY BOARD ) | |
| OF EDUCATION, *et al.*, ) | |
| ) | |
| Defendants. ) | |

### **ORDER**

Based on the filing of the trial transcripts (Docs. # 569–72), it is ORDERED that the parties shall file post-trial briefs on or before **April 14, 2023**. Briefs shall not exceed thirty pages, shall be printed in a conventional style font not smaller than 12 point, and the text shall be double-spaced except block quotations and footnotes, which may be single-spaced.

DONE this 20th day of March, 2023.

                                                /s/ W. Keith Watkins
                                       UNITED STATES DISTRICT JUDGE