IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| ANTHONY T. LEE, *et al.*, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| UNITED STATES OF AMERICA, *et al.*, | ) |
| | ) |
| Plaintiff-Intervenors, | ) |
| | ) |
| v. | ) CASE NO. 3:70-CV-844-WKW |
| | ) |
| CHAMBERS COUNTY BOARD OF EDUCATION, *et al.*, | ) |
| | ) |
| Defendants. | ) |

## **ORDER**

Before the court is the Chambers County Board of Education's Motion for Approval of Site for New Consolidated High School, for Approval to Build the New High School, and for Authorization to Temporarily Consolidate High School Students. (Doc. # 500.) The court has visited the proposed sites for a new high school, toured Inspire Academy and LaFayette High School, both located in LaFayette, and Valley High School in Valley, and conducted two public hearings and a final hearing on the matter. Moreover, the history of this case, which started in its present form in 1970, and the orders entered over the ensuing fifty-two years, have been considered, along with extensive briefing and motion practice over the

last three years. Upon full consideration of the record and arguments of counsel, it is ORDERED:

(1) The objections of Plaintiffs to the plan for construction of a new Chambers County High School located in Valley, Alabama, are OVERRULED. Defendant, the Chambers County Board of Education, may proceed immediately with plans as presented to the court at the final hearing in January 2023; and

(2) The objections of Plaintiffs to Defendant's plans to merge the student bodies of LaFayette High School and Valley High School on the campus of Valley High School during construction of the new high school are SUSTAINED. Those plans create an undue burden on the black students at LaFayette High School. LaFayette High School shall remain open during the construction of the new high school.

A final opinion with detailed instructions for progress reports to the court will be forthcoming.

DONE this 23rd day of June, 2023.

                                             /s/ W. Keith Watkins
                                      UNITED STATES DISTRICT JUDGE