IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| ANTHONY T. LEE, *et al.*, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| UNITED STATES OF AMERICA, *et al.*, | ) |
| | ) |
| Plaintiff-Intervenors, | ) |
| | ) |
| v. | )  CASE NO. 3:70-CV-844-WKW |
| | ) |
| CHAMBERS COUNTY BOARD OF EDUCATION, *et al.*, | ) |
| | ) |
| Defendants. | ) |

## **ORDER**

Upon consideration of the Joint Motion to Bifurcate/Separate Cases (Doc. # 574), it is ORDERED that the motion is DENIED without prejudice.

DONE this 29th day of March, 2024.

                                                    /s/ W. Keith Watkins
                                    UNITED STATES DISTRICT JUDGE