IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| ANTHONY T. LEE, *et al.*, | ) |
| Plaintiffs, | ) |
| UNITED STATES OF AMERICA, | ) |
| Plaintiff-Intervenor and Amicus Curiae, | ) Case No. 3:70-CV-844-WKW |
| and | ) |
| NATIONAL EDUCATION ASSOCIATION, INC., | ) |
| Plaintiff-Intervenor, | ) |
| v. | ) |
| LANETT CITY BOARD OF EDUCATION, | ) |
| Defendants. | ) |

## 2024 REPORT TO THE COURT

COMES NOW the Lanett City Board of Education, by and through its undersigned attorneys of record, and in compliance with the October 21, 2001, Consent Order (Doc. 274) submits the following attached exhibits as its Report to the Court for the 2023-2024 school year:

Exhibit 1:   The number and percentage of students, by race and grade, enrolled in the District overall, and in each District school for the 2023-2024 school year.

Exhibit 2A, 2B & 2C: The number and percentage of students enrolled in each program and in each section of each class, by race, by grade, by school, and by teacher's name and race, with special classes separately identified for the 2023-2024 school year.

Exhibit 3: The number of students, by race, graduating from the District, including those graduating with standard diplomas, an advanced endorsement, career tech endorsement, or advanced career tech endorsement[1] for the 2023-2024 school year, and the percentage graduation rate.

Exhibit 4: The number and percentage of students, by race, grade and school, who dropped out during the 2022-2023 school year.[2]

Exhibit 5: The number and percentage of administrators, certified faculty, and support staff, by race, in the District, and in each District school, the transportation department and the central office, for the 2023-2024 school year.

Exhibit 6: The number and percentage of administrators, by race and by position, in each District school, for the 2023-2024 school year.

Exhibit 7: The certified and non-certified staff of the central office, by position and race, for the 2023-2024 school year.

Exhibit 8: A list of all personnel involved in recruitment and employment functions by name, race, position and duties; and a description of all recruitment efforts undertaken in the 2023-2024 school year in preparation for the 2023-2024 school year.

Exhibit 9: A list of the vacancies occurring/created and filled during the 2023-2024 school year for administrators, faculty, and staff, by school, position, race and emergency status

---

[1] The types of Alabama diplomas, including the "Advanced" distinction, have changed since entry of the 2001 Consent Order in this matter.

[2] This data is currently unavailable for the 2023-2024 school year because dropout rates are calculated one year in arrears. The data for the 2023-2024 school year will be available when Lanett City files its 2025 Report to the Court.

effective for the 2023-2024 school year.

Exhibit 10: The number of applicants during the 2023-2024 school year for each vacancy effective for the 2023-2024 school year, by race, ethnicity, school, positions being filled, rank and type of certificates, area of endorsement and highest degree.

Exhibit 11: Individuals to whom offers were made during the 2023-2024 school year to fill each vacancy effective for the 2023-2024 school year, by position filled, school, race, ethnicity, and whether the person hired was a school district employee at the time of hire, or a new hire from outside the District, and the departing school and position, where the person hired was an existing employee at the time of hire.

Exhibit 12: Material changes to the recruitment, hiring and assignment criteria, policies and procedures; the Teach in Alabama application; and all interview and employment forms and criteria utilized.

Exhibit 13: Student enrollment in each extracurricular activity by school and race for the 2023-2024 school year.

Exhibit 14: Material changes to the eligibility requirements for participation in extracurricular activities.

Exhibit 15: The sponsors and coaches for each extracurricular activity, by name, position, race, school, salary supplement (if any), and date position assumed (or contract executed) for the 2023-2024 school year.

Exhibit 16: Material changes to the discipline reporting form for the District or plans developed by the District for addressing any racial disparities in discipline.

Exhibit 17A, 17B & 17C: Discipline reports including race, grade and school of the child, the infraction and imposed discipline, and the name and race of the referring faculty member

for the 2023-2024 school year.

      Exhibit 18:    The academic status given to each District school entering the 2023-2024 school year.

Respectfully submitted,

*/s/ Robert T. Meadows, III*
Robert T. Meadows, III (ASB-6994-S49R)
*Attorney for Lanett City Board of Education*

OF COUNSEL:
*Capell & Howard, P.C.*
3120 Frederick Road, Suite B
Opelika, Alabama 36801
Telephone: (334) 501-1540
Facsimile: (334) 501-4512
Email: Bob.Meadows@chlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that, on this the 12th day of November, 2024, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the counsel of record.

*/s/ Robert T. Meadows, III*
OF COUNSEL