# EXHIBIT 1

# Lanett City Schools
# Enrollment 2023-2024

*District*

| Grade | Black/African American | White | Two or More Races | American Indian/Alaskan Native | Asian | Native Haw./Other Pacific Isl. | Hispanic/Latino |
|---|---|---|---|---|---|---|---|
| -3 | 0 0% | 0 0% | 0 0% | 0 0% | 0 0% | 0 0% | 0 0% |
| -2 | 0 0% | 0 0% | 0 0% | 0 0% | 0 0% | 0 0% | 0 0% |
| -1 | 22 62.9% | 0 0% | 0 0% | 0 0% | 0 0% | 0 0% | 13 37.1% |
| 00 | 38 % | 2 % | 2 % | 1 0% | 0 0% | 0 0% | 30 % |
| 01 | 47 % | 6 % | 3 % | 0 0% | 0 0% | 0 0% | 28 % |
| 02 | 43 % | 5 % | 4 % | 0 0% | 0 0% | 0 0% | 21 % |
| 03 | 48 % | 3 % | 3 % | 0 0% | 0 0% | 0 0% | 14 % |
| 04 | 50 % | 3 % | 3 0% | 1 0% | 0 0% | 0 0% | 20 % |
| 05 | 43 % | 3 % | 1 % | 0 0% | 0 0% | 0 0% | 21 % |
| 06 | 46 % | 3 % | 1 % | 0 0% | 0 0% | 0 0% | 26 % |
| 07 | 39 58.2% | 4 6.0% | 1 1.5% | 0 0% | 0 0% | 0 0% | 23 34.3% |
| 08 | 48 60.0% | 2 2.5% | 4 5.0% | 0 0% | 0 0% | 0 0% | 26 32.5% |
| 09 | 47 54.7% | 5 5.8% | 3 3.5% | 0 0% | 0 0% | 0 0% | 31 36.0% |
| 10 | 47 70.1% | 0 0% | 0 0% | 0 0% | 0 0% | 0 0% | 20 29.9% |
| 11 | 38 80.9% | 1 2.1% | 2 4.3% | 0 0% | 0 0% | 0 0% | 6 12.8% |
| 12 | 41 82.0% | 3 6.0% | 2 4.0% | 0 0% | 0 0% | 0 0% | 4 8.0% |
| 14 | 1 100% | 0 0% | 0 0% | 0 0% | 0 0% | 0 0% | 0 0% |
| Total | 598 62.8% | 40 4.2% | 29 3.0% | 2 0.2% | 0 0% | 0 0% | 283 29.7% |

**Grand Total for District = 952**

## W. O. Lance Elementary

| Grade | Black/African American | White | Two or More Races | American Indian/Alaskan Native | Asian | Native Haw./Other Pacific Isl. | Hispanic/Latino |
|---|---|---|---|---|---|---|---|
| -3 | 0 0% | 0 0% | 0 0% | 0 0% | 0 0% | 0 0% | 0 0% |
| -2 | 0 0% | 0 0% | 0 0% | 0 0% | 0 0% | 0 0% | 0 0% |
| -1 | 22 62.9% | 0 0% | 0 0% | 0 0% | 0 0% | 0 0% | 13 37.1% |
| 00 | 38 % | 2 % | 2 % | 1 0% | 0 0% | 0 0% | 30 % |
| 01 | 47 % | 6 % | 3 % | 0 0% | 0 0% | 0 0% | 28 % |
| 02 | 43 % | 5 % | 4 % | 0 0% | 0 0% | 0 0% | 21 % |
| 03 | 48 % | 3 % | 3 % | 0 0% | 0 0% | 0 0% | 14 % |
| 04 | 50 % | 3 % | 3 0% | 1 0% | 0 0% | 0 0% | 20 % |
| 05 | 43 % | 3 % | 1 % | 0 0% | 0 0% | 0 0% | 21 % |
| 06 | 46 % | 3 % | 1 % | 0 0% | 0 0% | 0 0% | 26 % |
| Total | 337 60.8% | 25 4.5% | 17 3.1% | 2 0.4% | 0 0% | 0 0% | 173 31.2% |

**Total for W. O. Lance Elementary = 554**

## Lanett Junior High School

| Grade | Black/African American | White | Two or More Races | American Indian/Alaskan Native | Asian | Native Haw./Other Pacific Isl. | Hispanic/Latino |
|---|---|---|---|---|---|---|---|
| 07 | 39 58.2% | 4 6.0% | 1 1.5% | 0 0% | 0 0% | 0 0% | 23 34.3% |
| 08 | 48 60.0% | 2 2.5% | 4 5.0% | 0 0% | 0 0% | 0 0% | 26 32.5% |
| Total | 87 59.2% | 6 4.1% | 5 3.4% | 0 0% | 0 0% | 0 0% | 49 33.3% |

**Total for Lanett Junior High School = 147**

Item 1 – Enrollment 2023-2024, p. 2

*Lanett High School*

| Grade | Black/African American | White | Two or More Races | American Indian/Alaskan Native | Asian | Native Haw./Other Pacific Isl. | Hispanic/Latino |
|---|---|---|---|---|---|---|---|
| 09 | 47 54.7% | 5 5.8% | 3 3.5% | 0 0% | 0 0% | 0 0% | 31 36.0% |
| 10 | 47 70.1% | 0 0% | 0 0% | 0 0% | 0 0% | 0 0% | 20 29.9% |
| 11 | 38 80.9% | 1 2.1% | 2 4.3% | 0 0% | 0 0% | 0 0% | 6 12.8% |
| 12 | 41 82.0% | 3 6.0% | 2 4.0% | 0 0% | 0 0% | 0 0% | 4 8.0% |
| 14 | 1 100% | 0 0% | 0 0% | 0 0% | 0 0% | 0 0% | 0 0% |
| Total | 174 69.3% | 9 3.6% | 7 2.8% | 0 0% | 0 0% | 0 0% | 61 24.3% |

**Total for Lanett High School = 251**