# EXHIBIT 2A

## Lanett City Schools
## W. O. Lance Elementary Enrollment & Assignments
## 2023-2024

**NOTES:**
* Total number and percentage by race are included for each homeroom.
* All classes are non-elective.
* Students are not grouped or assigned by race, ability, achievement, language needs, or another basis.

**Teacher Name:** Griffin
**Teacher Race:** White
**Grade:** -1 (PK)

| # and % Black | # and % White | # and % Two or More Races | # and % Hispanic/Latino | # and % Asian |
|---|---|---|---|---|
| 11 | 0 | 0 | 7 | 0 |
| 61.1% | 0% | 0% | 38.9% | 0% |

**Teacher Name:** Langley
**Teacher Race:** White
**Grade:** -1 (PK)

| # and % Black | # and % White | # and % Two or More Races | # and % Hispanic/Latino | # and % Asian |
|---|---|---|---|---|
| 11 | 0 | 0 | 6 | 0 |
| 64.7% | 0% | 0% | 35.3% | 0% |

**Teacher Name:** Kite
**Teacher Race:** Black
**Grade:** 00

| # and % Black | # and % White | # and % Two or More Races | # and % Hispanic/Latino | # and % Asian |
|---|---|---|---|---|
| 10 | 0 | 0 | 7 | 0 |
| 58.8% | 0% | 0% | 41.2% | 0% |

**Teacher Name:** Key
**Teacher Race:** White
**Grade:** 00

| # and % Black | # and % White | # and % Two or More Races | # and % Hispanic/Latino | # and % Asian |
|---|---|---|---|---|
| 7 | 2 | 0 | 11 | 0 |
| 35.0% | 10.0% | 0% | 55.0% | 0% |

**Teacher Name:** Snyder
**Teacher Race:** White
**Grade:** 00

| # and % Black | # and % White | # and % Two or More Races | # and % Hispanic/Latino | # and % Asian |
|---|---|---|---|---|
| 10 58.8% | 0 0% | 2 11.8% | 5 29.4% | 0 0% |

**Teacher Name:** Crumley
**Teacher Race:** White
**Grade:** 00

| # and % Black | # and % White | # and % Two or More Races | # and % Hispanic/Latino | # and % Asian |
|---|---|---|---|---|
| 10 58.8% | 0 0% | 0 0% | 7 41.2% | 0 0% |

**Teacher Name:** Hammock
**Teacher Race:** White
**Grade:** 01

| # and % Black | # and % White | # and % Two or More Races | # and % Hispanic/Latino | # and % Asian |
|---|---|---|---|---|
| 14 63.6% | 2 9.1% | 1 4.5% | 5 22.7% | 0 0% |

**Teacher Name:** Singleton
**Teacher Race:** Black
**Grade:** 01

| # and % Black | # and % White | # and % Two or More Races | # and % Hispanic/Latino | # and % Asian |
|---|---|---|---|---|
| 10 47.6% | 2 9.5% | 0 0% | 9 42.9% | 0 0% |

**Teacher Name:** Poole
**Teacher Race:** White
**Grade:** 01

| # and % Black | # and % White | # and % Two or More Races | # and % Hispanic/Latino | # and % Asian |
|---|---|---|---|---|
| 11 55.0% | 1 5.0% | 1 5.0% | 7 35.0% | 0 0% |

**Teacher Name:** Lee
**Teacher Race:** Black
**Grade:** 01

| # and % Black | # and % White | # and % Two or More Races | # and % Hispanic/Latino | # and % Asian |
|---|---|---|---|---|
| 11 57.9% | 2 10.5% | 0 0% | 6 31.6% | 0 0% |

**Teacher Name:** Sanders
**Teacher Race:** White
**Grade:** 02

| # and % Black | # and % White | # and % Two or More Races | # and % Hispanic/Latino | # and % Asian |
|---|---|---|---|---|
| 10 55.6% | 1 5.6% | 0 0% | 7 38.9% | 0 0% |

**Teacher Name:** Ross
**Teacher Race:** Black
**Grade:** 02

| # and % Black | # and % White | # and % Two or More Races | # and % Hispanic/Latino | # and % Asian |
|---|---|---|---|---|
| 10 58.8% | 1 5.9% | 2 11.8% | 4 23.5% | 0 0% |

**Teacher Name:** Hargett
**Teacher Race:** Black
**Grade:** 02

| # and % Black | # and % White | # and % Two or More Races | # and % Hispanic/Latino | # and % Asian |
|---|---|---|---|---|
| 14 73.7% | 1 5.3% | 0 0% | 4 21.1% | 0 0% |

**Teacher Name:** Meadows
**Teacher Race:** Black
**Grade:** 02

| # and % Black | # and % White | # and % Two or More Races | # and % Hispanic/Latino | # and % Asian |
|---|---|---|---|---|
| 10 52.6% | 2 10.5% | 1 5.3% | 6 31.6% | 0 0% |

