# EXHIBIT 2B

Lanett City Schools
Lanett Junior High School Class Assignments
2023-2024

| Course | Teacher Race | Teacher Name | Elective or Non-Elective | Grouped or Assigned by Race, Ability, Language, etc.? | Grade | Section (A Day or B Day) | Black | White | Two or More Races | Hispanic/Latino |
|---|---|---|---|---|---|---|---|---|---|---|
| ELA 7th | Black | Weldon | Non-Elective | No | 07 | A | 20 | 1 | 0 | 3 |
| ELA 7th | Black | Weldon | Non-Elective | No | 07 | B | 8 | 0 | 0 | 19 |
| Advanced ELA 7th | Black | Weldon | Non-Elective | Yes – advanced | 07 | A | 9 | 2 | 1 | 4 |
| ELA 8th | Black | Weldon | Non-Elective | No | 08 | A | 15 | 1 | 1 | 10 |
| ELA 8th | Black | Weldon | Non-Elective | No | 08 | B | 14 | 1 | 2 | 10 |
| Advanced ELA 8th | Black | Weldon | Non-Elective | Yes – advanced | 08 | B | 17 | 0 | 1 | 6 |
| Math 7th | Black | Barrow | Non-Elective | No | 07 | A | 9 | 1 | 0 | 3 |
| Math 7th | Black | Barrow | Non-Elective | No | 07 | B | 5 | 0 | 1 | 5 |
| Accelerated Math 7th | Black | Barrow | Non-Elective | Yes – advanced | 07 | A | 3 | 2 | 0 | 2 |
| Math 8th | Black | Barrow | Non-Elective | No | 08 | A | 10 | 0 | 1 | 4 |
| Math 8th | Black | Barrow | Non-Elective | No | 08 | B | 9 | 0 | 0 | 3 |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Accelerated Math 8th | Black | Barrow | Non-Elective | Yes – advanced | 08 | B | 5 | 0 | 0 | 4 |
| Math 7th | Black | Dozier | Non-Elective | No | 07 | A | 11 | 0 | 0 | 0 |
| Math 7th | Black | Dozier | Non-Elective | No | 07 | B | 3 | 0 | 0 | 13 |
| Accelerated Math 7th | Black | Dozier | Non-Elective | Yes – advanced | 07 | A | 7 | 1 | 1 | 1 |
| Math 8th | Black | Dozier | Non-Elective | No | 08 | A | 9 | 1 | 2 | 5 |
| Math 8th | Black | Dozier | Non-Elective | No | 08 | B | 6 | 1 | 1 | 7 |
| Accelerated Math 8th | Black | Dozier | Non-Elective | Yes – advanced | 08 | B | 8 | 0 | 0 | 2 |
| Life Science 7th | Black | Price | Non-Elective | No | 07 | B | 11 | 2 | 1 | 4 |
| Life Science 7th | Black | Price | Non-Elective | No | 07 | A | 9 | 0 | 0 | 18 |
| Life Science 7th | Black | Price | Non-Elective | No | 07 | B | 18 | 1 | 0 | 3 |
| Physical Science 8th | Black | Price | Non-Elective | No | 08 | A | 15 | 1 | 2 | 10 |
| Physical Science 8th | Black | Price | Non-Elective | No | 08 | B | 15 | 1 | 1 | 10 |
| Physical Science 8th | Black | Price | Non-Elective | No | 08 | A | 17 | 0 | 1 | 6 |
| Social St 7th Civics | Black | Cyrus | Non-Elective | No | 07 | 1st Sem A | 8 | 0 | 0 | 19 |
| Social St 7th Civics | Black | Cyrus | Non-Elective | No | 07 | 1st Sem B | 19 | 2 | 0 | 2 |
| Social St 7th Civics | Black | Cyrus | Non-Elective | No | 07 | 1st Sem B | 12 | 2 | 1 | 3 |

| Class | | Teacher | | Grade | Section | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Social St 7th Geography | Black | Cyrus | Non-Elective | No | 07 | 2nd Sem A | 8 | 0 | 0 | 19 |
| Social St 7th Geography | Black | Cyrus | Non-Elective | No | 07 | 2nd Sem B | 18 | 1 | 0 | 3 |
| Social St 7th Geography | Black | Cyrus | Non-Elective | No | 07 | 2nd Sem B | 12 | 2 | 1 | 3 |
| Social St 8th World Hist | Black | Cyrus | Non-Elective | No | 08 | A | 13 | 0 | 1 | 4 |
| Social St 8th World Hist | Black | Cyrus | Non-Elective | No | 08 | A | 20 | 1 | 1 | 12 |
| Social St 8th World Hist | Black | Cyrus | Non-Elective | No | 08 | B | 14 | 1 | 2 | 10 |
| PE | White | Gagnon | Non-Elective | No | 08 | A-B | 16 | 1 | 2 | 8 |
| PE | White | Gagnon | Non-Elective | No | 07 | A-B | 3 | 1 | 1 | 3 |
| PE | White | Gagnon | Non-Elective | No | 08 | A-B | 14 | 1 | 1 | 12 |
| PE | White | Gagnon | Non-Elective | No | 07 | A-B | 14 | 0 | 0 | 21 |
| PE | White | Gagnon | Non-Elective | No | 08 | A-B | 18 | 0 | 1 | 6 |
| PE | White | Gagnon | Non-Elective | No | 07 | A-B | 19 | 3 | 0 | 1 |
| Music 7th | Black | Caster | Elective | No | 07 | A | 8 | 0 | 0 | 19 |
| Music 7th | Black | Caster | Elective | No | 07 | B | 26 | 3 | 0 | 3 |
| Marching Band I | Black | Caster | Elective | No | 07/08 | A | 8 | 0 | 0 | 4 |
| Marching Band I | Black | Caster | Elective | No | 07/08 | B | 3 | 1 | 1 | 3 |

