# EXHIBIT 2C

Lanett City Schools
Lanett High School Student Enrollment by Classes
2023-2024

- Distance Lab facilitator race = Black

| Course | Term | Teacher Race | Teacher Name | Elective or Non-Elective | Grouped or Assigned by Race, Ability, Language, etc.? | Black | White | Two or More Races | Hispanic/Latino |
|---|---|---|---|---|---|---|---|---|---|
| English 9 | 1 | White | Pankey | Non-Elective | No | 18 | 2 | 2 | 4 |
| Advanced English 9 | 1 | White | Pankey | Non-Elective | No | 17 | 1 | 3 | 1 |
| English 10 | 1 | White | Rollins | Non-Elective | No | 18 | 0 | 0 | 7 |
| English 10 | 1 | White | Rollins | Non-Elective | No | 12 | 1 | 1 | 9 |
| Advanced English 11 | 1 | White | Pankey | Non-Elective | No | 12 | 1 | 0 | 2 |
| English 12 | 1 | White | Rollins | Non-Elective | No | 3 | 0 | 0 | 0 |
| AP English Lang. & Composition | 1 | N/A | Distance | Non-Elective | No | 1 | 0 | 0 | 0 |
| Algebra I w/ Probability | 1 | White | Hill | Non-Elective | No | 9 | 0 | 0 | 6 |
| Geometry w/ Data Analysis | 1 | Black | Cofield | Non-Elective | No | 12 | 2 | 2 | 0 |
| Geometry w/ Data Analysis | 1 | White | R. Nelson | Non-Elective | No | 9 | 2 | 2 | 9 |
| Algebra II w/ Statistics | 1 | White | Hill | Non-Elective | No | 12 | 1 | 1 | 1 |
| Mathematical Modeling | 1 | Black | Cofield | Non-Elective | No | 3 | 0 | 0 | 0 |

| Class | | Race | Teacher | Elective | EL | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Environmental Science | 1 | Black | C. Nelson | Non-Elective | No | 6 | 1 | 1 | 0 |
| Biology | 1 | Black | Crenshaw | Non-Elective | No | 11 | 4 | 2 | 2 |
| Biology | 1 | Black | Crenshaw | Non-Elective | No | 10 | 0 | 0 | 7 |
| Physical Science | 1 | Black | C. Nelson | Non-Elective | No | 17 | 0 | 0 | 11 |
| Advanced Physical Science | 1 | Black | C. Nelson | Non-Elective | No | 20 | 0 | 0 | 5 |
| World History | 1 | White | Bramblett | Non-Elective | No | 11 | 0 | 2 | 7 |
| Advanced U.S. History I | 1 | White | McDonald | Non-Elective | No | 22 | 0 | 0 | 6 |
| U.S. History II | 1 | White | Bramblett | Non-Elective | No | 13 | 0 | 0 | 4 |
| Advanced U.S. History II | 1 | White | Bramblett | Non-Elective | No | 16 | 0 | 0 | 3 |
| Contemp World Iss & Civic Engage | 1 | White | McDonald | Elective | No | 16 | 1 | 0 | 4 |
| Strength/Conditioning | 1 | Black | McCants | Elective | No | 30 | 0 | 0 | 2 |
| Beginning Kinesiology | 1 | Black | McCants | Non-Elective | No | 9 | 0 | 1 | 6 |
| Beginning Kinesiology | 1 | Black | McCants | Non-Elective | No | 9 | 0 | 0 | 7 |
| Beginning Kinesiology | 1 | N/A | Distance | Non-Elective | No | 0 | 1 | 0 | 0 |
| Advanced Kinesiology | 1 | Black | McCants | Elective | No | 5 | 0 | 0 | 1 |
| Advanced Kinesiology | 1 | Black | McCants | Elective | No | 3 | 0 | 0 | 0 |
| English for Speakers of Other Languages | 1 | White | Clark | Elective | Yes – EL Students | 0 | 0 | 0 | 11 |
| Creative Writing | 1 | N/A | Distance | Elective | No | 2 | 0 | 0 | 0 |

