# EXHIBIT 3

# Lanett City Schools
# Graduates and Diploma Endorsements
# 2023-2024

### 2023-2024 Graduates with Advanced Endorsement

| Total # of Graduates with Advanced Endorsement | Total # of Black Graduates with Advanced Endorsement | Total # of White Graduates with Advanced Endorsement | Total # of Hispanic Graduates with Advanced Endorsement | Total # of Asian Graduates with Advanced Endorsement | Total # of Graduates of Two or More Races with Advanced Endorsement |
|---|---|---|---|---|---|
| 14 | 13 | 1 | 0 | 0 | 0 |

### 2023-2024 Graduates with Career Tech Endorsements

| Total # of Graduates with Career Tech Endorsement | Total # of Black Graduates with Career Tech Endorsement | Total # of White Graduates with Career Tech Endorsement | Total # of Hispanic Graduates with Career Tech Endorsement | Total # of Asian Graduates with Career Tech Endorsement | Total # of Graduates of Two or More Races with Career Tech Endorsement |
|---|---|---|---|---|---|
| 26 | 20 | 1 | 4 | 0 | 1 |

### 2023-2024 Graduates with Advanced Career Tech Endorsements

| Total # of Graduates with Advanced Career Tech Endorsement | Total # of Black Graduates with Advanced Career Tech Endorsement | Total # of White Graduates with Advanced Career Tech Endorsement | Total # of Hispanic Graduates with Advanced Career Tech Endorsement | Total # of Asian Graduates with Advanced Endorsement | Total # of Graduates of Two or More Races with Advanced Career Tech Endorsement |
|---|---|---|---|---|---|
| 3 | 2 | 1 | 0 | 0 | 0 |