# EXHIBIT 4

# Lanett City Schools
# Dropout Data 2022-2023

| Grade | School | Number of Dropouts | Percentage of Dropouts | # Black | # White | # Hispanic | # Other | Reason |
|---|---|---|---|---|---|---|---|---|
| 08 | Lanett Junior High | 1 | 9.1% | 1 | 0 | 0 | 0 | (1) No Show for 22-23 |
| 09 | Lanett High School | 2 | 18.2% | 1 | 1 | 0 | 0 | (1) Reason Unknown<br>(2) No Show for 22-23 |
| 10 | Lanett High School | 7 | 63.6% | 5 | 0 | 1 | 1 | (1) Reason Unknown<br>(2) Reason Unknown<br>(3) Academic Difficulties<br>(4) Other Known Reason<br>(5) Reason Unknown<br>(6) Reason Unknown<br>(7) Reason Unknown |
| 11 | Lanett High School | 0 | 0% | 0 | 0 | 0 | 0 | |
| 12 | Lanett High School | 1 | 9.1% | 0 | 1 | 0 | 0 | (1) Parental Influence |

Item 4 – Dropout Data 2022-2023