# EXHIBIT 5

## Lanett City Schools
## Administrators, Teachers, and Support Staff by Race
## 2023-2024

| School/Site | # Black | Percentage | # White | Percentage | # Other | Percentage | # Total |
|---|---|---|---|---|---|---|---|
| W. O. Lance Elementary | | | | | | | |
| Administrators | 1 | 50.00% | 1 | 50.00% | 0 | 0.00% | 2 |
| Certified | 18 | 43.90% | 23 | 56.10% | 0 | 0.00% | 41 |
| Support | 9 | 56.25% | 7 | 43.75% | 0 | 0.00% | 16 |
| Lanett Junior High School | | | | | | | |
| Administrators | 2 | 100.00% | 0 | 0.00% | 0 | 0.00% | 2 |
| Certified | 7.5 | 68.18% | 3.5 | 31.82% | 0 | 0.00% | 11 |
| Support | 3.5 | 70.00% | 1 | 20.00% | .5 | 10.00% | 5 |
| Lanett High School | | | | | | | |
| Administrators | 1 | 50.00% | 1 | 50.00% | 0 | 0.00% | 2 |
| Certified | 8.5 | 44.74% | 10.5 | 55.26% | 0 | 0.00% | 19 |
| Support | 9.5 | 79.17% | 2 | 16.67% | .5 | 4.17% | 12 |
| Transportation | 3.45 | 40.83% | 5 | 59.17% | 0 | 0.00% | 8.45 |
| Central Office | | | | | | | |
| Administrators | 2.55 | 56.04% | 2 | 43.96% | 0 | 0.00% | 4.55 |
| Certified Support | 1 | 100.00% | 0 | 0.00% | 0 | 0.00% | 1 |
| Support | 3 | 42.86% | 4 | 57.14% | 0 | 0.00% | 7 |
| District-wide Total | 70 | 53.44% | 60 | 45.80% | 1 | 0.76% | 131 |