# EXHIBIT 6

## Lanett City Schools
## Number and Percentage of Administrators by Race, Position, and School 2023-2024

| Position | School | Race | # and % |
|---|---|---|---|
| Principal | W. O. Lance Elementary | White | 1 of 1 = 100% |
| Assistant Principal | W. O. Lance Elementary | Black | 1 of 1 = 100% |
| Principal | Lanett Junior High School | Black | 1 of 1 = 100% |
| Assistant Principal | Lanett Junior High School | Black | 1 of 1 = 100% |
| Principal | Lanett High School | White | 1 of 1 = 100% |
| Assistant Principal | Lanett High School | Black | 1 of 1 = 100% |