# EXHIBIT 7

**Lanett City Schools**
**Central Office Staff**
**2023-2024**

**Certified Staff**

| Name | Position | Race |
|---|---|---|
| Jennifer Boyd | Superintendent | Black |
| Whittany Nolen | Central Office Administrator | White |
| Christy Carpenter | Central Office Administrator | White |
| Geraldine Harrison-Foote | Child Nutrition Program Director | Black |
| Hilda Carlisle | Career Coach | Black |
| Clifford Story (.55) | Parent Involvement Specialist, Facilities & Maintenance Coordinator, Attendance Officer, School Safety | Black |

**Non-Certified Staff**

| Name | Position | Race |
|---|---|---|
| Gwyn Barnes | Chief School Financial Officer | White |
| Suzzanne Vaughn | Administrative Assistant | Black |
| Tracy Floyd | Computer Services Technician | White |
| Eddie Walker | Maintenance Worker | Black |
| Jon Kitchens | Maintenance Helper | White |
| Kim Quinton | Financial Clerk | White |
| Clifford Story (.45) | Transportation Director | Black |
| Joshua Carter | Mental Health Services Coordinator | Black |

**Total Staff: 13**     **Total Black Staff: 7 (53.8%)**     **Total White Staff: 6 (46.2%)**