# EXHIBIT

# 8

# Lanett City Schools
## Recruitment and Employment 2023-2024

### Personnel Involved in Recruitment and Employment – 2023-2024

| Name | Race | Title | Recruitment/Employment Duties |
|---|---|---|---|
| Jennifer Boyd | Black | Superintendent | Interviews, application reviews, Teach in Alabama and HireTrue postings and searches, recommendations to the Board |
| Christy Carpenter | White | Central Office Administrator | Interviews, Teach in Alabama and HireTrue postings and searches, application reviews |
| Whittany Nolen | White | Central Office Administrator | Interviews, Teach in Alabama and HireTrue postings and searches, application reviews |
| Donna Bell | White | Principal, W. O. Lance Elementary | Interviews, Teach in Alabama and HireTrue searches, application reviews, recommendations to Superintendent |
| Reagan Gilbert | Black | Assistant Principal, W. O. Lance Elementary | Interviews |
| Ke'Undra Dudley | Black | Principal, Lanett Junior High School | Interviews, Teach in Alabama and HireTrue searches, application reviews, recommendations to Superintendent |
| Anthony Brasfield | Black | Assistant Principal, Lanett Junior High School | Interviews |
| Bryant Lumpkin | White | Principal, Lanett High School | Interviews, Teach in Alabama and HireTrue searches, application reviews, recommendations to Superintendent |
| Nanette Cullwell | Black | Assistant Principal/Academic Coach, Lanett High School | Interviews, Staff Recruiting Specialist |
| Hilda Carlisle | Black | Career Tech Director | CTE interviews |

Item 8 – Recruitment and Employment 2023-2024, p. 1

**Recruitment Efforts 2023-2024**

   Lanett City Schools' faculty and staff recruitment process takes place through a variety of means. The Teach in Alabama database, made available by the Alabama State Department of Education, was the district's primary source for recruitment until April 2024; at that time, it was replaced by a similar system called HireTrue. Teach in Alabama enabled the district to search within a statewide pool, thus ensuring a variety of applicants. Searches were conducted for graduates of specific colleges and universities, including Alabama State University and Alabama A&M University, and the district currently employs a number of faculty members who are graduates of predominantly black colleges. Teach in Alabama and HireTrue enabled Lanett City's job postings to be available to potential applicants throughout the state of Alabama and beyond. Teach in Alabama and HireTrue searches and position postings were utilized for recruitment and employment efforts during the 2023-2024 school year for current needs as well as in preparation for 2024-2025. Several district leaders conducted searches (see list on previous page) as needed.

   Lanett City representatives periodically attend teacher recruitment fairs at nearby universities. During the 2023-2024 school year, the Staff Recruiting Specialist (Black) conducted outreach activities by posting our vacancies on Handshake, an online early talent recruiting platform that allows our district to register for career fairs, share jobs, internships, events, and other career opportunities with potential job candidates. The Staff Recruiting Specialist and other Administrators also reached out directly to HBCUs and other colleges and universities in Alabama and Georgia regarding potential applicants for vacancies throughout the year. Applications were accepted through the Teach in Alabama and HireTrue platforms, and any interested parties who called or brought their resumes to the district's Central Office were directed to the online application process. Lanett City hosted education students from Auburn University upon request, in accordance with existing agreements. Lanett City continued to cultivate and maintain relationships with faculty members in the education departments of several universities as a means to recruit their graduates. Spring and summer recruiting was conducted primarily through position postings and applicant searches in the Teach in Alabama and HireTrue platforms. Applicant searches, application reviews, and interviews were conducted by a variety of district and school administrators, depending upon the position.  Please see page one for a listing of administrators involved in those functions.