# EXHIBIT 10

**Lanett City Schools**
**Applicants for Mid-Year 2023-2024 through Early Fall 2024-2025**

**Position: CNP Worker/Cashier (Full-Time) 2023-2024**
**School: W. O. Lance Elementary**

| Number by Race | Black = 2 | White = 1 | Multi-Race = 0 | Other/Not Specified = 0 |
|---|---|---|---|---|
| Number by Ethnicity | Hispanic = 0 | Not Hispanic = 3 | Not Specified = 0 | -- |
| Highest Certificate Type/Rank Held | N/A = 3 | -- | -- | -- |
| Endorsement | N/A = 3 | -- | -- | -- |
| Highest Degree Held | High School Diploma/GED, N/A = 2 | A.A./A.S./Technical Certificate = 1 | B.S. = 0 | M.S./M.A = 0 |

**Position: Elementary Teacher 2023-2024 – Not Filled**
**School: W. O. Lance Elementary**

| Number by Race | Black = 1 | White = 1 | Multi-Race = 0 | Other/Not Specified = 0 |
|---|---|---|---|---|
| Number by Ethnicity | Hispanic = 0 | Not Hispanic = 2 | Not Specified = 0 | -- |
| Highest Certificate Type/Rank Held | Class AA = 0 | Class A = 0 | Class B = 0 | In Process, No AL Cert., Other = 2 |
| Endorsement | Elem. K-6 = 0 | Early Childhood = 0 | Dual Elem. (e.g. Elem/ECE) = 0 | Other, N/A = 2 |
| Highest Degree Held | B.S./B.A. = 1 | M.S./M.Ed./M.A.T. = 1 | Ed.S. = 0 | Ed.D./Ph.D. = 0 |

**Position: Math Teacher (7-8) 2023-2024**
**School: Lanett Junior High School**

| Number by Race | Black = 12 | White = 11 | Multi-Race = 0 | Other/Not Specified = 1 |
|---|---|---|---|---|
| Number by Ethnicity | Hispanic = 1 | Not Hispanic = 21 | Not Specified = 2 | -- |
| Highest Certificate Type/Rank Held | Class AA = 3 | Class A = 2 | Class B = 8 | In Process, No AL Cert., Other = 11 |
| Endorsement | Secondary Mathematics = 7 | Middle School Math = 5 | Other = 4 | N/A = 8 |
| Highest Degree Held | B.S./B.A. = 16 | M.S./M.Ed./M.A.T. = 4 | Ed.S. = 3 | Ed.D./Ph.D. = 1 |

**Position: Instructional Assistant (Special Education) 2023-2024**
**School: Lanett High School**

| Number by Race | Black = 6 | White = 5 | Multi-Race = 0 | Other/Not Specified = 2 |
|---|---|---|---|---|
| Number by Ethnicity | Hispanic = 0 | Not Hispanic = 9 | Not Specified = 4 | -- |
| Highest Certificate Type/Rank Held | N/A = 13 | -- | -- | -- |
| Endorsement | N/A = 13 | -- | -- | -- |
| Highest Degree Held | High School Diploma/GED = 5 | A.A./A.S./Technical Certificate = 4 | B.S. = 3 | M.S./M.A = 1 |

**Position: Instructional Assistant (Special Education) 2023-2024**
**School: W. O. Lance Elementary**

| Number by Race | Black = 4 | White = 4 | Multi-Race = 0 | Other/Not Specified = 2 |
|---|---|---|---|---|
| Number by Ethnicity | Hispanic = 0 | Not Hispanic = 6 | Not Specified = 4 | -- |
| Highest Certificate Type/Rank Held | N/A = 10 | -- | -- | -- |
| Endorsement | N/A = 10 | -- | -- | -- |
| Highest Degree Held | High School Diploma/GED = 4 | A.A./A.S./Technical Certificate = 2 | B.S. = 3 | M.S./M.A = 1 |

