# EXHIBIT 11

## Offers Made and Vacancies Filled
## Mid-Year 2023-2024, Spring/Summer/Early Fall 2024-2025

| Position | School | Applicant | Race | Ethnicity | Offer Accepted? | New Hire from Outside? | School District Employee? | If Employee, Departing School & Position |
|---|---|---|---|---|---|---|---|---|
| CNP Worker/Cashier (F-T) 2023-2024 | W. O. Lance Elementary | JS | B | Not Hispanic | Yes | Yes | -- | -- |
| Secondary Math Teacher 2023-2024 | Lanett Junior High | RH | W | Not Hispanic | No | -- | -- | -- |
| Secondary Math Teacher 2023-2024 | Lanett Junior High | BM | B | Not Hispanic | Yes, then rescinded | Yes | -- | -- |
| Secondary Math Teacher 2023-2024 | Lanett Junior High | EP | W | Not Hispanic | No | -- | -- | -- |
| Secondary Math Teacher 2023-2024 | Lanett Junior High | EB | B | Not Hispanic | Yes | Yes | -- | -- |
| Instructional Assistant (Special Education) 2023-2024 | Lanett High School | BB | B | Not Hispanic | Yes | Yes | | |
| Instructional Assistant (Special Education) 2023-2024 | Lanett High School | KS | B | Not Specified | Yes, then resigned | Yes | -- | -- |

Items 9 and 11 – Offers and Vacancies 2024-2025, p. 1

| Position | School | Initials | Race | Ethnicity | | | |
|---|---|---|---|---|---|---|---|
| Instructional Assistant (Special Education) 2023-2024 | Lanett High School | TS | B | Not Hispanic | Yes | Yes | --- |
| Instructional Assistant (Special Education) 2023-2024 | W. O. Lance Elementary | JO | W | Not Specified | Yes | Yes | --- |
| CTE Business Education Teacher 2023-2024 | Lanett High School | OJ | B | Not Hispanic | Yes | Yes | --- |
| Bus Driver 2023-2024 | District | JA | W | Not Hispanic | Yes | Yes | --- |
| Bus Driver 2023-2024 | District | JS | B | Not Hispanic | Yes | Yes | --- |
| Bus Driver 2023-2024 | District | HR | W | Not Hispanic | Yes | Yes | --- |
| Bus Driver 2023-2024 | District | DH | B | Not Hispanic | Yes | Yes | --- |
| Bus Driver 2023-2024 | Central Office | TF | W | Not Hispanic | Yes | Yes | --- |
| Computer Technician 2023-2024 | Central Office | KH | B | Not Hispanic | No | --- | --- |
| Child Nutrition Program Director 2023-2024 | Central Office | GH-F | B | Not Hispanic | Yes | Yes | --- |
| Child Nutrition Program Director 2023-2024 | Lanett Junior High School | CC | B | Not Hispanic | Yes | Yes | --- |
| Social Studies Teacher (7-8) | | | | | | | |

| Position | School | Candidate | Race | Ethnicity | Offered | Accepted | Notes |
|---|---|---|---|---|---|---|---|
| Music Teacher Grades K-6/Asst. Band Director 2023-2024 | W. O. Lance Elementary | KR | B | Not Hispanic | Yes | Yes | --- |
| Bus Driver 2024-2025 | District | PC | W | Not Hispanic | Yes | Yes | --- |
| Elementary Teacher K-6 2024-2025 | W. O. Lance Elementary | TS-U | B | Not Specified | Yes, then rescinded | Yes | --- |
| Elementary Teacher K-6 2024-2025 | W. O. Lance Elementary | LL | W | Not Hispanic | Yes | Yes | --- |
| Elementary Teacher K-6 2024-2025 | W. O. Lance Elementary | CB | W | Not Hispanic | Yes, then resigned | Yes | --- |
| Elementary Teacher K-6 2024-2025 | W. O. Lance Elementary | LB | W | Not Hispanic | Yes | Yes | --- |
| Elementary Teacher K-6 2024-2025 | W. O. Lance Elementary | DF | B | Not Hispanic | Yes | Yes | --- |
| Elementary Teacher K-6 2024-2025 | W. O. Lance Elementary | SM-T | B | Not Hispanic | Yes | No | Yes | Instructional Assistant (Special Education), W. O. Lance Elementary |
| Early Childhood Teacher PK-3 2024-2025 | W. O. Lance Elementary | FH | W | Not Hispanic | Yes | Yes | --- |
| Early Childhood Teacher PK-3 2024-2025 | W. O. Lance Elementary | CS | W | Not Specified | Yes | Yes | --- |

