# EXHIBIT 12

# Lanett City Schools
## Changes to Recruitment, Hiring, & Assignment 2023-2024

No material changes were made to the recruitment, hiring and assignment criteria, policies, and procedures; or interview and employment forms and criteria utilized. The district continued to utilize formally documented procedures for recruitment, selection, and induction. In April 2024, the ALSDE implemented a new applicant tracking platform, HireTrue, that completely replaced Teach in Alabama. Lanett City followed the state-directed timeline for converting to the new system. As of April 2024, all Lanett City postings and applications are now housed in HireTrue.

Item 12 – Changes to Recruitment and Hiring 2023-2024