# EXHIBIT
# 13

# Lanett City Schools
## Student Enrollment in Extracurricular Activities 2023-2024

### W. O. Lance Elementary School

| Activity/Sport | Sponsor/Head Coach Race | # Students | # Black | # White | # Other |
|---|---|---|---|---|---|
| Honor Society | 2 Black, 2 White | 26 | 22 | 0 | 4 |
| Student Council | 4 Black, 1 White | 11 | 7 | 3 | 1 |

### Lanett Junior High School

| Activity/Sport | Sponsor/Head Coach Race | # Students | # Black | # White | # Other |
|---|---|---|---|---|---|
| JV Football | White | 12 | 12 | 0 | 0 |
| Boys Basketball | Black | 6 | 6 | 0 | 0 |
| Girls Basketball | Black | 5 | 5 | 0 | 0 |
| Honor Society | Black | 3 | 3 | 0 | 0 |

### Lanett High School

| Activity/Sport | Sponsor/Head Coach Race | # Students | # Black | # White | # Other |
|---|---|---|---|---|---|
| Ambassadors | Black | 9 | 8 | 1 | 0 |
| Athletic Training Aides | White | 6 | 6 | 0 | 0 |
| Beta Club | 2 White | 33 | 27 | 1 | 5 |
| Bible Club | White | 4 | 2 | 0 | 2 |
| Boys Track | Black | 7 | 7 | 0 | 0 |
| Cheerleaders | Black | 8 | 8 | 0 | 0 |
| Chess Club | White | 6 | 3 | 2 | 1 |
| Community Service | 2 White | 16 | 14 | 0 | 2 |

Item 13 – Student Extracurricular Enrollment 2023-2024, p. 1

| FBLA | Black | 17 | 15 | 0 | 2 |
|---|---|---|---|---|---|
| FCCLA | White | 41 | 31 | 2 | 8 |
| Girls Basketball | Black | 13 | 13 | 0 | 0 |
| Girls Track | Black | 14 | 14 | 0 | 0 |
| HOSA | Black | 11 | 9 | 0 | 2 |
| JV Boys Basketball (includes JH) | Black | 10 | 10 | 0 | 0 |
| Lanala Yearbook Staff | White | 6 | 6 | 0 | 0 |
| Marching Band (includes 6-12) | Black | 58 | 45 | 2 | 13 |
| Math Club | 1 Black, 1 White | 14 | 13 | 0 | 1 |
| National Honor Society | 2 White | 9 | 9 | 0 | 0 |
| Robotics Club | 1 Black, 1 White | 8 | 4 | 2 | 2 |
| Science Club | 2 Black | 13 | 10 | 1 | 2 |
| Spanish Club | White | 16 | 0 | 0 | 16 |
| Student Council | 2 Black | 16 | 14 | 0 | 2 |
| Varsity Baseball | White | 20 | 18 | 2 | 0 |
| Varsity Boys Basketball | Black | 11 | 11 | 0 | 0 |
| Varsity Football | White | 45 | 41 | 0 | 4 |
| Volleyball (includes JH) | Black | 16 | 16 | 0 | 0 |