# EXHIBIT

# 14

**Lanett City Schools**
**Extracurricular Eligibility Requirements 2023-2024**

No material changes were made to the eligibility requirements for participation in extracurricular activities for the 2023-2024 school year.