# EXHIBIT 15

| LANETT CITY SCHOOLS 2023 - 2024 ATHLETIC SUPPLEMENTS | | | |
|---|---|---|---|
| **NAME** | **ACTIVITY** | **SALARY SCH** | **2023-2024** |
| **LHS FOOTBALL 4503** | | | |
| Clifford Story | Athletic Director | N-I-41 | $6,200.00 |
| Chip Seagle | Head Football Coach | N-I-41 | $12,000.00 |
| Paul Pankey | Special Teams Coordinator | N-ND-5 | $4,000.00 |
| Earnest Webb | Assistant Football / Asst AD | N-ND-3 | $4,500.00 |
| Charlie Williams | Defensive Coordinator | N-ND-2 | $4,500.00 |
| Billy McDonald, Jr | Offensive Coordinator | N-I-23 | $4,000.00 |
| Jakobi McCants | Assistant Football | | $2,500.00 |
| Royce McKinney | Assistant Football | N-ND-1 | $3,500.00 |
| Branquzious Bussey | Assistant Football | | $2,500.00 |
| Jon Kitchens | Assistant Football | | $3,600.00 |
| Isabella Mitchell | Athletic Trainer | N-I-23 | $3,600.00 |
| | | | |
| **LJHS FOOTBALL 4503** | | | |
| Raquazious Boyd | Head Jr High Football | N-I-39 | $3,500.00 |
| Justin Gagnon | Jr High Football Assistant | N-I-7 | $1,600.00 |
| Ryan Nelson | Jr High Football Assistant | N-I-8 | $2,500.00 |
| | | N-ND-8 | |
| **BASKETBALL 4502** | | | |
| Trent McCants | Head Boys Basketball | N-I-1 | $5,000.00 |
| Charlie Williams | Head Girls Basketball | N-ND-2 | $5,000.00 |
| Erin Boyd | Assistant Girls Basketball | | $2,000.00 |
| Tiara McCullogh | JV Head Girls Basketball | N-I-19 | $2,000.00 |
| Raquazious Boyd | Head B Team Boys Basketball | N-I-39 | $2,000.00 |
| Earnest Webb | JV Head Boys Basketball | | $2,000.00 |
| | | | |
| **BASEBALL 4501** | | | |
| Ryan Nelson | Head Baseball | N-I-8 | $1,600.00 |
| Joshua Gosdin | Assistant Baseball | | $1,000.00 |
| Justin Gagnon | Assistant Baseball | N-1-7 | $1,200.00 |
| | | | |
| **TRACK 4510** | | | |
| Terrance Price | Head Boys & Girls Track | N-I-39 | $3,600.00 |
| Chelcia Goss | Assistant Boys & Girls Track | N-I-2 | $1,200.00 |
| Royce McKinney | Assistant Track | N-ND-5 | $1,800.00 |

| VOLLEYBALL 4510 | | | |
|---|---|---|---|
| Kristina Story | Head Volleyball | N-I-33 | $2,500.00 |
| Sarah Bauchman | Assistant Volleyball | N-I-34 | $1,200.00 |
| Tiffenie Dozier | Assistant Volleyball | N-I-34 | $1,000.00 |
| | | | |
| **CHEERLEADERS 4510** | | | |
| Chelcia Goss | HS Cheer Coach | N-I-2 | $3,000.00 |
| Jacinta Truitt | Assistant Cheer | N-ND-4 | $1,200.00 |
| | | | |
| **SOCCER 4510** | | | |
| Jakobi McCants | Head Boys/Girls Soccer | N-ND-1 | $1,600.00 |
| Asim Hicks | Asst Boy/Girls Soccer | | $1,000.00 |
| | | | |
| **TOTAL** | | | $98,400.00 |