# EXHIBIT 16

## Lanett City Schools
## Changes Related to Discipline 2023-2024

No material changes were made to the discipline reporting form for the District, nor were any plans developed by the District for addressing any racial disparities in discipline.