# EXHIBIT 17A

| SSID | Ethnicity | Gender | Grade L | School | Enroll Status | Special Pro | Infraction I S Category | Action | Star Reported to Police | SIR Category |
|---|---|---|---|---|---|---|---|---|---|---|
| 1.98E+09 | Hispanic | M | 5 | W. O. Lance Elementary | Enrolled | Inactive | 5/21/2024 Fighting | 5/22/2024 | FALSE | Suspended/Out of School |
| 1.97E+09 | African-American | M | 5 | W. O. Lance Elementary | Enrolled | Active | 5/21/2024 Fighting | 5/22/2024 | FALSE | Suspended/Out of School |
| 1.97E+09 | African-American | M | 6 | W. O. Lance Elementary | Enrolled |  | 5/20/2024 Local Use | 5/20/2024 | FALSE | Local Use |
| 1.97E+09 | African-American | M | 6 | W. O. Lance Elementary | Enrolled | Inactive | 5/15/2024 Local Use | 5/17/2024 | FALSE | Local Use |
| 1.97E+09 | African-American | M | 5 | W. O. Lance Elementary | Enrolled |  | 5/14/2024 Defiance | 5/15/2024 | FALSE | Suspended/Out of School |
| 1.97E+09 | African-American | M | 4 | W. O. Lance Elementary | Enrolled |  | 5/13/2024 Local Use | 5/15/2024 | FALSE | Local Use |
| 2E+09 | African-American | M | 2 | W. O. Lance Elementary | Enrolled |  | 5/11/2024 Local Use | 5/17/2024 | FALSE | Suspended/In School |
| 1.97E+09 | African-American | F | 4 | W. O. Lance Elementary | Enrolled |  | 5/9/2024 Defiance | 5/15/2024 | FALSE | Local Use |
| 1.98E+09 | African-American | F | 3 | W. O. Lance Elementary | Enrolled | Inactive | 5/9/2024 Defiance | 5/10/2024 | FALSE | Suspended/Out of School |
| 1.97E+09 | Two or More | F | 4 | W. O. Lance Elementary | Enrolled | Active | 5/8/2024 Theft/Larceny | 5/9/2024 | FALSE | Suspended/In School |
| 2E+09 | African-American | F | 1 | W. O. Lance Elementary | Enrolled |  | 5/7/2024 Local Use | 5/11/2024 | FALSE | Local Use |
| 2E+09 | African-American | M | 1 | W. O. Lance Elementary | Enrolled |  | 5/7/2024 Local Use | 5/11/2024 | FALSE | Local Use |
| 2E+09 | African-American | M | 4 | W. O. Lance Elementary | Enrolled | Active | 5/6/2024 Theft/Larceny | 5/15/2024 | FALSE | Suspended/In School |
| 2E+09 | African-American | M | 0 | W. O. Lance Elementary | Enrolled |  | 5/4/2024 Profanity/Vulgarity | 5/7/2024 | FALSE | Suspended/In School |
| 2E+09 | Hispanic | M | 5 | W. O. Lance Elementary | Enrolled | Active | 5/4/2024 Local Use | 5/9/2024 | FALSE | Suspended/In School |
| 1.98E+09 | African-American | M | 3 | W. O. Lance Elementary | Enrolled | Active | 5/4/2024 Local Use | 5/11/2024 | FALSE | Local Use |
| 2E+09 | African-American | M | 4 | W. O. Lance Elementary | Enrolled | Active | 5/4/2024 Local Use | 5/10/2024 | FALSE | Suspended/In School |
| 2E+09 | African-American | M | 0 | W. O. Lance Elementary | Enrolled | Active | 5/4/2024 Local Use | 5/11/2024 | FALSE | Local Use |
| 2E+09 | African-American | M | 1 | W. O. Lance Elementary | Enrolled |  | 5/4/2024 Local Use | 5/8/2024 | FALSE | Suspended/In School |
| 1.98E+09 | African-American | M | 2 | W. O. Lance Elementary | Enrolled | Active | 5/4/2024 Local Use | 5/7/2024 | FALSE | Suspended/In School |
| 2E+09 | Hispanic | M | 4 | W. O. Lance Elementary | Enrolled |  | 5/4/2024 Local Use | 5/10/2024 | FALSE | Suspended/In School |
| 1.98E+09 | African-American | M | 3 | W. O. Lance Elementary | Enrolled | Inactive | 5/3/2024 Threat/Intimidation | 5/6/2024 | FALSE | Suspended/Out of School |
| 1.97E+09 | African-American | M | 5 | W. O. Lance Elementary | Enrolled |  | 5/3/2024 Local Use | 5/11/2024 | FALSE | Local Use |
| 1.97E+09 | African-American | M | 6 | W. O. Lance Elementary | Enrolled |  | 5/2/2024 Local Use | 5/11/2024 | FALSE | Local Use |
| 1.98E+09 | African-American | M | 2 | W. O. Lance Elementary | Enrolled | Active | 5/1/2024 Local Use | 5/4/2024 | FALSE | Local Use |
| 2E+09 | African-American | M | 1 | W. O. Lance Elementary | Enrolled |  | 4/30/2024 Local Use | 5/11/2024 | FALSE | Local Use |
| 2E+09 | African-American | M | 2 | W. O. Lance Elementary | Enrolled |  | 4/30/2024 Local Use | 5/11/2024 | FALSE | Local Use |
| 1.98E+09 | Two or More | M | 2 | W. O. Lance Elementary | Enrolled | Inactive | 4/30/2024 Defiance | 5/2/2024 | FALSE | Suspended/In School |
| 1.98E+09 | African-American | M | 3 | W. O. Lance Elementary | Enrolled |  | 4/30/2024 Fighting | 5/1/2024 | FALSE | Suspended/Out of School |
| 2E+09 | African-American | M | 3 | W. O. Lance Elementary | Enrolled |  | 4/30/2024 Fighting | 5/3/2024 | FALSE | Suspended/In School |
| 2E+09 | African-American | M | 3 | W. O. Lance Elementary | Enrolled |  | 4/30/2024 Fighting | 5/1/2024 | FALSE | Suspended/Out of School |
| 1.98E+09 | African-American | M | 3 | W. O. Lance Elementary | Enrolled |  | 4/30/2024 Fighting | 5/3/2024 | FALSE | Suspended/In School |
| 1.97E+09 | African-American | M | 4 | W. O. Lance Elementary | Enrolled | Active | 4/25/2024 Local Use | 5/4/2024 | FALSE | Local Use |
| 2E+09 | Hispanic | M | 5 | W. O. Lance Elementary | Enrolled | Active | 4/24/2024 Local Use | 5/4/2024 | FALSE | Local Use |
| 1.97E+09 | African-American | F | 5 | W. O. Lance Elementary | Enrolled | Referred | 4/24/2024 Local Use | 5/4/2024 | FALSE | Local Use |
| 2E+09 | African-American | M | 0 | W. O. Lance Elementary | Enrolled | Active | 4/23/2024 Profanity/Vulgarity | 4/25/2024 | FALSE | Suspended/In School |
| 2E+09 | African-American | M | 4 | W. O. Lance Elementary | Enrolled | Active | 4/23/2024 Local Use | 5/4/2024 | FALSE | Local Use |
| 1.97E+09 | African-American | M | 6 | W. O. Lance Elementary | Enrolled | Active | 4/22/2024 Disruptive | 4/23/2024 | FALSE | Suspended/Out of School |
| 2E+09 | Hispanic | M | 4 | W. O. Lance Elementary | Enrolled |  | 4/22/2024 Local Use | 5/4/2024 | FALSE | Local Use |
| 2E+09 | African-American | M | 1 | W. O. Lance Elementary | Enrolled |  | 4/20/2024 Local Use | 5/4/2024 | FALSE | Local Use |
| 1.98E+09 | African-American | M | 3 | W. O. Lance Elementary | Enrolled |  | 4/20/2024 Local Use | 4/29/2024 | FALSE | Suspended/In School |
