# EXHIBIT 17C

| SSID | Ethnicity | Gender | Grade | School | Enroll Stat | Special Prc | Infraction | S Category | Action Sta | Reported t | SIR Category |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1.97E+09 | African-American | M | 9 | Lanett High School | Enrolled |  | ######## | Local Use | ######## | FALSE | Suspended/In School |
| 1.97E+09 | Hispanic | F | 9 | Lanett High School | Enrolled | Inactive | 5/8/2024 | Assault | 5/9/2024 | FALSE | Suspended/Out of School |
| 1.97E+09 | African-American | M | 9 | Lanett High School | Enrolled |  | 5/8/2024 | Threat/Intimidation | 5/9/2024 | FALSE | Suspended/In School |
| 2E+09 | African-American | F | 11 | Lanett High School | Enrolled |  | 5/8/2024 | Local Use | 5/8/2024 | FALSE | Local Use |
| 2E+09 | African-American | F | 11 | Lanett High School | Enrolled |  | 5/8/2024 | Local Use | ######## | FALSE | Local Use |
| 2E+09 | Hispanic | F | 9 | Lanett High School | Enrolled | Inactive | 5/7/2024 | Local Use | 5/9/2024 | FALSE | Suspended/In School |
| 1.97E+09 | African-American | M | 9 | Lanett High School | Enrolled |  | 5/6/2024 | Local Use | ######## | FALSE | Local Use |
| 2E+09 | African-American | M | 9 | Lanett High School | Enrolled |  | 5/6/2024 | Local Use | ######## | FALSE | Local Use |
| 2E+09 | African-American | F | 9 | Lanett High School | Enrolled |  | 5/4/2024 | Local Use | 5/7/2024 | FALSE | Suspended/In School |
| 1.97E+09 | African-American | F | 9 | Lanett High School | Enrolled |  | 5/4/2024 | Local Use | 5/7/2024 | FALSE | Suspended/In School |
| 1.97E+09 | African-American | M | 9 | Lanett High School | Enrolled |  | 5/4/2024 | Local Use | 5/7/2024 | FALSE | Suspended/In School |
| 1.97E+09 | African-American | M | 9 | Lanett High School | Enrolled | Active | 5/4/2024 | Local Use | 5/7/2024 | FALSE | Suspended/Out of School |
| 1.98E+09 | Hispanic | F | 10 | Lanett High School | Enrolled | Inactive | 5/2/2024 | Drug, Possession | 5/3/2024 | FALSE | Suspended/Out of School |
| 1.97E+09 | American Indian | F | 10 | Lanett High School | Enrolled | Active | 5/2/2024 | Drug, Possession | 5/3/2024 | FALSE | Suspended/In School |
| 1.97E+09 | African-American | M | 9 | Lanett High School | Enrolled | Active | 5/1/2024 | Other Incident | 5/2/2024 | FALSE | Suspended/Out of School |
| 1.97E+09 | African-American | M | 9 | Lanett High School | Enrolled | Referred | 5/1/2024 | Other Incident | 5/2/2024 | FALSE | Suspended/Out of School |
| 1.97E+09 | African-American | F | 10 | Lanett High School | Enrolled |  | ######## | Local Use | 5/4/2024 | FALSE | Local Use |
| 1.97E+09 | African-American | M | 9 | Lanett High School | Enrolled |  | ######## | Unauthorized Absence | 5/1/2024 | FALSE | Suspended/In School |
| 1.97E+09 | White | M | 11 | Lanett High School | Enrolled | Active | ######## | Unauthorized Absence | 5/1/2024 | FALSE | Suspended/In School |
| 1.97E+09 | African-American | M | 12 | Lanett High School | Enrolled |  | ######## | Local Use | 5/4/2024 | FALSE | Local Use |
| 1.97E+09 | African-American | F | 12 | Lanett High School | Enrolled |  | ######## | Vape/ Vapor, Possession | ######## | FALSE | Suspended/Out of School |
| 1.97E+09 | African-American | F | 10 | Lanett High School | Enrolled |  | ######## | Local Use | ######## | FALSE | Local Use |
| 1.97E+09 | African-American | F | 9 | Lanett High School | Enrolled | Active | ######## | Local Use | ######## | FALSE | Local Use |
| 1.97E+09 | African-American | M | 12 | Lanett High School | Enrolled |  | ######## | Local Use | 5/4/2024 | FALSE | Local Use |
| 1.97E+09 | African-American | M | 12 | Lanett High School | Enrolled |  | ######## | Local Use | ######## | FALSE | Suspended/In School |
| 1.97E+09 | African-American | M | 9 | Lanett High School | Enrolled | Referred | ######## | Local Use | 5/4/2024 | FALSE | Local Use |
| 1.97E+09 | African-American | M | 9 | Lanett High School | Enrolled | Active | ######## | Local Use | 5/4/2024 | FALSE | Local Use |
| 1.97E+09 | African-American | M | 9 | Lanett High School | Enrolled |  | ######## | Local Use | 5/4/2024 | FALSE | Local Use |
| 2E+09 | African-American | M | 12 | Lanett High School | Enrolled |  | ######## | Local Use | 5/4/2024 | FALSE | Local Use |
| 2E+09 | African-American | F | 11 | Lanett High School | Enrolled |  | ######## | Local Use | ######## | FALSE | Suspended/In School |
| 2E+09 | African-American | F | 9 | Lanett High School | Enrolled |  | ######## | Local Use | 5/4/2024 | FALSE | Local Use |
| 1.97E+09 | White | M | 9 | Lanett High School | Enrolled | Inactive | ######## | Local Use | ######## | FALSE | Suspended/In School |
| 1.97E+09 | African-American | M | 10 | Lanett High School | Enrolled |  | ######## | Local Use | ######## | FALSE | Suspended/In School |
| 1.97E+09 | African-American | F | 11 | Lanett High School | Enrolled | Active | ######## | Unauthorized Absence | ######## | FALSE | Suspended/In School |
| 1.97E+09 | African-American | M | 10 | Lanett High School | Enrolled |  | ######## | Unauthorized Absence | 5/4/2024 | FALSE | Suspended/In School |
| 1.97E+09 | African-American | M | 11 | Lanett High School | Enrolled | Active | ######## | Local Use | ######## | FALSE | Suspended/In School |
| 1.97E+09 | African-American | M | 9 | Lanett High School | Enrolled |  | ######## | Local Use | ######## | FALSE | Suspended/In School |
| 1.97E+09 | African-American | M | 12 | Lanett High School | Enrolled | Inactive | ######## | Local Use | ######## | FALSE | Suspended/In School |
| 1.97E+09 | African-American | M | 10 | Lanett High School | Transferred |  | ######## | Local Use | ######## | FALSE | Suspended/In School |
| 1.97E+09 | African-American | F | 11 | Lanett High School | Enrolled | Active | ######## | Local Use | ######## | FALSE | Local Use |

| ID | Race | Sex | Grade | School | Status | Active | Date | Code | Date2 | Flag | Category | Action |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1.97E+09 | African-American | M | 10 | Lanett High School | Enrolled | Active | ######## | Local Use | ######## | FALSE | Local Use | |
| 1.97E+09 | African-American | M | 9 | Lanett High School | Enrolled | - | ######## | Local Use | ######## | FALSE | Local Use | |
| 1.97E+09 | African-American | F | 10 | Lanett High School | Enrolled | Active | 4/9/2024 | Local Use | ######## | FALSE | Local Use | |
