# EXHIBIT 18

## Lanett City Schools
## Academic Standing 2023-2024

All District schools, including Lanett High School, Lanett Junior High School and W. O. Lance Elementary School, were in good standing with the Alabama State Department of Education entering the 2023-2024 school year. W.O. Lance Elementary continued to be designated as an Additional Targeted Support and Improvement school based on the state report card. Lanett Junior High School continued to be designated as a Targeted Support and Improvement school based on the state report card. With regard to the legislative designation of the District schools, Lanett Junior High School and Lanett High School were both included on the "priority schools" list (those earning a D or F on the state report card) in November 2023.