IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| ANTHONY T. LEE, *et al.*, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff-Intervenor | ) |
| and Amicus Curiae, | ) |
| | ) |
| and NATIONAL EDUCATION | ) |
| ASSOCIATION, INC., | ) |
| | ) |
| Plaintiff-Intervenor, | ) |
| | ) |
| v. | )  CASE NO. 3:70-CV-844-WKW |
| | ) |
| CHAMBERS COUNTY BOARD | ) |
| OF EDUCATION, *et al.*, | ) |
| | ) |
| Defendants. | ) |

## **ORDER**

Upon consideration of the Private Plaintiffs' Motion and Memorandum of Law for Attorneys' Fees & Costs (Doc. # 597), it is ORDERED that Defendant Chambers County Board of Education shall file a response on or before **January 16, 2025**. Plaintiffs may file a reply brief on or before **February 16, 2025**.

DONE this 20th day of November, 2024.

                                                         /s/ W. Keith Watkins
                                      UNITED STATES DISTRICT JUDGE