IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| ANTHONY T. LEE, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff-Intervenor ) | |
| and Amicus Curiae, ) | |
| ) | |
| and NATIONAL EDUCATION ) | |
| ASSOCIATION, INC., ) | |
| ) | |
| Plaintiff-Intervenor, ) | |
| ) | |
| v. ) | CASE NO. 3:70-CV-844-WKW |
| ) | |
| CHAMBERS COUNTY BOARD ) | |
| OF EDUCATION, *et al.*, ) | |
| ) | |
| Defendants. ) | |

## **ORDER**

Before the court is Defendant Chambers County Board of Education's Motion for Leave to Pause Construction of the New High School. (Doc # 591.) The motion is unopposed by Plaintiff Private Parties (Doc. # 594) but is opposed by Plaintiff-Intervenor United States of America (Doc. # 593). Based upon careful consideration of the arguments, it is ORDERED that Defendant shall file a detailed status report on or before **January 8, 2025**, addressing the following matters:

(1) information about Dr. Casey Chambley's departure as superintendent of Chambers County and the specific date in January 2025 when the new superintendent, Dr. Sharon Weldon, will take office;

(2) information on the board members (if any) who are transitioning off the board, including their names, positions, and the expected timeline of their departures;

(3) information on the new board members, including their names, positions, and the specific date in January 2025 when they will assume office;

(4) information on all efforts made to secure financing for the construction of the new high school and the status of those efforts, any steps taken to resolve the issue of the delay in the construction of the new high school or to recommence construction, and any financial or contractual issues affecting the progress of the construction; and

(5) information on all efforts that the superintendent and existing board members have implemented to ensure a smooth and informed transition for the incoming administration pertaining to Chambers County Board of Education's obligations in this case, specifically, concerning constructing and securing financing for the new high school.

It is further ORDERED that an on-the-record status hearing will be held at the G.W. Andrews U.S. Courthouse, 701 Avenue A, Opelika, Alabama, beginning at

**9:30 a.m. Central Standard Time on January 28, 2025**. The superintendent-elect and all board members of the Chambers County Board of Education (including, as the case may be, both current members and those elected but not having taken office prior to the hearing) shall attend in person.

DONE this 19th day of December, 2024.

                                                    /s/ W. Keith Watkins
                                     UNITED STATES DISTRICT JUDGE