IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| ANTHONY T. LEE, *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff-Intervenor | ) | |
| and Amicus Curiae, | ) | |
| | ) | |
| and NATIONAL EDUCATION | ) | |
| ASSOCIATION, INC., | ) | |
| | ) | |
| Plaintiff-Intervenor, | ) | |
| | ) | |
| v. | ) | CASE NO. 3:70-CV-844-WKW |
| | ) | |
| CHAMBERS COUNTY BOARD | ) | |
| OF EDUCATION, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

It is ORDERED that the Chambers County Board of Education shall file progress reports every sixty days, beginning on **March 21, 2025**, detailing the financial status, construction progress, and projected completion milestones for the new high school.  The reports must include, at a minimum, the following:

1.    Updates on financing, including any changes to the budget or funding sources;

2.     Status of the underwriter engagement agreement and bond counsel agreement;

3.     Debt service obligations, including payment schedules and any adjustments;

4.     Bond issuance, management, and any refinancing efforts or changes to bond terms;

5.     Detailed progress and drawings on the schematic design of the new high school, including any revisions or approvals;

6.     Construction timelines, including completion estimates for key phases;

7.     Expenditures, including a breakdown of costs incurred to date and projected future costs; and

8.     Identification and explanation of any issues, delays, or challenges encountered, along with proposed solutions or adjustments to timelines.

Each report also should provide updates on the Chambers County Board of Education's plan and timeline for consolidating students at the new high school after its construction.  These updates should cover, but are not limited to, the following areas: specific steps and timelines for transferring students, faculty, and resources to the new, consolidated high school; provisions for student enrollment, transportation, and integration at the new high school; plans for communicating with affected students, parents, and staff regarding the consolidation process; and any additional

considerations to ensure a smooth transition and minimize disruption. For this section of the report, timelines and deadlines may reference either specific calendar dates or relative timeframes (where specific calendar dates presently are unknown) (*e.g.*, "___ days before/after completion of _____.").

DONE this 5th day of February, 2025.

_____/s/ W. Keith Watkins_____
UNITED STATES DISTRICT JUDGE