IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| ANTHONY T. LEE, et al., | ) |
| Plaintiffs, | ) |
| UNITED STATES OF AMERICA, | ) |
| Plaintiff-Intervenor and Amicus Curiae, | ) CIVIL ACTION NO.: 3:70-cv-844-WKW |
| NATIONAL EDUCATION ASSOCIATION, INC., | ) |
| Plaintiff-Intervenor, | ) |
| v. | ) |
| CHAMBERS COUNTY BOARD OF EDUCATION, et al., | ) |
| Defendants. | ) |

**CHAMBERS COUNTY BOARD OF EDUCATION'S SIXTH STATUS REPORT**

COMES NOW the Chambers County Board of Education and in compliance with this Court's Order dated February 5, 2025 (Doc. 607), files this sixth Status Report and addresses the specific information requests contained in the Court's Order (Doc. 607) as follows:

1. Updates on financing, including any changes to the budget or funding sources.

**Response:** We have recently received our official bond rating. We received an A for Series A (sales tax) and an A+ for Series B (ad Valorem taxes). The A+ is very encouraging as 2026 is an appraisal year for our county. Sales tax growth is also continuing to increase and will assist in paying the construction costs.

We are now working to secure Bond insurance and will soon begin bond sales.

2. Status of the underwriter engagement agreement and bond counsel agreement.

**Response:** See response to number 1, above.

1

3.  Debt service obligations, including payment schedules and any adjustments.

**Response:**  There is no change from our previous reports.

We currently have two debt service obligations. We have a bus loan which is covered by the Fleet Renewal Funds from the state. We also have an energy conservation loan which is paid out of our Capital Outlay Funds.

4.  Bond issuance, management, and any refinancing efforts or changes to bond terms.

**Response:**  See response to number 1, above.

5.  Detailed progress and drawings on the schematic design of the new high school, including any revisions or approvals.

**Response:**  We have had several meetings with HPM and Cooper Carry. We have finalized the selection for most of the outside materials, the lay of the parking lots, the roads around the school, and the placement of the buildings on the campus.

HPM is currently meeting with the City of Valley to discuss the needs for the roads and parking lots around the campus. They are also working to determine the transition of the city owned land to the school system so that we will be ready to begin building as soon as we are ready.

School colors, lettering, and mascot have been selected, and we are now planning a reveal for the community. We are also hopeful that the music for the new alma mater will be completed soon.

6.  Construction timelines, including completion estimates for key phases.

**Response:**  We are still on track for an opening in fall of 2028.

7.  Expenditures, including a breakdown of costs incurred to date and projected future costs.

**Response:**  On the spreadsheet below, Harris-Gray Surveying has been paid $4,200, Hoar Project Management has been $56,250 and Cooper Carry has been paid $99,330 during this reporting period.

| | | |
|---|---:|---|
| 1/8/2026 | | |
| 12/9/2025 | 4,200.00 | Harris-Gray Survey |
| 12/9/2025 | 56,250.00 | Program Management |
| In Process | 99,330.00 | Architects |
| | | |
| Total: | 159,780.00 | |

Projected future costs while in the schematic design phase will be approximately $1.5 million.

8.     Identification and explanation of any issues, delays or challenges encountered, along with proposed solutions or adjustments to timelines.

**Response:**    Our issues, delays, and challenges continue to be related to securing finances. Although we are progressing and feel confident, we have not yet finalized the bond issue.

## ADDITIONAL COMMENTS

Plan for consolidating students after construction.

Our DAC committee is set to meet in March of 2026 to continue discussion of this issue and others.

CHAMBERS COUNTY BOARD OF EDUCATION

By: *Sharon Weldon*
Dr. Sharon Weldon
Its Superintendent


STATE OF ALABAMA  )

CHAMBERS COUNTY  )

Before me the undersigned, a Notary Public, personally appeared Dr. Sharon Weldon and being duly sworn states that the facts contained in the foregoing document are true and correct to the best of her knowledge, information, and belief.

Done this the 13th day of January, 2026.

*Kasoundra Thomas*
Notary Public
My Commission Expires: EXP. 09/06/2026


Respectfully submitted,

*/s/ Robert T. Meadows, III*
Robert T. Meadows, III (MEA012)
Attorney for Chambers County Board of Education


**OF COUNSEL:**
*Capell & Howard, P.C.*
3120 Frederick Road, Suite B
Opelika, Alabama 36801
Telephone: (334) 501-1540
Facsimile: (334) 501-4512
Email: Bob.Meadows@chlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on this the 13th day of January, 2026, I electronically filed this status report with the Clerk of the Court for the United States District Court, for the Middle District of Alabama, through CM/CEF, which will which will send notification of such filing to all counsel of record.

/s/ Robert T. Meadows, III
OF COUNSEL