**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION**

| | |
|---|---|
| ANTHONY T. LEE, et al., | ) |
| | ) |
|     Plaintiffs, | ) |
| | ) |
| UNITED STATES OF AMERICA, | ) |
| | ) |
|     Plaintiff-Intervenor and | ) |
|     Amicus Curiae, | )   CIVIL ACTION NO.: 3:70-cv-844-WKW |
| | ) |
| NATIONAL EDUCATION ASSOCIATION, | ) |
| INC., | ) |
| | ) |
|     Plaintiff-Intervenor, | ) |
| | ) |
| v. | ) |
| | ) |
| CHAMBERS COUNTY BOARD OF | ) |
| EDUCATION, et al., | ) |
| | ) |
|     Defendants. | ) |

## CHAMBERS COUNTY BOARD OF EDUCATION'S NINTH STATUS REPORT

COMES NOW the Chambers County Board of Education and in compliance with this Court's Order dated February 5, 2025 (Doc. 607), files this ninth Status Report and addresses the specific information requested in the Court's Order (Doc. 607) as follows:

1.     Updates on financing, including any changes to the budget or funding sources; status of the underwriter engagement agreement and bond counsel agreement; bond issuance, management, and any refinancing efforts or changes to bond terms;

**Response:** At the time of this filing, the Board is still waiting for the decision of the Chambers County Commission on whether it will support the financing of the new school as well as the Alabama State Department of Education's approval of the financing. The Board's bond ratings of A+ and A are still in place. The Board's quote for bond insurance has been renewed.

The Board's Chief School Financial Officer and I met with the County Commission within the last few weeks to discuss the financing and will meet with their attorney and the County Tax

1

Assessor in the next two weeks to further discuss the matter. The Board is hopeful that at that time it will be able to secure the support of the County Commission at the July 27 Commission meeting.

The County Commissioners received a letter from the Alabama State Department of Education Superintendent explaining what would need to be included in their commitment. A copy of that letter is attached as *Exhibit A*. The request contained in this letter is still being considered by the County Commissioners.

Lastly, the school system is working hard to reduce spending. The Board continues to eliminate expenses that began when ESSER money was available in an effort to maintain and grow our general fund.

2.      Debt service obligations, including payment schedules and any adjustments.

**Response:** There is no change from our previous reports.

The Board currently has two debt service obligations. A bus loan which is covered by the Fleet Renewal Funds from the state. We also have an energy conservation loan which is paid out of our Capital Outlay Funds.

3.      Detailed progress and drawings on the schematic design of the new high school, including any revisions or approvals.

**Response:** A groundwater issue was discovered during the last 60 days which led to the need to redesign the plans for the competition gymnasium. These plans were presented to the school officials in late June. Architects and designers have begun the task of preparing drawings of finished interior areas such as the competition gym, the auxiliary gym, and classroom spaces. The layout of the outside campus has been discussed, adjusted and designed. Design adjustments are being made for ramps and other accesses through the campus. The 65% design work has been submitted to the Department of Construction Management.

4.      Construction timelines, including completion estimates for key phases.

**Response:** The redesign of the gym actually shortened the planned construction time. If financing is approved for the bond sales, the Board is hoping to keep the Fall 2028 opening.

5.      Expenditures, including a breakdown of costs incurred to date and projected future costs.

**Response:** On the spreadsheet below, the HPM costs reflect the work that has gone into site work and meetings with Cooper Carry and Chambers County Schools as we work through details of the plans. The Cooper Carry expenses reflect the development of plans, needed adjustments after meeting with directors, department heads, and teachers. During this reporting period, there have also been some additional costs for site preparation.

2

| 7/8/2026 | | | |
|---|---|---|---|
| 5/19/2026 | 297,990.00 | Architects | |
| 5/19/2026 | 358,188.79 | Architects | |
| 6/16/2026 | 410,111.75 | Architects | |
| 5/5/2026 | 42,500.00 | Program Management | |
| 6/16/2026 | 42,500.00 | Program Management | |
| 5/30/2026 | 17,034.00 | DCM Plan Review Fee | |
| 6/24/2026 | 2,510.00 | Subdv Plat & TOPO | |
| 6/24/2026 | 21,360.00 | Geotechnical Engineer Srv | |
| | 1,192,194.54 | | |

Projected future costs while in this phase will be approximately $1 Million.

HPM recently reviewed costs and projections and reported that the project was still on track for the projected cost.

6.     Identification and explanation of any issues, delays, or challenges encountered, along with proposed solutions or adjustments to timelines.

**Response:** The Board's issues, delays, and challenges continue to be related to finances. Although we are progressing and we feel confident, we have not yet finalized the bond issue.

7.     Plan for consolidating students after construction.

**Response:** The Board's next DAC meeting will be in late August or early September. They have requested to continue in the work session format that we began last school year.

The Board is working academically to prepare for the consolidation as well.  We have a strong focus on academic achievement in both high schools and in our middle grades to ensure a smooth transition as students come together in the consolidated high school.

CHAMBERS COUNTY BOARD OF EDUCATION

By: *Sharon Weldon*

Dr. Sharon Weldon
Its Superintendent

STATE OF ALABAMA      )
CHAMBERS COUNTY       )

Before me the undersigned, a Notary Public, personally appeared Dr. Sharon Weldon and being duly sworn states that the facts contained in the foregoing document are true and correct to the best of her knowledge, information, and belief.

Done this the 10th day of July, 2026.

*Kasoundra Thomas*

Notary Public
My Commission Expires:

Respectfully submitted,

/s/ Robert T. Meadows, III
Robert T. Meadows, III (MEA012)
Attorney for Chambers County Board of Education

**OF COUNSEL:**
*Capell & Howard, P.C.*
3120 Frederick Road, Suite B
Opelika, Alabama 36801
Telephone: (334) 241-8011
Facsimile: (334) 323-8888
Email: Bob.Meadows@chlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on this the 10th day of July, 2026, I electronically filed this status report with the Clerk of the Court for the United States District Court, for the Middle District of Alabama, through CM/CEF, which will send notification of such filing to all counsel of record.

/s/ Robert T. Meadows, III
OF COUNSEL

5