EXHIBIT

**A**

tabbies'



STATE OF ALABAMA
## DEPARTMENT OF EDUCATION



Eric G. Mackey, Ed.D.
State Superintendent of Education

Alabama
State Board
of Education

Governor Kay Ivey
President

Jackie Zeigler
District I

Tracie West
District II

Kelly Mooney
District III
President Pro Tem

Yvette M. Richardson, Ed.D.
District IV

Tonya S. Chestnut, Ed.D.
District V

Marie Manning
District VI
Vice President

Allen Long, M.D.
District VII

Wayne Reynolds, Ed.D.
District VIII

Eric G. Mackey, Ed.D.
Secretary and
Executive Officer

June 16, 2026

Chambers County Commission
2 South LaFayette Street
LaFayette, AL 36862

Claud E. (Skip) McCoy, Jr.
Johnson Caldwell & McCoy
177 North Lanier Avenue, Suite 201
Lanett, AL  36863

Ladies and Gentlemen:

Under applicable Alabama law, the Alabama State Department of Education (ALSDE) must review and approve every issuance of capital financing indebtedness by the municipal and county school boards in the state. As part of that process, the ALSDE conducts its own independent review of the applicant system's finances and the proposed terms of the financing.

We understand the significance of the proposed new high school in Chambers County and support the Chambers County Board of Education's efforts to make it a reality. However, we also recognize that the Board could not have gotten to this point without the support and assistance of all of the public education stakeholders in the county, including the Chambers County Commission.

We understand that the Board received investment grade ratings from Standard & Poor's and has been approved for municipal bond insurance by Assured Guaranty, Inc. However, in our review process, we determined that the Board will be in a stronger position if it has sound financial fallback support from both the County Commission and the City of Valley. In order for the ALSDE to consider final approval of the financing terms, we recommend that the Board obtain a legally binding annual appropriation backstop from both the County Commission and the City of Valley of up to a maximum of $1.5 million per year from each entity, for a total amount of $3 million. This amount is subject to reduction in the event the Board receives and realizes a new revenue source from the County consistent with that amount. It is our understanding from bond counsel that the annual appropriation will not count against the County's debt limit. The terms of the requests to the County Commission and the City of Valley are the same.

Chambers County Commission
Mr. Claud E. (Skip) McCoy, Jr.
Page 2
June 16, 2026


We are available and happy to answer any questions you may have from us about this process.

Sincerely,

*Eric GMackey*

Eric G. Mackey
State Superintendent of Education

EGM/JJS/RE

CC:     Arthur Watts, Deputy State Superintendent of Education, Division of
            Administration and Finance, Alabama State Department of Education
        J. Jason Swann, General Counsel, Alabama State Department of Education
        Dr. Sharon Weldon, Superintendent, Chambers County School District
        Chuck Marcum, Chief of Staff, Alabama State Department of Education