**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**
**EASTERN DIVISION**

| | | |
|---|---|---|
| ANTHONY T. LEE, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff-Intervenor and | ) | |
| Amicus Curiae, | ) | CIVIL ACTION NO.: 3:70-cv-844-WKW |
| | ) | |
| NATIONAL EDUCATION ASSOCIATION, | ) | |
| INC., | ) | |
| | ) | |
| Plaintiff-Intervenor, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| CHAMBERS COUNTY BOARD OF | ) | |
| EDUCATION, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**CHAMBERS COUNTY BOARD OF EDUCATION'S TENTH STATUS REPORT REGARDING PROJECT FINANCING**

COMES NOW the Chambers County Board of Education and respectfully provides the following information to update this Court, in advance of the telephone status conference with an emphasis on project financing scheduled for Oct 1 (Doc 636), on the status of its efforts to obtain financing for the proposed new consolidated high school.

1. As this Court will recall from the previous reports by this Board, the Board's bonds are rated A+ and A. Additionally, the Board has obtained a Municipal Bond Insurance Commitment from Assured Guaranty, Inc.

2. As set out in the Seventh Status Report (Doc. 630), the Board has submitted the proposed financing to the State Department of Education for approval. Under State law, the

Alabama State Department of Education has the final approval authority for projects financed in this manner. See Ala Code, Section 16-13-305 (1975). Since the Board's budget for the project includes the use of "projected" sales tax growth and "projected" increase in ad valorem taxes, the State Department has asked the Board to seek support from local sources which would cover a shortfall in the event that these "projected" amounts did not materialize.

3. As set forth in the Board's Eighth Status Report (Doc. 631) and Ninth Status Report (Doc.635, including Exhibit A to that Report), the State Department and the Board have asked for support from the City of Valley and the Chambers County Commission for the proposed financing. That support has been in the form of a request to agree to pay up to 1.5 million dollars per year on the debt service but only in the event that there is a shortfall in the revenues available to the Chambers County Board to meet the obligations of the debt.

4. The City of Valley has indicated its willingness to do that and submitted a resolution to this effect. See Exhibit A which is attached hereto and made a part hereof.

5. The Chambers County Commission was requested to provide the same type of support but at its meeting on Monday, August 24, 2026, the Commission declined to approve the requested support, voting 3-3 on approval of the proposed Resolution. See Exhibit B which is attached hereto and made a part hereof. Thus, the Resolution did not pass, and the support sought from the County Commission did not materialize. The Board has now made this information available to the State Department and has been told that they (the State) will not approve the proposed financing.

6. The Chambers County Board respectfully submits to this Court that it has done, and continues to do, everything within its authority and power to arrange the financing to proceed with the construction of the new consolidated high school. The Board is steadfast in its

commitment!! In fact, the Board has invested approximately $6.5 million in the project thus far and it voted 5-1 at its meeting on August 26, 2026, (after the County Commission declined the request) to continue to seek approval of the financing. However, at this point in time, the decision as to whether the Board can move forward is in the hands of the Alabama State Department of Education. The Board has made good faith efforts, both before and after the County Commission's vote, to convince the State Department to approve the financing for the project and is continuing to do so, but as set forth above, the ultimate decision is in the hands of the State Department.

7. As set out above, the Board respectfully submits this report, in advance of the telephone conference with an emphasis on project financing scheduled by this Court for Oct 1 (Doc 636), to update the Court on the status of its efforts to obtain the financing for the new consolidated high school.

CHAMBERS COUNTY BOARD OF EDUCATION

By: Sharon Weldon

Dr. Sharon Weldon
Its Superintendent

STATE OF ALABAMA )
CHAMBERS COUNTY )

Before me the undersigned, a Notary Public, personally appeared Dr. Sharon Weldon and being duly sworn states that the facts contained in the foregoing document are true and correct to the best of her knowledge, information, and belief.

Done this the 8th day of September, 2026.

KASAOUNDRA THOMAS NOTARY PUBLIC MY COMM EXP. 08-26-2030 ALABAMA STATE AT LARGE

(Seal)

Kasoundra Thomas

Notary Public
My Commission Expires:

KASAOUNDRA THOMAS NOTARY PUBLIC MY COMM EXP. 08-26-2030 ALABAMA STATE AT LARGE

Respectfully submitted,

*/s/Robert T. Meadows, III*
Robert T. Meadows, III (MEA012)
Attorney for Chambers County Board of Education

**OF COUNSEL:**
***Capell & Howard, P.C.***
3120 Frederick Road, Suite B
Opelika, Alabama 36801
Telephone: (334) 241-8011
Facsimile: (334) 323-8888
Email: Bob.Meadows@chlaw.com

**CERTIFICATE OF SERVICE**

I hereby certify that on this the 8th day of September, 2026, I electronically filed this status report with the Clerk of the Court for the United States District Court, for the Middle District of Alabama, through CM/CEF, which will send notification of such filing to all counsel of record.

*/s/Robert T. Meadows, III*
OF COUNSEL