EXHIBIT
A

**RESOLUTION NO. 2026-047R**

**Approve Funding Agreement for Chamber BOE and New High School**

Whereas, Chambers County Board of Education (the "Board") has proposed to construct a new high school (the "New High School") for all of the public education students in Chambers County (the "County").

Whereas, the City of Valley (the "City") supports public education in the County and its public education residents who attend Board schools.

Whereas, the City has donated or will donate to the Board certain real property within the City upon which the New High School will be built.

Whereas, as further evidence of the City's support of public education for its residents and the New High School to be built in the City, the City has agreed, at the request of the Board, to execute the Funding Agreement attached hereto and incorporated herein by reference, in order to further assist the Board with financing and operation of the New High School.

NOW THEREFORE BE IT RESOLVED by the City Council of the City of Valley, Alabama, as follows:

1. That the attached Funding Agreement to be entered into between the City and the Board is hereby approved, authorized, ratified, and confirmed.

2. That the Mayor is hereby authorized and directed to execute and deliver said Agreement in the name and on behalf of the City of Valley and the City Clerk is hereby authorized to attest the same.

3 That the Mayor and the officers of the City are each hereby authorized and directed to take such actions, execute, deliver and perform all such agreements, documents, instruments, notices and proceedings, with respect to the Funding Agreement, as the Mayor and such officers shall determine to be necessary or desirable to carry out the provisions of this Resolution.

4. That this Resolution shall take effect upon its passage and adoption by the City Council.

ADOPTED AND APPROVED this the 11th day of May 2026.

[signature]
Mayor

ATTEST:

Kathy Snowden
City Clerk

# FUNDING AGREEMENT

**Dated as of May __, 2026**

**By and Between**

**CITY OF VALLEY, ALABAMA**

**and**

**COUNTY BOARD OF EDUCATION OF CHAMBERS COUNTY, ALABAMA**

**With respect to**

**$28,840,000***
**COUNTY BOARD OF EDUCATION OF CHAMBERS COUNTY, ALABAMA**
**CAPITAL OUTLAY SCHOOL WARRANTS**
**SERIES 2026-A (Sales Tax)**

**And**

**$52,425,000***
**COUNTY BOARD OF EDUCATION OF CHAMBERS COUNTY, ALABAMA**
**CAPITAL OUTLAY SCHOOL WARRANTS**
**SERIES 2026-B (Property Taxes)**

# FUNDING AGREEMENT

This Funding Agreement (the "Agreement"), by and between the City of Valley, Alabama (the "City") and the County Board of Education of Chambers County, Alabama, the agency and instrumentality vested with the supervision of public education in Chambers County, Alabama (the "Board"), is made and entered into as of this the __ day of May, 2026.

## Recitals

The Board has proposed to issue its Capital Outlay School Warrants, Series 2026-A (Sales Tax) and Capital Outlay School Warrants, Series 2026-B (Property Tax) (collectively the "Warrants") for the primary purpose of funding the acquisition, construction, and equipping of the new Chambers County High School (the "New High School") to be located in the City. All of the public education students in the City attend schools operated by the Board, and all public education high school students in the City will attend the New High School.

The Board has received investment grade ratings on the Warrants from Standard & Poor's and a municipal bond insurance commitment for the Warrants from Assured Guaranty, Inc. In order to assist the Board and to support public education, the City has agreed to pay any deficiency in the Board's revenues pledged to pay the debt service on the Warrants in any year while this Agreement is in effect through an annual appropriation of the City.

