EXHIBIT

tabbies

B

RESOLUTION NO. ____________

Whereas, the County Board of Education of Chambers County (the "Board") has proposed to construct a new high school (the "New High School") in Chambers County (the "County") for all of the public education students in the County outside of the City of Lanett.

Whereas, the Chambers County Commission (the "Commission"), the governing body of the County, has always supported public education in the County.

Whereas, in a strong show of support for public education and in the construction of the New High School, the County Commission, on February 2, 2026, adopted Ordinance Resolution and Order whereby the sale and use tax levied by Chambers County pursuant to Section 40-12-4, Code of Alabama, 1975 for public education purposes was extended for an additional ten (10) year term ending July 1, 2055.

Whereas, in a show of additional support for public education in the County and the New High School, the County Commission has agreed, at the request of the Board, to execute the Funding Agreement (the "Agreement") attached hereto and incorporated herein by reference, in order to further assist the Board with the financing and operation of the New High School.

NOW THEREFORE BE IT RESOLVED by the County Commission of Chambers County, Alabama, as follows:

1. That the Board has represented to the County that the Board presently has approximately $2.7 million of reserves to pay the Warrants, in the event that its annual revenues are insufficient to pay debt service, and the Board has further represented to the County that the Board intends to add another $1 million to such reserves which can also be used to pay debt service on the Warrants.

2. Prior to the Commission making any payment under the Agreement, the Board shall first provide to the County Commission on an ongoing basis, (i) its quarterly and annual financial statements in the same forms required to be submitted by the Board to the State Board of Education and including the Board's revenues and expenses (profit/loss), balance sheet, and cash flow, and (ii) not less than twenty (20) calendar days prior to any aforesaid due date, written notice of the Board's deficiency amount and an explanation for such shortfall attaching thereto the debt service schedule for the Warrants and the Board's relevant financial reports supporting the conclusion of such deficiency and shortfall.

3. That in order for the Funding Agreement to remain in effect for any fiscal year subsequent to the fiscal year ending September 30, 2027, a majority vote (4) of the County Commission's (6) members must adopt a resolution affirmatively renewing such agreement for an additional fiscal year no later than October 1 of each subsequent fiscal year, beginning with the fiscal year beginning October 1, 2027. The Agreement shall terminate and become void if a majority vote for renewal is not obtained as aforesaid in any year.

4. The Commission shall not be obligated to make any payment under the Agreement unless and until the City of Valley has contributed $1.5 million to the Board pursuant to its Funding Agreement dated May 11, 2026.

5. The County's maximum annual obligation of $1,500,000 under the Agreement shall automatically decrease by the amount of any proceeds owed to and received by the Board from an additional ad valorem tax approved by the voters subsequent to the date hereof and levied by the Commission in the County for public education purposes; provided, however, that the Agreement and the County's obligations hereunder shall automatically terminate if the voters approve an additional ad valorem tax to be levied in the

County for public educational purposes that produces (based on the value of a mill of ad valorem tax collected in the County the prior fiscal year) at least $1,500,000 of annual revenue receipts to the Board and is levied without interruption for a term with a final collection due subsequent to the final maturity of the Warrants.

6. The Commission's obligations under the Agreement shall automatically terminate if (i) the City Council of the City of Valley approves the commencement of a feasibility study to consider forming a municipal school system separate from the Board, or (ii) the Board is granted "unitary status" and permanently released from federal court supervision pursuant to the current outstanding order and litigation.

7. That the attached Funding Agreement to be entered into between the County and the Board is hereby approved, authorized, ratified, and confirmed.

8. That the Chairman is hereby authorized and directed to execute and deliver said Agreement in the name and on behalf of the County and the County Administrator is hereby authorized to attest the same.

9. That the Chairman and the County Administrator are each hereby authorized and directed to take such actions, execute, deliver and perform all such agreements, documents, instruments, notices and proceedings, with respect to the Funding Agreement, as the Chairman and County Administrator shall determine to be necessary or desirable to carry out the provisions of this Resolution.

