**IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF ALABAMA EASTERN DIVISION**

| | |
|---|---|
| ANTHONY T. LEE, et al.,<br>Plaintiffs,<br><br>and<br><br>UNITED STATES OF AMERICA,<br>Plaintiff-Intervenor,<br><br>v.<br><br>CHAMBERS COUNTY BOARD OF EDUCATION, et al.,<br>Defendants. | **CIVIL ACTION NUMBER**<br><br>**3:70-cv-00844-WKW** |

**[PROPOSED] ORDER**

Before the Court is the Plaintiffs' Motion to Add Class Members as Named Class Representatives (Doc. 644). For good cause, it is ORDERED that the Motion is GRANTED.

The Court DIRECTS the Clerk to please add Charlene Story and Teranda Allen to the docket as the Plaintiff Class representatives of the *Lee v. Macon County* class and appoints them as next of friends on behalf of their children.

DONE this ___ day of ___________, 2026.

______________________________
UNITED STATES DISTRICT JUDGE