IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| ANTHONY T. LEE, *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff-Intervenor and Amicus Curiae, | ) | |
| | ) | |
| and NATIONAL EDUCATION ASSOCIATION, INC., | ) | |
| | ) | |
| Plaintiff-Intervenor, | ) | |
| | ) | |
| v. | ) | CASE NO. 3:70-CV-844-WKW |
| | ) | |
| CHAMBERS COUNTY BOARD OF EDUCATION, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

Before the court is the Motion to Add Class Members as Named Class Representatives (Doc. # 644), filed by counsel for the Private Plaintiffs. The Private Plaintiffs move to add Charlene Story on behalf of herself and her children, D.W. and K.W., and Teranda Allen on behalf of herself and her child, K.A., as named Plaintiff class representatives. (Doc. # 644 at 1.) Counsel for the Private Plaintiffs represents that Defendant Chambers County Board of Education and Plaintiff-Intervenor United States of America oppose the motion. (Doc. # 644 at 2.)

Upon consideration of the motion, it is ORDERED that Defendant and Plaintiff-Intervenor shall file responses explaining their opposition on or before **December 9, 2026**.

DONE this 3rd day of November, 2026.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE