**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION**

| | | |
|---|---|---|
| ANTHONY T. LEE, et al.,<br><br>Plaintiffs,<br><br>UNITED STATES OF AMERICA,<br><br>Plaintiff-Intervenor and Amicus Curiae,<br><br>NATIONAL EDUCATION ASSOCIATION, INC.,<br><br>Plaintiff-Intervenor,<br><br>v.<br><br>CHAMBERS COUNTY BOARD OF EDUCATION, et al.,<br><br>Defendants. | ) | CIVIL ACTION NO.: 3:70-cv-844-WKW |

**<u>CHAMBERS COUNTY BOARD OF EDUCATION'S ELEVENTH STATUS REPORT</u>**

COMES NOW the Chambers County Board of Education and in compliance with this Court's Order dated February 5, 2025 (Doc. 607), files this Eleventh Status Report and addresses the specific information requested in the Court's Order (Doc. 607) as follows:

1. Updates on financing, including any changes to the budget or funding sources; status of the underwriter engagement agreement and bond counsel agreement; bond issuance, management, and any refinancing efforts or changes to bond terms;

**<u>Response:</u>** Because we are still in need of the $1.5 million-dollar annual back stop (only if needed) from the Chambers County Commission, we are planning to make another presentation to the Commission now that the election has been held and our new commissioners are in place.

We have been told that the new Commissioners will be sworn in and take office officially on November 12, 2026. We hope to be able to make a presentation to them at one of the meetings shortly after that, once they get acclimated to the issues involved.

In addition to the security of the projected gains and our current reserve, we are preparing a report to include the per pupil savings that will result when the new high school is completed and all students are enrolled in one school.

We are continuing to eliminate locally funded positions to the greatest extent possible in an effort to continue to show our commitment to sustainability in hopes of securing the approval as soon as

possible. At this time, we have built our reserve up to $3.8 million dollars and continue to look for opportunities to save.

2. Debt service obligations, including payment schedules and any adjustments.

**Response:** There is no change from our previous reports.

We currently have one debt service obligation as we have now paid our bus loan in full. We have an energy conservation loan which is paid out of our Capital Outlay Funds.

3. Detailed progress and drawings on the schematic design of the new high school, including any revisions or approvals.

**Response:** The architectural drawings are complete.

4. Construction timelines, including completion estimates for key phases.

**Response:** As soon as the funding is approved, we are poised to begin the finance process with bond sales and bids. Our hope is that we can now maintain an opening date of Fall 2029.

5. Expenditures, including a breakdown of costs incurred to date and projected future costs.

**Response:** On the spreadsheet below, the HPM costs reflect the work that has gone into site work and meetings with Cooper Carry and Chambers County Schools as we work through details of the plans. The Cooper Carry expenses reflect the development of plans, needed adjustments after meeting with directors, department heads, and teachers. During this reporting period, there have also been some additional costs for site preparation.

| 11/3/2026 | | |
|---|---|---|
| 9/15/2026 | 52,500.00 | Program Management |
| 9/15/2026 | 163,899.70 | Architects |
| 9/30/2026 | 855.00 | Harris Gray |
| | | |
| | | |
| | | |
| Total: | 217,254.70 | |

As of this filing, Chambers County Schools has invested approximately $7 million on this project, while working to save and grow our general fund and reserve.

HPM's most recent review of costs and projections have shown little to no increase.

6. Identification and explanation of any issues, delays, or challenges encountered, along with proposed solutions or adjustments to timelines.

**Response:** The state's concern over financing amid the uncertainty of FY2028 and FY2029 is our challenge and delay. We are working to overcome this time by utilizing our state funds as carefully as

possible and by identifying unnecessary spending.

7. Plan for consolidating students after construction.

**Response:** Our 26-27 organizational meeting for the DAC, is scheduled for November 16, 2026. Fall sports created a challenge in arranging a meeting time. In this meeting we will discuss replacement members and activities that will work to bring our students together before consolidation occurs. The work session-style meetings were enjoyable for our members and were very productive and successful last year.

We are proud of the academic progress that we have seen in our high schools. The release of the school report cards will confirm that progress. Our goal is to continue to strengthen our instructional practices so that our students will enter a new school on a very level instructional playing field.

While we continue to pursue funding for our consolidated high school, we are also working together to grow all of our students for their futures and the future of Chambers County.

CHAMBERS COUNTY BOARD OF EDUCATION

By: Sharon Weldon

Dr. Sharon Weldon
Its Superintendent

STATE OF ALABAMA )
CHAMBERS COUNTY )

Before me the undersigned, a Notary Public, personally appeared Dr. Sharon Weldon and being duly sworn states that the facts contained in the foregoing document are true and correct to the best of her knowledge, information, and belief.

Done this the 6th day of November, 2026.

(Seal)

Kassandra Thomas
Notary Public
My Commission Expires:

KASOUNDRA THOMAS NOTARY PUBLIC MY COMM EXP. 08-26-2030 ALABAMA STATE AT LARGE

Respectfully submitted,

*/s/ Robert T. Meadows, III*
Robert T. Meadows, III (MEA012)
Attorney for Chambers County Board of Education

**OF COUNSEL:**
***Capell & Howard, P.C.***
3120 Frederick Road, Suite B
Opelika, Alabama 36801
Telephone: (334) 241-8011
Facsimile: (334) 323-8888
Email: Bob.Meadows@chlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on this the 6th day of November, 2026, I electronically filed this status report with the Clerk of the Court for the United States District Court, for the Middle District of Alabama, through CM/CEF, which will send notification of such filing to all counsel of record.

*/s/ Robert T. Meadows, III*
OF COUNSEL