**Teacher Name:** Ragsdale
**Teacher Race:** White
**Grade:** 03

| # and % Black | # and % White | # and % Two or More Races | # and % Hispanic/Latino | # and % Asian |
|---|---|---|---|---|
| 17 73.9% | 1 4.3% | 3 13.0% | 2 8.7% | 0 0% |

**Teacher Name:** Fincher
**Teacher Race:** White
**Grade:** 03

| # and % Black | # and % White | # and % Two or More Races | # and % Hispanic/Latino | # and % Asian |
|---|---|---|---|---|
| 15 75.0% | 1 5.0% | 0 0% | 4 20.0% | 0 0% |

**Teacher Name:** Roberts
**Teacher Race:** White
**Grade:** 03

| # and % Black | # and % White | # and % Two or More Races | # and % Hispanic/Latino | # and % Asian |
|---|---|---|---|---|
| 14 60.9% | 1 4.3% | 0 0% | 8 34.8% | 0 0% |

**Teacher Name:** Robinson
**Teacher Race:** Black
**Grade:** 04

| # and % Black | # and % White | # and % Two or More Races | # and % Hispanic/Latino | # and % Asian |
|---|---|---|---|---|
| 14 73.7% | 0 0% | 1 5.3% | 4 21.1% | 0 0% |

**Teacher Name:** Vines
**Teacher Race:** Black
**Grade:** 04

| # and % Black | # and % White | # and % Two or More Races | # and % Hispanic/Latino | # and % Asian |
|---|---|---|---|---|
| 14 60.9% | 0 0% | 1 4.3% | 8 34.8% | 0 0% |

**Teacher Name:** Mwikuta
**Teacher Race:** Black
**Grade:** 04

| # and % Black | # and % White | # and % Two or More Races | # and % Hispanic/Latino | # and % Asian |
|---|---|---|---|---|
| 10 62.5% | 2 12.5% | 0 0% | 4 25.0% | 0 0% |

**Teacher Name:** Roberts
**Teacher Race:** White
**Grade:** 04

| # and % Black | # and % White | # and % Two or More Races | # and % Hispanic/Latino | # and % Asian |
|---|---|---|---|---|
| 11 61.1% | 1 5.6% | 1 5.6% | 5 27.8% | 0 0% |

**Teacher Name:** Davis
**Teacher Race:** Black
**Grade:** 05

| # and % Black | # and % White | # and % Two or More Races | # and % Hispanic/Latino | # and % Asian |
|---|---|---|---|---|
| 11 57.9% | 0 0% | 0 0% | 8 42.1% | 0 0% |

**Teacher Name:** Smith
**Teacher Race:** White
**Grade:** 05

| # and % Black | # and % White | # and % Two or More Races | # and % Hispanic/Latino | # and % Asian |
|---|---|---|---|---|
| 9 64.3% | 0 0% | 0 0% | 5 35.7% | 0 0% |

**Teacher Name:** Ray
**Teacher Race:** Black
**Grade:** 05

| # and % Black | # and % White | # and % Two or More Races | # and % Hispanic/Latino | # and % Asian |
|---|---|---|---|---|
| 10 52.6% | 3 15.8% | 1 5.3% | 5 26.3% | 0 0% |

**Teacher Name:** Stewart
**Teacher Race:** White
**Grade:** 05

| # and % Black | # and % White | # and % Two or More Races | # and % Hispanic/Latino | # and % Asian |
|---|---|---|---|---|
| 13 81.3% | 0 0% | 0 0% | 3 18.8% | 0 0% |

**Teacher Name:** Persons
**Teacher Race:** Black
**Grade:** 06

| # and % Black | # and % White | # and % Two or More Races | # and % Hispanic/Latino | # and % Asian |
|---|---|---|---|---|
| 14 56.0% | 2 8.0% | 1 4.0% | 8 32.0% | 0 0% |

**Teacher Name:** Bonner
**Teacher Race:** Black
**Grade:** 06

| # and % Black | # and % White | # and % Two or More Races | # and % Hispanic/Latino | # and % Asian |
|---|---|---|---|---|
| 15 62.5% | 0 0% | 0 0% | 9 37.5% | 0 0% |

**Teacher Name:** Staples
**Teacher Race:** Black
**Grade:** 06

| # and % Black | # and % White | # and % Two or More Races | # and % Hispanic/Latino | # and % Asian |
|---|---|---|---|---|
| 17 70.8% | 0 0% | 0 0% | 7 29.2% | 0 0% |

**Teacher Name:** Johnson
**Teacher Race:** White
**Grade:** Multi (Special Education)

| # and % Black | # and % White | # and % Two or More Races | # and % Hispanic/Latino | # and % Asian |
|---|---|---|---|---|
| 3 75.0% | 1 25.0% | 0 0% | 0 0% | 0 0% |

**Teacher Name:** Williams
**Teacher Race:** White
**Grade:** Multi (Special Education)

| # and % Black | # and % White | # and % Two or More Races | # and % Hispanic/Latino | # and % Asian |
|---|---|---|---|---|
| 4<br>80.0% | 0<br>0% | 0<br>0% | 1<br>20.0% | 0<br>0% |