| Class | Race | Teacher | Elective | Yes/No | Grade | A/B | | | |
|---|---|---|---|---|---|---|---|---|---|
| Marching Band I | Black | Caster | Elective | No | 07/08 | A | 12 | 1 | 2 | 9 |
| Marching Band I | Black | Caster | Elective | No | 07/08 | B | 10 | 1 | 1 | 1 |
| Transition Svcs 8th | Black | McCullough | Elective | Yes – IEP | 08 | A-B | 4 | 1 | 2 | 3 |
| Transition Svcs 7th | Black | McCullough | Elective | Yes – IEP | 07 | A-B | 5 | 0 | 0 | 3 |
| AAS ELA 7th | White | Toland | Non-Elective | Yes – Students on Alt. Standards | 07 | A-B | 1 | 0 | 0 | 0 |
| AAS Math 7th | White | Toland | Non-Elective | Yes – Students on Alt. Standards | 07 | A-B | 1 | 0 | 0 | 0 |
| AAS Science 7th | White | Toland | Non-Elective | Yes – Students on Alt. Standards | 07 | A-B | 1 | 0 | 0 | 0 |
| AAS Soc. St. 7th | White | Toland | Non-Elective | Yes – Students on Alt. Standards | 07 | A-B | 1 | 0 | 0 | 0 |
| AAS ELA 8th | White | Toland | Non-Elective | Yes – Students on Alt. Standards | 08 | A-B | 2 | 0 | 0 | 0 |
| AAS Math 8th | White | Toland | Non-Elective | Yes – Students on Alt. Standards | 08 | A-B | 2 | 0 | 0 | 0 |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| AAS Science 8th | White | Toland | Non-Elective | Yes – Students on Alt. Standards | 08 | A-B | 2 | 0 | 0 | 0 |
| AAS Soc. St. 8th | White | Toland | Non-Elective | Yes – Students on Alt. Standards | 08 | A-B | 2 | 0 | 0 | 0 |
| Creative Writing 8th | N/A | Distance* | Elective | No | 08 | A | 8 | 0 | 0 | 3 |
| Creative Writing 8th | N/A | Distance* | Elective | No | 08 | B | 8 | 0 | 1 | 9 |
| Career Explorations | N/A | Distance* | Elective | No | 08 | 1st sem A-B | 3 | 1 | 1 | 2 |
| Career Explorations | N/A | Distance* | Elective | No | 08 | 1st sem A-B | 21 | 3 | 0 | 1 |
| Career Explorations | N/A | Distance* | Elective | No | 08 | 1st sem A-B | 9 | 0 | 0 | 8 |
| Health 7-8 | N/A | Distance* | Elective | No | 07-08 | 1st sem A-B | 1 | 0 | 0 | 0 |
| Health 7-8 | N/A | Distance* | Elective | No | 07-08 | 1st sem A-B | 13 | 1 | 1 | 2 |
| Health 7-8 | N/A | Distance* | Elective | No | 07-08 | 1st sem A-B | 11 | 0 | 0 | 4 |
| Spanish Exploratory | N/A | Distance* | Elective | No | 08 | 1st sem A-B | 16 | 0 | 0 | 6 |
| Visual Arts 7th | N/A | Distance* | Elective | No | 07 | 2nd sem, A-B | 3 | 1 | 1 | 2 |
| Visual Arts 7th | N/A | Distance* | Elective | No | 07 | 2nd sem, A-B | 20 | 2 | 0 | 2 |
| Visual Arts 7th | N/A | Distance* | Elective | No | 07 | 2nd sem, A-B | 10 | 0 | 0 | 8 |
| Journalism I | N/A | Distance* | Elective | No | 07-08 | 2nd sem | 5 | 0 | 0 | 0 |

| Subject | Teacher Race | Teacher | Elective | EL | Grade | Section | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Journalism I | N/A | Distance* | Elective | No | 07-08 | A-B | 5 | 0 | 1 | 0 |
| Journalism I | N/A | Distance* | Elective | No | 07-08 | 2nd sem A-B | 6 | 0 | 0 | 2 |
| Visual Arts 8th | N/A | Distance* | Elective | No | 08 | 2nd sem A-B | 12 | 0 | 1 | 6 |
| Visual Arts 8th | N/A | Distance* | Elective | No | 08 | 2nd sem A-B | 9 | 1 | 0 | 2 |
| Visual Arts 8th | N/A | Distance* | Elective | No | 08 | 2nd sem A-B | 5 | 0 | 0 | 2 |
| English for Speakers of Other Languages | White | Clark | Elective | Yes – EL Students | 07 | A-B | 0 | 0 | 0 | 11 |
| English for Speakers of Other Languages | White | Clark | Elective | Yes – EL Students | 08 | A-B | 0 | 0 | 0 | 14 |
| Enrichment — Skills | Black | Story | Elective | No | 07 | A | 25 | 3 | 0 | 3 |
| Enrichment — Skills | Black | Story | Elective | No | 08 | A | 14 | 1 | 1 | 10 |
| Enrichment — Skills | Black | Story | Elective | No | 07 | A | 3 | 1 | 1 | 3 |
| Enrichment — Skills | Black | Story | Elective | No | 08 | B | 17 | 0 | 1 | 6 |
| Enrichment — Skills | Black | Story | Elective | No | 07 | B | 8 | 0 | 0 | 19 |
| Enrichment — Skills | Black | Story | Elective | No | 08 | B | 15 | 1 | 2 | 10 |

\* Lab Facilitator race = Black