| Course | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Dietetics | 1 | N/A | Distance | Non-Elective | No | 6 | 1 | 0 | 3 |
| Spanish I | 1 | N/A | Distance | Non-Elective | No | 14 | 0 | 0 | 1 |
| Spanish II | 1 | N/A | Distance | Non-Elective | No | 2 | 0 | 0 | 0 |
| Theatre I | 1 | N/A | Distance | Non-Elective | No | 2 | 0 | 0 | 0 |
| Health Education | 1 | N/A | Distance | Non-Elective | No | 21 | 0 | 0 | 7 |
| Psychology | 1 | N/A | Distance | Elective | No | 4 | 0 | 0 | 0 |
| Sociology | 1 | N/A | Distance | Elective | No | 3 | 0 | 0 | 0 |
| Family Wellness | 1 | N/A | Distance | Elective | No | 21 | 0 | 0 | 6 |
| Marching Band I | 1 | Black | Caster | Elective | No | 0 | 1 | 0 | 0 |
| Marching Band II | 1 | Black | Caster | Elective | No | 1 | 0 | 0 | 0 |
| Workforce Readiness | 1 | N/A | Distance | Non-Elective | No | 1 | 0 | 0 | 0 |
| Career Preparedness | 1 | Black | McKinney | Non-Elective | No | 22 | 0 | 2 | 8 |
| Career Preparedness | 1 | Black | Johnson | Non-Elective | No | 25 | 1 | 0 | 19 |
| Intro Digital Literacy & Computer Science | 1 | N/A | Distance | Elective | No | 1 | 0 | 0 | 1 |
| Business Software Applications | 1 | Black | Johnson | Non-Elective | No | 13 | 1 | 0 | 4 |
| Business Software Applications | 1 | Black | Johnson | Non-Elective | No | 11 | 1 | 0 | 6 |
| Leadership & Found. For Success: JROTC | 1 | Black | Staples | Elective | No | 9 | 1 | 0 | 0 |
| Army JROTC Leader Ed & Training I | 1 | Black | Staples | Elective | No | 16 | 1 | 2 | 5 |

| Class | Credit | Race | Teacher | Elective | Alt. Ach. St. | | | |
|---|---|---|---|---|---|---|---|---|
| Army JROTC Leader Ed & Training I | 1 | Black | Staples | Elective | No | 13 | 1 | 3 | 8 |
| Army JROTC Leader Ed & Training II | 1 | Black | McKinney | Elective | No | 3 | 0 | 0 | 0 |
| Army JROTC Leader Ed & Training III | 1 | Black | McKinney | Elective | No | 3 | 0 | 0 | 1 |
| Army JROTC Leader Ed & Training IV | 1 | Black | McKinney | Elective | No | 1 | 0 | 0 | 0 |
| Food & Nutrition | 1 | White | Mitchell | Non-Elective | No | 11 | 1 | 1 | 1 |
| Food & Nutrition | 1 | White | Mitchell | Non-Elective | No | 9 | 0 | 0 | 1 |
| Child Development | 1 | White | Mitchell | Non-Elective | No | 7 | 0 | 0 | 6 |
| Foundations of Health Science | 1 | White | Jones | Non-Elective | No | 10 | 0 | 0 | 3 |
| Human Body Structure & Function | 1 | White | Jones | Non-Elective | No | 6 | 0 | 1 | 0 |
| School Publications | 1 | White | Smith | Elective | No | 5 | 0 | 0 | 0 |
| Adv. Algebra I w/ Probability | 1/2 | White | Nelson | Non-Elective | No | 14 | 0 | 0 | 1 |
| Algebra II w/ Statistics | 1/2 | White | Hill | Non-Elective | No | 10 | 0 | 0 | 3 |
| Mathematics Lab Elective | 1/2 | Black | Cofield | Elective | No | 10 | 1 | 2 | 2 |
| Mathematics Lab Elective | 1/2 | White | R. Nelson | Elective | No | 15 | 0 | 0 | 1 |
| Mathematics Lab Elective | 1/2 | White | Hill | Elective | No | 9 | 0 | 0 | 3 |
| Advanced Geometry w/ Data Analysis | 1/2 | Black | Cofield | Non-Elective | No | 10 | 1 | 1 | 2 |
| AAS ELA 10 | 1/2 | White | Toland | Non-Elective | Students on Alt. Ach. St. | 1 | 0 | 0 | 0 |
| AAS ELA 11 | 1/2 | White | Toland | Non-Elective | Students on Alt. Ach. St. | 2 | 0 | 0 | 0 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| AAS ELA 12 | 1/2 | White | Toland | Non-Elective | Students on Alt. Ach. St. | 1 | 0 | 0 |
| AAS Math 10 | 1/2 | White | Toland | Non-Elective | Students on Alt. Ach. St. | 1 | 0 | 0 |
| AAS Math 11 | 1/2 | White | Toland | Non-Elective | Students on Alt. Ach. St. | 2 | 0 | 0 |
| AAS Math 12 | 1/2 | White | Toland | Non-Elective | Students on Alt. Ach. St. | 1 | 0 | 0 |
| AAS Science 10 | 1/2 | White | Toland | Non-Elective | Students on Alt. Ach. St. | 1 | 0 | 0 |
| AAS Science 11 | 1/2 | White | Toland | Non-Elective | Students on Alt. Ach. St. | 2 | 0 | 0 |
| AAS Science 12 | 1/2 | White | Toland | Non-Elective | Students on Alt. Ach. St. | 1 | 0 | 0 |
| AAS Social Studies 10 | 1/2 | White | Toland | Non-Elective | Students on Alt. Ach. St. | 1 | 0 | 0 |
| AAS Social Studies 11 | 1/2 | White | Toland | Non-Elective | Students on Alt. Ach. St. | 2 | 0 | 0 |
| AAS Social Studies 12 | 1/2 | White | Toland | Non-Elective | Students on Alt. Ach. St. | 1 | 0 | 0 |
| Transition Services | 1/2 | White | Toland | Elective | Students with IEPs | 3 | 1 | 0 |
| Enrichment 9 | 1/2 | Varied | Varied | Elective | No | 47 | 5 | 31 |
| Enrichment 10 | 1/2 | Varied | Varied | Elective | No | 47 | 0 | 20 |
| Enrichment 11 | 1/2 | Varied | Varied | Elective | No | 38 | 1 | 6 |
| Enrichment 12 | 1/2 | Varied | Varied | Elective | No | 41 | 3 | 4 |
| English 9 | 2 | White | Pankey | Non-Elective | No | 12 | 1 | 14 |
| Advanced English 10 | 2 | White | Rollins | Non-Elective | No | 20 | 0 | 4 |
| English 11 | 2 | White | Pankey | Non-Elective | No | 20 | 1 | 3 |