**Position: CTE Business Education Teacher 2023-2024**
**School: Lanett High School**

| Number by Race | Black = 8 | White = 2 | Multi-Race = 0 | Other/Not Specified = 0 |
|---|---|---|---|---|
| Number by Ethnicity | Hispanic = 0 | Not Hispanic = 9 | Not Specified = 1 | -- |
| Highest Certificate Type/Rank Held | Class AA = 1 | Class A = 1 | Class B = 2 | In Process, No AL Cert., Other = 6 |
| Endorsement | Bus/Marketing Ed. = 2 | Other = 2 | N/A = 6 | -- |
| Highest Degree Held | B.S./B.A. = 4 | M.S./M.Ed./M.A.T. = 5 | Ed.S. = 1 | Ed.D./Ph.D./J.D. = 0 |

**Position: Bus Driver (Transportation) 2023-2024**
**School: All Schools**

| Number by Race | Black = 2 | White = 3 | Multi-Race = 0 | Other/Not Specified = 0 |
|---|---|---|---|---|
| Number by Ethnicity | Hispanic = 0 | Not Hispanic = 5 | Not Specified = 0 | -- |
| Highest Certificate Type/Rank Held | N/A = 5 | -- | -- | -- |
| Endorsement | N/A = 5 | -- | -- | -- |
| Highest Degree Held | High School Diploma/GED = 5 | A.A./A.S./Technical Certificate = 0 | B.S. = 0 | M.S./M.A = 0 |

**Position: Computer Technician 2023-2024**
**School: Central Office**

| Number by Race | Black = 6 | White = 7 | Multi-Race = 1 | Other/Not Specified = 0 |
|---|---|---|---|---|
| Number by Ethnicity | Hispanic = 0 | Not Hispanic = 13 | Not Specified = 1 | -- |
| Highest Certificate Type/Rank Held | N/A = 14 | -- | -- | -- |
| Endorsement | N/A =14 | -- | -- | -- |
| Highest Degree Held | High School Diploma/GED, N/A = 8 | A.A./A.S./Technical Certificate = 2 | B.S. = 4 | M.S./M.A = 0 |

**Position: Child Nutrition Program Director 2023-2024**
**School: Central Office**

| Number by Race | Black = 5 | White = 5 | Multi-Race = 0 | Other/Not Specified = 1 | -- |
|---|---|---|---|---|---|
| Number by Ethnicity | Hispanic = 0 | Not Hispanic = 11 | Not Specified = 0 | -- | -- |
| Highest Certificate Type/Rank Held | N/A = 11 | -- | -- | -- | -- |
| Endorsement | N/A = 11 | -- | -- | -- | -- |
| Highest Degree Held | High School Diploma/GED, N/A = 2 | A.A./A.S./Technical Certificate = 3 | B.S./B.A. = 3 | M.S./M.Ed./M.A.T. = 2 | Ed.D./Ph.D. = 1 |

**Position: Social Studies Teacher (7-8) 2023-2024**
**School: Lanett Junior High School**

| Number by Race | Black = 3 | White = 3 | Multi-Race = 0 | Other/Not Specified = 0 |
|---|---|---|---|---|
| Number by Ethnicity | Hispanic = 0 | Not Hispanic = 5 | Not Specified = 1 | -- |
| Highest Certificate Type/Rank Held | Class AA = 0 | Class A = 2 | Class B = 2 | In Process, No AL Cert., Other = 2 |
| Endorsement | General Social Science = 2 | Middle School Social Science = 0 | Hist., Pol. Sci., Geog., etc. = 0 | Other, Not Cert = 4 |
| Highest Degree Held | B.S./B.A. = 4 | M.S./M.Ed./M.A.T. = 2 | Ed.S. = 0 | Ed.D./Ph.D. = 0 |

**Position: Music Teacher K-6/Assistant Band Director 2023-2024**
**School: W. O. Lance Elementary**

| Number by Race | Black = 2 | White = 2 | Multi-Race = 1 | Other/Not Specified = 0 |
|---|---|---|---|---|
| Number by Ethnicity | Hispanic = 0 | Not Hispanic = 5 | Not Specified = 0 | -- |
| Highest Certificate Type/Rank Held | Class AA = 0 | Class A = 0 | Class B = 3 | In Process, No AL Cert., Other = 2 |
| Endorsement | Instrumental Music P-12 = 3 | Choral Music P-12 = 0 | Dual Instrum/Choral = 0 | In Process, No AL Cert., Other = 2 |
| Highest Degree Held | B.S./B.A. = 5 | M.S./M.Ed./M.A.T. = 0 | Ed.S. = 0 | Ed.D./Ph.D. = 0 |