Items 9 and 11 – Offers and Vacancies 2024-2025, p. 3

| Position | School | Initials | Race | Ethnicity | | | | Notes |
|---|---|---|---|---|---|---|---|---|
| Instructional Assistant (Special Education) 2024-2025 | W. O. Lance Elementary | PH | B | Not Hispanic | No | -- | -- | -- |
| Instructional Assistant (Special Education) 2024-2025 | W. O. Lance Elementary | KM | B | Not Specified | Yes | Yes | -- | -- |
| ESL Instructional Assistant 2024-2025 | All Schools | CB | W | Hispanic | Yes | Yes | -- | -- |
| Instructional Assistant (ACCESS Lab Facilitator) 2024-2025 | Lanett Junior High School | RZ | B | Not Specified | Yes | No | Yes | Additional role – employee was already employed as a Bus Driver and continues to be so. |
| Social Studies Teacher (7-8) 2024-2025 | Lanett Junior High School | QT | B | Not Specified | No | -- | -- | -- |
| Social Studies Teacher (7-8) 2024-2025 | Lanett Junior High School | BC | W | Not Specified | Yes | Yes | -- | -- |
| Secondary ELA Teacher (7-8) 2024-2025 | Lanett Junior High School | DH | W | Not Hispanic | No | -- | -- | -- |
| Secondary ELA Teacher (7-8) 2024-2025 | Lanett Junior High School | AB | Not Specified | Not Specified | No | -- | -- | -- |
| PreK Auxiliary Teacher 2024-2025 | W. O. Lance Elementary | KM | W | Not Hispanic | Yes | No | Yes | School Secretary, W. O. Lance Elementary |

| Position | School | Initials | Race | Ethnicity | | | Notes |
|---|---|---|---|---|---|---|---|
| School Secretary 2024-2025 | W. O. Lance Elementary | CS | Not Specified | Hispanic | Yes | Yes | -- |
| ESL Teacher 2024-2025 | W. O. Lance Elementary | JE | B | Not Hispanic | Yes | Yes | -- |
| Speech-Language Pathologist 2024-2025 | W. O. Lance Elementary | ST | W | Not Hispanic | No | -- | -- |
| Special Education Teacher 2024-2025 | W. O. Lance Elementary | TF | B | Not Hispanic | Yes | Yes | -- |
| Principal 2024-2025 | Lanett High School | NC | B | Not Specified | Yes | No | Yes | Academic Coach/Assistant Principal, Lanett High School |
| Academic Coach/Assistant Principal 2024-2025 | Lanett High School | DP | W | Not Hispanic | Yes | No | Yes | Secondary ELA Teacher, Lanett High School |
| Secondary ELA Teacher (9-12) 2024-2025 | Lanett High School | ES | W | Not Hispanic | Yes | Yes | -- |
| Principal 2024-2025 | W. O. Lance Elementary | SH | B | Not Specified | Yes | Yes | -- |
| Local Reading Specialist 2024-2025 | W. O. Lance Elementary | HK | W | Not Specified | Yes | Yes | -- |
| Administrative Support Specialist 2024-2025 | Central Office | KJ | W | Not Specified | Yes | Yes | -- |
| CNP/Cafeteria Manager 2024-2025 | W. O. Lance Elementary | BW | B | Not Specified | Yes | No | Yes | CNP Worker/Cashier, Lanett Junior High/High School |

Items 9 and 11 – Offers and Vacancies 2024-2025, p. 5

| CNP Worker/Cashier (F-T) 2024-2025 | Lanett Junior High/High School | DT | B | Not Hispanic | Yes | Yes | --- | --- |
| CNP Worker/Cashier (F-T) 2024-2025 | W. O. Lance Elementary | MW | B | Not Hispanic | Yes, then resigned | Yes | --- | --- |
| CNP Worker/Cashier (F-T) 2024-2025 | W. O. Lance Elementary | SW | B | Not Hispanic | Yes, then resigned | Yes | --- | --- |
| CNP Worker/Cashier (F-T) 2024-2025 | W. O. Lance Elementary | LJ | B | Not Hispanic | Yes | Yes | --- | --- |