| 1.97E+09 | African-American | M | 6 | W. O. Lance Elementary | Enrolled | Active | 4/20/2024 Local Use | 4/23/2024 | FALSE | Suspended/In School |
| 1.97E+09 | African-American | F | 5 | W. O. Lance Elementary | Enrolled |  | 4/20/2024 Threat/Intimidation | 4/24/2024 | FALSE | Suspended/Out of School |
| 1.98E+09 | African-American | M | 3 | W. O. Lance Elementary | Enrolled | Active | 4/20/2024 Local Use | 5/4/2024 | FALSE | Local Use |

| ID | Race | Sex | Grade | School | Status | Enrollment | Date1 | Infraction | Date2 | Action | Flag |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 2E+09 | African-American | M | 3 | W. O. Lance Elementary | | Enrolled | 4/20/2024 | Local Use | 4/23/2024 | Suspended/In School | FALSE |
| 1.98E+09 | African-American | M | 3 | W. O. Lance Elementary | | Enrolled | 4/19/2024 | Inappropriate Use c | 4/22/2024 | Suspended/Out of School | FALSE |
| 1.98E+09 | African-American | M | 3 | W. O. Lance Elementary | | Enrolled | 4/19/2024 | Inappropriate Use c | 4/24/2024 | Suspended/In School | FALSE |
| 1.98E+09 | African-American | M | 3 | W. O. Lance Elementary | Inactive | Enrolled | 4/19/2024 | Defiance | 4/23/2024 | Suspended/Out of School | FALSE |
| 2E+09 | African-American | M | 0 | W. O. Lance Elementary | | Enrolled | 4/19/2024 | Local Use | 5/4/2024 | Local Use | FALSE |
| 1.98E+09 | African-American | M | 3 | W. O. Lance Elementary | Active | Enrolled | 4/18/2024 | Local Use | 5/4/2024 | Local Use | FALSE |
| 1.98E+09 | African-American | F | 2 | W. O. Lance Elementary | Active | Enrolled | 4/18/2024 | Local Use | 4/19/2024 | Local Use | FALSE |
| 1.97E+09 | African-American | F | 6 | W. O. Lance Elementary | | Enrolled | 4/18/2024 | Inappropriate Use c | 4/18/2024 | Local Use | FALSE |
| 1.97E+09 | African-American | F | 5 | W. O. Lance Elementary | | Enrolled | 4/18/2024 | Defiance | 4/19/2024 | Suspended/In School | FALSE |
| 2E+09 | White | F | 1 | W. O. Lance Elementary | | Enrolled | 4/18/2024 | Disruptive | 5/4/2024 | Local Use | FALSE |
| 1.97E+09 | African-American | M | 5 | W. O. Lance Elementary | Active | Enrolled | 4/17/2024 | Disruptive | 5/4/2024 | Local Use | FALSE |
| 2E+09 | African-American | M | 1 | W. O. Lance Elementary | | Enrolled | 4/17/2024 | Drug, Possession | 4/18/2024 | Suspended/Out of School | FALSE |
| 2E+09 | African-American | M | 1 | W. O. Lance Elementary | | Enrolled | 4/17/2024 | Drug, Possession | 4/25/2024 | Suspended/In School | FALSE |
| 1.98E+09 | African-American | F | 3 | W. O. Lance Elementary | Inactive | Enrolled | 4/17/2024 | Local Use | 4/19/2024 | Local Use | FALSE |
| 2E+09 | African-American | M | 1 | W. O. Lance Elementary | | Enrolled | 4/15/2024 | Disruptive | 4/22/2024 | Suspended/In School | FALSE |
| 1.97E+09 | African-American | M | 5 | W. O. Lance Elementary | | Enrolled | 4/15/2024 | Defiance | 4/16/2024 | Suspended/In School | FALSE |
| 2E+09 | White | F | 1 | W. O. Lance Elementary | Inactive | Enrolled | 4/15/2024 | Local Use | 4/19/2024 | Local Use | FALSE |
| 1.98E+09 | African-American | F | 2 | W. O. Lance Elementary | | Enrolled | 4/15/2024 | Local Use | 4/19/2024 | Local Use | FALSE |
| 2E+09 | African-American | M | 0 | W. O. Lance Elementary | Active | Enrolled | 4/12/2024 | Local Use | 4/19/2024 | Local Use | FALSE |
| 2E+09 | African-American | M | 0 | W. O. Lance Elementary | Active | Enrolled | 4/12/2024 | Profanity/Vulgarity | 5/4/2024 | Local Use | FALSE |
| 1.98E+09 | African-American | M | 3 | W. O. Lance Elementary | | Enrolled | 4/11/2024 | Local Use | 5/4/2024 | Local Use | FALSE |
| 1.98E+09 | African-American | M | 3 | W. O. Lance Elementary | Inactive | Enrolled | 4/11/2024 | Defiance | 4/12/2024 | Suspended/In School | FALSE |
| 2E+09 | African-American | M | 1 | W. O. Lance Elementary | | Enrolled | 4/11/2024 | Disruptive | 4/20/2024 | Local Use | FALSE |
| 1.97E+09 | African-American | F | 5 | W. O. Lance Elementary | Active | Enrolled | 4/10/2024 | Local Use | 4/19/2024 | Local Use | FALSE |
| 1.97E+09 | African-American | M | 4 | W. O. Lance Elementary | | Enrolled | 4/9/2024 | Defiance | 4/12/2024 | Suspended/In School | FALSE |
| 1.97E+09 | African-American | F | 2 | W. O. Lance Elementary | Active | Enrolled | 4/9/2024 | Defiance | 4/20/2024 | Local Use | FALSE |
| 1.97E+09 | African-American | M | 5 | W. O. Lance Elementary | | Enrolled | 4/8/2024 | Defiance | 4/9/2024 | Suspended/Out of School | FALSE |
| 1.97E+09 | African-American | F | 5 | W. O. Lance Elementary | | Enrolled | 4/8/2024 | Defiance | 4/11/2024 | Suspended/In School | FALSE |
| 1.98E+09 | African-American | M | 3 | W. O. Lance Elementary | Inactive | Enrolled | 4/6/2024 | Local Use | 4/20/2024 | Local Use | FALSE |
| 1.98E+09 | African-American | F | 4 | W. O. Lance Elementary | Active | Enrolled | 4/6/2024 | Local Use | 4/10/2024 | Suspended/In School | FALSE |
| 1.97E+09 | African-American | M | 3 | W. O. Lance Elementary | | Enrolled | 4/6/2024 | Local Use | 4/20/2024 | Local Use | FALSE |
| 2E+09 | African-American | M | 3 | W. O. Lance Elementary | Inactive | Enrolled | 4/6/2024 | Local Use | 4/20/2024 | Local Use | FALSE |
| 1.98E+09 | Hispanic | F | 6 | W. O. Lance Elementary | Active | Enrolled | 4/6/2024 | Local Use | 4/20/2024 | Local Use | FALSE |
| 1.97E+09 | African-American | M | 3 | W. O. Lance Elementary | | Enrolled | 4/3/2024 | Local Use | 4/20/2024 | Local Use | FALSE |
| 1.98E+09 | African-American | F | 5 | W. O. Lance Elementary | Inactive | Enrolled | 4/3/2024 | Local Use | 4/12/2024 | Local Use | FALSE |
| 1.97E+09 | African-American | F | 3 | W. O. Lance Elementary | Active | Enrolled | 4/3/2024 | Local Use | 4/8/2024 | Local Use | FALSE |
| 1.98E+09 | African-American | M | 3 | W. O. Lance Elementary | | Enrolled | 4/3/2024 | Profanity/Vulgarity | 5/4/2024 | Local Use | FALSE |
| 1.98E+09 | African-American | M | 2 | W. O. Lance Elementary | Active | Enrolled | 4/1/2024 | Local Use | 4/20/2024 | Local Use | FALSE |
| 2E+09 | African-American | M | 4 | W. O. Lance Elementary | Active | Enrolled | 3/22/2024 | Defiance | 4/3/2024 | Local Use | FALSE |