| 1.97E+09 | Hispanic | F | 11 | Lanett High School | Enrolled | Active | 4/9/2024 | Local Use | ######## | FALSE | Local Use | |
| 2E+09 | African-American | M | 9 | Lanett High School | Enrolled | - | 4/8/2024 | Local Use | ######## | FALSE | Suspended/In School | |
| 1.98E+09 | African-American | M | 12 | Lanett High School | Enrolled | - | 4/8/2024 | Local Use | ######## | FALSE | Suspended/In School | |
| 1.97E+09 | African-American | M | 9 | Lanett High School | Enrolled | Active | 4/8/2024 | Local Use | ######## | FALSE | Local Use | |
| 2E+09 | African-American | F | 9 | Lanett High School | Enrolled | - | 4/8/2024 | Local Use | ######## | FALSE | Local Use | |
| 1.97E+09 | White | M | 9 | Lanett High School | Enrolled | Inactive | 4/6/2024 | Local Use | ######## | FALSE | Local Use | |
| 2E+09 | African-American | F | 11 | Lanett High School | Enrolled | - | 4/6/2024 | Local Use | ######## | FALSE | Local Use | |
| 2E+09 | African-American | M | 9 | Lanett High School | Enrolled | - | 4/6/2024 | Local Use | ######## | FALSE | Suspended/In School | |
| 1.97E+09 | African-American | F | 9 | Lanett High School | Enrolled | - | 4/6/2024 | Local Use | ######## | FALSE | Local Use | |
| 1.97E+09 | African-American | M | 10 | Lanett High School | Enrolled | - | 4/6/2024 | Local Use | ######## | FALSE | Local Use | |
| 2E+09 | African-American | M | 10 | Lanett High School | Transferred | Inactive | 4/6/2024 | Local Use | 4/9/2024 | FALSE | Suspended/In School | |
| 1.97E+09 | African-American | F | 12 | Lanett High School | Enrolled | Inactive | 4/6/2024 | Local Use | ######## | FALSE | Suspended/In School | |
| 1.97E+09 | African-American | M | 11 | Lanett High School | Enrolled | Active | 4/6/2024 | Local Use | ######## | FALSE | Local Use | |
| 1.97E+09 | African-American | F | 9 | Lanett High School | Enrolled | Active | 4/6/2024 | Local Use | ######## | FALSE | Local Use | |
| 1.97E+09 | African-American | M | 12 | Lanett High School | Enrolled | - | 4/6/2024 | Local Use | 4/9/2024 | FALSE | Suspended/In School | |
| 1.97E+09 | African-American | M | 10 | Lanett High School | Enrolled | - | 4/6/2024 | Local Use | ######## | FALSE | Local Use | |
| 1.97E+09 | African-American | M | 9 | Lanett High School | Enrolled | - | 4/5/2024 | Local Use | 4/8/2024 | FALSE | Suspended/In School | |
| 1.97E+09 | African-American | F | 12 | Lanett High School | Enrolled | - | 4/4/2024 | Local Use | ######## | FALSE | Local Use | |
| 2E+09 | African-American | M | 9 | Lanett High School | Enrolled | - | 4/4/2024 | Local Use | ######## | FALSE | Local Use | |
| 1.97E+09 | African-American | F | 10 | Lanett High School | Enrolled | - | 4/4/2024 | Local Use | 4/4/2024 | FALSE | Local Use | |
| 1.97E+09 | African-American | M | 12 | Lanett High School | Enrolled | Referred | 4/4/2024 | Local Use | 4/6/2024 | FALSE | Local Use | |
| 1.97E+09 | African-American | F | 9 | Lanett High School | Enrolled | Active | 4/4/2024 | Local Use | ######## | FALSE | Local Use | |
| 1.97E+09 | African-American | M | 12 | Lanett High School | Enrolled | - | 4/3/2024 | Local Use | ######## | FALSE | Local Use | |
| 2E+09 | American Indian | M | 10 | Lanett High School | Enrolled | Inactive | 4/3/2024 | Local Use | 4/3/2024 | FALSE | Local Use | |
| 1.97E+09 | African-American | F | 12 | Lanett High School | Enrolled | Inactive | 4/2/2024 | Local Use | ######## | FALSE | Local Use | |
| 2E+09 | African-American | F | 10 | Lanett High School | Enrolled | - | 4/2/2024 | Local Use | 4/2/2024 | FALSE | Local Use | |
| 2E+09 | African-American | F | 11 | Lanett High School | Enrolled | Active | ######## | Local Use | 4/6/2024 | FALSE | Local Use | |
| 1.97E+09 | African-American | F | 9 | Lanett High School | Enrolled | - | ######## | Local Use | 4/1/2024 | FALSE | Suspended/In School | |
| 1.97E+09 | African-American | M | 9 | Lanett High School | Transferred | Inactive | ######## | Local Use | 4/1/2024 | FALSE | Suspended/In School | |
| 1.97E+09 | African-American | F | 12 | Lanett High School | Enrolled | - | ######## | Local Use | 4/6/2024 | FALSE | Local Use | |
| 2E+09 | African-American | M | 10 | Lanett High School | Enrolled | Referred | ######## | Local Use | 4/1/2024 | FALSE | Suspended/In School | |
| 1.97E+09 | White | M | 9 | Lanett High School | Enrolled | Inactive | ######## | Local Use | 4/6/2024 | FALSE | Local Use | |
| 1.97E+09 | African-American | F | 10 | Lanett High School | Enrolled | Active | ######## | Local Use | 4/6/2024 | FALSE | Local Use | |
| 2E+09 | African-American | M | 9 | Lanett High School | Enrolled | - | ######## | Local Use | ######## | FALSE | Suspended/Out of School | |
| 2E+09 | African-American | M | 9 | Lanett High School | Enrolled | - | ######## | Local Use | 4/4/2024 | FALSE | Suspended/In School | |
| 1.97E+09 | African-American | F | 9 | Lanett High School | Enrolled | - | ######## | Local Use | 4/6/2024 | FALSE | Local Use | |
| 1.97E+09 | African-American | M | 9 | Lanett High School | Transferred | Inactive | ######## | Local Use | 4/6/2024 | FALSE | Local Use | |
| 1.97E+09 | African-American | F | 9 | Lanett High School | Enrolled | Active | ######## | Local Use | 4/6/2024 | FALSE | Local Use | |
| 1.97E+09 | African-American | M | 11 | Lanett High School | Enrolled | Active | ######## | Local Use | 4/6/2024 | FALSE | Local Use | |
| 1.97E+09 | African-American | M | 12 | Lanett High School | Enrolled | Inactive | ######## | Vape/Vapor, Possession | ######## | FALSE | Suspended/In School | |
| 1.97E+09 | African-American | M | 12 | Lanett High School | Enrolled | Inactive | ######## | Local Use | ######## | FALSE | Suspended/In School | |
| 1.97E+09 | African-American | M | 11 | Lanett High School | Enrolled | - | ######## | Local Use | ######## | FALSE | Suspended/Out of School | |

| ID | Race | Sex | Grade | School | Status | Activity | Date | Incident | Date2 | Flag | Action |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1.97E+09 | African-American | F | 11 | Lanett High School | Enrolled | Active | ######## | Local Use | ######## | FALSE | Suspended/Out of School |
| 1.97E+09 | Two or More | M | 12 | Lanett High School | Enrolled | | ######## | Drug, Possession | ######## | FALSE | Suspended/Out of School |
| 1.97E+09 | African-American | F | 11 | Lanett High School | Enrolled | Referred | ######## | Local Use | ######## | FALSE | Suspended/In School |