NOW, THEREFORE, in consideration of the premises and the mutual covenants and agreements hereinafter contained, it is hereby agreed between the City and the Board as follows:

**SECTION 1.** Agreement of City to Make Payments.

(a) The City hereby covenants, agrees, orders, and directs the City Treasurer to pay to the Board, for the Warrants (and any obligations issued to refund the same, provided that such refunding obligations do not extend the final maturity (July 1, 2055) of the Warrants and do not increase the maximum annual debt service payable in any fiscal year on the Warrants), in any fiscal year in which the Warrants (and any aforesaid refunding obligations) are outstanding and this Agreement is in effect, an annual appropriation, in immediately available funds, in the maximum amount of $1,500,000, to cover any deficiency or shortfall in the Board's pledged revenues available for the payment of debt service on the Warrants or State Program Matching Funds not less than ten (10) calendar days prior to the due date(s) thereof, such due dates being January 1 and July 1, beginning January 1, 2027, continuing through and ending on July 1, 2055; provided, however, that in order for the City to pay any shortfall, the Board must first provide to the City, not less than twenty (20) calendar days prior to any aforesaid due date, written notice of the Board's deficiency amount and an explanation for such shortfall attaching thereto the debt service schedule for the Warrants and the Board's relevant financial reports supporting the conclusion of such deficiency and shortfall.

(b) The City shall not unreasonably withhold any payment hereunder unless it believes that the information provided to the City by the Board above is materially inaccurate or intentionally misleading.

(c) If the City is required to make any payment hereunder, the City shall pay or cause to be paid such debt service shortfall payment to the Board from its taxes, revenues, and funds of the City. The obligations of the City to make any payment required hereunder shall constitute a general obligation of the City for which the full faith and credit of the City are hereby irrevocably pledged.

(d) The foregoing notwithstanding, the City's maximum annual obligation hereunder of $1,500,000 described in (a) above shall automatically decrease by ½ of the amount of the proceeds owed to and received by the Board from an additional ad valorem tax approved by the voters subsequent to the date hereof and levied in the County for public education purposes; provided, however, that this Agreement and the City's obligations hereunder shall automatically terminate if the voters approve an additional ad valorem tax to be levied in the County for public educational purposes that produces (based on the value of a mill of ad valorem tax collected in the County the prior fiscal year) not less than $3,000,000 of annual revenue receipts to the Board and is levied without interruption for a term with a final collection due subsequent to the final maturity of the Warrants.

**SECTION 2.** **Initial Term; Renewals; Termination**. The Board and the City hereby acknowledge that the initial term of this Funding Agreement shall begin on the date of delivery and shall end on September 30, 2026. After the expiration of the initial term, the City shall have the option to renew this Agreement for a term of twelve months beginning on October 1, 2026, and continuing until and including September 30, 2027, and shall have the further option from year to year thereafter to renew this Agreement for successive terms of twelve months each, each such term to coincide with the fiscal year of the City beginning on October 1 and continuing until and including the then next succeeding September 30; provided however, that if this Agreement shall not be renewed for any of the terms provided for herein, this Agreement shall thereupon terminate and no renewal may thereafter be made for any subsequent term. Such option to renew this Agreement for any such fiscal year shall be deemed to have been exercised and shall therefore be automatically exercised unless the governing body of the City shall adopt a resolution not later than March 31 in any current fiscal year affirmatively electing not to exercise such option for such following fiscal year.

**SECTION3.** **Binding Effect; Governing Law**. This Agreement shall inure to the benefit of and shall be binding upon the City and the Board and their respective successors and assigns. This Agreement shall be governed exclusively by the applicable laws of the State of Alabama.

**SECTION 4.** **Effective Date**. This Funding Agreement shall take effect upon the date hereof, and are not conditioned on the occurrence of any other events, and shall remain in effect until the City's obligations hereunder have been completed.

IN WITNESS WHEREOF, the Cities and the Board have caused this Funding Agreement to be executed in their respective corporate names and have caused their respective corporate seals to be hereunto affixed, and have caused this Funding Agreement to be attested, all by their duly authorized officers, and have caused this Funding Agreement to be dated the date and year first written above.

**CITY OF VALLEY, ALABAMA**

Mayor

CITY SEAL

Attest:

City Clerk

**COUNTY BOARD OF EDUCATION OF CHAMBERS COUNTY, ALABAMA**

Chairman

BOARD SEAL

Attest:

Secretary