10. That this Resolution shall take effect upon its passage and adoption by the Commission.

ADOPTED AND APPROVED this the 24th day of August, 2026.

____________________________
Chairman

ATTEST:

____________________________
Administrator

# FUNDING AGREEMENT

**Dated as of August __, 2026**

**By and Between**

**CHAMBERS COUNTY, ALABAMA**

**and**

**COUNTY BOARD OF EDUCATION OF CHAMBERS COUNTY, ALABAMA**

**With respect to**

**$28,840,000**
**COUNTY BOARD OF EDUCATION OF CHAMBERS COUNTY, ALABAMA**
**CAPITAL OUTLAY SCHOOL WARRANTS**
**SERIES 2026-A (Sales Tax)**

**And**

**$52,425,000**
**COUNTY BOARD OF EDUCATION OF CHAMBERS COUNTY, ALABAMA**
**CAPITAL OUTLAY SCHOOL WARRANTS**
**SERIES 2026-B (Property Taxes)**

**FUNDING AGREEMENT**

This Funding Agreement (the "Agreement"), by and between Chambers County, Alabama (the "County") and the County Board of Education of Chambers County, Alabama, the agency and instrumentality vested with the supervision of public education in Chambers County, Alabama (the "Board"), is made and entered into as of this the __ day of August, 2026.

**Recitals**

The Board has proposed to issue its Capital Outlay School Warrants, Series 2026-A (Sales Tax) and Capital Outlay School Warrants, Series 2026-B (Property Tax) (collectively the "Warrants") for the primary purpose of funding the acquisition, construction, and equipping of the new Chambers County High School (the "New High School") to be located in the County. All of the public education students in the County (outside the City of Lanett) attend schools operated by the Board, and all public education high school students in the County (outside the City of Lanett) will attend the New High School.

The Board has received investment grade ratings on the Warrants from Standard & Poor's and a municipal bond insurance commitment for the Warrants from Assured Guaranty, Inc. In order to assist the Board and to support public education, the County has agreed, on an annual, conditional basis, to pay any deficiency in the Board's revenues pledged to pay the debt service on the Warrants in any year while this Agreement is in effect through an annual appropriation of the County up to a maximum of $1.5 million.

The Board has represented to the County that the Board presently has approximately $2.7 million of reserves to pay the Warrants, in the event that its annual revenues are insufficient to pay debt service, and the Board has further represented to the County that the Board is adding another $1 million to such reserves which can also be used to pay debt service on the Warrants.

The County's agreement to provide the aforesaid contingency funds to the Board in any fiscal year subsequent to the fiscal year ending September 30, 2027 is conditioned upon the County's affirmative annual renewal of this Agreement as described herein.

NOW, THEREFORE, in consideration of the premises and the mutual covenants and agreements hereinafter contained, it is hereby agreed between the County and the Board as follows:

**SECTION 1. Agreement of County to Make Payments.**

(a) The County hereby covenants, agrees, orders, and directs the County Treasurer to pay to the Board, for the Warrants (and any obligations issued to refund the same, provided that such refunding obligations do not extend the final maturity (July 1, 2055) of the Warrants and do not increase the maximum annual debt service payable in any fiscal year on the Warrants), in any fiscal year in which the Warrants (and any aforesaid refunding obligations) are outstanding and this Agreement is in effect, an annual appropriation of available funds, in the maximum amount of $1,500,000, to cover any deficiency or shortfall in the Board's pledged revenues available for the payment of debt service on the Warrants or State Program Matching Funds not less than twenty (20) calendar days prior to the due date(s) thereof, such due dates being January 1 and July 1, beginning January 1, 2027, continuing through and ending on July 1, 2055; provided, however, that in order for the County to be obligated to pay any shortfall, the Board must first provide to the County Commission, on an ongoing basis, (i) its quarterly and annual financial statements in the same forms required

to be submitted by the Board to the State Board of Education and including the Board's revenues and expenses (profit/loss), balance sheet, and cash flow, and (ii) not less than twenty (20) calendar days prior to any aforesaid due date, written notice of the Board's deficiency amount and an explanation for such shortfall attaching thereto the debt service schedule for the Warrants and the Board's relevant financial reports supporting the conclusion of such deficiency and shortfall.