| Class | | Teacher | Elective/Non-Elective | AP | Black Students | | White Students | |
|---|---|---|---|---|---|---|---|---|
| AP English Lang. & Composition | 2 | White | Pankey | Non-Elective | No | 3 | 0 | 0 | 1 |
| Speech I | 2 | White | Rollins | Elective | No | 9 | 0 | 3 | 2 |
| Algebra I w/ Probability | 2 | White | Hill | Non-Elective | No | 21 | 0 | 0 | 2 |
| Algebra I w/ Probability | 2 | White | Hill | Non-Elective | No | 7 | 1 | 0 | 10 |
| Geometry w/Data Analysis | 2 | White | R. Nelson | Non-Elective | No | 24 | 0 | 0 | 7 |
| Mathematical Modeling | 2 | Black | Cofield | Non-Elective | No | 2 | 0 | 0 | 0 |
| Math Elective 9-12 | 2 | White | R. Nelson | Elective | No | 10 | 0 | 0 | 1 |
| Precalculus | 2 | Black | Cofield | Non-Elective | No | 10 | 0 | 0 | 1 |
| Advanced Biology | 2 | Black | Crenshaw | Non-Elective | No | 18 | 0 | 3 | 5 |
| Biology | 2 | Black | Crenshaw | Non-Elective | No | 8 | 1 | 1 | 14 |
| Physical Science | 2 | Black | C. Nelson | Non-Elective | No | 15 | 0 | 1 | 3 |
| Chemistry | 2 | Black | Crenshaw | Non-Elective | No | 13 | 0 | 0 | 1 |
| Earth/Space Science | 2 | Black | C. Nelson | Non-Elective | No | 9 | 0 | 0 | 2 |
| Earth/Space Science | 2 | Black | C. Nelson | Non-Elective | No | 11 | 0 | 0 | 6 |
| World History | 2 | White | Bramblett | Non-Elective | No | 17 | 2 | 2 | 12 |
| Advanced World History | 2 | White | Bramblett | Non-Elective | No | 17 | 1 | 2 | 3 |
| U.S. History I | 2 | White | McDonald | Non-Elective | No | 16 | 0 | 0 | 6 |
| U.S. History I | 2 | White | McDonald | Non-Elective | No | 12 | 1 | 0 | 6 |