**Position: Bus Driver (Transportation) 2024-2025**
**School: All Schools**

| Number by Race | Black = 1 | White = 1 | Multi-Race = 0 | Other/Not Specified = 2 |
|---|---|---|---|---|
| Number by Ethnicity | Hispanic = 0 | Not Hispanic = 2 | Not Specified = 2 | -- |
| Highest Certificate Type/Rank Held | N/A = 4 | -- | -- | -- |
| Endorsement | N/A = 4 | -- | -- | -- |
| Highest Degree Held | High School Diploma/GED = 1 | A.A./A.S./Technical Certificate = 2 | B.S. = 0 | M.S./M.A = 1 |

**Position: Substitute Bus Driver (Transportation) 2024-2025**
**School: All Schools**

| | | | | |
|---|---|---|---|---|
| **Number by Race** | Black = 0 | White = 0 | Multi-Race = 0 | Other/Not Specified = 1 |
| **Number by Ethnicity** | Hispanic = 0 | Not Hispanic = 0 | Not Specified = 1 | -- |
| **Highest Certificate Type/Rank Held** | N/A = 1 | -- | -- | -- |
| **Endorsement** | N/A = 1 | -- | -- | -- |
| **Highest Degree Held** | High School Diploma/GED = 1 | A.A./A.S./Technical Certificate = 0 | B.S. = 0 | M.S./M.A = 0 |

**Position: Elementary Teacher (K-6) 2024-2025**
**School: W. O. Lance Elementary**

| | | | | |
|---|---|---|---|---|
| **Number by Race** | Black = 12 | White = 27 | Multi-Race = 0 | Other/Not Specified = 6 |
| **Number by Ethnicity** | Hispanic = 0 | Not Hispanic = 34 | Not Specified = 11 | -- |
| **Highest Certificate Type/Rank Held** | Class AA = 0 | Class A = 5 | Class B = 18 | In Process, No AL Cert., Other = 22 |
| **Endorsement** | Elem. K-6 = 18 | Early Childhood = 5 | Dual Elem. (e.g. Elem/ECE) = 4 | Other, N/A = 18 |
| **Highest Degree Held** | B.S./B.A. = 32 | M.S./M.Ed./M.A.T. = 11 | Ed.S. = 2 | Ed.D./Ph.D. = 0 |

**Position: Early Childhood Teacher (PK-3) 2024-2025**
**School: W. O. Lance Elementary**

| | | | | |
|---|---|---|---|---|
| **Number by Race** | Black = 16 | White = 17 | Multi-Race = 0 | Other/Not Specified = 5 |
| **Number by Ethnicity** | Hispanic = 0 | Not Hispanic = 27 | Not Specified = 11 | -- |
| **Highest Certificate Type/Rank Held** | Class AA = 0 | Class A = 3 | Class B = 10 | In Process, No AL Cert., Other = 25 |
| **Endorsement** | Elem. K-6 = 5 | Early Childhood = 4 | Dual Elem. (e.g. Elem/ECE) = 4 | Other, N/A = 25 |
| **Highest Degree Held** | B.S./B.A. = 27 | M.S./M.Ed./M.A.T. = 9 | Ed.S. = 1 | High School Diploma = |

**Position: Instructional Assistant (Special Education) 2024-2025**
**School: W. O. Lance Elementary**

| Number by Race | Black = 6 | White = 4 | Multi-Race = 1 | Other/Not Specified = 1 |
|---|---|---|---|---|
| Number by Ethnicity | Hispanic = 1 | Not Hispanic = 8 | Not Specified = 3 | -- |
| Highest Certificate Type/Rank Held | N/A = 12 | -- | -- | -- |
| Endorsement | N/A = 12 | -- | -- | -- |
| Highest Degree Held | High School Diploma/GED = 10 | A.A./A.S./Technical Certificate = 1 | B.S. = 1 | M.S./M.A = 0 |