| 2E+09 | African-American | M | 5 | W. O. Lance Elementary | | Transferred | 3/22/2024 | Defiance | 3/22/2024 | Local Use | FALSE |
| 1.97E+09 | African-American | M | 6 | W. O. Lance Elementary | Active | Enrolled | 3/21/2024 | Local Use | 4/20/2024 | Local Use | FALSE |
| 1.98E+09 | African-American | M | 3 | W. O. Lance Elementary | | Enrolled | 3/21/2024 | Inappropriate Use c | 4/6/2024 | Local Use | FALSE |
| 2E+09 | African-American | F | 1 | W. O. Lance Elementary | Active | Enrolled | 3/20/2024 | Local Use | 4/6/2024 | Local Use | FALSE |
| 2E+09 | African-American | M | 3 | W. O. Lance Elementary | | Enrolled | 3/19/2024 | Local Use | 4/3/2024 | Local Use | FALSE |
| 1.98E+09 | African-American | M | 3 | W. O. Lance Elementary | Inactive | Enrolled | 3/19/2024 | Defiance | 3/20/2024 | Suspended/Out of School | FALSE |

| ID | Race | Sex | Grade | School | Status | Enrollment | Date | Incident | Date2 | Flag | Action |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1.97E+09 | African-American | M | 4 | W. O. Lance Elementary | Enrolled | Inactive | 3/16/2024 | Local Use | 4/6/2024 | FALSE | Local Use |
| 2E+09 | African-American | M | 4 | W. O. Lance Elementary | Enrolled | Active | 3/16/2024 | Local Use | 3/19/2024 | FALSE | Suspended/In School |
| 1.98E+09 | American Indian | M | 4 | W. O. Lance Elementary | Enrolled | Inactive | 3/16/2024 | Local Use | 3/20/2024 | FALSE | Suspended/In School |
| 1.97E+09 | African-American | F | 4 | W. O. Lance Elementary | Enrolled | Active | 3/16/2024 | Local Use | 4/6/2024 | FALSE | Local Use |
| 1.97E+09 | African-American | M | 6 | W. O. Lance Elementary | Enrolled |  | 3/15/2024 | Profanity/Vulgarity | 4/6/2024 | FALSE | Local Use |
| 1.97E+09 | African-American | M | 5 | W. O. Lance Elementary | Enrolled | Referred | 3/15/2024 | Profanity/Vulgarity | 3/20/2024 | FALSE | Suspended/In School |
| 1.97E+09 | African-American | M | 6 | W. O. Lance Elementary | Enrolled | Inactive | 3/15/2024 | Defiance | 4/6/2024 | FALSE | Local Use |
| 1.98E+09 | Hispanic | M | 5 | W. O. Lance Elementary | Enrolled | Inactive | 3/15/2024 | Profanity/Vulgarity | 3/19/2024 | FALSE | Suspended/In School |
| 1.97E+09 | Hispanic | M | 6 | W. O. Lance Elementary | Transferred | Inactive | 3/14/2024 | Defiance | 3/15/2024 | FALSE | Suspended/In School |
| 1.97E+09 | African-American | M | 6 | W. O. Lance Elementary | Enrolled | Active | 3/13/2024 | Local Use | 3/20/2024 | FALSE | Local Use |
| 1.97E+09 | African-American | M | 4 | W. O. Lance Elementary | Enrolled |  | 3/13/2024 | Local Use | 4/6/2024 | FALSE | Local Use |
| 1.98E+09 | Two or More | M | 2 | W. O. Lance Elementary | Enrolled | Inactive | 3/13/2024 | Theft/Larceny | 3/15/2024 | FALSE | Suspended/In School |
| 1.98E+09 | African-American | M | 3 | W. O. Lance Elementary | Enrolled | Inactive | 3/13/2024 | Local Use | 3/20/2024 | FALSE | Local Use |
| 2E+09 | African-American | M | 3 | W. O. Lance Elementary | Enrolled |  | 3/12/2024 | Local Use | 4/6/2024 | FALSE | Local Use |
| 1.98E+09 | Hispanic | F | 3 | W. O. Lance Elementary | Enrolled | Inactive | 3/12/2024 | Local Use | 4/6/2024 | FALSE | Local Use |
| 1.98E+09 | African-American | M | 3 | W. O. Lance Elementary | Enrolled | Inactive | 3/12/2024 | Local Use | 4/6/2024 | FALSE | Local Use |
| 1.97E+09 | African-American | M | 6 | W. O. Lance Elementary | Enrolled | Referred | 3/12/2024 | Local Use | 3/14/2024 | FALSE | Local Use |
| 2E+09 | African-American | M | 1 | W. O. Lance Elementary | Enrolled |  | 3/12/2024 | Local Use | 3/14/2024 | FALSE | Suspended/In School |
| 1.97E+09 | African-American | F | 6 | W. O. Lance Elementary | Enrolled | Active | 3/11/2024 | Local Use | 4/11/2024 | FALSE | Local Use |
| 2E+09 | African-American | M | 0 | W. O. Lance Elementary | Enrolled |  | 3/11/2024 | Defiance | 3/12/2024 | FALSE | Suspended/Out of School |
| 1.97E+09 | African-American | M | 5 | W. O. Lance Elementary | Enrolled |  | 3/7/2024 | Defiance | 3/8/2024 | FALSE | Suspended/Out of School |
| 1.98E+09 | African-American | M | 4 | W. O. Lance Elementary | Enrolled | Inactive | 3/7/2024 | Disruptive | 3/16/2024 | FALSE | Local Use |
| 1.97E+09 | African-American | F | 3 | W. O. Lance Elementary | Enrolled | Inactive | 3/5/2024 | Disruptive | 3/6/2024 | FALSE | Suspended/Out of School |
| 1.98E+09 | African-American | F | 3 | W. O. Lance Elementary | Enrolled | Inactive | 3/5/2024 | Disruptive | 3/8/2024 | FALSE | Suspended/In School |
| 2E+09 | African-American | F | 1 | W. O. Lance Elementary | Enrolled |  | 3/1/2024 | Local Use | 3/16/2024 | FALSE | Local Use |
| 2E+09 | Two or More | M | 5 | W. O. Lance Elementary | Enrolled | Referred | 3/1/2024 | Fighting | 3/4/2024 | FALSE | Suspended/Out of School |
| 1.97E+09 | African-American | M | 5 | W. O. Lance Elementary | Enrolled |  | 3/1/2024 | Fighting | 3/7/2024 | FALSE | Suspended/Out of School |
| 1.97E+09 | African-American | M | 5 | W. O. Lance Elementary | Enrolled |  | 3/1/2024 | Fighting | 3/4/2024 | FALSE | Suspended/In School |
| 2E+09 | Two or More | M | 5 | W. O. Lance Elementary | Enrolled | Referred | 3/1/2024 | Fighting | 3/6/2024 | FALSE | Suspended/In School |
| 1.97E+09 | African-American | M | 4 | W. O. Lance Elementary | Enrolled | Inactive | 2/29/2024 | Local Use | 3/5/2024 | FALSE | Local Use |
| 1.97E+09 | African-American | M | 6 | W. O. Lance Elementary | Enrolled | Active | 2/28/2024 | Defiance | 2/29/2024 | FALSE | Suspended/Out of School |
| 1.97E+09 | African-American | F | 4 | W. O. Lance Elementary | Enrolled | Active | 2/27/2024 | Disruptive | 3/16/2024 | FALSE | Local Use |
| 2E+09 | Hispanic | M | 5 | W. O. Lance Elementary | Enrolled | Active | 2/24/2024 | Local Use | 3/2/2024 | FALSE | Local Use |
| 2E+09 | African-American | M | 4 | W. O. Lance Elementary | Enrolled | Active | 2/24/2024 | Local Use | 3/2/2024 | FALSE | Local Use |
| 1.97E+09 | Two or More | F | 4 | W. O. Lance Elementary | Enrolled | Active | 2/24/2024 | Local Use | 3/2/2024 | FALSE | Local Use |