| 2E+09 | African-American | M | 10 | Lanett High School | Transferred | Inactive | ######## | Local Use | 4/6/2024 | FALSE | Local Use |
| 2E+09 | African-American | M | 9 | Lanett High School | Enrolled | | ######## | Local Use | ######## | FALSE | Local Use |
| 1.97E+09 | African-American | M | 9 | Lanett High School | Enrolled | Active | ######## | Local Use | 4/6/2024 | FALSE | Suspended/In School |
| 1.97E+09 | African-American | M | 10 | Lanett High School | Enrolled | | ######## | Local Use | ######## | FALSE | Local Use |
| 1.97E+09 | African-American | F | 11 | Lanett High School | Enrolled | Active | ######## | Unauthorized Absence | 4/6/2024 | FALSE | Local Use |
| 1.98E+09 | African-American | F | 12 | Lanett High School | Enrolled | | ######## | Local Use | 4/6/2024 | FALSE | Local Use |
| 1.97E+09 | African-American | F | 11 | Lanett High School | Enrolled | | ######## | Local Use | 4/6/2024 | FALSE | Local Use |
| 1.98E+09 | African-American | M | 10 | Lanett High School | Enrolled | | ######## | Local Use | 4/6/2024 | FALSE | Local Use |
| 1.98E+09 | African-American | M | 10 | Lanett High School | Enrolled | Inactive | ######## | Local Use | 4/6/2024 | FALSE | Local Use |
| 1.97E+09 | African-American | F | 12 | Lanett High School | Enrolled | Active | ######## | Other Weapon, Possession | ######## | FALSE | Suspended/In School |
| 1.97E+09 | African-American | F | 12 | Lanett High School | Enrolled | Inactive | ######## | Local Use | 4/6/2024 | FALSE | Local Use |
| 2E+09 | African-American | M | 9 | Lanett High School | Enrolled | | ######## | Local Use | 4/6/2024 | FALSE | Local Use |
| 1.97E+09 | African-American | M | 12 | Lanett High School | Enrolled | | ######## | Local Use | 4/6/2024 | FALSE | Local Use |
| 1.97E+09 | African-American | M | 12 | Lanett High School | Enrolled | Inactive | ######## | Local Use | ######## | FALSE | Suspended/In School |
| 1.97E+09 | African-American | M | 12 | Lanett High School | Enrolled | | ######## | Local Use | ######## | FALSE | Local Use |
| 1.97E+09 | African-American | F | 9 | Lanett High School | Enrolled | Active | ######## | Local Use | ######## | FALSE | Local Use |
| 2E+09 | African-American | F | 11 | Lanett High School | Enrolled | | ######## | Local Use | ######## | FALSE | Suspended/In School |
| 1.97E+09 | African-American | F | 11 | Lanett High School | Enrolled | Referred | 3/9/2024 | Local Use | 3/8/2024 | FALSE | Suspended/Out of School |
| 1.97E+09 | African-American | M | 9 | Lanett High School | Enrolled | Active | 3/9/2024 | Local Use | ######## | FALSE | Local Use |
| 2E+09 | African-American | M | 10 | Lanett High School | Transferred | Inactive | 3/9/2024 | Local Use | ######## | FALSE | Local Use |
| 2E+09 | African-American | M | 9 | Lanett High School | Enrolled | | 3/9/2024 | Local Use | ######## | FALSE | Local Use |
| 1.97E+09 | African-American | M | 10 | Lanett High School | Enrolled | Active | 3/9/2024 | Local Use | ######## | FALSE | Suspended/In School |
| 1.97E+09 | African-American | F | 10 | Lanett High School | Enrolled | Active | 3/9/2024 | Local Use | ######## | FALSE | Suspended/In School |
| 1.97E+09 | African-American | M | 11 | Lanett High School | Enrolled | | 3/9/2024 | Local Use | ######## | FALSE | Local Use |
| 1.97E+09 | African-American | F | 11 | Lanett High School | Enrolled | Referred | 3/9/2024 | Local Use | ######## | FALSE | Local Use |
| 2E+09 | African-American | M | 12 | Lanett High School | Enrolled | | 3/8/2024 | Local Use | ######## | FALSE | Local Use |
| 1.97E+09 | African-American | M | 12 | Lanett High School | Enrolled | | 3/7/2024 | Local Use | 3/8/2024 | FALSE | Suspended/Out of School |
| 1.97E+09 | African-American | F | 9 | Lanett High School | Enrolled | Inactive | 3/7/2024 | Local Use | 3/8/2024 | FALSE | Suspended/Out of School |
| 2E+09 | African-American | F | 10 | Lanett High School | Enrolled | Active | 3/7/2024 | Local Use | 3/8/2024 | FALSE | Suspended/Out of School |
| 1.97E+09 | African-American | F | 10 | Lanett High School | Enrolled | Active | 3/7/2024 | Local Use | 3/8/2024 | FALSE | Suspended/Out of School |
| 1.97E+09 | African-American | F | 11 | Lanett High School | Enrolled | Referred | 3/6/2024 | Local Use | ######## | FALSE | Local Use |
| 1.97E+09 | African-American | M | 9 | Lanett High School | Enrolled | | 3/5/2024 | Vape/Vapor, Possession | 3/8/2024 | FALSE | Suspended/In School |
| 1.97E+09 | African-American | F | 11 | Lanett High School | Enrolled | | 3/4/2024 | Local Use | 3/9/2024 | FALSE | Local Use |
| 1.97E+09 | African-American | F | 9 | Lanett High School | Enrolled | | ######## | Local Use | 3/9/2024 | FALSE | Local Use |
| 1.97E+09 | African-American | F | 10 | Lanett High School | Enrolled | Active | ######## | Other Incident | ######## | FALSE | Local Use |
| 2E+09 | African-American | F | 10 | Lanett High School | Enrolled | | ######## | Fighting | ######## | FALSE | Suspended/Out of School |
| 1.97E+09 | Hispanic | F | 10 | Lanett High School | Enrolled | Inactive | ######## | Fighting | ######## | FALSE | Suspended/Out of School |
| 1.97E+09 | African-American | F | 9 | Lanett High School | Enrolled | Inactive | ######## | Local Use | ######## | FALSE | Local Use |
| 1.97E+09 | African-American | F | 9 | Lanett High School | Enrolled | | ######## | Local Use | 3/5/2024 | FALSE | Suspended/In School |
| 2E+09 | African-American | M | 10 | Lanett High School | Transferred | Inactive | ######## | Local Use | ######## | FALSE | Suspended/In School |
| 1.97E+09 | African-American | F | 12 | Lanett High School | Enrolled | Inactive | ######## | Defiance | ######## | FALSE | Suspended/In School |
| 1.97E+09 | African-American | M | 9 | Lanett High School | Enrolled | | ######## | Local Use | ######## | FALSE | Suspended/In School |

| ID | Race | Sex | Grade | School | Status | Activity | Date1 | Incident | Date2 | Flag | Action |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1.97E+09 | African-American | M | 9 | Lanett High School | Enrolled | Active | ######## | Local Use | 3/9/2024 | FALSE | Local Use |
| 1.97E+09 | African-American | M | 12 | Lanett High School | Enrolled | Inactive | ######## | Local Use | 3/9/2024 | FALSE | Local Use |