(b) The County shall not unreasonably withhold any payment hereunder unless it believes that the information provided to the County by the Board above is materially inaccurate or intentionally misleading.

(c) If the County is required to make any payment hereunder, the County shall pay or cause to be paid such debt service shortfall payment to the Board from the taxes, revenues, and available funds of the County.

(d) The foregoing notwithstanding, (i) the County shall not be obligated to make any payment hereunder unless and until the City of Valley has contributed $1.5 million to the Board pursuant to its Funding Agreement dated May 11, 2026, and (ii) the County's maximum annual obligation hereunder of $1,500,000 described in (a) above shall automatically decrease by the amount of any proceeds owed to and received by the Board from an additional ad valorem tax approved by the voters subsequent to the date hereof and levied by the Commission in the County for public education purposes; provided, however, that this Agreement and the County's obligations hereunder shall automatically terminate if the voters approve an additional ad valorem tax to be levied in the County for public educational purposes that produces (based on the value of a mill of ad valorem tax collected in the County the prior fiscal year) at least $1,500,000 of annual revenue receipts to the Board and is levied without interruption for a term with a final collection due subsequent to the final maturity of the Warrants.

**SECTION 2.** **Initial Term; Renewals; Termination**. (a) The Board and the County hereby acknowledge that the initial term of this Funding Agreement shall begin on the date of issuance of the Warrants and shall end on September 30, 2027. After the expiration of the initial term, the County shall have the option to renew this Agreement for a term of twelve months beginning on October 1, 2027, and continuing until and including September 30, 2028, and shall have the further option from year to year thereafter to renew this Agreement for successive terms of twelve months each, each such term to coincide with the fiscal year of the County beginning on October 1 and continuing until and including the then next succeeding September 30; provided however, that, in order for this Agreement to be renewed for any additional fiscal year subsequent to the fiscal year ending September 30, 2027, a majority vote (4) of the County Commission's members (6) must adopt a resolution affirmatively renewing such agreement for an additional fiscal year no later than October 1 of each subsequent fiscal year, beginning with the year beginning October 1, 2027. This Agreement shall terminate and become void if a majority vote for renewal is not obtained as aforesaid in any year.

(b) Anything herein to the contrary notwithstanding and if this Agreement is in effect, the County's obligations hereunder shall automatically terminate if (i) the City Council of the City of Valley approves the commencement of a feasibility study to consider forming a municipal school system separate from the Board, or (ii) the Board is granted "unitary status" and permanently released from federal court supervision pursuant to the current outstanding order and litigation.

**SECTION 3.** Binding Effect; Governing Law. This Agreement shall inure to the benefit of and shall be binding upon the County and the Board and their respective successors and assigns. This Agreement shall be governed exclusively by the applicable laws of the State of Alabama.

**SECTION 4.** Effective Date. This Funding Agreement shall take effect upon the date hereof and shall remain in effect until the County's obligations in any fiscal year have been completed.

IN WITNESS WHEREOF, the County and the Board have caused this Funding Agreement to be executed in their respective corporate names and have caused their respective corporate seals to be hereunto affixed, and have caused this Funding Agreement to be attested, all by their duly authorized officers, and have caused this Funding Agreement to be dated the date and year first written above.

**CHAMBERS COUNTY, ALABAMA**

______________________________
Chairman

COUNTY SEAL

Attest:

______________________________
County Administrator

**COUNTY BOARD OF EDUCATION**
**OF CHAMBERS COUNTY, ALABAMA**

______________________________
Chairman

BOARD SEAL

Attest:

______________________________
Secretary