| Class | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| U.S. History II | 2 | White | Bramblett | Non-Elective | No | 6 | 1 | 1 | 1 |
| AP U.S. History | 2 | N/A | Distance | Non-Elective | No | 1 | 0 | 0 | 0 |
| U.S. Government | 2 | White | McDonald | Non-Elective | No | 1 | 0 | 0 | 0 |
| Strength/Conditioning | 2 | Black | McCants | Elective | No | 20 | 0 | 1 | 0 |
| Beginning Kinesiology | 2 | Black | McCants | Non-Elective | No | 2 | 0 | 0 | 11 |
| Beginning Kinesiology | 2 | Black | McCants | Non-Elective | No | 13 | 0 | 2 | 9 |
| Advanced Kinesiology | 2 | Black | McCants | Elective | No | 1 | 0 | 0 | 1 |
| Advanced Kinesiology | 2 | Black | McCants | Elective | No | 3 | 0 | 0 | 1 |
| Health Education | 2 | White | Jones | Non-Elective | No | 13 | 0 | 0 | 3 |
| Health Education | 2 | N/A | Distance | Non-Elective | No | 15 | 0 | 0 | 7 |
| English for Speakers of Other Languages | 2 | White | Clark | Elective | Yes – EL students | 0 | 0 | 0 | 20 |
| Dietetics | 2 | N/A | Distance | Non-Elective | No | 10 | 0 | 0 | 0 |
| Spanish I | 1 | N/A | Distance | Non-Elective | No | 0 | 0 | 0 | 1 |
| Spanish II | 1 | N/A | Distance | Non-Elective | No | 6 | 0 | 0 | 0 |
| French I | 2 | N/A | Distance | Non-Elective | No | 1 | 0 | 0 | 1 |
| Theatre I | 1 | N/A | Distance | Elective | No | 1 | 0 | 0 | 0 |
| Concert Band I | 2 | Black | Caster | Elective | No | 2 | 2 | 2 | 0 |
| Concert Band II | 2 | Black | Caster | Elective | No | 1 | 0 | 0 | 0 |

| Course | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Career Preparedness | 2 | Black | McKinney | Non-Elective | No | 15 | 1 | 0 | 7 |
| Career Preparedness | 2 | Black | Johnson | Non-Elective | No | 15 | 2 | 6 | 6 |
| Digital Design | 2 | Black | Johnson | Non-Elective | No | 6 | 0 | 0 | 2 |
| Personal Finance | 2 | Black | Johnson | Non-Elective | No | 8 | 1 | 0 | 8 |
| Workforce Readiness | 2 | N/A | Distance | Non-Elective | No | 2 | 0 | 0 | 1 |
| Army JROTC Leader Ed & Training I | 2 | Black | Staples | Elective | No | 8 | 1 | 2 | 8 |
| Army JROTC Leader Ed & Training I | 2 | Black | Staples | Elective | No | 19 | 2 | 0 | 6 |
| Army JROTC Leader Ed & Training II | 2 | Black | McKinney | Non-Elective | No | 19 | 0 | 0 | 5 |
| Success for Life: JROTC | 2 | Black | Staples | Elective | No | 7 | 0 | 1 | 8 |
| Family and Consumer Sciences | 2 | White | Mitchell | Non-Elective | No | 3 | 0 | 0 | 7 |
| Family and Consumer Sciences | 2 | White | Mitchell | Non-Elective | No | 12 | 0 | 0 | 5 |
| Sports Nutrition | 2 | White | Mitchell | Non-Elective | No | 5 | 0 | 0 | 0 |
| Medical Terminology | 2 | White | Jones | Non-Elective | No | 10 | 0 | 0 | 2 |
| Patient Care Technician | 2 | White | Jones | Non-Elective | No | 4 | 0 | 0 | 0 |
| Family Wellness | 2 | White | Jones | Elective | No | 11 | 0 | 0 | 4 |
| Family Wellness | 2 | N/A | Distance | Elective | No | 14 | 0 | 0 | 6 |
| School Publications | 2 | White | Smith | Elective | No | 3 | 0 | 0 | 0 |
| Student Aide | 2 | White | Clark | Elective | No | 0 | 0 | 0 | 1 |