**Position: ESL Instructional Assistant 2024-2025**
**School: All Schools**

| Number by Race | Black = 0 | White = 2 | Multi-Race = 0 | Other/Not Specified = 0 |
|---|---|---|---|---|
| Number by Ethnicity | Hispanic = 1 | Not Hispanic = 1 | Not Specified = 0 | -- |
| Highest Certificate Type/Rank Held | N/A = 2 | -- | -- | -- |
| Endorsement | N/A = 2 | -- | -- | -- |
| Highest Degree Held | High School Diploma/GED = 2 | A.A./A.S./Technical Certificate = 0 | B.S. = 0 | M.S./M.A = 0 |

**Position: Instructional Assistant/Lab Facilitator 2024-2025**
**School: Lanett Junior High School**

| Number by Race | Black = 11 | White = 10 | Multi-Race = 0 | Other/Not Specified = 3 |
|---|---|---|---|---|
| Number by Ethnicity | Hispanic = 1 | Not Hispanic = 15 | Not Specified = 8 | -- |
| Highest Certificate Type/Rank Held | Class AA = 0 | Class A = 0 | Class B = 2 | In Process, No AL Cert., Other = 22 |
| Endorsement | Physical Ed = 3 | Other, Not Cert, N/A = 21 | -- | -- |
| Highest Degree Held | High School Diploma/GED = 11 | A.A./A.S./Technical Certificate = 5 | B.S. = 5 | M.S./M.A = 3 |

Item 10 – Applicants for Mid-Year 2023-2024 and 2024-2025, p. 6

**Position: Social Studies Teacher (7-8) 2024-2025**
**School: Lanett Junior High School**

| Number by Race | Black = 1 | White = 14 | Multi-Race = 1 | Other/Not Specified = 4 |
|---|---|---|---|---|
| Number by Ethnicity | Hispanic = 1 | Not Hispanic = 7 | Not Specified = 12 | -- |
| Highest Certificate Type/Rank Held | Class AA = 0 | Class A = 4 | Class B = 10 | In Process, No AL Cert., Other = 6 |
| Endorsement | General Social Science = 11 | Middle School Social Science = 1 | Hist., Pol. Sci., Geog., etc. = 2 | Other, Not Cert = 6 |
| Highest Degree Held | B.S./B.A. = 11 | M.S./M.Ed./M.A.T. = 8 | Ed.S. = 1 | Ed.D./Ph.D. = 0 |

**Position: Secondary ELA Teacher 2024-2025**
**School: Lanett Junior High School, Lanett High School**

| Number by Race | Black = 6 | White = 10 | Multi-Race = 0 | Other/Not Specified = 5 |
|---|---|---|---|---|
| Number by Ethnicity | Hispanic = 0 | Not Hispanic = 14 | Not Specified = 7 | -- |
| Highest Certificate Type/Rank Held | Class AA = 2 | Class A = 5 | Class B = 6 | In Process, No AL Cert., Other = 8 |
| Endorsement | Secondary ELA = 13 | Middle School ELA = 1 | Other, Not Cert = 7 | -- |
| Highest Degree Held | B.S./B.A. = 10 | M.S./M.Ed./M.A.T. = 9 | Ed.S. = 2 | Ed.D./Ph.D. = 0 |

**Position: PreK Auxiliary Teacher 2024-2025**
**School: W. O. Lance Elementary**

| Number by Race | Black = 3 | White = 4 | Multi-Race = 0 | Other/Not Specified = 0 |
|---|---|---|---|---|
| Number by Ethnicity | Hispanic = 0 | Not Hispanic = 7 | Not Specified = 0 | -- |
| Highest Certificate Type/Rank Held | N/A = 7 | -- | -- | -- |
| Endorsement | N/A = 7 | -- | -- | -- |
| Highest Degree Held | High School Diploma/GED, N/A = 3 | A.A./A.S./Technical Certificate = 1 | B.S. = 3 | M.S./M.A = 0 |

**Position: ESL Teacher 2024-2025**
**School: W. O. Lance Elementary**

| Number by Race | Black = 5 | White = 3 | Multi-Race = 0 | Other/Not Specified = 0 |
|---|---|---|---|---|
| Number by Ethnicity | Hispanic = 0 | Not Hispanic = 7 | Not Specified = 1 | -- |
| Highest Certificate Type/Rank Held | Class AA = 0 | Class A = 2 | Class B = 4 | In Process, No AL Cert., Other = 2 |
| Endorsement | ESOL = 3 | ELA = 1 | Elementary = 1 | Other, Not Cert = 3 |
| Highest Degree Held | B.S./B.A. = 10 | M.S./M.Ed./M.A.T. = 9 | Ed.S. = 2 | Ed.D./Ph.D. = 0 |