| 1.98E+09 | American Indian | M | 4 | W. O. Lance Elementary | Enrolled | Inactive | 2/24/2024 | Local Use | 3/2/2024 | FALSE | Local Use |
| 2E+09 | American Indian | F | 5 | W. O. Lance Elementary | Transferred | Inactive | 2/24/2024 | Local Use | 3/2/2024 | FALSE | Local Use |
| 2E+09 | Hispanic | M | 5 | W. O. Lance Elementary | Enrolled | Active | 2/23/2024 | Profanity/Vulgarity | 2/27/2024 | FALSE | Suspended/In School |
| 2E+09 | African-American | M | 1 | W. O. Lance Elementary | Enrolled |  | 2/23/2024 | Disruptive | 2/28/2024 | FALSE | Suspended/In School |
| 1.98E+09 | American Indian | M | 4 | W. O. Lance Elementary | Enrolled | Inactive | 2/23/2024 | Defiance | 2/26/2024 | FALSE | Suspended/In School |
| 2E+09 | African-American | M | 3 | W. O. Lance Elementary | Enrolled |  | 2/23/2024 | Local Use | 2/27/2024 | FALSE | Local Use |
| 1.98E+09 | African-American | M | 3 | W. O. Lance Elementary | Enrolled |  | 2/21/2024 | Harassment | 2/23/2024 | FALSE | Suspended/Out of School |
| 1.97E+09 | African-American | M | 5 | W. O. Lance Elementary | Enrolled |  | 2/21/2024 | Defiance | 2/22/2024 | FALSE | Suspended/Out of School |
| 1.97E+09 | African-American | M | 5 | W. O. Lance Elementary | Enrolled |  | 2/21/2024 | Defiance | 2/27/2024 | FALSE | Suspended/In School |
| 1.97E+09 | African-American | M | 5 | W. O. Lance Elementary | Enrolled | Referred | 2/21/2024 | Defiance | 2/22/2024 | FALSE | Suspended/In School |

| ID | Race | Sex | Grade | School | Status | Enrollment | Date | Infraction | Date2 | Action | Local | Flag |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1.97E+09 | African-American | F | 6 | W. O. Lance Elementary | Enrolled |  | 2/20/2024 | Local Use | 3/2/2024 |  | Local Use | FALSE |
| 1.97E+09 | African-American | M | 4 | W. O. Lance Elementary | Enrolled | Active | 2/20/2024 | Local Use | 3/2/2024 |  | Local Use | FALSE |
| 2E+09 | Hispanic | F | 4 | W. O. Lance Elementary | Enrolled |  | 2/20/2024 | Local Use | 2/22/2024 |  | Local Use | FALSE |
| 2E+09 | African-American | M | 0 | W. O. Lance Elementary | Transferred | Inactive | 2/17/2024 | Local Use | 3/2/2024 |  | Local Use | FALSE |
| 1.98E+09 | African-American | F | 3 | W. O. Lance Elementary | Enrolled | Inactive | 2/15/2024 | Defiance | 2/21/2024 |  | Suspended/In School | FALSE |
| 1.97E+09 | African-American | M | 5 | W. O. Lance Elementary | Enrolled |  | 2/15/2024 | Local Use | 2/16/2024 |  | Local Use | FALSE |
| 2E+09 | African-American | F | 0 | W. O. Lance Elementary | Enrolled |  | 2/12/2024 | Profanity/Vulgarity | 2/24/2024 |  | Local Use | FALSE |
| 2E+09 | African-American | F | 5 | W. O. Lance Elementary | Enrolled |  | 2/9/2024 | Inappropriate Use c | 2/24/2024 |  | Local Use | FALSE |
| 2E+09 | Hispanic | M | 5 | W. O. Lance Elementary | Enrolled | Active | 2/8/2024 | Local Use | 2/24/2024 |  | Local Use | FALSE |
| 1.98E+09 | African-American | M | 3 | W. O. Lance Elementary | Enrolled | Active | 2/8/2024 | Inappropriate Use c | 2/24/2024 |  | Local Use | FALSE |
| 1.97E+09 | African-American | M | 6 | W. O. Lance Elementary | Enrolled |  | 2/8/2024 | Vape/ Vapor, Posse | 2/26/2024 |  | Suspended/In School | FALSE |
| 1.97E+09 | African-American | M | 6 | W. O. Lance Elementary | Enrolled |  | 2/8/2024 | Knife, Possession | 2/16/2024 |  | Suspended/In School | FALSE |
| 1.97E+09 | African-American | M | 6 | W. O. Lance Elementary | Enrolled |  | 2/8/2024 | Knife, Possession | 2/9/2024 |  | Suspended/Out of School | FALSE |
| 2E+09 | Hispanic | F | 6 | W. O. Lance Elementary | Enrolled | Inactive | 2/7/2024 | Profanity/Vulgarity | 2/24/2024 |  | Local Use | FALSE |
| 1.97E+09 | Hispanic | F | 6 | W. O. Lance Elementary | Enrolled | Referred | 2/7/2024 | Profanity/Vulgarity | 2/24/2024 |  | Local Use | FALSE |
| 2E+09 | American Indian | F | 5 | W. O. Lance Elementary | Transferred | Inactive | 2/7/2024 | Profanity/Vulgarity | 2/24/2024 |  | Local Use | FALSE |
| 1.97E+09 | African-American | M | 5 | W. O. Lance Elementary | Enrolled |  | 2/6/2024 | Fighting | 2/7/2024 |  | Suspended/Out of School | FALSE |
| 1.97E+09 | African-American | M | 5 | W. O. Lance Elementary | Enrolled | Referred | 2/6/2024 | Fighting | 2/9/2024 |  | Suspended/In School | FALSE |
| 1.98E+09 | African-American | M | 5 | W. O. Lance Elementary | Enrolled | Referred | 2/6/2024 | Fighting | 2/7/2024 |  | Suspended/Out of School | FALSE |
| 1.97E+09 | African-American | M | 5 | W. O. Lance Elementary | Enrolled |  | 2/6/2024 | Fighting | 2/9/2024 |  | Suspended/In School | FALSE |
| 1.97E+09 | African-American | M | 6 | W. O. Lance Elementary | Enrolled | Active | 2/5/2024 | Defiance | 2/6/2024 |  | Local Use | FALSE |
| 2E+09 | Hispanic | M | 4 | W. O. Lance Elementary | Enrolled |  | 2/3/2024 | Local Use | 2/21/2024 |  | Suspended/In School | FALSE |
| 1.97E+09 | Two or More | F | 4 | W. O. Lance Elementary | Enrolled | Active | 2/2/2024 | Theft/Larceny | 2/24/2024 |  | Local Use | FALSE |
| 1.98E+09 | African-American | F | 3 | W. O. Lance Elementary | Enrolled | Referred | 1/31/2024 | Local Use | 1/31/2024 |  | Local Use | FALSE |
| 1.98E+09 | African-American | M | 3 | W. O. Lance Elementary | Enrolled |  | 1/31/2024 | Local Use | 1/31/2024 |  | Suspended/In School | FALSE |
| 1.98E+09 | African-American | M | 3 | W. O. Lance Elementary | Enrolled | Inactive | 1/31/2024 | Defiance | 2/1/2024 |  | Suspended/In School | FALSE |
| 2E+09 | African-American | M | 1 | W. O. Lance Elementary | Enrolled |  | 1/30/2024 | Defiance | 1/31/2024 |  | Suspended/Out of School | FALSE |
| 1.97E+09 | African-American | F | 5 | W. O. Lance Elementary | Transferred | Inactive | 1/30/2024 | Defiance | 1/31/2024 |  | Suspended/In School | FALSE |
| 1.97E+09 | African-American | F | 5 | W. O. Lance Elementary | Transferred | Inactive | 1/30/2024 | Defiance | 1/31/2024 |  | Suspended/In School | FALSE |
| 1.98E+09 | African-American | M | 3 | W. O. Lance Elementary | Enrolled | Active | 1/30/2024 | Local Use | 2/24/2024 |  | Local Use | FALSE |