| 1.97E+09 | African-American | M | 10 | Lanett High School | Enrolled | | ######## | Profanity/Vulgarity | ######## | FALSE | Suspended/In School |
| 2E+09 | African-American | M | 9 | Lanett High School | Enrolled | | ######## | Local Use | ######## | FALSE | Suspended/In School |
| 1.97E+09 | African-American | F | 12 | Lanett High School | Enrolled | Inactive | ######## | Local Use | 3/9/2024 | FALSE | Local Use |
| 1.98E+09 | African-American | M | 12 | Lanett High School | Enrolled | | ######## | Local Use | ######## | FALSE | Suspended/In School |
| 1.97E+09 | African-American | M | 10 | Lanett High School | Enrolled | Active | ######## | Local Use | 3/9/2024 | FALSE | Local Use |
| 2E+09 | African-American | M | 9 | Lanett High School | Enrolled | | ######## | Profanity/Vulgarity | 3/9/2024 | FALSE | Local Use |
| 2E+09 | African-American | M | 10 | Lanett High School | Transferred | Inactive | ######## | Profanity/Vulgarity | 3/9/2024 | FALSE | Local Use |
| 1.97E+09 | African-American | F | 11 | Lanett High School | Enrolled | Active | ######## | Profanity/Vulgarity | ######## | FALSE | Suspended/In School |
| 1.97E+09 | African-American | F | 10 | Lanett High School | Enrolled | Active | ######## | Vape/ Vapor, Possession | ######## | FALSE | Suspended/In School |
| 1.97E+09 | African-American | F | 9 | Lanett High School | Enrolled | | ######## | Vape/ Vapor, Possession | ######## | FALSE | Suspended/In School |
| 1.97E+09 | African-American | F | 11 | Lanett High School | Enrolled | Referred | ######## | Local Use | 3/9/2024 | FALSE | Local Use |
| 1.97E+09 | African-American | F | 10 | Lanett High School | Enrolled | Active | ######## | Local Use | ######## | FALSE | Suspended/In School |
| 1.97E+09 | African-American | M | 12 | Lanett High School | Enrolled | | ######## | Local Use | ######## | FALSE | Suspended/In School |
| 1.97E+09 | African-American | F | 10 | Lanett High School | Enrolled | Active | ######## | Local Use | 3/9/2024 | FALSE | Local Use |
| 1.97E+09 | African-American | F | 11 | Lanett High School | Enrolled | Active | 2/9/2024 | Unauthorized Absence | ######## | FALSE | Suspended/In School |
| 1.97E+09 | African-American | F | 10 | Lanett High School | Enrolled | Active | 2/9/2024 | Local Use | ######## | FALSE | Suspended/In School |
| 1.97E+09 | African-American | F | 11 | Lanett High School | Enrolled | Referred | 2/8/2024 | Other Incident | ######## | FALSE | Local Use |
| 1.97E+09 | Hispanic | F | 11 | Lanett High School | Enrolled | Inactive | 2/8/2024 | Other Incident | ######## | FALSE | Local Use |
| 1.97E+09 | African-American | F | 12 | Lanett High School | Enrolled | Inactive | 2/7/2024 | Unauthorized Absence | ######## | FALSE | Local Use |
| 1.97E+09 | African-American | F | 12 | Lanett High School | Enrolled | Active | 2/7/2024 | Local Use | ######## | FALSE | Local Use |
| 1.97E+09 | African-American | F | 11 | Lanett High School | Enrolled | | 2/6/2024 | Local Use | 2/8/2024 | FALSE | Local Use |
| 2E+09 | African-American | M | 9 | Lanett High School | Enrolled | | 2/6/2024 | Local Use | ######## | FALSE | Suspended/Out of School |
| 2E+09 | African-American | F | 10 | Lanett High School | Transferred | | 2/5/2024 | Fighting | 2/6/2024 | FALSE | Suspended/Out of School |
| 1.97E+09 | African-American | F | 9 | Lanett High School | Enrolled | | 2/5/2024 | Fighting | 2/6/2024 | FALSE | Suspended/Out of School |
| 1.97E+09 | African-American | F | 9 | Lanett High School | Enrolled | Active | 2/5/2024 | Fighting | 2/6/2024 | FALSE | Suspended/Out of School |
| 1.97E+09 | African-American | F | 9 | Lanett High School | Enrolled | Active | 2/5/2024 | Fighting | 2/6/2024 | FALSE | Suspended/Out of School |
| 1.98E+09 | African-American | M | 12 | Lanett High School | Enrolled | | 2/3/2024 | Local Use | ######## | FALSE | Local Use |
| 1.97E+09 | African-American | M | 10 | Lanett High School | Enrolled | | 2/3/2024 | Local Use | 2/8/2024 | FALSE | Suspended/In School |
| 1.97E+09 | African-American | F | 10 | Lanett High School | Enrolled | Active | 2/2/2024 | Unauthorized Absence | ######## | FALSE | Local Use |
| 1.97E+09 | African-American | F | 10 | Lanett High School | Enrolled | Active | 2/2/2024 | Unauthorized Absence | ######## | FALSE | Local Use |
| 1.97E+09 | African-American | F | 10 | Lanett High School | Enrolled | Active | 2/2/2024 | Unauthorized Absence | ######## | FALSE | Local Use |
| 1.97E+09 | African-American | F | 11 | Lanett High School | Enrolled | Active | 2/1/2024 | Unauthorized Absence | ######## | FALSE | Local Use |
| 1.97E+09 | African-American | M | 10 | Lanett High School | Enrolled | | ######## | Profanity/Vulgarity | 2/3/2024 | FALSE | Local Use |
| 2E+09 | African-American | M | 9 | Lanett High School | Enrolled | | ######## | Local Use | 2/3/2024 | FALSE | Local Use |
| 1.97E+09 | African-American | M | 9 | Lanett High School | Enrolled | Inactive | ######## | Local Use | ######## | FALSE | Suspended/In School |
| 2E+09 | African-American | M | 9 | Lanett High School | Enrolled | | ######## | Local Use | 2/3/2024 | FALSE | Local Use |
| 2E+09 | African-American | F | 12 | Lanett High School | Enrolled | Referred | ######## | Local Use | 2/3/2024 | FALSE | Local Use |
| 2E+09 | African-American | F | 12 | Lanett High School | Enrolled | Referred | ######## | Local Use | ######## | FALSE | Suspended/Out of School |
| 1.97E+09 | African-American | F | 11 | Lanett High School | Enrolled | Active | ######## | Disorderly Conduct | 2/3/2024 | FALSE | Local Use |
| 1.97E+09 | African-American | M | 10 | Lanett High School | Enrolled | Active | ######## | Local Use | 2/3/2024 | FALSE | Local Use |
| 1.97E+09 | African-American | M | 10 | Lanett High School | Enrolled | Active | ######## | Local Use | 2/3/2024 | FALSE | Local Use |
| 1.97E+09 | African-American | M | 9 | Lanett High School | Enrolled | | ######## | Local Use | ######## | FALSE | Local Use |
| 2E+09 | Hispanic | F | 9 | Lanett High School | Enrolled | Inactive | ######## | Local Use | ######## | FALSE | Local Use |

| ID | Race | Sex | Grade | School | Status | Activity | Date | Incident | Date2 | Flag | Action |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1.97E+09 | African-American | M | 12 | Lanett High School | Enrolled | Inactive | ######## | Vape/Vapor, Possession | ######## | FALSE | Suspended/In School |