**Position: Speech Language Pathologist 2024-2025**
**School: W. O. Lance Elementary**

| Number by Race | Black = 0 | White = 2 | Multi-Race = 0 | Other/Not Specified = 1 |
|---|---|---|---|---|
| Number by Ethnicity | Hispanic = 0 | Not Hispanic = 3 | Not Specified = 0 | -- |
| Highest Certificate Type/Rank Held | Class AA = 0 | Class A = 2 | Class B = 0 | In Process, No AL Cert., Other = 1 |
| Endorsement | Speech and Language Impaired = 2 | Other, Not Cert = 1 | -- | -- |
| Highest Degree Held | B.S./B.A. = 0 | M.S./M.Ed./M.A.T. = 3 | Ed.S. = 0 | Ed.D./Ph.D. = 0 |

**Position: Special Education Teacher 2024-2025**
**School: W. O. Lance Elementary**

| Number by Race | Black = 6 | White = 5 | Multi-Race = 0 | Other/Not Specified = 0 |
|---|---|---|---|---|
| Number by Ethnicity | Hispanic = 0 | Not Hispanic = 9 | Not Specified = 2 | -- |
| Highest Certificate Type/Rank Held | Class AA = 0 | Class A = 6 | Class B = 2 | In Process, No AL Cert., Other = 3 |
| Endorsement | Collab./Special Ed./ECSE = 7 | Other = 4 | -- | -- |
| Highest Degree Held | A.A./A.S. = 0 | B.S./B.A. = 1 | M.S./M.Ed./M.A.T. = 8 | Ed.S. = 2 |

**Position: Academic Coach/Assistant Principal 2024-2025**
**School: Lanett High School**

| Number by Race | Black = 19 | White = 9 | Multi-Race = 1 | Other/Not Specified = 0 |
|---|---|---|---|---|
| Number by Ethnicity | Hispanic = 1 | Not Hispanic = 17 | Not Specified = 11 | -- |
| Highest Certificate Type/Rank Held | Class AA = 9 | Class A = 10 | Class B = 2 | In Process, No AL Cert., Other = 8 |
| Endorsement | Educational Admin. = 7 | Instructional Leadership = 9 | Teacher Leader = 2 | Other, N/A = 11 |
| Highest Degree Held | B.S./B.A. = 0 | M.S./M.Ed./M.A.T. = 14 | Ed.S. = 10 | Ed.D., Ph.D. = 5 |

**Position: Principal 2024-2025**
**School: Lanett High School**

| Number by Race | Black = 7 | White = 2 | Multi-Race = 1 | Other/Not Specified = 0 |
|---|---|---|---|---|
| Number by Ethnicity | Hispanic = 1 | Not Hispanic = 5 | Not Specified = 4 | -- |
| Highest Certificate Type/Rank Held | Class AA = 5 | Class A = 4 | Class B = 0 | In Process, No AL Cert., Other = 1 |
| Endorsement | Educational Admin. = 5 | Instructional Leadership = 4 | Teacher Leader = 0 | Other, N/A = 1 |
| Highest Degree Held | B.S./B.A. = 0 | M.S./M.Ed./M.A.T. = 3 | Ed.S. = 5 | Ed.D., Ph.D. = 2 |

**Position: Principal 2024-2025**
**School: W. O. Lance Elementary**

| Number by Race | Black = 15 | White = 5 | Multi-Race = 2 | Other/Not Specified = 2 |
|---|---|---|---|---|
| Number by Ethnicity | Hispanic = 1 | Not Hispanic = 18 | Not Specified = 5 | -- |
| Highest Certificate Type/Rank Held | Class AA = 11 | Class A = 12 | Class B = 0 | In Process, No AL Cert., Other = 1 |
| Endorsement | Educational Admin. = 15 | Instructional Leadership = 7 | Teacher Leader = 0 | Other, N/A = 2 |
| Highest Degree Held | B.S./B.A. = 0 | M.S./M.Ed./M.A.T. = 9 | Ed.S. = 12 | Ed.D., Ph.D. = 3 |