| 2E+09 | African-American | M | 0 | W. O. Lance Elementary | Enrolled | Active | 1/29/2024 | Defiance | 2/5/2024 |  | Suspended/In School | FALSE |
| 1.98E+09 | African-American | F | 4 | W. O. Lance Elementary | Enrolled | Inactive | 1/29/2024 | Inappropriate Use c | 2/3/2024 |  | Local Use | FALSE |
| 1.98E+09 | American Indian | M | 4 | W. O. Lance Elementary | Enrolled | Inactive | 1/26/2024 | Disruptive | 2/24/2024 |  | Local Use | FALSE |
| 2E+09 | African-American | M | 4 | W. O. Lance Elementary | Enrolled | Active | 1/25/2024 | Local Use | 2/24/2024 |  | Local Use | FALSE |
| 1.98E+09 | African-American | M | 3 | W. O. Lance Elementary | Enrolled | Active | 1/25/2024 | Local Use | 1/25/2024 |  | Local Use | FALSE |
| 2E+09 | American Indian | M | 4 | W. O. Lance Elementary | Transferred | Inactive | 1/25/2024 | Knife, Possession | 1/26/2024 |  | Suspended/Out of School | FALSE |
| 2E+09 | American Indian | F | 4 | W. O. Lance Elementary | Transferred | Inactive | 1/25/2024 | Knife, Possession | 2/2/2024 |  | Suspended/In School | FALSE |
| 1.97E+09 | African-American | M | 5 | W. O. Lance Elementary | Enrolled |  | 1/23/2024 | Defiance | 1/24/2024 |  | Suspended/In School | FALSE |
| 1.98E+09 | African-American | F | 3 | W. O. Lance Elementary | Enrolled |  | 1/22/2024 | Local Use | 1/22/2024 |  | Local Use | FALSE |
| 1.98E+09 | African-American | F | 3 | W. O. Lance Elementary | Enrolled |  | 1/22/2024 | Local Use | 2/24/2024 |  | Local Use | FALSE |
| 1.97E+09 | African-American | M | 6 | W. O. Lance Elementary | Enrolled | Active | 1/20/2024 | Local Use | 1/23/2024 |  | Suspended/In School | FALSE |
| 2E+09 | Hispanic | M | 4 | W. O. Lance Elementary | Enrolled |  | 1/20/2024 | Local Use | 1/27/2024 |  | Local Use | FALSE |
| 1.98E+09 | African-American | F | 2 | W. O. Lance Elementary | Enrolled | Active | 1/19/2024 | Defiance | 1/24/2024 |  | Local Use | FALSE |
| 2E+09 | African-American | M | 0 | W. O. Lance Elementary | Enrolled | Active | 1/19/2024 | Defiance | 1/22/2024 |  | Local Use | FALSE |
| 2E+09 | African-American | F | 5 | W. O. Lance Elementary | Enrolled |  | 1/18/2024 | Inappropriate Use c | 2/3/2024 |  | Local Use | FALSE |

| ID | Race | Sex | School | Status | Enrollment | Date | Reason | Date2 | Action | Flag | Type |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1.97E+09 | African-American | M | 6 W. O. Lance Elementary | Enrolled | Inactive | 1/18/2024 | Local Use | 2/24/2024 | | FALSE | Local Use |
| 2E+09 | African-American | M | 1 W. O. Lance Elementary | Enrolled | | 1/15/2024 | Local Use | ######## | | FALSE | Local Use |
| 2E+09 | African-American | M | 1 W. O. Lance Elementary | Enrolled | | 1/15/2024 | Local Use | ######## | | FALSE | Local Use |
| 1.98E+09 | African-American | F | 3 W. O. Lance Elementary | Enrolled | Inactive | 1/11/2024 | Defiance | 1/16/2024 | | FALSE | Local Use |
| 1.98E+09 | African-American | F | 3 W. O. Lance Elementary | Enrolled | Inactive | 1/11/2024 | Disruptive | 1/19/2024 | | FALSE | Suspended/In School |
| 1.97E+09 | African-American | M | 5 W. O. Lance Elementary | Enrolled | | 1/11/2024 | Defiance | 1/18/2024 | | FALSE | Suspended/In School |
| 2E+09 | African-American | M | 0 W. O. Lance Elementary | Transferred | Inactive | 1/10/2024 | Local Use | 1/27/2024 | | FALSE | Local Use |
| 1.97E+09 | African-American | M | 5 W. O. Lance Elementary | Enrolled | | 1/10/2024 | Local Use | 1/27/2024 | | FALSE | Local Use |
| 1.98E+09 | African-American | M | 3 W. O. Lance Elementary | Enrolled | | 1/4/2024 | Local Use | 1/5/2024 | | FALSE | Local Use |
| 1.98E+09 | Hispanic | F | 3 W. O. Lance Elementary | Enrolled | Active | | Local Use | 1/5/2024 | | FALSE | Local Use |
| 1.98E+09 | White | M | 0 W. O. Lance Elementary | Enrolled | Active | ######## | Local Use | 1/20/2024 | | FALSE | Local Use |
| 1.97E+09 | Hispanic | F | 5 W. O. Lance Elementary | Enrolled | | ######## | Local Use | 1/3/2024 | | FALSE | Suspended/In School |
| 2E+09 | African-American | M | 0 W. O. Lance Elementary | Enrolled | | ######## | Local Use | 1/4/2024 | | FALSE | Suspended/In School |
| 2E+09 | African-American | M | 1 W. O. Lance Elementary | Enrolled | | ######## | Local Use | 1/4/2024 | | FALSE | Suspended/In School |
| 1.97E+09 | African-American | M | 5 W. O. Lance Elementary | Enrolled | Active | ######## | Local Use | ######## | | FALSE | Suspended/Out of School |
| 1.97E+09 | African-American | F | 6 W. O. Lance Elementary | Enrolled | Referred | ######## | Fighting | ######## | | FALSE | Suspended/In School |
| 1.97E+09 | African-American | F | 6 W. O. Lance Elementary | Enrolled | Referred | ######## | Fighting | 1/3/2024 | | FALSE | Local Use |
| 1.97E+09 | African-American | F | 5 W. O. Lance Elementary | Enrolled | Inactive | ######## | Inappropriate Use c | ######## | | FALSE | Suspended/Out of School |
| 1.98E+09 | African-American | F | 6 W. O. Lance Elementary | Enrolled | | ######## | Fighting | ######## | | FALSE | Suspended/In School |
| 1.98E+09 | African-American | F | 6 W. O. Lance Elementary | Enrolled | | ######## | Fighting | 1/3/2024 | | FALSE | Suspended/In School |
| 1.97E+09 | African-American | M | 5 W. O. Lance Elementary | Enrolled | Active | ######## | Local Use | ######## | | FALSE | Local Use |
| 2E+09 | African-American | M | 2 W. O. Lance Elementary | Enrolled | | 12/8/2023 | Local Use | 12/2/2023 | | FALSE | Local Use |
| 2E+09 | African-American | M | 1 W. O. Lance Elementary | Enrolled | | 12/8/2023 | Local Use | ######## | | FALSE | Local Use |
| 2E+09 | Hispanic | M | 4 W. O. Lance Elementary | Enrolled | | 12/7/2023 | Local Use | 1/20/2024 | | FALSE | Local Use |
| 1.97E+09 | African-American | M | 5 W. O. Lance Elementary | Enrolled | | 12/7/2023 | Defiance | ######## | | FALSE | Local Use |
| 1.97E+09 | African-American | F | 5 W. O. Lance Elementary | Transferred | Inactive | 12/6/2023 | Local Use | 12/7/2023 | | FALSE | Suspended/In School |