| 2E+09 | African-American | F | 9 | Lanett High School | Enrolled | | ######## | Vape/Vapor, Possession | ######## | FALSE | Suspended/In School |
| 1.97E+09 | Two or More | M | 12 | Lanett High School | Enrolled | | 1/9/2024 | Vape/Vapor, Possession | ######## | FALSE | Suspended/In School |
| 1.97E+09 | African-American | M | 12 | Lanett High School | Transferred | | 1/9/2024 | Firearm Component, Possession | 1/9/2024 | FALSE | Suspended/Pending Due Process Hearing |
| 1.97E+09 | African-American | M | 11 | Lanett High School | Enrolled | Active | 1/6/2024 | Local Use | ######## | FALSE | Suspended/In School |
| 1.97E+09 | African-American | F | 9 | Lanett High School | Enrolled | | 1/6/2024 | Local Use | ######## | FALSE | Suspended/In School |
| 1.97E+09 | African-American | F | 12 | Lanett High School | Enrolled | | 1/5/2024 | Local Use | 1/9/2024 | FALSE | Suspended/In School |
| 1.98E+09 | African-American | M | 12 | Lanett High School | Enrolled | | 1/3/2024 | Local Use | 2/3/2024 | FALSE | Local Use |
| 1.97E+09 | African-American | M | 11 | Lanett High School | Transferred | Inactive | ######## | Local Use | 1/3/2024 | FALSE | Suspended/In School |
| 1.97E+09 | African-American | M | 11 | Lanett High School | Enrolled | Active | ######## | Local Use | 1/6/2024 | FALSE | Local Use |
| 1.97E+09 | African-American | F | 12 | Lanett High School | Enrolled | Inactive | ######## | Local Use | 1/6/2024 | FALSE | Local Use |
| 1.97E+09 | African-American | M | 9 | Lanett High School | Enrolled | | ######## | Local Use | 1/3/2024 | FALSE | Suspended/In School |
| 1.97E+09 | African-American | F | 9 | Lanett High School | Enrolled | | ######## | Local Use | 1/6/2024 | FALSE | Local Use |
| 2E+09 | African-American | F | 10 | Lanett High School | Enrolled | Active | ######## | Local Use | 1/3/2024 | FALSE | Suspended/In School |
| 1.97E+09 | African-American | F | 11 | Lanett High School | Enrolled | Active | ######## | Local Use | ######## | FALSE | Local Use |
| 1.97E+09 | African-American | F | 12 | Lanett High School | Enrolled | Inactive | ######## | Local Use | 1/3/2024 | FALSE | Suspended/In School |
| 1.97E+09 | African-American | M | 9 | Lanett High School | Enrolled | | ######## | Local Use | 1/6/2024 | FALSE | Local Use |
| 1.97E+09 | African-American | M | 12 | Lanett High School | Enrolled | Referred | ######## | Unauthorized Absence | 1/6/2024 | FALSE | Local Use |
| 1.97E+09 | African-American | M | 10 | Lanett High School | Enrolled | Active | ######## | Local Use | 1/6/2024 | FALSE | Local Use |
| 1.97E+09 | African-American | M | 10 | Lanett High School | Enrolled | | ######## | Local Use | 1/6/2024 | FALSE | Local Use |
| 1.97E+09 | African-American | F | 12 | Lanett High School | Enrolled | Inactive | ######## | Local Use | ######## | FALSE | Suspended/In School |
| 1.97E+09 | African-American | F | 12 | Lanett High School | Enrolled | | ######## | Local Use | 1/6/2024 | FALSE | Suspended/In School |
| 1.97E+09 | African-American | F | 9 | Lanett High School | Enrolled | | ######## | Local Use | ######## | FALSE | Local Use |
| 1.97E+09 | African-American | M | 12 | Lanett High School | Transferred | | ######## | Local Use | ######## | FALSE | Suspended/In School |
| 1.97E+09 | African-American | F | 12 | Lanett High School | Enrolled | Referred | ######## | Other Incident | ######## | FALSE | Local Use |
| 1.97E+09 | African-American | F | 12 | Lanett High School | Enrolled | Active | ######## | Other Incident | ######## | FALSE | Local Use |
| 1.97E+09 | African-American | F | 12 | Lanett High School | Enrolled | Active | ######## | Unauthorized Absence | ######## | FALSE | Suspended/In School |
| 1.97E+09 | African-American | F | 11 | Lanett High School | Enrolled | | ######## | Local Use | ######## | FALSE | Suspended/In School |
| 2E+09 | African-American | F | 11 | Lanett High School | Enrolled | | ######## | Local Use | ######## | FALSE | Local Use |
| 1.97E+09 | African-American | F | 9 | Lanett High School | Enrolled | | ######## | Local Use | ######## | FALSE | Local Use |
| 1.97E+09 | African-American | M | 9 | Lanett High School | Enrolled | | ######## | Local Use | ######## | FALSE | Local Use |
| 2E+09 | African-American | M | 9 | Lanett High School | Enrolled | | ######## | Local Use | ######## | FALSE | Suspended/In School |
| 1.97E+09 | African-American | M | 12 | Lanett High School | Transferred | | ######## | Local Use | ######## | FALSE | Suspended/In School |
| 1.97E+09 | African-American | F | 12 | Lanett High School | Enrolled | Active | ######## | Local Use | ######## | FALSE | Local Use |
| 1.97E+09 | African-American | M | 9 | Lanett High School | Enrolled | | ######## | Local Use | ######## | FALSE | Local Use |
| 2E+09 | African-American | F | 10 | Lanett High School | Enrolled | Active | ######## | Local Use | ######## | FALSE | Local Use |
| 1.97E+09 | African-American | M | 11 | Lanett High School | Transferred | Inactive | ######## | Local Use | ######## | FALSE | Local Use |
| 1.97E+09 | African-American | M | 11 | Lanett High School | Enrolled | Active | ######## | Profanity/Vulgarity | ######## | FALSE | Suspended/In School |
| 1.98E+09 | African-American | F | 10 | Lanett High School | Transferred | Inactive | ######## | Local Use | ######## | FALSE | Suspended/In School |
| 1.98E+09 | African-American | M | 12 | Lanett High School | Enrolled | | ######## | Vape/Vapor, Possession | ######## | FALSE | Suspended/Out of School |
| 1.97E+09 | African-American | M | 9 | Lanett High School | Enrolled | | ######## | Fighting | ######## | FALSE | Suspended/Out of School |
| 1.98E+09 | African-American | M | 9 | Lanett High School | Transferred | | ######## | Fighting | ######## | FALSE | Suspended/In School |
| 1.97E+09 | African-American | M | 11 | Lanett High School | Transferred | Inactive | ######## | Local Use | ######## | FALSE | Local Use |
| 1.97E+09 | African-American | F | 12 | Lanett High School | Enrolled | | ######## | Unauthorized Absence | ######## | FALSE | Local Use |
| 2E+09 | African-American | F | 11 | Lanett High School | Enrolled | | ######## | Unauthorized Absence | ######## | FALSE | Local Use |
| 1.97E+09 | African-American | M | 12 | Lanett High School | Transferred | | ######## | Local Use | ######## | FALSE | Local Use |