**Position: Local Reading Specialist 2024-2025**
**School: W. O. Lance Elementary**

| Number by Race | Black = 2 | White = 5 | Multi-Race = 0 | Other/Not Specified = 1 |
|---|---|---|---|---|
| Number by Ethnicity | Hispanic = 0 | Not Hispanic = 0 | Not Specified = 8 | -- |
| Highest Certificate Type/Rank Held | Class AA = 2 | Class A = 3 | Class B = 2 | In Process, No AL Cert., Other = 1 |
| Endorsement | Elem. K-6 = 3 | Early Childhood = 1 | Dual Elem. (e.g. Elem/ECE) = 3 | Other, N/A = 1 |
| Highest Degree Held | B.S./B.A. = 1 | M.S./M.Ed./M.A.T. = 4 | Ed.S. = 2 | Ed.D. = 1 |

**Position: School Secretary 2024-2025**
**School: W. O. Lance Elementary**

| Number by Race | Black = 10 | White = 15 | Multi-Race = 1 | Other/Not Specified = 1 |
|---|---|---|---|---|
| Number by Ethnicity | Hispanic = 1 | Not Hispanic = 8 | Not Specified = 18 | -- |
| Highest Certificate Type/Rank Held | N/A = 27 | | | |
| Endorsement | N/A = 27 | | | |
| Highest Degree Held | High School Diploma/GED/Other = 16 | A.A./A.S./Technical Certificate = 6 | B.S. = 5 | M.S./M.A = 0 |

**Position: Administrative Support Specialist 2024-2025**
**School: Central Office**

| Number by Race | Black = 9 | White = 4 | Multi-Race = 0 | Other/Not Specified = 0 |
|---|---|---|---|---|
| Number by Ethnicity | Hispanic = 0 | Not Hispanic = 7 | Not Specified = 6 | -- |
| Highest Certificate Type/Rank Held | N/A = 13 | | | |
| Endorsement | N/A = 13 | | | |
| Highest Degree Held | High School Diploma/GED/Other = 5 | A.A./A.S./Technical Certificate = 1 | B.S. = 4 | M.S./M.A or higher = 3 |

**Position: CNP/Cafeteria Manager 2024-2025**
**School: W. O. Lance Elementary**

| Number by Race | Black = 3 | White = 2 | Multi-Race = 0 | Other/Not Specified = 0 |
|---|---|---|---|---|
| Number by Ethnicity | Hispanic = 0 | Not Hispanic = 4 | Not Specified = 1 | -- |
| Highest Certificate Type/Rank Held | N/A = 5 | -- | -- | -- |
| Endorsement | N/A = 5 | -- | -- | -- |
| Highest Degree Held | High School Diploma/GED = 2 | A.A./A.S./Technical Certificate = 2 | B.S. = 1 | M.S./M.A = 0 |

**Position: CNP Worker/Cashier (Full-Time) 2024-2025**
**School: W. O. Lance Elementary**

| Number by Race | Black = 13 | White = 6 | Multi-Race = 0 | Other/Not Specified = 4 |
|---|---|---|---|---|
| Number by Ethnicity | Hispanic = 0 | Not Hispanic = 17 | Not Specified = 6 | -- |
| Highest Certificate Type/Rank Held | N/A = 23 | -- | -- | -- |
| Endorsement | N/A = 23 | -- | -- | -- |
| Highest Degree Held | High School Diploma/GED = 18 | A.A./A.S./Technical Certificate = 3 | B.S. = 2 | M.S./M.A = 0 |

**Position: CNP Worker/Cashier (Part-Time) 2023-2024**
**School: W. O. Lance Elementary**

| Number by Race | Black = 1 | White = 0 | Multi-Race = 0 | Other/Not Specified = 0 |
|---|---|---|---|---|
| Number by Ethnicity | Hispanic = 0 | Not Hispanic = 1 | Not Specified = 0 | -- |
| Highest Certificate Type/Rank Held | N/A = 1 | -- | -- | -- |
| Endorsement | N/A = 1 | -- | -- | -- |
| Highest Degree Held | High School Diploma/GED/NA = 1 | A.A./A.S./Technical Certificate = 0 | B.S. = 0 | M.S./M.A = 0 |