| 1.97E+09 | African-American | F | 5 W. O. Lance Elementary | Transferred | Inactive | 12/6/2023 | Defiance | 12/7/2023 | | FALSE | Suspended/In School |
| 1.97E+09 | African-American | F | 5 W. O. Lance Elementary | Enrolled | | 12/5/2023 | Local Use | 12/5/2023 | | FALSE | Local Use |
| 1.97E+09 | African-American | F | 5 W. O. Lance Elementary | Enrolled | Active | 12/5/2023 | Local Use | 12/5/2023 | | FALSE | Local Use |
| 2E+09 | African-American | M | 0 W. O. Lance Elementary | Enrolled | Active | 12/5/2023 | Defiance | 12/6/2023 | | FALSE | Suspended/In School |
| 1.98E+09 | African-American | M | 3 W. O. Lance Elementary | Enrolled | Inactive | 12/4/2023 | Defiance | ######## | | FALSE | Local Use |
| 2E+09 | African-American | M | 1 W. O. Lance Elementary | Enrolled | | 12/4/2023 | Profanity/Vulgarity | ######## | | FALSE | Local Use |
| 1.98E+09 | African-American | M | 3 W. O. Lance Elementary | Enrolled | | 12/2/2023 | Local Use | 12/7/2023 | | FALSE | Suspended/In School |
| 1.98E+09 | African-American | M | 3 W. O. Lance Elementary | Enrolled | Active | 12/2/2023 | Local Use | ######## | | FALSE | Local Use |
| 1.97E+09 | African-American | M | 6 W. O. Lance Elementary | Enrolled | | 12/2/2023 | Local Use | ######## | | FALSE | Local Use |
| 2E+09 | African-American | M | 0 W. O. Lance Elementary | Enrolled | | 12/2/2023 | Local Use | ######## | | FALSE | Local Use |
| 1.97E+09 | Hispanic | F | 5 W. O. Lance Elementary | Enrolled | | 12/2/2023 | Local Use | ######## | | FALSE | Local Use |
| 2E+09 | African-American | M | 2 W. O. Lance Elementary | Enrolled | | 12/2/2023 | Local Use | ######## | | FALSE | Local Use |
| 1.98E+09 | African-American | F | 3 W. O. Lance Elementary | Enrolled | | 12/2/2023 | Local Use | 1/20/2024 | | FALSE | Local Use |
| 2E+09 | African-American | M | 0 W. O. Lance Elementary | Enrolled | Active | 12/2/2023 | Local Use | ######## | | FALSE | Local Use |
| 1.98E+09 | African-American | F | 3 W. O. Lance Elementary | Enrolled | Inactive | 12/2/2023 | Local Use | ######## | | FALSE | Local Use |
| 1.98E+09 | African-American | M | 3 W. O. Lance Elementary | Enrolled | | 12/2/2023 | Local Use | 12/7/2023 | | FALSE | Suspended/In School |
| 2E+09 | African-American | M | 1 W. O. Lance Elementary | Enrolled | | 12/2/2023 | Local Use | ######## | | FALSE | Local Use |
| 1.97E+09 | African-American | M | 4 W. O. Lance Elementary | Enrolled | Inactive | ######## | Local Use | ######## | | FALSE | Local Use |
| 1.98E+09 | White | M | 0 W. O. Lance Elementary | Enrolled | Active | ######## | Local Use | ######## | | FALSE | Local Use |
| 1.97E+09 | African-American | M | 5 W. O. Lance Elementary | Enrolled | Active | ######## | Profanity/Vulgarity | 12/2/2023 | | FALSE | Local Use |

| ID | Race | Gender | School | Status | Activity | Date | Infraction | Date2 | Flag | Action |
|---|---|---|---|---|---|---|---|---|---|---|
| 1.98E+09 | African-American | F | 2 W. O. Lance Elementary | Enrolled | Active | ######## | Defiance | ######## | FALSE | Local Use |
| 1.97E+09 | African-American | M | 6 W. O. Lance Elementary | Enrolled | | ######## | Vape/ Vapor, Posse | ######## | FALSE | Suspended/Out of School |
| 1.97E+09 | African-American | M | 5 W. O. Lance Elementary | Enrolled | | ######## | Vape/ Vapor, Posse | ######## | FALSE | Suspended/In School |
| 1.97E+09 | African-American | M | 6 W. O. Lance Elementary | Enrolled | | ######## | Vape/ Vapor, Posse | ######## | FALSE | Suspended/In School |
| 2E+09 | African-American | M | 0 W. O. Lance Elementary | Enrolled | Active | ######## | Local Use | 12/2/2023 | FALSE | Local Use |
| 2E+09 | African-American | F | 4 W. O. Lance Elementary | Enrolled | | ######## | Local Use | ######## | FALSE | Local Use |
| 2E+09 | African-American | M | 1 W. O. Lance Elementary | Enrolled | | ######## | Disruptive | 12/2/2023 | FALSE | Local Use |
| 1.97E+09 | African-American | M | 6 W. O. Lance Elementary | Enrolled | Active | ######## | Local Use | 12/2/2023 | FALSE | Local Use |
| 1.97E+09 | African-American | F | 5 W. O. Lance Elementary | Transferred | Inactive | 11/8/2023 | Disruptive | 11/9/2023 | FALSE | Suspended/In School |
| 1.97E+09 | African-American | M | 5 W. O. Lance Elementary | Enrolled | | 11/8/2023 | Defiance | 11/9/2023 | FALSE | Suspended/In School |
| 1.97E+09 | African-American | M | 6 W. O. Lance Elementary | Enrolled | | 11/6/2023 | Vape/ Vapor, Posse | 11/7/2023 | FALSE | Suspended/In School |
| 1.97E+09 | African-American | F | 5 W. O. Lance Elementary | Transferred | | 11/4/2023 | Local Use | 11/7/2023 | FALSE | Suspended/In School |
| 1.97E+09 | African-American | F | 5 W. O. Lance Elementary | Transferred | Inactive | 11/4/2023 | Local Use | 11/7/2023 | FALSE | Suspended/In School |
| 1.97E+09 | African-American | M | 5 W. O. Lance Elementary | Transferred | Inactive | 11/3/2023 | Defiance | 11/7/2023 | FALSE | Suspended/In School |
| 1.98E+09 | African-American | F | 3 W. O. Lance Elementary | Enrolled | | 11/2/2023 | Local Use | 12/2/2023 | FALSE | Local Use |
| 1.98E+09 | African-American | F | 3 W. O. Lance Elementary | Enrolled | Inactive | 11/2/2023 | Local Use | 12/2/2023 | FALSE | Local Use |
| 1.97E+09 | African-American | M | 5 W. O. Lance Elementary | Enrolled | | 11/2/2023 | Defiance | 11/3/2023 | FALSE | Suspended/In School |
| 2E+09 | African-American | M | 1 W. O. Lance Elementary | Enrolled | | 11/2/2023 | Defiance | 12/2/2023 | FALSE | Local Use |
| 1.97E+09 | African-American | M | 5 W. O. Lance Elementary | Enrolled | | 11/2/2023 | Defiance | 11/3/2023 | FALSE | Suspended/In School |
| 1.97E+09 | Hispanic | F | 5 W. O. Lance Elementary | Enrolled | | 11/2/2023 | Local Use | 12/2/2023 | FALSE | Local Use |
| 2E+09 | African-American | M | 0 W. O. Lance Elementary | Enrolled | | 11/1/2023 | Local Use | 12/2/2023 | FALSE | Local Use |
| 1.98E+09 | African-American | M | 2 W. O. Lance Elementary | Enrolled | Active | ######## | Profanity/Vulgarity | 12/2/2023 | FALSE | Local Use |