| ID | Race | Sex | Grade | School | Status | Active | Date | Incident | Action | Flag | Source |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1.97E+09 | Hispanic | M | 9 | Lanett High School | Enrolled | - | ######## | Local Use | | FALSE | Local Use |
| 1.97E+09 | African-American | M | 9 | Lanett High School | Enrolled | - | ######## | Local Use | Suspended/In School | FALSE | Local Use |
| 1.97E+09 | African-American | M | 10 | Lanett High School | Enrolled | - | ######## | Profanity/Vulgarity | | FALSE | Local Use |
| 1.97E+09 | African-American | F | 9 | Lanett High School | Enrolled | - | ######## | Assault | Suspended/In School | FALSE | Local Use |
| 2E+09 | African-American | F | 10 | Lanett High School | Enrolled | Active | ######## | Local Use | | FALSE | Local Use |
| 1.97E+09 | African-American | M | 9 | Lanett High School | Enrolled | Referred | ######## | Local Use | | FALSE | Local Use |
| 1.97E+09 | African-American | M | 11 | Lanett High School | Enrolled | - | ######## | Local Use | Suspended/In School | FALSE | Local Use |
| 1.97E+09 | African-American | M | 12 | Lanett High School | Enrolled | - | ######## | Local Use | Suspended/In School | FALSE | Local Use |
| 1.97E+09 | African-American | F | 12 | Lanett High School | Enrolled | Referred | ######## | Other Incident | | FALSE | Local Use |
| 1.97E+09 | African-American | F | 12 | Lanett High School | Enrolled | - | ######## | Other Incident | | FALSE | Local Use |
| 1.97E+09 | African-American | F | 12 | Lanett High School | Enrolled | Active | ######## | Other Incident | | FALSE | Local Use |
| 1.97E+09 | African-American | F | 11 | Lanett High School | Enrolled | Active | ######## | Local Use | | FALSE | Local Use |
| 1.97E+09 | White | F | 11 | Lanett High School | Transferred | Active | ######## | Local Use | Suspended/In School | FALSE | Local Use |
| 1.97E+09 | African-American | F | 10 | Lanett High School | Enrolled | Active | ######## | Local Use | Suspended/In School | FALSE | Local Use |
| 1.97E+09 | African-American | M | 11 | Lanett High School | Enrolled | - | ######## | Unauthorized Absence | Suspended/In School | FALSE | Local Use |
| 1.97E+09 | Hispanic | F | 10 | Lanett High School | Enrolled | Inactive | ######## | Local Use | Suspended/In School | FALSE | Local Use |
| 1.97E+09 | African-American | M | 11 | Lanett High School | Enrolled | - | ######## | Local Use | Suspended/In School | FALSE | Local Use |
| 1.97E+09 | African-American | M | 10 | Lanett High School | Enrolled | Referred | ######## | Disorderly Conduct | Suspended/In School | FALSE | Local Use |
| 2E+09 | African-American | F | 12 | Lanett High School | Enrolled | Referred | ######## | Unauthorized Absence | | FALSE | Local Use |
| 1.97E+09 | African-American | M | 12 | Lanett High School | Enrolled | Inactive | ######## | Local Use | | FALSE | Local Use |
| 2E+09 | Hispanic | F | 9 | Lanett High School | Enrolled | Inactive | ######## | Local Use | | FALSE | Local Use |
| 1.98E+09 | African-American | M | 12 | Lanett High School | Enrolled | - | ######## | Local Use | | FALSE | Local Use |
| 1.98E+09 | Hispanic | F | 10 | Lanett High School | Enrolled | Inactive | ######## | Local Use | | FALSE | Local Use |
| 1.97E+09 | Hispanic | F | 10 | Lanett High School | Enrolled | Inactive | ######## | Local Use | | FALSE | Local Use |
| 2E+09 | African-American | M | 9 | Lanett High School | Enrolled | - | ######## | Local Use | Suspended/In School | FALSE | Local Use |
| 1.97E+09 | African-American | F | 10 | Lanett High School | Enrolled | Active | ######## | Local Use | | FALSE | Local Use |
| 1.98E+09 | African-American | F | 11 | Lanett High School | Enrolled | - | ######## | Local Use | Suspended/In School | FALSE | Local Use |
| 1.97E+09 | Hispanic | F | 11 | Lanett High School | Enrolled | Active | ######## | Local Use | Suspended/In School | FALSE | Local Use |
| 1.97E+09 | African-American | M | 11 | Lanett High School | Enrolled | - | ######## | Local Use | | FALSE | Local Use |
| 1.97E+09 | African-American | F | 11 | Lanett High School | Enrolled | - | ######## | Local Use | Suspended/In School | FALSE | Local Use |
| 1.97E+09 | African-American | F | 11 | Lanett High School | Enrolled | Active | ######## | Harassment | Suspended/Out of School | FALSE | Local Use |
| 1.98E+09 | African-American | M | 9 | Lanett High School | Transferred | - | ######## | Disorderly Conduct | Suspended/In School | FALSE | Local Use |
| 2E+09 | African-American | M | 9 | Lanett High School | Enrolled | - | ######## | Local Use | Suspended/In School | FALSE | Local Use |
| 1.97E+09 | African-American | F | 11 | Lanett High School | Enrolled | Active | ######## | Fighting | Suspended/In School | FALSE | Local Use |
| 1.97E+09 | African-American | F | 12 | Lanett High School | Transferred | - | ######## | Fighting | Suspended/Out of School | FALSE | Local Use |
| 1.98E+09 | African-American | M | 9 | Lanett High School | Transferred | - | ######## | Local Use | Suspended/In School | FALSE | Local Use |
| 1.97E+09 | African-American | M | 9 | Lanett High School | Enrolled | - | ######## | Local Use | | FALSE | Local Use |
| 1.97E+09 | African-American | M | 9 | Lanett High School | Transferred | Inactive | ######## | Local Use | | FALSE | Local Use |
| 1.97E+09 | African-American | F | 11 | Lanett High School | Enrolled | - | ######## | Local Use | | FALSE | Local Use |
| 1.97E+09 | African-American | F | 12 | Lanett High School | Enrolled | Inactive | ######## | Local Use | Suspended/In School | FALSE | Local Use |
| 1.97E+09 | African-American | F | 12 | Lanett High School | Transferred | - | ######## | Unauthorized Absence | | FALSE | Local Use |
| 1.97E+09 | African-American | F | 10 | Lanett High School | Enrolled | Active | ######## | Local Use | | FALSE | Local Use |
| 1.97E+09 | Hispanic | F | 10 | Lanett High School | Enrolled | Inactive | ######## | Local Use | | FALSE | Local Use |
| 1.97E+09 | Hispanic | F | 11 | Lanett High School | Enrolled | Active | ######## | Local Use | | FALSE | Local Use |
| 1.97E+09 | African-American | F | 12 | Lanett High School | Enrolled | Active | ######## | Local Use | | FALSE | Local Use |

| ID | Race | Gender | Grade | School | Status | | Date | Offense | Flag | Action |
|---|---|---|---|---|---|---|---|---|---|---|
| 1.97E+09 | African-American | F | 9 | Lanett High School | Enrolled | - | ######## | Local Use | FALSE | Suspended/In School |