| 1.97E+09 | African-American | F | 5 W. O. Lance Elementary | Transferred | Inactive | ######## | Profanity/Vulgarity | 11/4/2023 | FALSE | Local Use |
| 1.97E+09 | African-American | M | 4 W. O. Lance Elementary | Enrolled | Inactive | ######## | Vape/ Vapor, Posse | ######## | FALSE | Suspended/In School |
| 1.97E+09 | African-American | F | 5 W. O. Lance Elementary | Transferred | | ######## | Local Use | 11/4/2023 | FALSE | Local Use |
| 1.97E+09 | African-American | F | 5 W. O. Lance Elementary | Transferred | Inactive | ######## | Local Use | 11/4/2023 | FALSE | Local Use |
| 1.98E+09 | Two or More | M | 2 W. O. Lance Elementary | Enrolled | Inactive | ######## | Local Use | ######## | FALSE | Suspended/In School |
| 1.98E+09 | African-American | M | 3 W. O. Lance Elementary | Enrolled | | ######## | Local Use | 11/4/2023 | FALSE | Local Use |
| 1.97E+09 | African-American | M | 6 W. O. Lance Elementary | Enrolled | | ######## | Defiance | 11/2/2023 | FALSE | Local Use |
| 1.97E+09 | White | F | 5 W. O. Lance Elementary | Enrolled | | ######## | Defiance | 11/2/2023 | FALSE | Local Use |
| 1.97E+09 | White | M | 3 W. O. Lance Elementary | Enrolled | Active | ######## | Defiance | 11/2/2023 | FALSE | Local Use |
| 2E+09 | American Indian | M | 5 W. O. Lance Elementary | Enrolled | Inactive | ######## | Vape/ Vapor, Posse | ######## | FALSE | Suspended/In School |
| 1.97E+09 | African-American | M | 5 W. O. Lance Elementary | Enrolled | | ######## | Threat/Intimidation | ######## | FALSE | Suspended/In School |
| 1.97E+09 | African-American | M | 4 W. O. Lance Elementary | Enrolled | Inactive | ######## | Local Use | ######## | FALSE | Suspended/In School |
| 2E+09 | Hispanic | M | 1 W. O. Lance Elementary | Enrolled | Inactive | ######## | Local Use | ######## | FALSE | Local Use |
| 1.98E+09 | African-American | M | 3 W. O. Lance Elementary | Enrolled | | ######## | Defiance | ######## | FALSE | Local Use |
| 1.97E+09 | African-American | M | 5 W. O. Lance Elementary | Enrolled | | ######## | Defiance | ######## | FALSE | Suspended/In School |
| 2E+09 | African-American | M | 0 W. O. Lance Elementary | Enrolled | | ######## | Defiance | ######## | FALSE | Local Use |
| 1.98E+09 | African-American | M | 3 W. O. Lance Elementary | Enrolled | | ######## | Local Use | ######## | FALSE | Local Use |
| 1.98E+09 | African-American | M | 3 W. O. Lance Elementary | Transferred | | ######## | Local Use | ######## | FALSE | Local Use |
| 1.98E+09 | African-American | M | 3 W. O. Lance Elementary | Enrolled | Active | ######## | Local Use | ######## | FALSE | Local Use |
| 1.97E+09 | African-American | F | 5 W. O. Lance Elementary | Transferred | | ######## | Defiance | ######## | FALSE | Local Use |
| 2E+09 | Hispanic | M | 4 W. O. Lance Elementary | Enrolled | | ######## | Defiance | ######## | FALSE | Local Use |
| 1.98E+09 | Two or More | M | 2 W. O. Lance Elementary | Enrolled | Inactive | 10/7/2023 | Local Use | ######## | FALSE | Local Use |
| 1.97E+09 | African-American | F | 5 W. O. Lance Elementary | Enrolled | Active | 10/7/2023 | Local Use | ######## | FALSE | Suspended/In School |

| ID | Race | Sex | School | Status | Enrollment | Date | Incident | Date2 | Flag | Action |
|---|---|---|---|---|---|---|---|---|---|---|
| 1.98E+09 | African-American | F | 3 W. O. Lance Elementary | Enrolled | Inactive | 10/6/2023 | Defiance | ######## | FALSE | Local Use |
| 1.97E+09 | African-American | M | 3 W. O. Lance Elementary | Enrolled |  | 10/6/2023 | Defiance | 10/9/2023 | FALSE | Suspended/In School |
| 1.97E+09 | African-American | M | 5 W. O. Lance Elementary | Enrolled |  | 10/6/2023 | Defiance | 10/9/2023 | FALSE | Suspended/Out of School |
| 1.97E+09 | African-American | F | 5 W. O. Lance Elementary | Transferred | Inactive | 10/5/2023 | Local Use | ######## | FALSE | Local Use |
| 1.97E+09 | African-American | F | 5 W. O. Lance Elementary | Transferred |  | 10/5/2023 | Local Use | ######## | FALSE | Local Use |
| 1.98E+09 | Two or More | M | 2 W. O. Lance Elementary | Enrolled | Inactive | 10/5/2023 | Profanity/Vulgarity | 10/7/2023 | FALSE | Local Use |
| 2E+09 | African-American | M | 1 W. O. Lance Elementary | Transferred | Inactive | 10/5/2023 | Defiance | 10/6/2023 | FALSE | Suspended/In School |
| 1.97E+09 | African-American | M | 5 W. O. Lance Elementary | Enrolled |  | 9/28/2023 | Defiance | 9/29/2023 | FALSE | Suspended/Out of School |
| 1.97E+09 | African-American | M | 5 W. O. Lance Elementary | Enrolled |  | 9/28/2023 | Defiance | 10/6/2023 | FALSE | Suspended/In School |
| 1.97E+09 | African-American | F | 5 W. O. Lance Elementary | Enrolled | Referred | 9/27/2023 | Fighting | 9/28/2023 | FALSE | Suspended/Out of School |
| 1.97E+09 | African-American | F | 5 W. O. Lance Elementary | Transferred | Inactive | 9/27/2023 | Fighting | 10/3/2023 | FALSE | Suspended/In School |
| 1.97E+09 | African-American | F | 5 W. O. Lance Elementary | Transferred | Inactive | 9/27/2023 | Fighting | 9/28/2023 | FALSE | Suspended/Out of School |
| 1.97E+09 | African-American | F | 5 W. O. Lance Elementary | Enrolled | Referred | 9/27/2023 | Fighting | 10/3/2023 | FALSE | Suspended/In School |
| 1.98E+09 | African-American | F | 4 W. O. Lance Elementary | Enrolled | Inactive | 9/26/2023 | Local Use | 9/26/2023 | FALSE | Local Use |
| 1.98E+09 | African-American | F | 4 W. O. Lance Elementary | Enrolled | Inactive | 9/26/2023 | Local Use | 9/26/2023 | FALSE | Local Use |
| 2E+09 | Hispanic | M | 4 W. O. Lance Elementary | Enrolled |  | 9/25/2023 | Defiance | 9/28/2023 | FALSE | Local Use |
| 2E+09 | African-American | M | 1 W. O. Lance Elementary | Transferred | Inactive | 9/25/2023 | Defiance | 9/26/2023 | FALSE | Suspended/Out of School |
| 1.98E+09 | Hispanic | M | 5 W. O. Lance Elementary | Enrolled | Inactive | 9/23/2023 | Local Use | 9/27/2023 | FALSE | Suspended/In School |
| 1.97E+09 | African-American | F | 5 W. O. Lance Elementary | Enrolled | Active | 9/23/2023 | Local Use | 10/7/2023 | FALSE | Local Use |