| 2E+09 | African-American | M | 9 | Lanett High School | Enrolled | - | ######## | Local Use | FALSE | Local Use |
| 1.98E+09 | African-American | M | 12 | Lanett High School | Enrolled | - | ######## | Local Use | FALSE | Suspended/In School |
| 1.98E+09 | African-American | F | 11 | Lanett High School | Enrolled | - | ######## | Local Use | FALSE | Suspended/In School |
| 1.97E+09 | African-American | F | 10 | Lanett High School | Enrolled | - | ######## | Local Use | FALSE | Local Use |
| 1.97E+09 | African-American | F | 12 | Lanett High School | Enrolled | Active | ######## | Local Use | FALSE | Local Use |
| 1.97E+09 | African-American | F | 11 | Lanett High School | Enrolled | - | ######## | Local Use | FALSE | Local Use |
| 1.98E+09 | African-American | F | 11 | Lanett High School | Enrolled | - | ######## | Local Use | FALSE | Local Use |
| 1.97E+09 | African-American | F | 12 | Lanett High School | Enrolled | Active | ######## | Local Use | FALSE | Local Use |
| 1.97E+09 | African-American | F | 11 | Lanett High School | Enrolled | Active | ######## | Local Use | FALSE | Local Use |
| 1.97E+09 | African-American | M | 10 | Lanett High School | Enrolled | - | ######## | Local Use | FALSE | Local Use |
| 1.97E+09 | African-American | M | 11 | Lanett High School | Enrolled | - | ######## | Local Use | FALSE | Suspended/In School |
| 1.97E+09 | African-American | M | 11 | Lanett High School | Enrolled | - | ######## | Local Use | FALSE | Local Use |
| 1.97E+09 | African-American | F | 12 | Lanett High School | Enrolled | - | ######## | Tobacco, Possession | FALSE | Suspended/In School |
| 1.98E+09 | African-American | M | 10 | Lanett High School | Enrolled | Active | ######## | Local Use | FALSE | Suspended/In School |
| 1.97E+09 | African-American | M | 12 | Lanett High School | Enrolled | - | ######## | Local Use | FALSE | Suspended/In School |
| 1.97E+09 | African-American | M | 11 | Lanett High School | Enrolled | - | ######## | Local Use | FALSE | Local Use |
| 1.97E+09 | African-American | M | 9 | Lanett High School | Transferred | - | ######## | Local Use | FALSE | Local Use |
| 1.97E+09 | White | F | 9 | Lanett High School | Enrolled | - | ######## | Disorderly Conduct | FALSE | Suspended/Out of School |
| 2E+09 | African-American | F | 12 | Lanett High School | Enrolled | Referred | ######## | Disorderly Conduct | FALSE | Suspended/Out of School |
| 1.97E+09 | African-American | F | 9 | Lanett High School | Enrolled | Active | ######## | Local Use | FALSE | Local Use |
| 1.97E+09 | African-American | M | 12 | Lanett High School | Enrolled | - | ######## | Local Use | FALSE | Suspended/In School |
| 1.97E+09 | Hispanic | F | 11 | Lanett High School | Enrolled | Active | ######## | Local Use | FALSE | Local Use |
| 1.97E+09 | African-American | F | 10 | Lanett High School | Enrolled | - | ######## | Local Use | FALSE | Local Use |
| 1.97E+09 | African-American | M | 12 | Lanett High School | Transferred | - | ######## | Local Use | FALSE | Local Use |
| 1.98E+09 | African-American | F | 11 | Lanett High School | Enrolled | - | ######## | Local Use | FALSE | Local Use |
| 1.97E+09 | African-American | M | 12 | Lanett High School | Transferred | - | ######## | Local Use | FALSE | Suspended/In School |
| 1.97E+09 | African-American | M | 12 | Lanett High School | Transferred | - | ######## | Local Use | FALSE | Suspended/In School |
| 2E+09 | African-American | M | 11 | Lanett High School | Transferred | - | ######## | Sexual Harassment | FALSE | Suspended/In School |
| 2E+09 | African-American | M | 9 | Lanett High School | Enrolled | - | ######## | Local Use | FALSE | Local Use |
| 1.97E+09 | African-American | M | 11 | Lanett High School | Transferred | Inactive | ######## | Local Use | FALSE | Suspended/In School |
| 1.98E+09 | African-American | F | 10 | Lanett High School | Enrolled | Active | ######## | Local Use | FALSE | Suspended/In School |
| 1.97E+09 | African-American | M | 12 | Lanett High School | Enrolled | - | ######## | Local Use | FALSE | Local Use |
| 1.98E+09 | African-American | M | 9 | Lanett High School | Enrolled | - | ######## | Local Use | FALSE | Suspended/In School |
| 1.97E+09 | African-American | M | 9 | Lanett High School | Enrolled | - | ######## | Local Use | FALSE | Local Use |
| 1.97E+09 | African-American | F | 9 | Lanett High School | Enrolled | - | ######## | Local Use | FALSE | Local Use |
| 1.98E+09 | African-American | F | 11 | Lanett High School | Enrolled | - | ######## | Local Use | FALSE | Local Use |
| 1.97E+09 | African-American | F | 11 | Lanett High School | Enrolled | Active | ######## | Local Use | FALSE | Suspended/In School |
| 1.97E+09 | African-American | F | 10 | Lanett High School | Enrolled | Active | ######## | Local Use | FALSE | Local Use |
| 1.97E+09 | African-American | F | 12 | Lanett High School | Enrolled | - | ######## | Local Use | FALSE | Local Use |
| 1.97E+09 | African-American | M | 12 | Lanett High School | Enrolled | - | ######## | Local Use | FALSE | Local Use |
| 1.97E+09 | White | M | 9 | Lanett High School | Enrolled | - | ######## | Local Use | FALSE | Local Use |
| 1.97E+09 | African-American | F | 10 | Lanett High School | Enrolled | Active | ######## | Local Use | FALSE | Local Use |
| 1.97E+09 | African-American | M | 12 | Lanett High School | Enrolled | - | ######## | Vape/Vapor, Possession | FALSE | Suspended/In School |
| 1.97E+09 | African-American | M | 10 | Lanett High School | Enrolled | - | ######## | Vape/Vapor, Possession | FALSE | Suspended/In School |
| 1.97E+09 | African-American | F | 11 | Lanett High School | Enrolled | Active | ######## | Local Use | FALSE | Local Use |

| ID | Race | Sex | Grade | School | Status | Activity | Date | Incident | Flag | Action |
|---|---|---|---|---|---|---|---|---|---|---|
| 1.97E+09 | African-American | M | 9 | Lanett High School | Enrolled | Active | ######## | Local Use | ######## | FALSE | Suspended/In School |
| 1.97E+09 | African-American | M | 9 | Lanett High School | Enrolled | Active | ######## | Local Use | ######## | FALSE | Suspended/In School |
| 1.97E+09 | African-American | M | 9 | Lanett High School | Enrolled | Active | ######## | Local Use | ######## | FALSE | Suspended/In School |
| 1.97E+09 | White | F | 11 | Lanett High School | Transferred | Active | ######## | Local Use | ######## | FALSE | Suspended/In School |