| 1.97E+09 | African-American | M | 5 W. O. Lance Elementary | Enrolled |  | 9/23/2023 | Local Use | 9/29/2023 | FALSE | Suspended/In School |
| 1.97E+09 | African-American | M | 5 W. O. Lance Elementary | Enrolled | Referred | 9/23/2023 | Local Use | 10/7/2023 | FALSE | Local Use |
| 1.97E+09 | African-American | M | 5 W. O. Lance Elementary | Enrolled |  | 9/22/2023 | Defiance | 9/26/2023 | FALSE | Suspended/Out of School |
| 1.97E+09 | African-American | M | 5 W. O. Lance Elementary | Enrolled |  | 9/22/2023 | Defiance | 9/22/2023 | FALSE | Local Use |
| 1.98E+09 | African-American | F | 3 W. O. Lance Elementary | Enrolled | Inactive | 9/21/2023 | Defiance | 9/22/2023 | FALSE | Local Use |
| 1.97E+09 | African-American | M | 5 W. O. Lance Elementary | Enrolled |  | 9/21/2023 | Defiance | 9/22/2023 | FALSE | Suspended/In School |
| 1.97E+09 | African-American | M | 5 W. O. Lance Elementary | Enrolled |  | 9/21/2023 | Vape/ Vapor, Posse | 9/22/2023 | FALSE | Suspended/In School |
| 2E+09 | African-American | M | 0 W. O. Lance Elementary | Enrolled |  | 9/21/2023 | Local Use | 9/21/2023 | FALSE | Local Use |
| 2E+09 | African-American | M | 0 W. O. Lance Elementary | Enrolled |  | 9/21/2023 | Local Use | 9/21/2023 | FALSE | Local Use |
| 1.97E+09 | African-American | M | 5 W. O. Lance Elementary | Enrolled |  | 9/20/2023 | Disruptive | 9/23/2023 | FALSE | Local Use |
| 1.97E+09 | African-American | M | 5 W. O. Lance Elementary | Enrolled | Referred | 9/20/2023 | Defiance | 9/23/2023 | FALSE | Local Use |
| 2E+09 | African-American | M | 1 W. O. Lance Elementary | Transferred | Inactive | 9/19/2023 | Disruptive | 9/19/2023 | FALSE | Local Use |
| 2E+09 | African-American | M | 1 W. O. Lance Elementary | Transferred | Inactive | 9/19/2023 | Disruptive | 9/19/2023 | FALSE | Local Use |
| 2E+09 | African-American | M | 1 W. O. Lance Elementary | Transferred | Inactive | 9/19/2023 | Disruptive | 9/19/2023 | FALSE | Local Use |
| 1.97E+09 | African-American | F | 5 W. O. Lance Elementary | Enrolled | Active | 9/18/2023 | Defiance | 9/23/2023 | FALSE | Local Use |
| 2E+09 | African-American | M | 0 W. O. Lance Elementary | Transferred | Inactive | 9/15/2023 | Disruptive | 9/19/2023 | FALSE | Local Use |
| 2E+09 | African-American | M | 0 W. O. Lance Elementary | Transferred | Inactive | 9/15/2023 | Disruptive | 9/19/2023 | FALSE | Local Use |
| 2E+09 | African-American | M | 0 W. O. Lance Elementary | Transferred | Inactive | 9/15/2023 | Disruptive | 9/18/2023 | FALSE | Local Use |
| 2E+09 | African-American | M | 0 W. O. Lance Elementary | Transferred | Inactive | 9/15/2023 | Disruptive | 9/19/2023 | FALSE | Local Use |
| 1.97E+09 | African-American | M | 5 W. O. Lance Elementary | Enrolled |  | 9/14/2023 | Defiance | 9/15/2023 | FALSE | Local Use |
| 1.98E+09 | African-American | F | 2 W. O. Lance Elementary | Enrolled |  | 9/13/2023 | Fighting | 9/19/2023 | FALSE | Suspended/In School |
| 1.98E+09 | African-American | F | 2 W. O. Lance Elementary | Enrolled |  | 9/13/2023 | Fighting | 9/15/2023 | FALSE | Suspended/Out of School |
| 1.98E+09 | African-American | F | 4 W. O. Lance Elementary | Transferred |  | 9/13/2023 | Fighting | 9/19/2023 | FALSE | Suspended/In School |
| 1.98E+09 | African-American | F | 4 W. O. Lance Elementary | Transferred |  | 9/13/2023 | Fighting | 9/15/2023 | FALSE | Suspended/Out of School |
| 1.98E+09 | Hispanic | M | 5 W. O. Lance Elementary | Enrolled | Inactive | 9/13/2023 | Profanity/Vulgarity | 9/23/2023 | FALSE | Local Use |

| ID | Race | Sex | Grade | School | Status | Status2 | Date | Incident | Date2 | Flag | Action |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1.97E+09 | African-American | M | 6 | W. O. Lance Elementary | Enrolled | | 9/13/2023 | Vape/ Vapor, Posse | 9/14/2023 | FALSE | Suspended/In School |
| 1.97E+09 | African-American | M | 5 | W. O. Lance Elementary | Enrolled | | 9/12/2023 | Local Use | 9/23/2023 | FALSE | Local Use |
| 1.98E+09 | African-American | F | 3 | W. O. Lance Elementary | Enrolled | Inactive | 9/12/2023 | Defiance | 9/13/2023 | FALSE | Local Use |
| 1.98E+09 | African-American | F | 2 | W. O. Lance Elementary | Enrolled | Active | 9/6/2023 | Defiance | 9/8/2023 | FALSE | Local Use |
| 1.97E+09 | African-American | M | 5 | W. O. Lance Elementary | Enrolled | | 8/31/2023 | Defiance | 9/4/2023 | FALSE | Local Use |
| 1.97E+09 | African-American | M | 5 | W. O. Lance Elementary | Enrolled | | 8/29/2023 | Defiance | 8/31/2023 | FALSE | Local Use |
| 2E+09 | Two or More | M | 5 | W. O. Lance Elementary | Enrolled | Referred | 8/25/2023 | Inappropriate Use c | 8/28/2023 | FALSE | Local Use |
| 2E+09 | Two or More | M | 5 | W. O. Lance Elementary | Enrolled | Referred | 8/25/2023 | Inappropriate Use c | 8/28/2023 | FALSE | Local Use |
| 2E+09 | Two or More | M | 5 | W. O. Lance Elementary | Enrolled | Referred | 8/25/2023 | Inappropriate Use c | 8/29/2023 | FALSE | Local Use |
| 1.97E+09 | African-American | F | 5 | W. O. Lance Elementary | Enrolled | Inactive | 8/25/2023 | Inappropriate Use c | 8/28/2023 | FALSE | Local Use |
| 1.97E+09 | African-American | F | 5 | W. O. Lance Elementary | Enrolled | Inactive | 8/25/2023 | Inappropriate Use c | 8/25/2023 | FALSE | Local Use |
| 1.97E+09 | African-American | F | 5 | W. O. Lance Elementary | Enrolled | Inactive | 8/25/2023 | Inappropriate Use c | 8/25/2023 | FALSE | Local Use |
| 1.97E+09 | African-American | F | 6 | W. O. Lance Elementary | Enrolled | | 8/23/2023 | Fighting | 8/24/2023 | FALSE | Suspended/Out of School |
| 1.97E+09 | African-American | F | 6 | W. O. Lance Elementary | Transferred | | 8/23/2023 | Fighting | 8/28/2023 | FALSE | Suspended/In School |
| 1.97E+09 | African-American | F | 6 | W. O. Lance Elementary | Transferred | | 8/23/2023 | Fighting | 8/24/2023 | FALSE | Suspended/Out of School |
| 1.97E+09 | African-American | F | 6 | W. O. Lance Elementary | Enrolled | | 8/23/2023 | Fighting | 8/28/2023 | FALSE | Suspended/In School |