| 1.97E+09 | African-American | F | 12 | Lanett High School | Enrolled | Referred | ######## | Local Use | ######## | FALSE | Suspended/In School |
| 1.97E+09 | African-American | F | 12 | Lanett High School | Enrolled | Active | ######## | Local Use | ######## | FALSE | Suspended/In School |
| 1.97E+09 | African-American | M | 9 | Lanett High School | Enrolled |  | ######## | Local Use | ######## | FALSE | Local Use |
| 2E+09 | African-American | M | 9 | Lanett High School | Enrolled |  | ######## | Profanity/Vulgarity | ######## | FALSE | Suspended/In School |
| 1.97E+09 | African-American | F | 10 | Lanett High School | Enrolled |  | ######## | Local Use | ######## | FALSE | Local Use |
| 2E+09 | African-American | M | 9 | Lanett High School | Enrolled |  | ######## | Local Use | ######## | FALSE | Local Use |
| 1.97E+09 | African-American | F | 9 | Lanett High School | Enrolled |  | ######## | Local Use | ######## | FALSE | Local Use |
| 1.97E+09 | African-American | M | 10 | Lanett High School | Enrolled | Active | ######## | Local Use | ######## | FALSE | Local Use |
| 1.97E+09 | African-American | F | 11 | Lanett High School | Enrolled | Active | ######## | Local Use | ######## | FALSE | Local Use |
| 1.97E+09 | African-American | F | 9 | Lanett High School | Enrolled |  | ######## | Local Use | ######## | FALSE | Local Use |
| 2E+09 | African-American | F | 9 | Lanett High School | Transferred |  | ######## | Fighting | ######## | FALSE | Suspended/Out of School |
| 1.97E+09 | African-American | F | 9 | Lanett High School | Enrolled | Inactive | ######## | Fighting | ######## | FALSE | Suspended/Out of School |
| 1.98E+09 | African-American | M | 9 | Lanett High School | Transferred |  | ######## | Disorderly Conduct | ######## | FALSE | Suspended/In School |
| 1.97E+09 | African-American | M | 10 | Lanett High School | Enrolled | Referred | ######## | Vape/Vapor, Possession | ######## | FALSE | Suspended/In School |
| 1.97E+09 | African-American | M | 9 | Lanett High School | Transferred | Inactive | ######## | Fighting | ######## | FALSE | Suspended/Out of School |
| 2E+09 | African-American | M | 9 | Lanett High School | Transferred |  | ######## | Fighting | ######## | FALSE | Suspended/Out of School |
| 1.98E+09 | African-American | M | 12 | Lanett High School | Enrolled |  | ######## | Local Use | ######## | FALSE | Suspended/In School |
| 1.98E+09 | African-American | F | 11 | Lanett High School | Enrolled |  | ######## | Local Use | ######## | FALSE | Suspended/In School |
| 1.97E+09 | African-American | M | 12 | Lanett High School | Enrolled |  | ######## | Unauthorized Absence | ######## | FALSE | Local Use |
| 1.97E+09 | African-American | F | 12 | Lanett High School | Enrolled | Referred | ######## | Local Use | ######## | FALSE | Local Use |
| 1.97E+09 | African-American | F | 12 | Lanett High School | Enrolled | Active | ######## | Local Use | ######## | FALSE | Local Use |
| 1.98E+09 | African-American | M | 9 | Lanett High School | Transferred |  | ######## | Local Use | ######## | FALSE | Local Use |
| 1.97E+09 | African-American | F | 11 | Lanett High School | Enrolled |  | 9/8/2023 | Local Use | ######## | FALSE | Local Use |
| 1.97E+09 | African-American | M | 9 | Lanett High School | Enrolled |  | 9/6/2023 | Local Use | ######## | FALSE | Local Use |
| 1.97E+09 | African-American | F | 9 | Lanett High School | Enrolled |  | 9/6/2023 | Local Use | ######## | FALSE | Local Use |
| 1.97E+09 | African-American | F | 11 | Lanett High School | Enrolled |  | 9/2/2023 | Local Use | ######## | FALSE | Local Use |
| 1.97E+09 | African-American | F | 12 | Lanett High School | Transferred |  | 9/2/2023 | Local Use | 9/6/2023 | FALSE | Suspended/In School |
| 1.97E+09 | African-American | F | 12 | Lanett High School | Enrolled | Referred | 9/1/2023 | Local Use | ######## | FALSE | Local Use |
| 1.97E+09 | African-American | M | 10 | Lanett High School | Transferred |  | ######## | Profanity/Vulgarity | 9/1/2023 | FALSE | Suspended/In School |
| 1.97E+09 | African-American | M | 12 | Lanett High School | Enrolled |  | ######## | Vape/Vapor, Possession | ######## | FALSE | Suspended/In School |
| 1.98E+09 | African-American | F | 11 | Lanett High School | Enrolled |  | ######## | Local Use | ######## | FALSE | Local Use |
| 1.97E+09 | African-American | M | 9 | Lanett High School | Enrolled |  | ######## | Disorderly Conduct | ######## | FALSE | Suspended/In School |
| 1.97E+09 | African-American | F | 12 | Lanett High School | Enrolled |  | ######## | Unauthorized Absence | ######## | FALSE | Local Use |
| 1.97E+09 | African-American | M | 10 | Lanett High School | Enrolled | Active | ######## | Fighting | ######## | FALSE | Suspended/Out of School |
| 1.97E+09 | African-American | M | 10 | Lanett High School | Enrolled |  | ######## | Fighting | ######## | FALSE | Suspended/Out of School |
| 1.97E+09 | African-American | M | 12 | Lanett High School | Transferred |  | ######## | Local Use | ######## | FALSE | Suspended/In School |
| 1.97E+09 | African-American | F | 12 | Lanett High School | Transferred |  | ######## | Local Use | 9/2/2023 | FALSE | Local Use |
| 1.97E+09 | African-American | M | 10 | Lanett High School | Enrolled | Referred | ######## | Threat/Intimidation | ######## | FALSE | Suspended/In School |
| 1.97E+09 | African-American | F | 11 | Lanett High School | Enrolled |  | ######## | Defiance | ######## | FALSE | Local Use |
| 2E+09 | African-American | M | 9 | Lanett High School | Enrolled |  | ######## | Local Use | ######## | FALSE | Suspended/In School |
| 1.97E+09 | Hispanic | F | 10 | Lanett High School | Enrolled | Inactive | ######## | Local Use | ######## | FALSE | Local Use |

| ID | Race | Sex | Grade | School | Status | Status Detail | Date | Code | Description | Flag | Action |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1.97E+09 | African-American | F | 11 | Lanett High School | Enrolled | Active | ######## | Local Use | | FALSE | Suspended/In School |
| 1.97E+09 | African-American | M | 10 | Lanett High School | Transferred | - | ######## | Local Use | | FALSE | Local Use |
| 1.97E+09 | African-American | M | 11 | Lanett High School | Transferred | Inactive | 8/9/2023 | Disorderly Conduct | | FALSE | Suspended/In School |